David R. Hurst
Daniel F. X. Geoghan
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone: 212.332.8840
Facsimile: 212.332.8855

*Proposed Counsel to the Debtor-and-Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLETCHER INTERNATIONAL, LTD., | ) | Case No. 12-12796-REG |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                          ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed counsel to the debtor in the above-captioned case, and that on July 21, 2012 she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Standstill Agreement [D.I. 20]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ⟨⟩ day of July 2012

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01:12278122.2

## SERVICE LIST

AFE Consulting
Attn:  Officer, General or Managing Agent
1999 Harison Street, Suite 2700
Oakland, CA 94612
(Top 20 Creditor)
*First Class Mail*

Arnall Golden Gregory LLP
Attn:  Officer, General or Managing Agent
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(Creditor Matrix)
*First Class Mail*

Timothy T. Brock, Esq.
David R. Lurie
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue, Suite 1130
New York, NY 10169
(Fletcher Income Arbitrage Fund, FIA Leveraged Fund)
*First Class Mail*

Jeff Colon
349 Redmond Road
South Orange, NJ 07079
(Top Creditor)
*First Class Mail*

Samuel Fraidin
Gregory P. Joseph Law Offices LLC
485 Lexington Ave., 30th Fl.
New York, NY 10017
*First Class Mail*

Floyd Global Risk & Investigative Due Diligenc
Attn:  Officer, General or Managing Agent
152 West 57th STreet, 56th Fl.
New York, NY 10019
(Top 20 Creditor)
*First Class Mail*

Jones Walker Waechter
Attn: Officer, General or Managing Agent
201 St. Charles Avenue
New Orleans, LA 70170
(Top 20 Creditor)
*First Class Mail*

Appleby (Bermuda) Ltd.
Attn:  Officer, General or Managing Agent
Canon's Court, 22 VIctoria Street
PO Box HM 1179
Hamilton HM EX, Bermuda
Top 20 Creditor
*First Class Mail (International)*

Brick Court Chambers
Attn:  Officer, General or Managing Agent
7-8 Essex Street
London, England WC2R3LD
(Creditor Matrix)
*First Class Mail (International)*

George S. Canellos
Regional Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281
(Securities & Exchange Commission)
*First Class Mail*

Eisner Amper LLC
Attn:  Officer, General or Managing Agent
750 Third Avenue
New York, NY 10017
(Top 20 Creditor)
*First Class Mail*

Elisabeth Gasparini
Office of the United States Trustee
33 Whitehall St., 21st Fl.
New York, NY 10004
*First Class Mail*

Internal Revenue Servcie
2970 Market Street
PO Box 7346
Philadelphia, PA 19101-7346
*Facsimile*

Kasowitz Benson Torres & Friedman LLP
Attn: Officer, General or Managing Agent
1633 Broadway
New York, NY 10022
(Top 20 Creditor)
*First Class Mail*

Kirkland & Ellis
Attn: Officer, General or Managing Agent
601 Lexington Ave.
New York, NY 10022
(Top 20 Creditor)
*First Class Mail*

McGladrey LLP
Attn: Officer, General or Managing Agent
1185 Avenue of the Americas
New York, NY 10036
(Top 20 Creditor)
*First Class Mail*

Stuart McGregor
20 South Ireland Place
Amityville, NY 11701
(Top 20 Creditor)
*First Class Mail*

John J. Monaghan, Esq
Diane N. Rallis
Holland & Knight LLP
10 St. James Avenue, 11th Fl.
Boston, MA 02116
(Fletcher Fixed Income Alpha Fund, Ltd)
*First Class Mail*

Morvillo Abramowitz Grand
Attn: Officer, General or Managing Agent
565 Fifth Avenue
New York, NY 10017
(Top 20 Creditor)
*First Class Mail*

Otterbourg Steindler Houston & Rosen PC
Attn: Officer, General or Managing Agent
230 Park Avenue
New York, NY 10169
(Top 20 Creditor)
*First Class Mail*

Patterson Belknap Welbb & Tyler
Attn: Officer, General or Managing Agent
1133 Avenue of the Americas
New York, NY 10036
(Top 20 Creditor)
*First Class Mail*

Proskaeur Rose LLP
Attn: Officer, General or Managing Agent
1001 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20004
Top 20 Creditor
*First Class Mail*

Quantal International Inc.
Attn: Officer, General or Managing Agent
455 Market St., Suite 1200
San Francisco, CA 94105
(Top 20 Creditor)
*First Class Mail*

Shahmoon & Ellison LLP
Attn: Officer, General or Managing Agent
370 Lexington Ave., 24th Fl.
New York, NY 10005
(Top 20 Creditor)
*First Class Mail*

Skadden Arps Slate Meagher & Flom LLP
Attn: Seth Schwartz
525 University Avenue
Palo Alto, CA 94301
(Top 20 Creditor)
*First Class Mail*

SS&C Technologies, Inc.
Attn: Officer, General or Managing Agent
Dept No. 5468
PO Box 30000
Hartford, CT 06150
(Top 20 Creditor)
*First Class Mail*

Teigland Hunt
Attn: Officer, General or Managing Agent
127 West 24th Street, 4th Fl.
New York, NY 10011
(Top 20 Creditor)
*First Class Mail*

TransPerfect
Attn: Officer, General or Managing Agent
3 Park Ave., 39th Fl.
New York, NY 10016
(Top 20 Creditor)
*First Class Mail*

Walkers
Attn: Officer, General or Managing Agent
Walker House, 87 Mary Street
George Town, Grand Cayman, Cayman Islands KY1-9001
(Top 20 Creditor)
*First Class Mail (International)*