**Objection Deadline: October 7, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:   (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

# ELEVENTH MONTHLY STATEMENT OF LUSKIN, STERN & EISLER LLP, AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013

**<u>Summary Sheet</u>**

Name of Applicant:                                    Luskin, Stern & Eisler LLP

Authorized to Provide
Professional Services to:                          The Chapter 11 Trustee

Date of Retention:                                    Order entered November 12, 2012 [Docket
                                                              No. 154] *nunc pro tunc* to September 25,
                                                              2012

Period for Which Compensation
and Reimbursement are Sought:              August 1, 2013 to August 31, 2013

Amount of Compensation Sought
as Actual, Reasonable and Necessary:      $272,261.70

80% of Compensation Sought as
Actual, Reasonable and Necessary:          $217,809.36

Amount of Expense Reimbursement
Sought as Actual, Reasonable and Necessary:    $3,678.00

### Time Summary for Professionals and Paraprofessionals

| Timekeeper | Position and Year Admitted to Practice | | Rate ($)[*] | Hours | Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | 720.00 | 115.90 | 83,448.00 |
| Lucia Chapman | Associate | 1984 | 630.00 | 131.10 | 82,593.00 |
| Richard Favata | Associate | 2004 | 567.00 | 2.90 | 1,644.30 |
| Stephan Hornung | Associate | 2008 | 472.50 | 131.00 | 61,897.50 |
| Alex Talesnick | Associate | 2012 | 324.00 | 34.80 | 11,275.20 |
| Kristen Jensen | Associate | 2009** | 324.00 | 33.80 | 10,951.20 |
| Catherine Trieu | Paralegal | N/A | 202.50 | 101.00 | 20,452.50 |
| **TOTAL** | | | | **550.50** | **272,261.70** |

** Admitted California 2009
   Admitted New York 2013

---

[*] These rates are reflective of a 10% discount from LSE's regular rates.

## Compensation by Matter

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| General Administration | 13.60 | 3,240.00 |
| Retention & Fee Applications | 74.00 | 23,042.70 |
| Investigations | 235.90 | 134,403.75 |
| Litigation | 162.30 | 81,626.40 |
| Asset Analysis & Recovery | 11.40 | 6,328.80 |
| Claims Analysis | 25.10 | 9,345.15 |
| Plan Issues | 28.20 | 14,274.90 |
| **TOTAL** | **550.50** | **272,261.70** |

## Expense Summary

| Disbursements | Amounts ($) |
|---|---|
| Conference Call Service | 40.52 |
| Federal Express | 84.24 |
| Meals | 368.61 |
| Messenger Service | 51.00 |
| Online Research | 206.03 |
| Service Fees | 273.00 |
| Transcripts and Court Reporters | 2,621.80 |
| Taxi and Local Transportation | 32.80 |
| **TOTAL** | **3,678.00** |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Luskin, Stern & Eisler LLP ("**LSE**"), attorneys for the Chapter 11 Trustee, hereby submit this Tenth Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from August 1, 2013 through August 31, 2013 (the "**Statement Period**"). In support of the Monthly Fee Statement, LSE respectfully represents as follows:

### Relief Requested

1.      LSE submits this Monthly Fee Statement in accordance with the Compensation Order. All services for which LSE requests compensation were performed by LSE on behalf of the Trustee.

2.       LSE seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $272,261.70 |
| Total Expenses | $3,678.00 |
| Total | $275,939.70 |

3.      A detailed statement of hours spent by LSE rendering legal services to the Trustee and disbursements made by LSE during the Statement Period is attached hereto as Exhibit A.

4.      Pursuant to the Compensation Order, LSE seeks payment of $221,487.36 for the Statement Period, representing (a) 80% of the total fees for services rendered and (b) 100% of the total expenses incurred.

## Notice and Objection Procedures

5.　　In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

6.　　Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including LSE, no later than October 7, 2013 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

7.　　If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to LSE the amounts of fees and expenses identified in the Monthly Fee Statement.

8.　　To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
       September 20, 2013

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

*Attorneys for the Chapter 11 Trustee*

## EXHIBIT A

Time and Expense Records

August 31, 2013
Invoice #    1339
Client/Matter #  0638-0001
Billed through   August 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  General Administration

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 08/05/13 | CDT | research, review, compile and circulate materials re: SDNY decision ▮▮▮▮▮▮▮ | | 0.60  hrs |
| 08/14/13 | SEH | emails re BRG tax issues | | 0.30  hrs |
| 08/15/13 | SEH | telephone call with Weiser Mazars and McGladrey re BRG taxes, including follow up | | 0.70  hrs |
| 08/16/13 | SEH | meeting with C. Trieu re filing system | | 0.20  hrs |
| 08/19/13 | SEH | organize deposition files | | 0.60  hrs |
| 08/19/13 | CDT | review, compile and organize deposition prep documents (4.1); create and organize consolidated deposition prep files (1.9) | | 6.00  hrs |
| 08/21/13 | CDT | review, compile and organize ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ deposition prep documents (2.1); create consolidated deposition file (.9); review additional deposition transcripts received and compile deposition files re: same (.5); organize deposition files (.9) | | 4.40  hrs |
| 08/28/13 | CDT | review draft July MOR | | 0.30  hrs |
| 08/29/13 | CDT | compile, review and file July MOR | | 0.50  hrs |

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 11.80  hrs | 202.50  /hr | $2,389.50 |
| Hornung, Stephan E. | 1.80  hrs | 472.50  /hr | $850.50 |
| Total fees for this matter | 13.60  hrs | | $3,240.00 |

DISBURSEMENTS

| | |
|---|---|
| Guy & Gallard; Invoice # 063013; Meals and Entertainment 6/27/13 deposition | $112.46 |
| American Express; Invoice # 07222013SEH; Taxi and Local Transportation- SEH taxi home | $12.60 |
| American Express; Invoice # 07232013SEH; Taxi and Local Transportation- SEH taxi home | $9.50 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1339
General Administration                                            Page        2

| | |
|---|---:|
| American Express; Invoice # 07292013SEH; Taxi and Local Transportation- SEH taxi home | $10.70 |
| Ellen Grauer Court Reporting; Invoice # 20130005AV; Transcripts- Witness ███ | $1,560.75 |
| Guy & Gallard; Invoice # 07312013; Meals and Entertainment- Invoice # 91350 6/28/13 | $112.46 |
| FedEx; Invoice # 120789546; Federal Express- 796370180489 | $42.12 |
| FedEx; Invoice # 120789546; Federal Express- 796370208338 | $42.12 |
| Guy & Gallard; Invoice # 07312013; Meals and Entertainment- Invoice # 91349 | $31.00 |
| Guy & Gallard; Invoice # 07312013; Meals and Entertainment- Invoice # 92056 | $89.55 |
| Guy & Gallard; Invoice # 07312013; Meals and Entertainment- Invoice # 92055 | $23.14 |
| Deluxe Delivery Systems, Inc.; Invoice # 180274; Messenger Service- 5099862 | $20.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 180274; Messenger Service- 5100816 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 180274; Messenger Service- 5100817 | $21.00 |
| LexisNexis; Invoice # 1307483194; Online Research | $68.07 |
| LexisNexis; Invoice # 1307483194; Online Research | $137.96 |
| TSG Reporting; Invoice # 071713313722; Transcripts- 7/17/13 Witness ███ | $1,061.05 |
| Target Research & Investigation Corporation; Invoice # 58957; -███ 08/01/2013; Service Fees | $273.00 |
| MultiPoint Communications; Invoice # 08112013; Conference Call Service- LC 08/05/2013 | $40.52 |
| | -------------- |
| Total disbursements for this matter | $3,678.00 |

