Kevin G. Abrams
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001

*Special Litigation Counsel to the
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**SECOND MONTHLY STATEMENT OF ABRAMS & BAYLISS LLP,
AS SPECIAL LITIGATION COUNSEL FOR THE
CHAPTER 11 TRUSTEE, FOR REIMBURSEMENT OF EXPENSES
<u>INCURRED FOR THE PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013</u>**

{A&B-00266646-}

**Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Abrams & Bayliss LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Date of Retention: | Order entered January 15, 2013 [Docket No. 181] *nunc pro tunc* to December 28, 2012 |
| Period for Which Compensation and Reimbursement is sought: | August 1, 2013 to August 31, 2013 |
| Amount of Compensation sought as Actual, Reasonable and Necessary: | $ |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $ |
| Amount of expense reimbursement as Actual, Reasonable and Necessary: | $24,097.24 |

{A&B-00266646-}

## Expense Summary

| Disbursements | Amounts ($) |
|---|---|
| Court of Chancery (JX Exhibit Storage and Per Day Trial Charges) | $ 2,515.00 |
| Juli LaBadia, RDR, CRR (Trial Transcripts) | $ 6,219.00 |
| Neith D. Ecker, RDR, CRR, CCR (7/31/2013 Hearing Transcript) | $ 110.00 |
| Roadrunner Express, Inc. (Transportation) | $ 155.40 |
| TechGuides (Trial Support) | $ 884.52 |
| Parcels, Inc. | $11,661.88 |
| Montchanin Inn (Hotel for Richard Davis, Kell Benson and Peter Fowler) | $ 2,551.44 |
| **TOTAL** | $24,097.24 |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Abrams & Bayliss LLP ("Abrams"), special litigation counsel to the Chapter 11 Trustee, hereby submits this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from August 1, 2013 through August 31, 2013 (the "**Statement Period**"). In support of the Monthly Fee Statement, Abrams respectfully represents as follows:

### Relief Requested

1. Abrams submits this Monthly Fee Statement in accordance with the Compensation Order. All expenses for which Abrams requests compensation were incurred by Abrams on behalf of the Trustee.

2. Abrams seeks compensation for reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Expenses | $24,097.24 |
|---|---|

3. A detailed statement of disbursements made by Abrams during the Statement Period is attached hereto as Exhibit A.

4. Pursuant to the Compensation Order, Abrams seeks payment of $24,097.24 for the Statement Period, representing 100% of the total expenses incurred.

{A&B-00266646-}

3

### Notice and Objection Procedures

5.      In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served by hand or overnight delivery upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (i) Richard J. Davis, the Trustee; (ii) the attorneys for the Trustee, Luskin, Stern & Eisler, LLP, Eleven Times Square, New York, New York 10036; and (iii) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

6.      Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Abrams, no later than October 7, 2013 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

7.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to Abrams the amount of expenses identified in the Monthly Fee Statement.

8.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: September 20, 2013
      Wilmington, Delaware

                          Respectfully submitted,

                          */s/ Kevin G. Abrams*
                          Kevin G. Abrams (DE Bar No. 2375)
                          Abrams & Bayliss LLP
                          20 Montchanin Road, Suite 200
                          Wilmington, Delaware  19807
                          Telephone:  (302) 778-1000
                          Facsimile:  (302) 778-1001

                          *Special Litigation Counsel to the Chapter 11 Trust*

# EXHIBIT A

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

FLETCHER INTERNATIONAL, LTD.
c/o Richard J. Davis, Trustee
415 Madison Avenue
11th Floor
New York, NY 10017

Invoice Date: September 20, 2013
Invoice No.       12445
Account No.      738.00
Page:   1

Re:   Breach of Consent Litigation

### Expenses

| | |
|---|---|
| Court of Chancery (JX Exhibit Storage and Per Day Trial Charges) | $ 2,515.00 |
| Juli LaBadia, RDR, CRR (Trial Transcripts) | $ 6,219.00 |
| Neith D. Ecker, RDR, CRR, CCR (7/31/2013 Hearing Transcript) | $   110.00 |
| Roadrunner Express, Inc. (Transportation) | $   155.40 |
| TechGuides (Trial Support) | $   884.52 |
| Parcels, Inc. | $11,661.88 |
| Montchanin Inn (Hotel for Richard Davis, Kell Benson and Peter Fowler) | $ 2,551.44 |
| **TOTAL AMOUNT DUE** | $24,097.24 |

**NEW** WIRING INSTRUCTIONS:

ABRAMS & BAYLISS LLP OPERATING ACCOUNT
Account No. 5970858451

Wells Fargo Bank, N.A.
ABA No. 121000248