Objection Deadline: October 7, 2013 at 4:00 p.m. (Prevailing Eastern Time)

Susan Grbic
WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone (212) 375-6911

*Tax Advisors for Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Fletcher International, LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-12796 (REG) |

**FOURTH MONTHLY STATEMENT OF WEISERMAZARS, LLP, AS TAX ADVISORS TO THE CHAPTER 11 TRUSTEE, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | WeiserMazars, LLP |
| Authorized to Provide Tax Advisory Services To: | The Chapter 11 Trustee |
| Date of Retention: | Order entered April 29, 2013 [Docket No. 231] |
| Period for Which Compensation And Reimbursement are Sought: | August 1, 2013 to August 31, 2013[1] |
| Amount of Compensation Sought As Actual, Reasonable, and Necessary: | $ 7,209.50 |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 5,767.60 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 39.80 |

---

[1] This monthly fee statement includes certain time entries for the month of July related to the preparation of BRG Investments, LLC's tax return which were inadvertently not included in WeiserMazars' second monthly fee statement.

## Time Summary for Professionals and Paraprofessionals

| Timekeeper | Position | Rate ($) | Hours | Fees ($) |
|---|---|---|---|---|
| Susan Grbic | Partner | $425.00 | 0.5 | $212.50 |
| Jonathan Gold | Senior Manager | $350.00 | 0.5 | $175.00 |
| Sharon Smith | Manager | $260.00 | 14.6 | $3,796.00 |
| Angela Loccisano | Senior | $170.00 | 17.8 | $3,026.00 |
| **TOTAL** | | | **33.4** | **$7,209.50** |

## Compensation by Matter

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Fee/Employment Applications | 12.0 | $3,202.50 |
| Prepared Tax Return | 21.4 | $4,007.00 |
| **TOTAL** | **33.4** | **$7,209.50** |

## Expense Summary

| Disbursements | Amounts |
|---|---|
| Expenses- Postage and Transportation | $39.80 |
| **TOTAL** | $39.80 |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (hereinafter referred to as the "Compensation Order"), WeiserMazars, LLP (hereinafter referred to as "**WeiserMazars**"), tax advisors to the Chapter 11 Trustee, hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (hereinafter referred to as the "**Monthly Fee Statement**") for the period August 1, 2013 through August 31, 2013 (hereinafter referred to as the "**Statement Period**").  In support of the Monthly Fee Statement, WeiserMazars respectfully requests the following:

## **Relief Requested**

1. WeiserMazars submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which WeiserMazars requests compensation were performed by WeiserMazars on behalf of the Trustee.

2. WeiserMazars seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $ 7,209.50 |
|---|---|
| Total Expenses | $ 39.80 |
| Total | $ 7,249.30 |

3. WeiserMazars' invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as Exhibit A.  The invoice includes a detailed statement of hours spent by professionals and disbursements.

4. Pursuant to the Compensation Order, WeiserMazars seeks payment of $5,807.40 for the Statement Period, representing 80% of the total fees for services rendered and expenses incurred.

**Notice and Objection Procedures**

5. In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee, (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.), and (c) Michael Luskin, Luskin, Stern & Eisler, LLP, Eleven Times Square, New York, New York 10036.

6. Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including WeiserMazars, no later than October 7, 2013 at 4:00 p.m. (Eastern Time) (hereinafter referred to as the "**Objection Deadline**"), setting forth the nature of the objection and specific amount of fees and expenses at issue.

7. If no objection to the Monthly Fee Statement is received prior to the Objection Deadline, the Trustee will pay WeiserMazars the amount of fees and expenses identified in the in the Monthly Fee Statement.

