**Objection Deadline: December 5, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:   (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**THIRTHEENTH MONTHLY STATEMENT OF LUSKIN, STERN & EISLER LLP,
AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Date of Retention: | Order entered November 12, 2012 [Docket No. 154] *nunc pro tunc* to September 25, 2012 |
| Period for Which Compensation and Reimbursement are Sought: | October 1, 2013 to October 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $289,559.25 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $231,647.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,059.79 |

## Time Summary for Professionals and Paraprofessionals

| Timekeeper | Position and Year Admitted to Practice | | Rate ($)[*] | Hours | Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | 720.00 | 123.90 | 89,208.00 |
| Lucia Chapman | Associate | 1984 | 630.00 | 161.60 | 101,808.00 |
| Richard Favata | Associate | 2004 | 567.00 | 14.60 | 8,278.20 |
| Stephan Hornung | Associate | 2008 | 472.50 | 173.50 | 81,978.75 |
| Alex Talesnick | Associate | 2012 | 324.00 | 1.50 | 486.00 |
| Kristen Jensen | Associate | 2009** | 324.00 | 9.20 | 2,980.80 |
| Catherine Trieu | Paralegal | N/A | 202.50 | 23.80 | 4,819.50 |
| **TOTAL** | | | | **508.10** | **289,559.25** |

** Admitted California 2009
   Admitted New York 2013

---

[*] These rates are reflective of a 10% discount from LSE's regular rates.

## Compensation by Matter

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| General Administration | 2.20 | 499.50 |
| Retention & Fee Applications | 12.50 | 3,530.25 |
| Investigations | 98.90 | 56,459.25 |
| Litigation | 48.90 | 23,361.75 |
| Asset Analysis & Recovery | 34.20 | 17,943.75 |
| Cash Collateral | 3.40 | 1,606.50 |
| Plan Issues | 308.00 | 186,158.25 |
| **TOTAL** | **508.10** | **289,559.25** |

## Expense Summary

| Disbursements | Amounts ($) |
|---|---|
| Conference Call Service | 17.94 |
| Court Document Retrieval | 280.00 |
| Meals | 142.70 |
| Messenger Service | 185.00 |
| Online Research | 308.21 |
| Tax and Local Transportation | 35.10 |
| **TOTAL** | **1,059.79** |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Luskin, Stern & Eisler LLP ("**LSE**"), attorneys for the Chapter 11 Trustee, hereby submit this Thirteenth Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from October 1, 2013 through October 31, 2013 (the "**Statement Period**").  In support of the Monthly Fee Statement, LSE respectfully represents as follows:

<u>**Relief Requested**</u>

1.      LSE submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which LSE requests compensation were performed by LSE on behalf of the Trustee.

2.       LSE seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $289,559.25 |
| Total Expenses | $1,059.79 |
| Total | $290,619.04 |

3.      A detailed statement of hours spent by LSE rendering legal services to the Trustee and disbursements made by LSE during the Statement Period is attached hereto as <u>Exhibit A</u>.

4.      Pursuant to the Compensation Order, LSE seeks payment of $232,707.19 for the Statement Period, representing (a) 80% of the total fees for services rendered and (b) 100% of the total expenses incurred.

### Notice and Objection Procedures

5.      In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

6.      Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including LSE, no later than December 5, 2013 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

7.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to LSE the amounts of fees and expenses identified in the Monthly Fee Statement.

8.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
         November 21, 2013

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

*Attorneys for the Chapter 11 Trustee*

## EXHIBIT A

Time and Expense Records

October 31, 2013
Invoice #    1537
Client/Matter #  0638-0001
Billed through    October 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  General Administration

PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/04/13 | SEH | emails with C. Trieu re certificate of service | | | | 0.10  hrs |
| 10/07/13 | CDT | review returned service copies and research to confirm addresses (.6); review docket and compile recent filings (.5) | | | | 1.10  hrs |
| 10/08/13 | CDT | review and consolidate working documents and files | | | | 0.90  hrs |
| 10/29/13 | SEH | telephone call with A. Chakabva re monthly operating report | | | | 0.10  hrs |
| | | Trieu, Catherine D. | 2.00  hrs | 202.50  /hr | | $405.00 |
| | | Hornung, Stephan E. | 0.20  hrs | 472.50  /hr | | $94.50 |
| | | | | | | --------------- |
| | | Total fees for this matter | 2.20  hrs | | | $499.50 |

DISBURSEMENTS

| | |
|---|---|
| American Express; Invoice # 052213SEH; Meals and Entertainment | $23.49 |
| American Express; Invoice # 052213 SEH; Taxi and Local Transportation | $7.80 |
| American Express; Invoice # 080113SEH; Meals and Entertainment - overtime meal | $25.67 |
| File and ServeXpress; Invoice # 201309696798901; Court Document Retrieval SEH 9/10/13 - 9/11/13 Fletcher doc retrieval - Delaware | $280.00 |
| Guy & Gallard; Invoice # 94606; Meals and Entertainment | $93.54 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5145557 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5145560 | $21.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5168877 | $23.00 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1537
General Administration                                           Page      2

| | |
|---|---:|
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5168904 | $12.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5181395 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5193227 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5194442 | $21.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5194443 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5194485 | $12.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5196113 | $21.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5201402 | $12.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 183256; Messenger Service 5201404 | $23.00 |
| American Express; Invoice # 10012013SEH; Taxi and Local Transportation car ride home 10/01/13 | $7.00 |
| MultiPoint Communications; Invoice # 10062013; Conference Call Service- 10/2/13 ML | $8.52 |
| MultiPoint Communications; Invoice # 10062013; Conference Call Service- 10/4/13 ML | $9.42 |
| FedEx; Invoice # 242416236; Federal Express 796792359933 | $66.53 |
| FedEx; Invoice # 242416236; Federal Express 802649634349 | $24.31 |
| American Express; Invoice # 10092013SEH; Taxi and Local Transportation SEH car ride home 10/09/13 | $9.60 |
| American Express; Invoice # 10102013SEH; Taxi and Local Transportation SEH car ride home 10/10/13 | $10.70 |
| LexisNexis; Invoice # 1309481579; Online Research | $40.95 |
| LexisNexis; Invoice # 1309481579; Online Research | $267.26 |
| | ---------------- |
| Total disbursements for this matter | $1,059.79 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1537
General Administration                                            Page      3

