Objection Deadline: December 8, 2013 at 4:00 p.m. (Prevailing Eastern Time)

Susan Grbic
WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone (212) 375-6911

*Tax Advisors for Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Fletcher International, LTD.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 12-12796 (REG) |

**SIXTH MONTHLY STATEMENT OF WEISERMAZARS, LLP, AS TAX ADVISORS
TO THE CHAPTER 11 TRUSTEE, FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
<u>THE PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013</u>**

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | WeiserMazars, LLP |
| Authorized to Provide Tax Advisory Services To: | The Chapter 11 Trustee |
| Date of Retention: | Order entered April 29, 2013 [Docket No. 231] |
| Period for Which Compensation And Reimbursement are Sought: | October 1, 2013 to October 31, 2013 |
| Amount of Compensation Sought As Actual, Reasonable, and Necessary: | $ 808.00 |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 646.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 0.00 |

**Time Summary for Professionals and Paraprofessionals**

| Timekeeper | Position | Rate ($) | Hours | Fees ($) |
|---|---|---|---|---|
| Susan Grbic | Partner | $425.00 | 0.8 | $340.00 |
| Sharon Smith | Manager | $260.00 | 1.8 | $468.00 |
| **TOTAL** | | | **2.6** | **$808.00** |

## Compensation by Matter

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Fee/Employment Applications | 1.0 | $260.00 |
| Telephone Calls/Email | 1.6 | $548.00 |
| **TOTAL** | **2.6** | **$808.00** |

## Expense Summary

| Disbursements | Amounts |
|---|---|
| Expenses- Postage and Transportation | $0.00 |
| **TOTAL** | $0.00 |

12-12796-reg    Doc 326    Filed 11/21/13    Entered 11/21/13 18:00:18    Main Document
Pg 5 of 10

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (hereinafter referred to as the "Compensation Order"), WeiserMazars, LLP (hereinafter referred to as "**WeiserMazars**"), tax advisors to the Chapter 11 Trustee, hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (hereinafter referred to as the "**Monthly Fee Statement**") for the period October 1, 2013 through October 31, 2013 (hereinafter referred to as the "**Statement Period**").  In support of the Monthly Fee Statement, WeiserMazars respectfully requests the following:

### **Relief Requested**

1. WeiserMazars submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which WeiserMazars requests compensation were performed by WeiserMazars on behalf of the Trustee.

2. WeiserMazars seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $ 808.00 |
| Total Expenses | $ 0.00 |
| Total | $ 808.00 |

3. WeiserMazars' invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as <u>Exhibit A</u>.  The invoice includes a detailed statement of hours spent by professionals and disbursements.

4. Pursuant to the Compensation Order, WeiserMazars seeks payment of $646.40 for the Statement Period, representing 80% of the total fees for services rendered and expenses incurred.

**Notice and Objection Procedures**

5. In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee, (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.), and (c) Michael Luskin, Luskin, Stern & Eisler, LLP, Eleven Times Square, New York, New York 10036.

6. Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including WeiserMazars, no later than December 8, 2013 at 4:00 p.m. (Eastern Time) (hereinafter referred to as the "**Objection Deadline**"), setting forth the nature of the objection and specific amount of fees and expenses at issue.

7. If no objection to the Monthly Fee Statement is received prior to the Objection Deadline, the Trustee will pay WeiserMazars the amount of fees and expenses identified in the in the Monthly Fee Statement.

8. To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      November 20, 2013

                Respectfully submitted,

                \s\ Susan Grbic

                Susan Grbic

                WeiserMazars, LLP
                135 West 50th Street
                New York, NY 10020
                Telephone: (212) 375-6911
                Susan.Grbic@weisermazars.com

                *Tax Advisor to the Chapter 11 Trustee*

# EXHIBIT A

## Monthly Invoice for October 1, 2013 - October 31, 2013



**Tax Advisors to the Chapter 11 Trustee of Fletcher International, Ltd.**

| Date | Timekeeper | Rate | Hours | Amount | Project Category | Narrative |
|---|---|---|---|---|---|---|
| 10/21/13 | Smith, Sharon A. | $ 260.00 | 1.0 | $ 260.00 | Fee/Employment Applications | Preparing bill for September 2013. |
|  |  |  | **1.0** | **$ 260.00** | **Fee/Employment Applications Total** |  |
| 10/28/13 | Grbic, Susan | $ 425.00 | 0.8 | $ 340.00 | Telephone Calls/Email | Call with Gary Polkowitz regarding tax planning for state and local taxes; discussions of approach with Sharon Smith. |
| 10/28/13 | Smith, Sharon A. | $ 260.00 | 0.3 | $ 78.00 | Telephone Calls/Email | Discussions of approach to tax planning for state and local taxes with Susan Grbic. |
| 10/28/13 | Smith, Sharon A. | $ 260.00 | 0.5 | $ 130.00 | Telephone Calls/Email | Call with Gary Polkowitz regarding tax planning for state and local taxes. |
|  |  |  | **1.6** | **$ 548.00** | **Telephone Calls/Email Total** |  |