December 2, 2013

**BY EMAIL**

The Honorable Robert E. Gerber
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10005

**Re:    In re Fletcher International, Ltd., Case No. 12-12796 (REG)**

Dear Judge Gerber,

      I am appearing *pro se* in the above captioned matter. Pursuant to your order, I was required to complete production of certain documents and file a submission addressing my production and claims of privileges. I was unable to complete my production and submissions by last Wednesday. Nor was I able to complete them by Sunday, (yesterday) despite working through the holiday. Please accept my apologies for my delay.

As an aside, Debtors' counsel for Soundview Elite et al has also required a substantial amount of my time for its submissions which have expanded and been rescheduled, by agreement among all the parties, for today from last week. I should be able to complete my work by Wednesday and hope that you will accept my submission then.

Respectfully submitted,

*[signature]*

Alphonse Fletcher, Jr.

Fletcher Asset Management, Inc.
48 Wall Street
New York, NY 10005
(212)284-4808
AFletcher@Fletcher.com


Cc:    Mark S. Chehi (counsel to Skadden)
       Michael Luskin (counsel to Richard J. Davis, Trustee)
       Rebecca MacFie (counsel to Duff & Phelps)
       Warren Martin (counsel to Soundview Elite et al)