# LUSKIN, STERN & EISLER LLP

ELEVEN TIMES SQUARE

NEW YORK, NEW YORK 10036

TELEPHONE: (212) 974-3200
TELECOPIER: (212) 974-3205

MICHAEL LUSKIN
luskin@lsellp.com

December 2, 2013

**BY EMAIL**

The Honorable Robert E. Gerber
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

Re:   **In re Fletcher International, Ltd., Case No. 12-12796 (REG)**

Dear Judge Gerber:

This firm represents Richard J. Davis, the Chapter 11 Trustee in this Chapter 11 case. We write in response to Mr. Fletcher's December 2, 2013, letter. While Mr. Fletcher, Fletcher Asset Management, Inc., and Fletcher International Inc. are in default of their obligations under the Court's November 21, 2013, Order, we have no objection to allowing Mr. Fletcher until December 4, 2013, to comply with the Court's Order to the extent it pertains to him individually.

However, under applicable law and the Court's Order, Mr. Fletcher may not appear on behalf of Fletcher Asset Management or Fletcher International Inc. The current dispute revolves primarily around the subpoenas *duces tecum* served upon those two entities and their respective privilege claims. Apparently, neither has retained counsel. Nor has either entity provided a justification for its failure to comply with the subpoenas *duces tecum*, the agreed upon email review protocol, or the Court's Order. Accordingly, our view remains that the Court should enter an appropriate order deeming any privileges that might have been available to Fletcher Asset Management or Fletcher International Inc. to have been waived.

Respectfully submitted,

Michael Luskin

Cc:   Michael Tremonte, Esq. (counsel to Fletcher Asset Management, Fletcher International Inc., and Alphonse Fletcher, Jr.)
Mark S. Chehi, Esq. (counsel to Skadden)
Chris Matteson, Esq. (counsel to Duff & Phelps)
Alphonse Fletcher, Jr. (pro se)