December 6, 2013

**BY EMAIL**

The Honorable Robert E. Gerber
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10005

Re:   In re Fletcher International, Ltd., Case No. 12-12796 (REG)

Dear Judge Gerber,

I am appearing *pro se* in the above captioned matter. Attached is my submission in response to your November 23 order. It contains no motions or requests only my sworn statement regarding these discovery matters. I have sought to provide all non-privileged materials and prepare privilege logs in the appropriate manner. With this week's Soundview filings and deposition completed, I should be able to promptly address any problems or questions raised by counsel or the Court. I thank everyone for their patience.

Respectfully submitted,

*[signature]*

Alphonse Fletcher, Jr.

Fletcher Asset Management, Inc.
48 Wall Street
New York, NY 10005
(212)284-4808
AFletcher@Fletcher.com


Cc:   Mark S. Chehi (counsel to Skadden)
      Michael Luskin (counsel to Richard J. Davis, Trustee)
      Rebecca MacFie (counsel to Duff & Phelps)
      Warren Martin (counsel to Soundview Elite et al)