R. Davis, Trustee/Fletcher Int                                    Invoice     1339
General Administration                                            Page       3


BILLING SUMMARY

       FEES                                              $3,240.00

       DISBURSEMENTS                                     $3,678.00
                                                 ----------------
       TOTAL CHARGES                                     $6,918.00

                                                 ----------------
       TOTAL BALANCE DUE                                 $6,918.00

August 31, 2013
Invoice #    1340
Client/Matter #  0638-0002
Billed through   August 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Retention & Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 08/06/13 | SEH | review LSE bills for preparation of monthly fee statement including redactions | 0.60 | hrs |
| 08/12/13 | SEH | prepare final order, email with changes re Trustee's application to approve revised engagement letter (.5); review fees regarding LSE monthly fee statement (.2) | 0.70 | hrs |
| 08/13/13 | CDT | review invoices and fee charts, and begin draft re: LSE Monthly Fee Statement | 0.80 | hrs |
| 08/15/13 | AST | Draft Trustee's and LSE's fee applications | 2.80 | hrs |
| 08/15/13 | CDT | review and redact LSE monthly fee statement (2.2); draft, review and compile LSE monthly fee statement for S. Hornung review (1.2) | 3.40 | hrs |
| 08/16/13 | SEH | review fee statement (.2); revise interim fee application for R. Davis and LSE (.3) | 0.50 | hrs |
| 08/16/13 | CDT | draft and review LSE Second Interim Fee Application (1.7); review S. Hornung comments re: LSE monthly fee statement (.3) | 2.00 | hrs |
| 08/19/13 | ML | Review and revise LS&E in July invoice. | 0.20 | hrs |
| 08/19/13 | SEH | review R. Davis's time in preparation for interim fee application (.6); drafting LSE first interim fee application (3.0); review monthly fee statement (.1); telephone call with K. Bhavaraju re Goldin fee statement (.1) | 3.80 | hrs |
| 08/19/13 | CDT | revise LSE monthly fee statement (.4) | 0.40 | hrs |
| 08/20/13 | SEH | review, revise finalize and file monthly fee statements for LSE and Weiser Mazars and emails with C. Trieu re same (.3); drafting LSE second interim fee application (1.1); review and revise R. Davis time entries (.7); review Goldin interim fee statement (.4); drafting Trustee's interim fee application (.8); revise service list and attention to various issues related to service of interim fee applications (2.0); review Weiser Mazars fee application (.3) | 5.60 | hrs |
| 08/20/13 | CDT | review, finalize, compile and file monthly fee statement re: LSE and WeiserMazars (.9); draft, review, finalize prepare and send cover letter and courtesy copies to US Trustee re: same (.4) | 1.30 | hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice    1340
Retention & Fee Applications                                           Page      2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/21/13 | SEH | drafting Trustee's fee application (.6); drafting LSE fee application (.5); revising fee applications (.1); review Compass Lexecon fee issues (.4); review redactions and revise Goldin monthly fee statement (.8); emails with D. Gordon re A&B fee application (.3) | 2.70 hrs |
| 08/22/13 | ML | Review and revise LS&E and R. Davis fee applications. | 0.30 hrs |
| 08/22/13 | SEH | revise fee applications (.5); review Goldin monthly fee statement and call with K. Bhavaraju re same (.4) | 0.90 hrs |
| 08/22/13 | CDT | prepare and review skeleton draft interim fee application (1.3); review Compass Lexecon monthly invoices and filings (2.1); prepare fee reconciliation and draft charts re: same (2.2); draft and review interim fee applications re: Compass Lexecon and Headlands Capital (3.3) | 9.90 hrs |
| 08/23/13 | SEH | review W. Mazars fee application | 0.30 hrs |
| 08/23/13 | SEH | revise T&D fee application (.4); review W. Mazars fee application (.3); redact R. Davis's time entries (.4) | 1.10 hrs |
| 08/23/13 | CDT | complete and review draft interim fee applications re: Headlands Capital and Compass Lexecon (2.5); office conferences with S. Hornung re: same (.2); review and file monthly fee statement re: Goldin (.4); office conference with S. Hornung re: same (.4); | 3.50 hrs |
| 08/26/13 | CDT | draft, review and finalize cover letter to US Trustee re: Goldin Fee Statement (.3); prepare and send courtesy copy to US Trustee re: same (.2); correspondence with L. Chapman, S. Hornung and A. Talesnick re: same (.2) | 0.70 hrs |
| 08/26/13 | CDT | compile redacted and unredacted exhibits re: interim fee applications | 1.20 hrs |
| 08/27/13 | SEH | emails with L. Chapman re fee applications | 0.20 hrs |
| 08/27/13 | CDT | review draft interim fee application re: Trustee and monthly fee statements (.8); review and prepare fee reconciliation re: same (2.3); revise interim fee application re: same (1.7) | 4.80 hrs |
| 08/27/13 | LTC | emails S. Hornung, C. Trieu and emails C. Trieu re fee applications | 0.30 hrs |
| 08/28/13 | CDT | office conferences and correspondence with A. Chakabva, S. Hornung, L. Chapman and A. Talesnick re: Interim Fee Applications (.9); draft charts, review, revise, reconcile and compile drafts re: same (6.1) | 7.00 hrs |
| 08/29/13 | SEH | misc emails re various of issues including fee applications (1.0); revise and revise Headlands and Compass Lexecon fee applications (1.0) | 2.00 hrs |
| 08/29/13 | CDT | review draft Trott & Duncan Interim Fee Application and office conference with L. Chapman (.6); review, redact and compile fee application re: WeiserMazar (.8); office conferences and emails with A. Chakabva, L. Chapman, S. Hornung and A. Talesnick re: Interim Fee Applications (1.1); review, revise, and compile drafts re: same (2.3); begin preparing for service re: same (.4) | 5.20 hrs |
| 08/29/13 | LTC | work on fee applications | 3.20 hrs |
| 08/30/13 | SEH | emails with D. Gordon re fee applications (.2) | 0.20 hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice   1340
Retention & Fee Applications                                           Page      3

| Date | | Description | Hours |
|---|---|---|---|
| 08/30/13 | CDT | office conferences, telephone calls and emails with L. Chapman, S. Hornung, A. Talesnick and A. Chakabva re: Interim Fee Applications (.9); revise, review, finalize, prepare and send service copies re: same (2.8); revise, review, compile and finalize Notice of Hearing and WeiserMazars Fee Application (.9); review and file fee applications re: LSE, Goldin, Trustee, WeiserMazar, and Notice of Hearing (1.6) | 6.20  hrs |
| 08/30/13 | LTC | Work on fee applications | 2.20  hrs |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Talesnick, Alex S. | 2.80  hrs | 324.00  /hr | $907.20 |
| Trieu, Catherine D. | 46.40  hrs | 202.50  /hr | $9,396.00 |
| Chapman, Lucia T. | 5.70  hrs | 630.00  /hr | $3,591.00 |
| Luskin, Michael | 0.50  hrs | 720.00  /hr | $360.00 |
| Hornung, Stephan E. | 18.60  hrs | 472.50  /hr | $8,788.50 |
| | | | -------------- |
| Total fees for this matter | 74.00  hrs | | $23,042.70 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $23,042.70 |
| | -------------- |
| TOTAL CHARGES | $23,042.70 |
| | -------------- |
| TOTAL BALANCE DUE | $23,042.70 |