8. To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
September 20, 2013

Respectfully submitted,

/s/ Susan Grbic

Susan Grbic

WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone: (212) 375-6911
Susan.Grbic@weisermazars.com

*Tax Advisor to the Chapter 11 Trustee*

# EXHIBIT A

**Monthly Invoice for August 1, 2013 - August 31, 2013**



Tax Advisors to the Chapter 11 Trustee of Fletcher International, Ltd.

| Date | Timekeeper | Rate | Hours | Amount | Project Category | Narrative |
|---|---|---|---|---|---|---|
| 08/03/13 | Smith, Sharon A. | $ 260.00 | 0.7 | $ 182.00 | Fee/Employment Applications | Prepared bill for July 2013. |
| 08/05/13 | Smith, Sharon A. | $ 260.00 | 0.3 | $ 78.00 | Fee/Employment Applications | Preparing internal bills for June and July. |
| 08/20/13 | Grbic, Susan | $ 425.00 | 0.5 | $ 212.50 | Fee/Employment Applications | Review of first fee application. |
| 08/20/13 | Smith, Sharon A. | $ 260.00 | 4.5 | $ 1,170.00 | Fee/Employment Applications | Prepared first fee application; telephone call with Stephan Hornung regarding preparation and submission of fee application to the court. |
| 08/28/13 | Smith, Sharon A. | $ 260.00 | 0.5 | $ 130.00 | Fee/Employment Applications | Prepared first fee application. |
| 08/30/13 | Smith, Sharon A. | $ 260.00 | 5.5 | $ 1,430.00 | Fee/Employment Applications | Prepared service letters for first fee application (4.5); preparing and serving fee application via email (.5); travel to post office to mail service letters for fee application (.5). |
| | | | 12.0 | $ 3,202.50 | Fee/Employment Applications Total | |
| 07/15/13 | Smith, Sharon A. | $ 260.00 | 0.5 | $ 130.00 | Prepared Tax Return | Review of BRG 2011 tax return and trial balance. |
| 07/18/13 | Loccisano, Angela | $ 170.00 | 4.0 | $ 680.00 | Prepared Tax Return | Created binder for new client based on internal record keeping system (.3); inserted tax documents into the binder (.5); set-up the trial balance and reviewed 2011 return (2.2); and prepared groupings of trial balance items (1.0). |
| 07/24/13 | Smith, Sharon A. | $ 260.00 | 0.7 | $ 182.00 | Prepared Tax Return | Review of open items for BRG return; review of ▮ prepared email of open items; discussions with Angela L. regarding ▮ |
| 07/24/13 | Loccisano, Angela | $ 170.00 | 2.5 | $ 425.00 | Prepared Tax Return | Prepared tax return and supporting workpapers. |
| 07/24/13 | Loccisano, Angela | $ 170.00 | 2.2 | $ 374.00 | Prepared Tax Return | Prepared tax return and trial balance accounts (1.2); research regarding ▮ (.4); set-up new client acceptance form (.4) ; set-up return in prosystem (.2). |
| 07/25/13 | Gold, Jonathan W. | $ 350.00 | 0.5 | $ 175.00 | Prepared Tax Return | IT support and uploading new return into prosystem. |
| 07/25/13 | Loccisano, Angela | $ 170.00 | 5.8 | $ 986.00 | Prepared Tax Return | Prepared tax return (5.6); internal discussions regarding classification of ▮ and reporting on ▮ (.2). |
| 07/25/13 | Smith, Sharon A. | $ 260.00 | 0.3 | $ 78.00 | Prepared Tax Return | Conducting research regarding ▮ internal discussions regarding ▮ |
| 07/26/13 | Loccisano, Angela | $ 170.00 | 2.8 | $ 476.00 | Prepared Tax Return | Prepared tax return (2.3); prepared email to be sent to the client regarding open items (.5). |
| 07/30/13 | Smith, Sharon A. | $ 260.00 | 0.3 | $ 78.00 | Prepared Tax Return | Reviewed and made edits to email to be sent to the client regarding open items and ▮ |
| 08/05/13 | Smith, Sharon A. | $ 260.00 | 0.3 | $ 78.00 | Prepared Tax Return | Telephone call with Gary Polkowitz regarding status of the return; preparing email regarding ▮ prepared email regarding ▮ |
| 08/15/13 | Smith, Sharon A. | $ 260.00 | 1.0 | $ 260.00 | Prepared Tax Return | Conference call with McGladrey and Goldin Associates (.5) ; internal discussion of open items; review of return (.5). |
| 08/15/13 | Loccisano, Angela | $ 170.00 | 0.5 | $ 85.00 | Prepared Tax Return | Conference call with McGladrey. |
| | | | 21.4 | $ 4,007.00 | Prepared Tax Return Total | |