BILLING SUMMARY

        FEES                                             $499.50

        DISBURSEMENTS                                    $1,059.79
                                                                        ----------------

        TOTAL CHARGES                                    $1,559.29

                                                                        ----------------

        TOTAL BALANCE DUE                                $1,559.29

October 31, 2013

Invoice #    1538

Client/Matter # 0638-0002

Billed through    October 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Retention & Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 10/02/13 | SEH | emails with R. Morrissey re fee applications | 0.30 | hrs |
| 10/04/13 | CDT | correspondence with S. Hornung re: interim fee application order (.1); review form order and begin draft order re: same (.4) | 0.50 | hrs |
| 10/07/13 | SEH | telephone call with court (.2) draft certificate of no objection re interim fee applications and revise proposed order (1.6.) | 1.80 | hrs |
| 10/07/13 | SEH | review time re monthly fee statement | 0.30 | hrs |
| 10/07/13 | CDT | review, finalize and file certificate of no objection re: interim fee applications (.3); draft order and schedule A re: interim fee compensation (1.1) | 1.40 | hrs |
| 10/15/13 | SEH | review redactions re monthly fee statement | 0.30 | hrs |
| 10/17/13 | CDT | review S. Hornung comments to prebill and invoices and redact Exhibit A re: LSE monthly fee statement (1.7); draft and compile fee statement and fee charts re: same (.7); review and compile redacted and unredacted fee statement re: same (.3) | 2.70 | hrs |
| 10/18/13 | SEH | telephone call with D. Gordon re fees (.1); revise LSE monthly fee statement (.3) | 0.40 | hrs |
| 10/21/13 | SEH | review monthly fee statements | 0.40 | hrs |
| 10/21/13 | CDT | review, compile, finalize and file fee statements re: WeiserMazars and Abrams & Bayliss (.6); review S. Hornung comments and revise fee statement, fee schedules and redacted exhibit re: LSE monthly fee statement (.9); compile revised statement re: same (.3); draft, review and revise cover letter to US Trustee re: monthly fee statements (.3) | 2.10 | hrs |
| 10/22/13 | CDT | compile and finalize redacted exhibits re: LSE monthly fee statement (.3); review, compile, finalize and file fee statement re: same (.3); revise, review, finalize and send cover letter and courtesy copies to US Trustee re: same (.4); correspondence with S. Hornung re: same (.1); compile filed copies of monthly fee statements (.2) | 1.30 | hrs |
| 10/28/13 | SEH | review Goldin Monthly fee statement | 0.20 | hrs |
| 10/29/13 | CDT | review and file monthly fee statement re: Goldin (.4); draft, review, | 0.80 | hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice     1538
Retention & Fee Applications                                      Page      2

<div style="margin-left:2em">

prepare and send cover letter and courtesy copy to US Trustee re: same (.4)

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 8.80  hrs | 202.50  /hr | $1,782.00 |
| Hornung, Stephan E. | 3.70  hrs | 472.50  /hr | $1,748.25 |
| Total fees for this matter | 12.50  hrs | | $3,530.25 |

</div>

BILLING SUMMARY

| | |
|---|---|
| FEES | $3,530.25 |
| TOTAL CHARGES | $3,530.25 |
| TOTAL BALANCE DUE | $3,530.25 |

October 31, 2013
Invoice #    1539
Client/Matter # 0638-0003
Billed through   October 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Investigations

## PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours | |
|------|-------|-------------|------:|---|
| 10/01/13 | ML | Prepare for team meeting. Emails re: same. | 0.20 | hrs |
| 10/01/13 | LTC | prepared for ▮▮▮ interview, including conference with S. Hornung and emails with team | 0.80 | hrs |
| 10/01/13 | SEH | compile documents to be sent to ▮▮▮ re analysis (.2); meet with L. Chapman re ▮▮▮ interview (.5); revise outline re same (.1) | 0.80 | hrs |
| 10/02/13 | ML | Emails re: discovery, SEC hearing and related (0.2). Telephone call with R. Davis re: ▮▮▮ (0.2). Office conference with L. Chapman and S. Hornung re: witness interview (0.2). | 0.60 | hrs |
| 10/02/13 | SEH | prepare for and participate in interview of ▮▮▮ | 2.40 | hrs |
| 10/02/13 | LTC | revised ▮▮▮ outline and emails re: same (.5); work on disclosure statement (3.3); emails I. Jablon (.1); telephone call with ▮▮▮ and prepared for same (3.4); summary of ▮▮▮ interview (1.0); team conference call and conference with M. Luskin and S. Hornung (.8) | 9.10 | hrs |
| 10/03/13 | SEH | telephone call with ▮▮▮ (.3); meeting with M. Tremonte re outstanding discovery (.2) | 0.50 | hrs |
| 10/03/13 | LTC | conference call with S. Hornung, Goldin and conference with S. Hornung re: same (.5); team meeting (3.0); meeting with M. Tremonte (.3) | 3.80 | hrs |
| 10/03/13 | ML | Prepare for and attend meeting with M. Tremonte re: status of investigation against Fletcher entities. | 1.00 | hrs |
| 10/07/13 | ML | Emails re: ▮▮▮ | 0.20 | hrs |
| 10/07/13 | SEH | telephone call with R. Davis re various issues re plan and investigation (.2); telephone call with A. ▮▮▮ meeting (.2) | 0.40 | hrs |
| 10/07/13 | LTC | Team emails (.4); conference call with R. Davis, S. Hornung (.4); email to ▮▮▮ (.1); email to ▮▮▮ (.1) | 1.00 | hrs |
| 10/08/13 | SEH | draft email to M. Tremonte re discovery issues (1.0); emails with C. Gately re discovery (.7) | 1.70 | hrs |
| 10/08/13 | LTC | telephone calls to A. Morris (.2); conferences with S. Hornung re: subpoenas (.3); team emails re: ▮▮▮ and reviewed related | 1.40 | hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice     1539
Investigations                                                   Page        2