August 31, 2013
Invoice #    1341
Client/Matter # 0638-0003
Billed through    August 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re: Investigations

## PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 08/01/13 | ML | Office conferences and emails re: outstanding discovery issues. | 0.50 | hrs |
| 08/01/13 | SEH | telephone calls with G. Polkowitz | 0.30 | hrs |
| 08/01/13 | CDT | complete review of volumes of ▆▆▆▆▆ re: ▆▆ and work and complete index of reference re: same (3.3); continue draft work re: ▆▆ interview memo (1.6) | 4.90 | hrs |
| 08/01/13 | LTC | conference call with R. Davis, M. Luskin, S. Hornung (.5); telephone call with ▆▆▆ and emails with team re: same (.2) | 0.70 | hrs |
| 08/02/13 | LTC | emails and telephone call with A. Chakabva re: ▆▆▆▆ ▆▆▆ (.5); telephone call with ▆▆▆ and emails, documents review re: same (1.0); telephone call with ▆▆▆ (.2) ; email to ▆ ▆▆ (.1) | 1.80 | hrs |
| 08/03/13 | LTC | emails with team | 0.30 | hrs |
| 08/04/13 | LTC | emails with team (1.0); email ▆▆▆ (.2) | 1.20 | hrs |
| 08/05/13 | SEH | emails with team and counsel to ▆▆ re various issues (2.6); emails re search terms (.4); telephone calls with ▆▆▆ counsel re deposition and emails re same (.7); prepare for court and participate in all hands telephone call (2.3) | 6.00 | hrs |
| 08/05/13 | ML | Conference with R. Davis re: outstanding discovery and upcoming interviews (1.0). Review outline and underlying documents in preparation for meeting with ▆▆▆ (0.8). | 1.80 | hrs |
| 08/05/13 | LTC | telephone call with ▆▆▆ office (.1); work on ▆▆ related materials (4.5); emails with ▆▆▆ (.1); meeting with R. Davis, M. Luskin, and S. Hornung (1.0); email ▆▆▆ (.1); reviewed ▆▆ fillings (.6) | 6.40 | hrs |
| 08/06/13 | SEH | review research re: ▆▆▆▆ and emails re same | 1.00 | hrs |
| 08/06/13 | ML | Research and emails re: ▆▆ ssues (0.5). Emails re: outstanding discovery (0.2). | 0.70 | hrs |
| 08/06/13 | SEH | office conference with L. Chapman re various issues and emails with M. Tremonte (1.0); revise emails re ▆▆ (.1); telephone call with ▆▆ and emails re same (.5); emails with Smart Data regarding | 2.60 | hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice     1341
Investigations                                                             Page      2

|            |     |                                                                                  |          |
|------------|-----|----------------------------------------------------------------------------------|----------|
|            |     | document production (.3); office conference with L. Chapman re various issues (.3); revise letters to ▮ and Tremonte re ▮▮▮ ▮▮▮ (.4) |          |
| 08/06/13   | LTC | telephone call with S. Hornung and ▮▮ (.3); emails and telephone call with ▮▮▮ and team re: ▮▮▮ (.3); prep for ▮▮ deposition (1.5); meeting at Goldin (3.0); reviewed ▮▮▮ (.5); work on ▮▮▮ (2.4) | 8.00 hrs |
| 08/07/13   | SEH | meeting with M. Luskin, G. Polkowitz, and L. Chapman re meeting with ▮▮ (1.0); telephone call with ▮▮ re meeting (.2) | 1.20 hrs |
| 08/07/13   | ML  | Prepare for and attend meeting at ▮▮ re: potential claims (2.3). Office conference with S. Hornung re: meeting follow-up (0.1). Review letters to ▮ and M. Tremonte re: ▮▮▮ (0.3). | 2.70 hrs |
| 08/07/13   | SEH | review letter from ▮▮ re ▮▮ and related follow up (.2); drafting letters re notice to ▮▮ re ▮▮▮ with SEC (.4); meeting with M. Luskin re various issues (.2) emails with team (.3); telephone call with G. Polkowitz (.2); emails with C. Trieu re project re ▮▮ (.2); team call in preparation for ▮ presentation (.3); review ▮▮▮ documents (.2) | 1.40 hrs |
| 08/07/13   | CDT | review and revise ▮▮ memo | 0.90 hrs |
| 08/07/13   | LTC | emails with M. Tremonte and conference with S. Hornung, G. Polkowitz re: same (.2); telephone call and emails with ▮▮▮ (.2); work on ▮▮▮ (.8); prep for ▮▮ depositions (7.2) | 8.40 hrs |
| 08/08/13   | ML  | Prepare for and attend ▮▮ deposition | 5.30 hrs |
| 08/08/13   | ML  | Meeting with ▮▮ at LS&E re: ▮▮▮ (2.8). Telephone call with ▮▮ re: follow-up with ▮▮ (0.2). Prepare for and attend conference telephone call with team re: meeting with ▮▮ (1.0). Conference telephone call with R. Davis and emails with Davis re: ▮▮▮ (0.5). | 4.50 hrs |
| 08/08/13   | SEH | meeting with ▮▮ re ▮▮▮ including follow up (2.5); finalize letter to M. Tremonte re ▮▮▮ (.1); office conference with G. Polkowitz re various issues; (.1); review documents re ▮▮▮ and letter from Tremonte re same (1.5); office conference with L. Chapman re same (.2); telephone call with ▮ re document production and emails re same (.5); revising ▮▮▮ (.2); drafting ▮▮▮ (.2); drafting ▮ investment letter (.2); pull documents re ▮▮ deposition (1.0); meetings with L. Chapman, A. Chakabva and M. Luskin re various issues (1.5); research re ▮▮▮ (.8) | 8.80 hrs |
| 08/08/13   | CDT | review deposition files and revise ▮▮ memo | 1.30 hrs |
| 08/08/13   | LTC | work on ▮▮▮ including emails and telephone calls with team, review of documents and revision of outline (3.2); prep for ▮▮ depositions (2.5) | 5.70 hrs |
| 08/09/13   | ML  | Prepare for and attend ▮▮ deposition (5.0), and miscellaneous follow-up, emails, and telephone call with R. Davis re: same (0.2). | 5.20 hrs |