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | documents (.7); remails to M. Tremonte and team (.2) | |
| 10/09/13 | SEH | telephone call with Smart Data re document production (.1); telephone call with counsel for ██████ and follow up emails (.2) | 0.30 hrs |
| 10/09/13 | LTC | emails with ██████ (.1); emails re: Tremonte and FAM documents (.1); telephone call with A. Morris (.1) | 0.30 hrs |
| 10/10/13 | LTC | email with A. Morris | 0.10 hrs |
| 10/11/13 | ML | Review ██████ (0.7); draft and review emails re: same (0.3). | 1.00 hrs |
| 10/11/13 | LTC | telephone call with A. Morris | 0.20 hrs |
| 10/12/13 | LTC | team emails | 0.10 hrs |
| 10/14/13 | LTC | meeting with R. Davis and ██████ | 1.70 hrs |
| 10/15/13 | ML | Telephone call with L. Riffkin (UST) re: ██████ filings (0.5). Telephone calls with R. Davis re: ██████ (0.5). Conference telephone call with team re: ██████ (1.0). Emails re: Fletcher document production (0.1). | 2.10 hrs |
| 10/15/13 | SEH | draft email re discovery (.2); review documents produced by Tremonte (.1); emails re ██████ and attention to interview issues (.4) | 0.70 hrs |
| 10/16/13 | LTC | team emails (.3); conference with S. Hornung re: discovery issues and ██████ (.2); conference call with team and conference with M. Luskin. S. Hornung re: ██████ and other investigation issues (1.0); telephone call to ██████ and review of information re: ██████ (.2) | 1.70 hrs |
| 10/16/13 | LTC | email to ██████ (.1); reviewed team emails and documents re: ██████ and ██████ (.5) | 6.00 hrs |
| 10/17/13 | ML | Review L. Chapman memo re: ██████ and email G. Petrillo re: same. | 0.30 hrs |
| 10/17/13 | SEH | telephone call with N. Tovery re interview with ██████ (.2) | 0.20 hrs |
| 10/17/13 | LTC | team emails re: ██████ (.4); work on list of follow-up for ██████ (1.1) | 1.50 hrs |
| 10/18/13 | ML | Emails re: ██████ interview (0.2). Emails re: conference telephone call with Drinker Biddle & Reath re: ██████ issues (0.2). Telephone call with R. Davis re: ██████ (0.2). Prepare for and attend conference telephone call with Drinker Biddle & Reath and follow-up re: same (0.8). Draft outline re: motion to compel production of documents ██████ (1.0). Office conferences with S. Hornung and review emails re: outstanding discovery issues (0.6). | 3.00 hrs |
| 10/18/13 | SEH | emails with M. Luskin re ██████ claims (.4); review ██████ ██████ (.2) | 0.60 hrs |
| 10/18/13 | LTC | email with G. Esposito | 0.10 hrs |
| 10/19/13 | LTC | team emails and document review re: ██████ | 1.30 hrs |
| 10/20/13 | ML | Telephone call with R. Davis and emails re: additional document reviews. | 0.50 hrs |
| 10/20/13 | SEH | review documents re ██████ and emails re same | 3.40 hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice      1539
Investigations                                                             Page          3