R. Davis, Trustee/Fletcher Int                                                                    Invoice        1341
Investigations                                                                                   Page           3

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 08/09/13 | ML | Emails with ███████ re: ████████ interview, and office conference with S. Hornung re: same (0.2). Office conference with S. Hornung re: document production follow-up (0.2). | 0.40 hrs |
| 08/09/13 | SEH | prepare for ████████ deposition including pulling documents and research regarding ████████ (2.0); drafting letter to ████ (.1); review emails re ████████ and emails re same (2.5); review ████████ (2.4); drafting emails re follow up with ████████ (1.0); meeting with M. Luskin re various issues (.1); telephone call with D. Hubbard re ████ production (.1); telephone call with ████ re document production (.3) | 8.50 hrs |
| 08/09/13 | CDT | review and revise ████ interview memo; review and revise ████ interview notes for deposition files | 3.20 hrs |
| 08/09/13 | LTC | telephone calls and emails with ████████ S. Hornung and reviewed related filings (1.3); finalized ████ memo and emails re: same(.3); reviewed ████████ emails (2.7); emails with team re: ████████ (.2); conferences with S. Hornung, A. Chakabva and emails with team re: ████ (.5) | 5.00 hrs |
| 08/10/13 | LTC | emails with team | 0.20 hrs |
| 08/11/13 | ML | Prepare for and attend conference telephone call with team re: ████████ meeting preparation and related. | 1.20 hrs |
| 08/11/13 | LTC | conference telephone call with team (.8); work on ████ claims (.5) | 1.30 hrs |
| 08/12/13 | ML | prepare for and attend meeting with ████████ and counsel re: ████████ (2.0); telephone call with M. Tremonte re: ████████ and ████████ (0.5); prepare for meeting with ████████ (0.5) | 3.00 hrs |
| 08/12/13 | SEH | emails regarding protective order re ████████ | 0.10 hrs |
| 08/12/13 | CDT | review ████████ (.4); review ████████ re: same (2.6); create spreadsheet re: same (1.3); office conference and correspondence with S. Hornung re: same (.3); review ████████ re: ████████ (3.1); create spreadsheet re: same (1.1) | 8.80 hrs |
| 08/13/13 | ML | prepare for and attend team meetings at Goldin Associates (2.5); correspondence with ████████ re: ████████ finances and related (0.2); review ████████ (0.5); review ████████ (0.4) | 3.60 hrs |
| 08/13/13 | SEH | meet with C. Trieu re ████████ re: ████████ (.1) emails re ████ and ████████ (.2); revise ████ follow up email and review ████ records re ████████ (.7); call with ████████ counsel (.1) | 1.10 hrs |
| 08/13/13 | CDT | finalize spreadsheet re: ████████ (.7); review materials re: ████████ time (.2); office conference and correspondence with S. Hornung re: ████████ (.3); complete review of ████████ re: same (1.7); complete, review and revise ████████ re: same (.9) | 3.80 hrs |
| 08/14/13 | ML | telephone call with ████████ re: ████████ emails re: same (1.3); | 3.30 hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice    1341
Investigations                                                   Page      4

|            |     |                                                                                                                                                      |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            |     | prepare for and attend telephone conference call with ████ and ████ re: ████ and related issues, and email re: same (2.0) |          |
| 08/14/13   | SEH | emails re ████████ (.1); review ████ work chart and revise (1.4); telephone call with G. Polkowitz (.2); telephone call with█ ████(1.0); emails with team re various issues (.1); draft email re ████ letter (.1) | 2.90 hrs |
| 08/14/13   | CDT | review, revise and complete ████ interview memo | 2.10 hrs |
| 08/14/13   | LTC | reviewed ████████ (1.0); emails with team, M. Tremonte (.6) | 1.60 hrs |
| 08/15/13   | ML  | draft and revise memo re: ████ and ████ issues and review of underlying documents re: same | 2.30 hrs |
| 08/15/13   | SEH | emails with ████ re ██ (.2); review Fletcher documents (.3) review Fletcher docket re ██ (.7); revise ████ interview notes (.3); multiple office conferences with L. Chapman re various issues and search terms (.4) | 1.90 hrs |
| 08/15/13   | LTC | reviewed ████ emails and related documents (2.0); summary of ████ and emails re: same (1.0); reviewed deposition transcripts (1.2); work on ████████ (1.5); emails with ████ team and review of related documents (.8) | 6.50 hrs |
| 08/16/13   | ML  | prepare for and attend team meeting | 3.40 hrs |
| 08/16/13   | ML  | correspondence re: ████████ and emails with█ ████ re: same (1.0); prepare for and attend telephone conference call with ████ (0.8) | 1.80 hrs |
| 08/16/13   | SEH | office conference with L. Chapman re same (.1); all hands call re various issues including prep time (1.1); emails re ████ letter (.1) | 1.30 hrs |
| 08/16/13   | CDT | review, compile and organize deposition documents (2.1); create and organize consolidated deposition files (.9); office conference with S. Hornung re: same (.3) | 3.30 hrs |
| 08/16/13   | LTC | conference call with team (1.0); reviewed ████████ and ████ and conference with S. Hornung re: same (.3); reviewed documents and memorandum re: ████ and emails re: same (1.0); reviewed documents re: ████ and telephone calls with ████ and emails with team re: same (2.0); telephone call to ████ (.1); reviewed emails and documents re: ████ (.3); emails and telephone call to ████ team (.2); emails and telephone call to ████ and emails with team re: same (.3) | 5.20 hrs |
| 08/19/13   | SEH | review and revise outline re ████ | 2.40 hrs |
| 08/19/13   | ML  | Emails re: outstanding discovery (0.3). Emails with R. Davis re: ████ (0.3). Revise outline and writeups re: ████████ (1.7). Review and revise memo re: ████ and emails re: same (1.1). | 3.40 hrs |
| 08/19/13   | LTC | work on outline of ████ including meeting with Goldin (4.6); conferences with S. Hornung, C. Trieu re: depositions and documents (.3); emails with team (.2) | 5.10 hrs |
| 08/20/13   | LTC | telephone call with ████ (.1); meeting with Goldin re: ████ (2.0); reviewed documents and emails re: ████ (.2) | 2.30 hrs |
| 08/21/13   | SEH | telephone call with K. Bhavaraju and A. Chakabva re ████ (.5); | 2.90 hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice    1341
Investigations                                                   Page       5