| Date | Init | Description | Hours |
|---|---|---|---|
| 10/20/13 | LTC | team emails re: ██████ | 0.40 hrs |
| 10/21/13 | ML | Prepare for and attend conference telephone call with team re: additional document review and production (1.0). Email with ██ re: document production (0.0). Prepare for and attend conference telephone call with ██████ and ██████ and emails re: same (0.8). Telephone call with R. Davis re: interview and document follow-up (0.3). | 2.10 hrs |
| 10/21/13 | SEH | all hands conference call re ██████ (1.0); review communications with ████ (1.7); emails with M. Luskin (.1); prepare for and participate in interview of ██████ including follow up (1.7); telephone call with G. Polkowitz re various issues (.2); review documents received from ██████ (1.3) | 6.00 hrs |
| 10/21/13 | CDT | compile and prepare copies of production discs (.4); compile electronic copies of Richcourt related filings (.2) | 0.60 hrs |
| 10/21/13 | LTC | telephone call with ██████ and emails re: same (.3); emails and document review re: ██████ (.5); revised topics for ████ call and emails re: same (.6); telephone call to ██████ (.1); team emails re: ██████ (.2); conference call with ████ and email summary to team re: same (1.5); emails with M. Tremonte (.2); team conference call re: ██████ and other investigation matters (.8); email to ██████ (.1); telephone call to and emails with ██ (.2) | 4.50 hrs |
| 10/22/13 | ML | Telephone calls with R. Davis re: ██████ (0.3) and office conferences with S. Hornung re: same (0.3). Telephone call with ██████ re: document production and miscellaneous follow-up re: same (0.4). | 1.00 hrs |
| 10/22/13 | SEH | review documents re ████ | 3.10 hrs |
| 10/22/13 | LTC | reviewed filings ██████ | 0.70 hrs |
| 10/23/13 | ML | Revise and send email to ████ re: document production (0.1). Revise and send email to ██████ and telephone call with ██ ██████ re: additional document production (0.3). Office conference with S. Hornung and L. Chapman re: additional document production (0.2). Telephone calls and emails to R. Davis re: additional document search and production (0.2). Telephone calls with ██████ (0.5) and emails and telephone call with R. Davis re: same (0.3). Telephone call with R. Davis re: ██████ and emails re: same (0.3). Review emails re: ██████ (0.5). | 2.40 hrs |
| 10/23/13 | SEH | emails with L. Chapman re discovery issues (.1); emails with the ██████ (.1) | 0.20 hrs |
| 10/23/13 | SEH | review documents re ██████ and emails re same (4.7) | 4.70 hrs |
| 10/23/13 | LTC | team emails re: ██████ (.2); email ████ (.1) | 0.30 hrs |
| 10/24/13 | ML | Review ██████ memo in preparation for team meeting. | 0.50 hrs |
| 10/24/13 | LTC | team emails | 0.30 hrs |
| 10/25/13 | SEH | drafting letter to court re motion to compel | 1.90 hrs |
| 10/25/13 | SEH | review ████ memo re: team meeting | 0.20 hrs |
| 10/25/13 | LTC | conference call re: ██████ (2.0); team emails (.2) | 2.20 hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice      1539
Investigations                                                         Page      4

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/26/13 | SEH | revise letter to court re motion to compel | 2.00 hrs |
| 10/28/13 | ML | Review and revise letter to court re: motion to compel production of privilege documents. | 0.30 hrs |
| 10/28/13 | SEH | revise letter to court re motion to compel (2.3); attention to various outstanding discovery issues, including ███████ and ███████ and meeting with L. Chapman re same (1.2); prepare document production (.6); telephone call with Brett Lessem re discovery and prepare ███ production (.4); attention to various outstanding discovery issues (.6); research and revise letter to court re motion to compel (2.5) | 7.60 hrs |
| 10/28/13 | LTC | work on McGladrey subpoena issues, including conference with S. Hornung and telephone call with A. Morris (.8); emails to ███ (.1) | 0.90 hrs |
| 10/29/13 | ML | Email to ███████ and email to ████ re: communications with FAM. | 0.20 hrs |
| 10/29/13 | SEH | review and revise letter to J. Gerber re motion to compel (1.3); review SEC document production (1.0); draft subpoenas re ███████ (1.3) | 3.60 hrs |
| 10/29/13 | LTC | conference with S. Hornung re: ███ production | 0.20 hrs |
| 10/30/13 | SEH | revise letter to J. Gerber re motion to compel and research re same (2.1); review documents re ███ production (.5) | 2.60 hrs |
| 10/31/13 | SEH | finalize and serve letter to J. Gerber re motion to compel (.5); telephone call with ███████ re same (.2); meeting with M. Luskin re various issues (.2); revise subpoena re ███████ (.5) | 1.40 hrs |

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 0.60 hrs | 202.50 /hr | $121.50 |
| Chapman, Lucia T. | 38.60 hrs | 630.00 /hr | $24,318.00 |
| Luskin, Michael | 15.40 hrs | 720.00 /hr | $11,088.00 |
| Hornung, Stephan E. | 44.30 hrs | 472.50 /hr | $20,931.75 |
| | | | -------------- |
| Total fees for this matter | 98.90 hrs | | $56,459.25 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $56,459.25 |
| | -------------- |
| TOTAL CHARGES | $56,459.25 |
| | -------------- |
| TOTAL BALANCE DUE | $56,459.25 |

October 31, 2013
Invoice #    1540
Client/Matter #  0638-0004
Billed through    October 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Litigation

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 10/01/13 | ML | Review and revise Kasowitz complaint, and emails and office conference with S. Hornung re: same. | 0.30 | hrs |
| 10/01/13 | LTC | reviewed Kasowitz complaint | 0.20 | hrs |
| 10/01/13 | SEH | review, revise, finalize and file Kasowitz complaint (3.6); attention to ███████████████ (.2); telephone call with ███████████ ████████████████(.1); prepare for hearing re SEC protective order (.2) | 4.10 | hrs |
| 10/01/13 | CDT | compile, review, revise and finalize binder for ██████████re: consultant (2.3); draft, review and revise cover letter to ████████re: same (.3); prepare and send cover letter and binder re: same (.2); office conferences and correspondence with S. Hornung re: same (.2) | 2.90 | hrs |
| 10/02/13 | SEH | prepare for and attend hearing re SEC protective order (3.5); drafting recap of hearing (.5); review summons and serve summons and Kasowitz complaint (.2) | 4.20 | hrs |
| 10/03/13 | LTC | email H. Ginsburg, S. Laird re: lease litigation | 0.10 | hrs |
| 10/04/13 | SEH | emails with████████re████████████████ | 0.10 | hrs |
| 10/04/13 | CDT | draft certificate of service re: adversary complaint (Kasowitz) (.4); correspondence with S. Hornung re: same (.1); revise, finalize, prepare and file certificate of service re: same (.4) | 0.90 | hrs |
| 10/07/13 | SEH | telephone call with counsel to Soundview Debtors in possession | 0.40 | hrs |
| 10/08/13 | SEH | emails re Soundview order and stipulation (.6); prepare for and participate in telephone call with counsel re Soundview (1.0) | 1.60 | hrs |
| 10/08/13 | CDT | review case docket re:███████████████and compile recent filings | 0.80 | hrs |
| 10/10/13 | CDT | review articles and research re:████████████████ ████████████(.4); review case dockets, compile and review relevant filings re: same (.7); office conference with S. Hornung re:████████████████(.1) | 1.20 | hrs |
| 10/11/13 | RF | review of████████████████████████ | 0.50 | hrs |
| 10/15/13 | RF | draft████████████████(1.0) | 1.00 | hrs |