|            |     |                                                                                                                                                                                    |          |     |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|-----|
|            |     | emails re same (.1); draft letter to ███████ (.2); review documents re ██████████ (.1); revise claims analysis re ███ (.8); revise ████ memo and follow up questions (.6); emails with R. Davis re ██████ (.1); draft letter to ████████████ (.1); meeting with M. Luskin re various issues (.4) |          |     |
| 08/21/13   | LTC | conference with M. Luskin , S. Hornung re: ██████████████                                                                                                                              | 0.20     | hrs |
| 08/21/13   | LTC | work on outline of ████████ (3.0); email E. Creizman (.1); meeting with K. Bhavaraju re: claims against ██████ (1.2)                                                                      | 4.30     | hrs |
| 08/22/13   | ML  | Emails re: ████████████ (0.5). Prepare for interview of ██████████ with S. Hornung, including review of deposition transcript (1.2). Review and revise memorandum re: ██████ and email re: same (1.0). | 2.70     | hrs |
| 08/22/13   | SEH | emails with team re ████████ (.2); revise letter to ██████ (.6); revise outline (.3); meeting with L. Chapman re ██████ claims (.3); prepare outline for ████████ interview (.7)        | 2.10     | hrs |
| 08/22/13   | LTC | telephone calls with ████████████ re: ██████ and emails with team re: same (.3); work on ████████████ including emails with team, conference with S. Hornung, and telephone call with A. Chakabva (7.0) | 7.30     | hrs |
| 08/23/13   | ML  | Correspondence re: ██████ meeting, review and revise memo, review emails (1.6). Correspondence re: ████████████████████ (0.2). Review and revise memo re: ████████████████████ (0.5).    | 2.30     | hrs |
| 08/23/13   | SEH | office conference with L. Chapman re ████████████ (.1); emails re ██████ (.3)                                                                                                            | 0.40     | hrs |
| 08/23/13   | LTC | work on ████████ (3.7); reviewed ██████ emails and emails and telephone call with ████████ re: same (3.3)                                                                               | 7.00     | hrs |
| 08/26/13   | ML  | Review and revise ████████████ emails re: same (0.3). Review and revise ████████████████ emails re: same (1.8). Review and revise ████████ emails re: same (1.1).                        | 3.20     | hrs |
| 08/26/13   | SEH | revise letter re ██████ (.3); emails re ██████ (.1)                                                                                                                                     | 0.40     | hrs |
| 08/26/13   | LTC | reviewed ████████████ and emails, deposition transcripts, outline, and related documents (3.1); emails re: ██████ and emails and telephone call with ████████████ re: same (.4); reviewed notes on ██████ presentation (.3); reviewed ██ talking points and related emails and documents, and telephone call with A. Chakabva re: same (1.9); work on ████████ claims outline (1.5) | 7.20     | hrs |
| 08/27/13   | LTC | reviewed ██████ memo and emails re same                                                                                                                                                 | 0.20     | hrs |
| 08/27/13   | ML  | Review memo and emails re: ████████ (0.3); review memos re: ████████ (0.3); review final memo re: ████████ (0.4).                                                                         | 1.00     | hrs |
| 08/27/13   | LTC | emails with team re ████████████████ and review of binder, telephone call with A. Chakabva re same (.6)                                                                                  | 0.60     | hrs |
| 08/28/13   | ML  | Prepare for and attend team meeting (2.3). Prepare for and attend meeting with ████████ (1.0). Telephone call with R. Davis re: ██████████ (0.3). Emails re: ████████████ (0.5).         | 4.10     | hrs |
| 08/28/13   | SEH | misc emails re variety of issues                                                                                                                                                        | 0.50     | hrs |

R. Davis, Trustee/Fletcher Int                                                    Invoice      1341
Investigations                                                                   Page         6

| Date | | Description | Hours |
|---|---|---|---|
| 08/28/13 | CDT | office conference with and emails with L. Chapman re ██████ (.2); review ████████████████ (.8) | 1.00  hrs |
| 08/28/13 | LTC | prep for ████ meeting (2.9); reviewed letter re ████ and emails re same (.1); prep for ████████ including review of transcripts, documents, emails (2.6); team meeting (3.0); meeting with ████ (.6) | 9.20  hrs |
| 08/29/13 | ML | Prepare for and attend meeting with ████████ and follow up re: same (3.4); prepare for and attend conference telephone call with ████ and counsel (1.0); office conference with R. Davis et al. re: follow-up (.3) | 4.70  hrs |
| 08/29/13 | LTC | work on ████ claims, including emails (.3); prep for ████ (.4); prep for ████████ (.4); meeting ████████ (1.0); prep for ████ conference call (.7); ████ conference call and meeting with R. Davis, M. Luskin, A. Chakabva re same (.9) | 3.70  hrs |
| 08/30/13 | ML | telephone call with R. Davis re: open issues | 0.30  hrs |

|  |  |  |  |
|---|---|---|---|
| Trieu, Catherine D. | 29.30  hrs | 202.50  /hr | $5,933.25 |
| Chapman, Lucia T. | 99.40  hrs | 630.00  /hr | $62,622.00 |
| Luskin, Michael | 61.40  hrs | 720.00  /hr | $44,208.00 |
| Hornung, Stephan E. | 45.80  hrs | 472.50  /hr | $21,640.50 |
|  |  |  | --------------- |
| Total fees for this matter | 235.90  hrs |  | $134,403.75 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $134,403.75 |
| | --------------- |
| TOTAL CHARGES | $134,403.75 |
| | --------------- |
| TOTAL BALANCE DUE | $134,403.75 |

August 31, 2013
Invoice #    1342
Client/Matter #  0638-0004
Billed through   August 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Litigation

PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours |
|---|---|---|---|
| 08/01/13 | SEH | telephone call with R. Davis re order to show cause (.6); drafting order to show cause and supporting papers, including emails, and meetings with L. Chapman (12.7) | 13.30 hrs |
| 08/01/13 | CDT | review and redact ███████ form re ███████ (.6); correspondence and office conference with L. Chapman re: same (.2) | 0.80 hrs |
| 08/01/13 | ML | Conference telephone call with L. Chapman and counsel for ████ re: ███████ | 0.40 hrs |
| 08/01/13 | ML | Emails re: ███████ (0.5). Conference telephone call with R. Davis re: same (0.8). Telephone call with M. Tremonte re: same (0.3). Conference telephone call with S. Hornung and L. Chapman re: motion papers, ████ subpoena, and related (1.1). | 2.70 hrs |
| 08/01/13 | AST | Research re: ███████ ███████ | 6.50 hrs |
| 08/01/13 | SEH | meet with A. Talesnick re research questions | 0.30 hrs |
| 08/01/13 | LTC | work on order to show cause re: ███████ | 13.80 hrs |
| 08/01/13 | LTC | conference call with M. Luskin, H. Ginsburg and emails with same re: ████ | 0.50 hrs |
| 08/01/13 | KMJ | draft and revise proposed order to show cause (2.1); draft and revise proposed order directing the 2004 examination of A. Fletcher, S. MacGregor and S. Turner (2.2); research re: ███████ ████ (4.7) | 9.00 hrs |
| 08/01/13 | KMJ | research re: ███████ | 0.60 hrs |
| 08/02/13 | SEH | review, revise finalize, redact and serve order to show cause, including multiple telephone calls and emails (4.5); telephone call with A. Chakabva re same (.1); various emails with team regarding outstanding issues (.5) | 5.10 hrs |
| 08/02/13 | ML | Draft and revise motion papers re: FIP expedited discovery, and review background documents re: same, and prepare for emergency | 8.50 hrs |