R. Davis, Trustee/Fletcher Int                                                    Invoice    1540
Litigation                                                                       Page       2

| Date | Init | Description | Hours |
|---|---|---|---|
| 10/15/13 | ML | Prepare for Soundview hearing. | 1.00 hrs |
| 10/15/13 | SEH | telephone call with ██████████(.1); emails with Kasowitz re extension (.1); telephone call with G. Polkowitz re ██████████(.3); pull documents for █████status conference (.2); emails with ████and review documents provided by him (.8); telephone call with G. Polkowitz re Soundview (.1); emails re ████(.1) | 1.70 hrs |
| 10/15/13 | CDT | correspondence with L. Chapman and S. Hornung re:██████(.2); review and file letter and stipulation re: same in NY State Supreme Court (.8); prepare and compile ████filings for M. Luskin  review (.9) | 1.90 hrs |
| 10/16/13 | RF | draft████(1.0) | 1.00 hrs |
| 10/16/13 | ML | Prepare for and attend hearing at U.S. Bankruptcy Court re: Soundview bankruptcy filings, and miscellaneous follow-up re: same. | 3.50 hrs |
| 10/16/13 | ML | Review Washington Post settlement draft and emails re: same. | 0.20 hrs |
| 10/16/13 | LTC | drafted stipulation and letter to court and revised settlement agreement, and telephone call with H. Ginsburg; telephone call to M. Tremonte, and emails with H. Ginsburg, M. Tremonte, team, and judge's clerk re: same | 1.00 hrs |
| 10/16/13 | LTC | revised settlement agreement and emails re: same | 1.10 hrs |
| 10/17/13 | ML | Review████ | 0.50 hrs |
| 10/17/13 | RF | Review of M. Luskin comments to ████(.3); correspondence re:same (.2); revise████(.7) | 1.20 hrs |
| 10/17/13 | ML | Review proposed stipulation re:████and email re: same. | 0.30 hrs |
| 10/17/13 | SEH | prepare response to ████(.1); emails re extension to answer Kasowitz complaint (.1) | 0.20 hrs |
| 10/17/13 | LTC | revised settlement agreement and emails with counsel for Post and conference S. Hornung re: same | 1.60 hrs |
| 10/18/13 | LTC | email with H. Ginsburg | 0.10 hrs |
| 10/22/13 | SEH | prepare and participate in call with████ | 0.90 hrs |
| 10/22/13 | LTC | reviewed settlement agreement and emails re: same | 0.40 hrs |
| 10/23/13 | LTC | revised settlement agreement and emails with R. Davis and attorneys for Post re: same | 0.30 hrs |
| 10/23/13 | KMJ | research re:████ | 0.90 hrs |
| 10/24/13 | ML | Review████ | 0.20 hrs |
| 10/24/13 | SEH | revise 9019 motion re BRG settlement re lease litigation | 0.30 hrs |
| 10/24/13 | LTC | compliance conference re: BRG lease litigation and emails re: same | 2.10 hrs |
| 10/28/13 | ML | Telephone call with K. Ostad re: Soundview bankruptcy case litigation and discovery. | 0.40 hrs |
| 10/29/13 | SEH | review and revise████and motion to approve | 0.80 hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice      1540
Litigation                                                              Page         3

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 10/30/13 | ML | Review and revise Washington Post settlement motion papers (0.8). Review and revise letter to court re: motion to compel production of privilege documents (0.6). | 1.40 | hrs |
| 10/30/13 | ML | Telephone call with ▓▓▓▓ and emails with R. Davis re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | hrs |
| 10/30/13 | SEH | revise motion to approve BRG settlement (1.0); review ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ and emails re same (.9) | 1.90 | hrs |
| 10/31/13 | LTC | emails re: ▓▓▓▓▓▓▓▓▓▓▓ and reviewed document re: same | 0.20 | hrs |
| 10/31/13 | SEH | finalize, file and serve motion to approve BRG lease litigation (1.0); research re ▓▓▓▓▓▓▓▓▓▓▓ (.1) | 1.10 | hrs |
| 10/31/13 | CDT | review, redact and compile BRG settlement agreement (.3); review, prepare and compile motion and exhibits re: BRG settlement agreement (.4); review and file notice of presentment and motion re: same (.5); office conferences with S. Hornung re: same (.2); draft, review, revise and finalize cert. of service and cover letters to court and US Trustee re: same (1.2); prepare and send cover letters and courtesy copies to court and US Trustee re: same (.4); prepare and send service copies re: same (.9) | 3.90 | hrs |

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Trieu, Catherine D. | 11.60 | hrs | 202.50 | /hr | $2,349.00 |
| Jensen, Kristen M. | 0.90 | hrs | 324.00 | /hr | $291.60 |
| Chapman, Lucia T. | 7.10 | hrs | 630.00 | /hr | $4,473.00 |
| Luskin, Michael | 8.30 | hrs | 720.00 | /hr | $5,976.00 |
| Favata, Richard | 3.70 | hrs | 567.00 | /hr | $2,097.90 |
| Hornung, Stephan E. | 17.30 | hrs | 472.50 | /hr | $8,174.25 |
| | | | | | ---------------- |
| Total fees for this matter | 48.90 | hrs | | | $23,361.75 |