R. Davis, Trustee/Fletcher Int                                                          Invoice    1342
Litigation                                                                              Page       2

|         |     |                                                                                              |      |     |
|---------|-----|----------------------------------------------------------------------------------------------|------|-----|
|         |     | hearing re: ████████(7.1). Telephone call with M. Tremonte and emails re: hearing (0.5). Emails re: ████████(0.4). Office conference with S. Hornung re: ████████████ ████████(0.5). |      |     |
| 08/02/13 | CDT | office conferences and correspondence with S. Hornung and K. Jensen re: ████████(.6); review, redact, compile, finalize and file Motion and Declaration re: same (2.1); prepare and compile service copies re: same (.9); compile and prepare courtesy copy to chambers re: same (.3); draft certificate of service re: same (.4); draft letter to US Trustee re: same (.3) | 4.60 | hrs |
| 08/02/13 | LTC | work on order to show cause re: ████████████████ | 1.50 | hrs |
| 08/02/13 | KMJ | revise Declaration of Michael Luskin (.3); draft and revise cover letter to court with Order to Show Cause (.4); assemble Declaration with exhibits for filing (1.7) | 2.40 | hrs |
| 08/02/13 | KMJ | research law and commence drafting memorandum of law re: ████████████ | 4.20 | hrs |
| 08/04/13 | ML  | Review motion papers and background documents in preparation for FIP hearing (2.0). Telephone call with M. Tremonte and emails re: hearing and ████████████(1.0). | 3.00 | hrs |
| 08/04/13 | SEH | continue drafting ████████████ and emails with team re various issues | 2.50 | hrs |
| 08/04/13 | SEH | office conference with M. Luskin re ████████████(.3); office conference with K. Jensen re same (.3); drafting ████████ ████████(1.5) | 2.10 | hrs |
| 08/04/13 | KMJ | research re: ████████ | 1.10 | hrs |
| 08/05/13 | SEH | appear for court hearing regarding order to show cause including travel (2.0); revise order and emails with opposing counsel re same (1.0); | 3.00 | hrs |
| 08/05/13 | ML  | Prepare for and attend emergency hearing on FIP shares at S.D.N.Y. (3.0). Telephone calls (three) with M. Tremonte re: hearing (0.9). Review and revise proposed order (0.3). Conference with R. Davis re: ████████████(1.6). | 5.80 | hrs |
| 08/05/13 | SEH | continue drafting ████████████ | 0.40 | hrs |
| 08/05/13 | CDT | draft, review, revise, prepare and send courtesy copy and cover letter to US Trustee re: OTSC 2004 Order (.4); draft, review, revise and file certificate of service re: same (.5) | 0.90 | hrs |
| 08/05/13 | LTC | email H. Ginsburg | 0.10 | hrs |
| 08/06/13 | AST | Draft summary of ████████████████ ████████████████████ | 1.30 | hrs |
| 08/06/13 | SEH | continue drafting ████████████ | 2.50 | hrs |
| 08/06/13 | LTC | emails and conference with S. Hornung and K. Jensen | 0.50 | hrs |
| 08/06/13 | KMJ | continue drafting memorandum ████████ | 4.20 | hrs |
| 08/06/13 | KMJ | draft ████████████████ | 1.40 | hrs |

R. Davis, Trustee/Fletcher Int                                                    Invoice      1342
Litigation                                                                       Page         3

| Date | Init | Description | Hours |
|---|---|---|---|
| 08/07/13 | ML | Deposition and meeting preparation, at Goldin Associates (2.8). | 2.80 hrs |
| 08/07/13 | SEH | continue drafting ███████████████████████ | 3.20 hrs |
| 08/07/13 | LTC | emails with M. Luskin. S. Hornung and H. Ginsburg | 0.20 hrs |
| 08/08/13 | ML | Office conference with M. Tremonte re: discovery and potential settlement | 0.50 hrs |
| 08/08/13 | SEH | drafting ████████████ (.2); revise █████████████ re ███████ and emails and office conferences with L. Chapman re same (1.0) | 1.20 hrs |
| 08/08/13 | CDT | research and compile LexisNexis cases | 0.70 hrs |
| 08/08/13 | LTC | work on ████████████ including letter and emails to H. Ginsburg, emails with team and conferences with S. Hornung and K. Jensen | 3.50 hrs |
| 08/08/13 | KMJ | complete drafting memorandum ████████ | 3.80 hrs |
| 08/10/13 | ML | Telephone call with M. Tremonte re: ██████████ issues (0.4). Email with R. Davis re: same and (0.1). | 0.50 hrs |
| 08/11/13 | ML | Emails with M. Tremonte re: ████████████ (0.3). Telephone call with M. Tremonte re: same (0.3). | 0.60 hrs |
| 08/12/13 | SEH | drafting stipulation ███████████████ approval motion, and affidavit (8.2); drafting resolutions re same (.2) | 8.40 hrs |
| 08/12/13 | ML | office conference with S. Hornung and emails with R. Davis and M. Tremonte re: ████████████████████████████ (1.0); telephone calls with M. Tremonte re: settlement, and emails with M. Tremonte re: document production, all re ████ (0.5) | 1.50 hrs |
| 08/12/13 | SEH | review ████████ and emails re same | 0.50 hrs |
| 08/12/13 | LTC | work on ████████ and emails re: same | 0.80 hrs |
| 08/13/13 | SEH | continue drafting ██████████████ (1.3); revise motion ████████ (.5); revise █████████████ and emails with M. Luskin re same (.3) | 2.10 hrs |
| 08/13/13 | ML | review ████████ and emails re: ██████ (0.3); review ██████████ with ████████ and emails re: same (0.5) | 0.80 hrs |
| 08/13/13 | LTC | work on ████████ and emails re: same | 1.00 hrs |
| 08/14/13 | SEH | review and revise ██████████ and emails re: same | 0.60 hrs |
| 08/14/13 | ML | telephone call with M. Tremonte and email to M. Tremonte re: ████ ███████████ ████████ | 0.40 hrs |
| 08/14/13 | SEH | telephone call with K. Jensen re ████████ | 0.10 hrs |
| 08/14/13 | SEH | telephone call with R. Davis re ████████ | 0.20 hrs |
| 08/14/13 | LTC | emails with S. Hornung, H. Ginsburg re: ██████████ and reviewed same and ████ | 1.00 hrs |
| 08/15/13 | SEH | revise motion re ████████ | 1.20 hrs |
| 08/15/13 | ML | review and revise draft ████████ and office conference with S. Hornung re: same (2.5); telephone call with M. Tremonte and revisions to ████████ (0.2); review ██████ presentation material and emails re: same (0.2); telephone call with ████████████████████ | 3.80 hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice    1342
Litigation                                                       Page    4