BILLING SUMMARY

| | | |
|---|---|---|
| FEES | | $23,361.75 |
| | | ---------------- |
| TOTAL CHARGES | | $23,361.75 |
| | | ---------------- |
| TOTAL BALANCE DUE | | $23,361.75 |

October 31, 2013

Invoice #    1541

Client/Matter #  0638-0005

Billed through    October 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Asset Analysis & Recovery

## PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours | |
|------|----------|-------------|-------|---|
| 10/01/13 | RF | Prepare email re: ▮▮▮ documents and provisions; correspondence re: same | 0.60 | hrs |
| 10/02/13 | RF | Distribution of documents re: ▮▮▮ | 0.50 | hrs |
| 10/04/13 | ML | Prepare for and attend meeting with ▮▮▮▮▮▮ conference telephone call with Goldin Associates re: same, and office conferences with R. Favata re: same (2.7). Follow-up conference call with ▮▮▮ re: same (0.1). | 2.80 | hrs |
| 10/04/13 | RF | meet with R. Davis and M. Luskin re: ▮▮▮▮ (1.0); review of ▮▮▮▮ (.3); review of other ▮▮▮▮ (.7); correspondence re: same (.5) | 2.50 | hrs |
| 10/07/13 | SEH | attention to issue re ▮▮▮ and office conference with A. Talesnick re same | 0.30 | hrs |
| 10/07/13 | AST | Review ▮▮▮▮ s and draft summary re: ▮▮▮▮ ▮▮▮▮ | 1.50 | hrs |
| 10/10/13 | KMJ | meeting with R. Favata re: ▮▮▮▮ (.8); research and email to R. Favata re: same (3.3) | 4.10 | hrs |
| 10/10/13 | ML | Telephone call with ▮▮▮ and email re: ▮▮ issues. | 0.40 | hrs |
| 10/10/13 | RF | review of ▮▮▮▮ including review of ▮▮▮▮ ▮▮▮ | 1.50 | hrs |
| 10/11/13 | KMJ | meeting with R. Favata re: ▮▮▮▮ (.2); research re: same (2.3); meeting with R. Favata (.3); meeting with N. Eisler (.2) | 3.00 | hrs |
| 10/11/13 | RF | review ▮▮▮▮ (1.0); review of ▮▮▮▮ issue (.5) | 1.50 | hrs |
| 10/15/13 | KMJ | email to R. Favata re: ▮▮▮▮ | 1.20 | hrs |
| 10/15/13 | RF | review of ▮▮▮ (1.0) | 1.00 | hrs |
| 10/16/13 | ML | Emails with R. Favata re: ▮▮▮ | 0.20 | hrs |
| 10/16/13 | RF | draft email re: ▮▮▮ | 0.40 | hrs |
| 10/18/13 | ML | Emails re: ▮▮ shares. | 0.10 | hrs |
| 10/22/13 | ML | Prepare for and attend conference telephone call with R. Davis and M. Murray re: ▮▮▮▮ (0.8). Office | 1.00 | hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice      1541
Asset Analysis & Recovery                                              Page      2

| Date | Init | Description | Hours |
|---|---|---|---|
| | | conferences with R. Favata and S. Hornung re: same (0.2). | |
| 10/22/13 | RF | Review of ████████ finalize email re: same; meet with M. Luskin re: ████ issues; research ████ and ████ issues; draft correspondence re: same; review of ████ re: ████ | 2.50  hrs |
| 10/22/13 | SEH | meeting regarding ████████ (.3); draft and revise letter re same (.6); review governing documents re same (.7); research re Cayman law (1.0) | 2.60  hrs |
| 10/23/13 | RF | Review file re: ████ letter (.2); review correspondence re: ████ (.2) | 0.40  hrs |
| 10/24/13 | ML | Draft and revise ████ letter, and research re: same (1.3). Telephone call with R. Davis re: same (0.1). | 1.40  hrs |
| 10/25/13 | CDT | review case docket, review and compile court decision re: ████ (.4);  review and compile case law re: ████ (.4) | 0.80  hrs |
| 10/25/13 | ML | Research and review documents re: ████ and draft letter. | 3.00  hrs |
| 10/31/13 | ML | Conference telephone call with ████ and possible settlement (0.4). Email and telephone call with R. Davis re: same (0.3). Telephone call with M. Murray re: ████ ████ (0.2). | 0.90  hrs |

| | | | | |
|---|---|---|---|---|
| Talesnick, Alex S. | 1.50  hrs | 324.00  /hr | $486.00 |
| Trieu, Catherine D. | 0.80  hrs | 202.50  /hr | $162.00 |
| Jensen, Kristen M. | 8.30  hrs | 324.00  /hr | $2,689.20 |
| Luskin, Michael | 9.80  hrs | 720.00  /hr | $7,056.00 |
| Favata, Richard | 10.90  hrs | 567.00  /hr | $6,180.30 |
| Hornung, Stephan E. | 2.90  hrs | 472.50  /hr | $1,370.25 |
| | | | ---------------- |
| Total fees for this matter | 34.20  hrs | | $17,943.75 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $17,943.75 |
| | ---------------- |
| TOTAL CHARGES | $17,943.75 |
| | ---------------- |
| TOTAL BALANCE DUE | $17,943.75 |

October 31, 2013
Invoice #    1542
Client/Matter # 0638-0007
Billed through   October 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re: Cash Collateral

PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 10/03/13 | SEH | draft letter to Millbank re cash collateral | 0.40  hrs |
| 10/04/13 | SEH | emails re CSFB and Millbank (.1); drafting letter to Millbank re fees (.3) | 0.40  hrs |
| 10/08/13 | SEH | telephone call with A. Renenger | 0.10  hrs |
| 10/11/13 | SEH | review fees re Millbank and telephone call with A. Renenger re same (1.0); emails re same (.2) | 1.20  hrs |
| 10/17/13 | SEH | review CSFB fees re set off and draft email | 1.00  hrs |
| 10/18/13 | SEH | emails with A. Renenger re CSFB (.1); telephone call re same (.2) | 0.30  hrs |

| | | | | |
|---|---|---|---|---|
| Hornung, Stephan E. | 3.40  hrs | 472.50  /hr | | $1,606.50 |
| | | | | --------------- |
| Total fees for this matter | 3.40  hrs | | | $1,606.50 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $1,606.50 |
| | --------------- |
| TOTAL CHARGES | $1,606.50 |
| | --------------- |
| TOTAL BALANCE DUE | $1,606.50 |

October 31, 2013

Invoice #    1543

Client/Matter # 0638-0008

Billed through    October 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Plan Issues

## PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 10/01/13 | ML | Draft and revise disclosure statement. | 5.00 | hrs |
| 10/01/13 | LTC | work on disclosure statement (6.3) | 6.30 | hrs |
| 10/01/13 | SEH | meeting with L. Chapman re disclosure statement (.2); emails with G. Polkowitz re same (.1); continue drafting plan (3.8) | 4.10 | hrs |
| 10/02/13 | ML | Draft and revise disclosure statement (5.7). Conference telephone call with team re: disclosure statement (1.0). Review R. Davis comments and email and telephone call re: same (0.3). | 7.00 | hrs |
| 10/02/13 | SEH | telephone call with team re disclosure statement (.8); drafting disclosure statement (1.3) | 2.10 | hrs |
| 10/03/13 | LTC | work on disclosure statement | 3.30 | hrs |
| 10/03/13 | ML | Draft and revise disclosure statement (4.3). Prepare for and attend team meeting (1.7). | 6.00 | hrs |
| 10/03/13 | SEH | telephone call with Goldin re disclosure statement issues (.5); review and revise disclosure statement (3.2); meeting with all hands re disclosure statement (3.5); research re ███████████ and ███████████ and emails with R. Davis and M. Luskin re same (1.5) | 8.70 | hrs |
| 10/04/13 | ML | Office conference with R. Davis re: drafting (0.2). Prepare for and attend team meeting via conference telephone call re: disclosure statement (1.5). Revise disclosure statement and related documents (0.5). | 2.20 | hrs |
| 10/04/13 | SEH | continue drafting Trustee's report and disclosure statement and emails re same (5.1) | 5.10 | hrs |
| 10/04/13 | LTC | telephone calls with G. Polkowitz, A. Chakabva (.2); emails with team (.3); conference call with team (1.5) | 2.00 | hrs |
| 10/06/13 | ML | Review and revise draft disclosure statement (1.9); email re: same (0.1). | 2.00 | hrs |
| 10/07/13 | ML | Emails re: plan and disclosure statement. | 0.30 | hrs |
| 10/07/13 | SEH | continue revising disclosure statement (4.7) | 4.70 | hrs |
| 10/07/13 | LTC | work on disclosure statement | 4.70 | hrs |

R. Davis, Trustee/Fletcher Int                                        Invoice      1543
Plan Issues                                                          Page          2

| Date | | Description | Hours |
|---|---|---|---|
| 10/08/13 | ML | Revise disclosure statement; emails re: same. | 2.00 hrs |
| 10/08/13 | SEH | revise ▮▮▮ section of disclosure statement (2.8); meeting with R. Davis and L. Chapman (.7) | 3.50 hrs |
| 10/08/13 | LTC | work on disclosure statement | 8.60 hrs |
| 10/09/13 | ML | Revise disclosure statement; emails re: same. | 1.30 hrs |
| 10/09/13 | SEH | continue drafting disclosure statement (8.5); telephone call with G. Polkowitz re plan (.5) | 9.00 hrs |
| 10/09/13 | LTC | work on disclosure statement | 3.90 hrs |
| 10/10/13 | ML | Revise disclosure statement; email re: same. | 1.50 hrs |
| 10/10/13 | SEH | meeting at Goldin re Trustee's report and disclosure statement (7.0); revisions to disclosure statement (3.3) | 10.30 hrs |
| 10/10/13 | LTC | meeting at Goldin re: disclosure statement | 7.40 hrs |
| 10/11/13 | ML | Revise disclosure statement (1.3); emails re: same (0.2). | 1.50 hrs |
| 10/11/13 | SEH | continue revising Trustee's report and disclosure statement (3.1); telephone call with R. Davis re same (.3); telephone calls with G. Polkowitz (.2) | 3.60 hrs |
| 10/11/13 | LTC | work on disclosure statement | 6.50 hrs |
| 10/12/13 | ML | Review R. Davis comments on draft disclosure statement (1.0); review and revise R. Davis memo re: ▮▮▮ (0.3). | 1.30 hrs |
| 10/14/13 | ML | Revise disclosure statement (7.7); emails re: same (0.3). | 8.00 hrs |
| 10/14/13 | ML | Revise draft disclosure statement. | 1.00 hrs |
| 10/14/13 | LTC | work on disclosure statement | 4.40 hrs |
| 10/15/13 | ML | Review and revise disclosure statement. | 3.00 hrs |
| 10/15/13 | SEH | revise report and disclosure statement (.6); meeting with L. Chapman re same (.3); all hands call re disclosure statement (1.0); attention to various issues (.2) | 2.10 hrs |
| 10/15/13 | LTC | work on disclosure statement | 4.80 hrs |
| 10/16/13 | ML | Prepare for and attend team meeting at Goldin Associates re: disclosure statement. | 6.00 hrs |
| 10/16/13 | SEH | continue to draft and revise disclosure statement (2.2); all hands meeting at Goldin re plan and disclosure statement (6.0) | 8.20 hrs |
| 10/16/13 | LTC | work on disclosure statement (1.4); team meeting re: disclosure statement (5.3) | 6.70 hrs |
| 10/17/13 | ML | Prepare for and attend team meeting at Goldin Associates re: draft disclosure statement. | 5.30 hrs |
| 10/17/13 | SEH | all hands meeting re report and disclosure statement (3.0); review and revise report and disclosure statement (2.5); meeting with L. Chapman re disclosure statement (.6); telephone call with G. Polkowitz re disclosure statement (.6 | 6.70 hrs |
| 10/17/13 | LTC | team meeting re: disclosure statement (3.0); work on disclosure statement (1.3) | 4.30 hrs |
| 10/18/13 | ML | Draft and revise disclosure statement. | 2.00 hrs |
| 10/18/13 | SEH | telephone call with G. Polkowitz re disclosure statement (.1); continue revising disclosure statement (2.9) | 3.00 hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice     1543
Plan Issues                                                      Page       3