| Date | | Description | Hours |
|---|---|---|---|
| | | ██████ re: same (0.6); review final version of ████████ and email re: same (0.3) | |
| 08/16/13 | ML | emails with M. Tremonte and office conference with S. Hornung re: ██████ and documents | 0.30 hrs |
| 08/16/13 | ML | telephone call with R. Davis re: ██████ and ██████ | 0.30 hrs |
| 08/16/13 | AST | Draft ██████ motion | 2.00 hrs |
| 08/16/13 | SEH | office conference with A. Talesnick re: ██████ (.1); revise same (.3) | 0.40 hrs |
| 08/18/13 | ML | review draft stipulation and resolution re: ██ emails re: same | 0.20 hrs |
| 08/19/13 | ML | Review and revise ████████████ comments. | 0.20 hrs |
| 08/19/13 | ML | Emails with R. Davis and D. Midanek re: ██████ | 0.70 hrs |
| 08/19/13 | AST | Review background documents and state court filings and revise ██████ motion re: same | 2.40 hrs |
| 08/19/13 | SEH | meeting with A. Talesnick re ██████ (.1); review and revise same (.3) | 0.40 hrs |
| 08/20/13 | ML | Emails re: ██████ documents. | 0.20 hrs |
| 08/20/13 | AST | Revise ██████ motion | 0.50 hrs |
| 08/20/13 | SEH | review ██████ re ██████ and research re same (.5); revise ██████ motion (.1) | 0.60 hrs |
| 08/20/13 | LTC | emails and telephone call with H. Ginsburg and team re: lease litigation | 1.00 hrs |
| 08/21/13 | ML | Office conference with L. Chapman and S. Hornung re: ██████ | 0.20 hrs |
| 08/21/13 | SEH | review ██████ motion (.2); meeting with L. Chapman and telephone call with H. Ginsburg re ██████ (.7); meeting with M. Luskin and L. Chapman re same (.4) | 1.30 hrs |
| 08/21/13 | LTC | telephone calls with H. Ginsburg, S. Hornung re: lease litigation, and conference with M. Luskin, S. Hornung and emails with team re: same | 1.00 hrs |
| 08/22/13 | ML | Emails with D. Midanek and telephone call with ██████ re: stipulation and ██████ in ██████ (0.5). Telephone call with M. Tremonte and emails with R. Davis re: same (0.5). | 1.00 hrs |
| 08/22/13 | AST | Research re: ██████ ██████ | 1.70 hrs |
| 08/23/13 | ML | Emails re: ██████ resolution, and draft same (0.2). Telephone call with ██████ (0.2). | 0.40 hrs |
| 08/26/13 | ML | Review ██████ (0.3); email with ██████ ██████ (0.1). | 0.40 hrs |
| 08/27/13 | ML | Emails re: ██████ | 0.50 hrs |
| 08/27/13 | AST | telephone call with chambers re: hearing date for Richcourt objections; emails with S. Hornung and M. Luskin re: same; draft notice of hearing; arrange for filing of same; draft certificate of service | 1.50 hrs |
| 08/28/13 | ML | Telephone call and emails with R. Davis re: ██████ | 0.90 hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice      1342
Litigation                                                                   Page        5

|  |  |  |  |
|---|---|---|---|
|  |  | ████████ (0.5); telephone calls and emails with R. Davis re: same (0.4). |  |
| 08/28/13 | CDT | review and compile Notice of Motion re: ██████████ ████████ (.4) | 0.40 hrs |
| 08/28/13 | LTC | emails re ███████████ | 0.30 hrs |
| 08/29/13 | ML | Telephone call with M. Tremonte re: ██████████ (0.2); review and revise ██████████ and emails re: same (0.3). | 0.50 hrs |
| 08/29/13 | ML | Telephone call with M. Tremonte re: summary judgment motion and pending ████████████████████ | 0.20 hrs |
| 08/29/13 | LTC | reviewed lease litigation summary judgment motion papers | 0.40 hrs |

|  |  |  |  |
|---|---|---|---|
| Talesnick, Alex S. | 15.90 hrs | 324.00 /hr | $5,151.60 |
| Trieu, Catherine D. | 7.40 hrs | 202.50 /hr | $1,498.50 |
| Jensen, Kristen M. | 26.70 hrs | 324.00 /hr | $8,650.80 |
| Chapman, Lucia T. | 25.60 hrs | 630.00 /hr | $16,128.00 |
| Luskin, Michael | 37.30 hrs | 720.00 /hr | $26,856.00 |
| Hornung, Stephan E. | 49.40 hrs | 472.50 /hr | $23,341.50 |
| | | | --------------- |
| Total fees for this matter | 162.30 hrs | | $81,626.40 |

BILLING SUMMARY

|  |  |
|---|---|
| FEES | $81,626.40 |
| | --------------- |
| TOTAL CHARGES | $81,626.40 |
| | --------------- |
| TOTAL BALANCE DUE | $81,626.40 |

August 31, 2013
Invoice #    1343
Client/Matter #  0638-0005
Billed through   August 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Asset Analysis & Recovery

PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 08/01/13 | RF | review of ▓ documents re: ▓▓▓ correspondence re: same | 0.70  hrs |
| 08/06/13 | ML | ▓ emails re: ▓▓ | 0.20  hrs |
| 08/06/13 | RF | review of ▓▓▓ review of ▓▓ documentation; correspondence re: same | 1.20  hrs |
| 08/06/13 | SEH | review ▓ (.1); meeting with R. Favata re same (.1) | 0.20  hrs |
| 08/14/13 | SEH | review ▓ including office conferences with R. Favata and K. Bhavaraju (2.1); drafting email re ▓ and ▓ (1.0) | 3.10  hrs |
| 08/15/13 | ML | emails re ▓ and follow up re: same | 0.50  hrs |
| 08/15/13 | SEH | review and analysis of ▓ provision including telephone calls with K. Bhavaraju | 1.70  hrs |
| 08/19/13 | SEH | review revisions re ▓ from ▓ (.2); revise and emails re same (.3) | 0.50  hrs |
| 08/20/13 | SEH | review emails re ▓ | 0.10  hrs |
| 08/21/13 | ML | Telephone call and email with ▓ ▓ | 0.30  hrs |
| 08/22/13 | SEH | draft response letter re ▓ | 0.20  hrs |
| 08/26/13 | ML | Review ▓ email re: same. | 0.20  hrs |
| 08/28/13 | ML | Review notices re ▓ emails re: same (0.4); revise letter to ▓ ▓ (0.3); attend conference telephone call with ▓ and settlement issues, and email to R. Davis re: same (0.8). | 1.50  hrs |
| 08/29/13 | RF | draft ▓ letter re: meeting ▓ request; correspondence with M. Luskin re: same | 1.00  hrs |

| | | | |
|---|---|---|---|
| Luskin, Michael | 2.70  hrs | 720.00  /hr | $1,944.00 |
| Favata, Richard | 2.90  hrs | 567.00  /hr | $1,644.30 |
| Hornung, Stephan E. | 5.80  hrs | 472.50  /hr | $2,740.50 |

---------------

R. Davis, Trustee/Fletcher Int                                                    Invoice     1343
Asset Analysis & Recovery                                                         Page        2

|  |  |  |
|---|---|---|
| Total fees for this matter | 11.40  hrs | $6,328.80 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $6,328.80 |
| | --------------- |
| TOTAL CHARGES | $6,328.80 |
| | --------------- |
| TOTAL BALANCE DUE | $6,328.80 |