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/18/13 | LTC | team emails re: disclosure statement | 0.30 hrs |
| 10/20/13 | SEH | continue revising report and disclosure statement | 3.20 hrs |
| 10/20/13 | LTC | work on disclosure statement | 2.50 hrs |
| 10/21/13 | LTC | work on disclosure statement | 1.10 hrs |
| 10/22/13 | SEH | meet with L. Chapman re plan and disclosure statement | 0.50 hrs |
| 10/22/13 | LTC | work on disclosure statement | 6.00 hrs |
| 10/23/13 | SEH | revise glossary (.5); review and revise disclosure statement and trustee's report (2.8) | 3.30 hrs |
| 10/23/13 | LTC | work on disclosure statement | 6.60 hrs |
| 10/24/13 | ML | Draft and revise disclosure statement. | 5.00 hrs |
| 10/24/13 | SEH | review and revise plain (7.1); review eisner memo (.1) | 7.20 hrs |
| 10/24/13 | LTC | work on disclosure statement | 5.70 hrs |
| 10/25/13 | ML | Prepare for and attend conference telephone call with team re: disclosure statement (1.8). Draft and revise disclosure statement (0.5). Telephone call with R. Davis re: plan and ▮▮▮▮markup of plan term sheet (0.5). | 2.80 hrs |
| 10/25/13 | SEH | draft letter re confidential documents (.8); review documents re same (3.2); review disclosure statement and report (.4); telephone call with G. Polkowitz re plan (.1); revise glossary (.2) | 4.70 hrs |
| 10/26/13 | LTC | team emails re: disclosure statement issues | 0.20 hrs |
| 10/27/13 | LTC | team emails re: disclosure statement issues | 0.20 hrs |
| 10/28/13 | ML | Draft and revise disclosure statement (6.7). Office conference with R. Davis re: disclosure statement (0.2). Office conference with L. Chapman and S. Hornung re: disclosure statement (0.2). | 7.10 hrs |
| 10/28/13 | SEH | revise trustee's report and disclosure statement | 3.00 hrs |
| 10/28/13 | LTC | work on disclosure statement | 7.90 hrs |
| 10/29/13 | ML | Conference with R. Davis and M. Murray re: revisions to disclosure statement (3.5). Draft and revise disclosure statement (3.3). | 6.80 hrs |
| 10/29/13 | SEH | continue to revise trustee's report and disclosure statement (1.8); team meeting re report and disclosure statement (1.4); | 3.20 hrs |
| 10/29/13 | LTC | work on disclosure statement, including team meeting and meeting with R. Davis | 10.50 hrs |
| 10/30/13 | ML | Draft and revise disclosure statement (5.0). Telephone call with ▮▮▮▮and counsel re: plan issues (1.4). | 6.40 hrs |
| 10/30/13 | SEH | revise trustee's report and disclosure statement | 0.40 hrs |
| 10/30/13 | LTC | work on disclosure statement, including emails | 5.20 hrs |
| 10/31/13 | ML | Conference telephone call with Goldin Associates re:▮▮▮▮ ▮▮▮▮and (0.4). Office conference with R. Davis re: plan issues (0.2). Draft and revise disclosure statement (6.3). | 6.90 hrs |
| 10/31/13 | SEH | review and revise trustee's report and disclosure statement | 5.10 hrs |
| 10/31/13 | LTC | work on disclosure statement, including emails with team | 5.70 hrs |
| 10/31/13 | LTC | continue working on the disclosure statement | 1.10 hrs |

Chapman, Lucia T.          115.90 hrs     630.00 /hr        $73,017.00

R. Davis, Trustee/Fletcher Int                                          Invoice    1543
Plan Issues                                                                        Page    4

| | | | |
|---|---|---|---|
| Luskin, Michael | 90.40 hrs | 720.00 /hr | $65,088.00 |
| Hornung, Stephan E. | 101.70 hrs | 472.50 /hr | $48,053.25 |
| Total fees for this matter | 308.00 hrs | | $186,158.25 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $186,158.25 |
| TOTAL CHARGES | $186,158.25 |
| TOTAL BALANCE DUE | $186,158.25 |