August 31, 2013

Invoice #    1344

Client/Matter #  0638-0006

Billed through    August 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Claims Analysis

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 08/04/13 | KMJ | draft objection to proof of claim | 2.80 | hrs |
| 08/05/13 | SEH | meeting with K. Jensen regarding objections to claims | 0.20 | hrs |
| 08/05/13 | KMJ | draft objection to proof of claim | 4.30 | hrs |
| 08/06/13 | SEH | drafting objection to claims by Richcourt Euro Strategies and Richcourt Allweather Fund | 2.00 | hrs |
| 08/07/13 | ML | Review and revise draft objection RES claims | 0.30 | hrs |
| 08/07/13 | SEH | revise objections to proofs of claim re RES and RAF | 1.70 | hrs |
| 08/16/13 | SEH | analyze ▇▇▇▇▇▇▇ and emails re same | 0.30 | hrs |
| 08/16/13 | CDT | review and revise ▇▇▇▇▇▇ re: ▇▇▇▇▇▇▇ (.5); emails with S. Hornung and M. Luskin re: same (.2) | 0.70 | hrs |
| 08/22/13 | SEH | revise objections to Richcourt Allweather Fund and Richcourt Euro Strategies proofs of claim | 0.30 | hrs |
| 08/23/13 | ML | ▇▇▇ review and revise objections to ▇▇▇▇▇▇ proofs of claim | 0.80 | hrs |
| 08/23/13 | SEH | review, revise finalize and serve objections to Richcourt Allweather Fund and Richcourt Euro Strategies proofs of claim | 4.80 | hrs |
| 08/23/13 | CDT | review and file claim objections re: Richcourt Allweather and Euro Strategies (.5); office conference with S. Hornung re: same (.1); draft Certificate of Sertice re: same (.3) | 0.90 | hrs |
| 08/23/13 | LTC | review objections to claims by RAF and RES and emails with team, conference with S. Hornung re: same | 0.40 | hrs |
| 08/26/13 | SEH | emails re certificate of service re objections to RAW and RES claims | 0.10 | hrs |
| 08/26/13 | CDT | draft, review and finalize cover letters to chambers and US Trustee re: Richcourt Claim Objections (.8); prepare and send courtesy copies re: same (.4); office conferences with A. Talesnick re: the same and Notice of Hearing (.4); review, revise, finalize and file Certificate of Service re: same (.4) | 2.00 | hrs |
| 08/28/13 | AST | Draft amended notice of hearing and certificate of service re: same | 0.50 | hrs |
| 08/28/13 | CDT | review and finalize draft certificate of service re: Amended Notice of Hearing (.3); review and file Amended Notice of Hearing (.4); prepare and send service copies re: same (.4); office conferences and | 1.30 | hrs |

R. Davis, Trustee/Fletcher Int                                           Invoice    1344
Claims Analysis                                                          Page    2

|            |     |                                                                                              |          |
|------------|-----|--------------------------------------------------------------------------------------------------|----------|
|            |     | correspondence with S. Hornung and A. Talesnick re: same (.2)                                     |          |
| 08/29/13   | AST | Arrange for filing and service of amended notice of hearing re: Richcourt proof of claims and draft notice of hearing for fee applications | 0.50  hrs |
| 08/29/13   | CDT | review and file cert. of service re: Amended Notice of Hearing (.4); revise, review, finalize, prepare and send cover letters and courtesy copies to US Trustee and chambers re: same (.6); office conference with A. Talesnick re: same (.2) | 1.20  hrs |

| Name                  | Hours     | Rate         | Amount      |
|-----------------------|-----------|--------------|-------------|
| Talesnick, Alex S.    | 1.00  hrs | 324.00  /hr  | $324.00     |
| Trieu, Catherine D.   | 6.10  hrs | 202.50  /hr  | $1,235.25   |
| Jensen, Kristen M.    | 7.10  hrs | 324.00  /hr  | $2,300.40   |
| Chapman, Lucia T.     | 0.40  hrs | 630.00  /hr  | $252.00     |
| Luskin, Michael       | 1.10  hrs | 720.00  /hr  | $792.00     |
| Hornung, Stephan E.   | 9.40  hrs | 472.50  /hr  | $4,441.50   |
|                       |           |              | ---------------- |
| Total fees for this matter | 25.10  hrs |         | $9,345.15   |

BILLING SUMMARY

|                     |            |
|---------------------|------------|
| FEES                | $9,345.15  |
|                     | ---------------- |
| TOTAL CHARGES       | $9,345.15  |
|                     | ---------------- |
| TOTAL BALANCE DUE   | $9,345.15  |

August 31, 2013
Invoice #     1345
Client/Matter # 0638-0008
Billed through    August 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re: Plan Issues

PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours |
|---|---|---|---|
| 08/12/13 | ML | draft disclosure statement outline | 1.50 hrs |
| 08/14/13 | ML | disclosure statement drafting issues | 0.70 hrs |
| 08/18/13 | ML | review M. Murray memo re: ▇▇▇▇▇▇▇ emails re: same | 0.40 hrs |
| 08/21/13 | ML | Office conference with L. Chapman and S. Hornung re: ▇▇▇▇▇ (0.3). Draft disclosure statement. | 4.20 hrs |
| 08/22/13 | ML | Draft disclosure statement. | 2.00 hrs |
| 08/22/13 | AST | office conference with S. Hornung re: ▇▇▇▇▇▇ | 0.30 hrs |
| 08/22/13 | SEH | meeting with A. Talesnick re ▇▇▇▇▇ | 0.20 hrs |
| 08/23/13 | AST | office conference with S. Hornung re: ▇▇▇▇▇ review background documents re: same | 0.50 hrs |
| 08/26/13 | ML | Review and revise draft disclosure statement. | 1.60 hrs |
| 08/26/13 | AST | office conference with L. Chapman re: ▇▇▇▇▇ | 0.20 hrs |
| 08/28/13 | AST | Research and draft ▇▇▇▇▇ disclosure statement | 5.70 hrs |
| 08/29/13 | AST | Research and draft ▇▇▇▇▇ disclosure statement | 7.10 hrs |
| 08/30/13 | ML | emails re ▇▇▇▇▇ (.3); revise disclosure statement (2.2) | 2.50 hrs |
| 08/30/13 | AST | Revise draft of ▇▇▇▇▇ section of disclosure statement and circulate same to S. Hornung and L. Chapman | 1.30 hrs |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Talesnick, Alex S. | 15.10 hrs | 324.00 /hr | $4,892.40 |
| Luskin, Michael | 12.90 hrs | 720.00 /hr | $9,288.00 |
| Hornung, Stephan E. | 0.20 hrs | 472.50 /hr | $94.50 |
| | | | ---------------- |
| Total fees for this matter | 28.20 hrs | | $14,274.90 |

R. Davis, Trustee/Fletcher Int                                          Invoice      1345
Plan Issues                                                            Page        2

BILLING SUMMARY

    FEES                                                  $14,274.90

                                                                ---------------

    TOTAL CHARGES                                         $14,274.90

                                                                 ---------------

    TOTAL BALANCE DUE                                     $14,274.90