Objection Deadline: January 7, 2014 at 4:00 p.m. (Prevailing Eastern Time)

Susan Grbic
WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone (212) 375-6911


*Tax Advisors for Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| Fletcher International, LTD., | Chapter 11 |
| Debtor. | |
| | Case No. 12-12796 (REG) |

**SEVENTH MONTHLY STATEMENT OF WEISERMAZARS, LLP, AS TAX
ADVISORS TO THE CHAPTER 11 TRUSTEE, FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FOR <u>THE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER
30, 2013</u>**

## **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | WeiserMazars, LLP |
| Authorized to Provide Tax Advisory Services To: | The Chapter 11 Trustee |
| Date of Retention: | Order entered April 29, 2013 [Docket No. 231] |
| Period for Which Compensation And Reimbursement are Sought: | November 1, 2013 to November 30, 2013 |
| Amount of Compensation Sought As Actual, Reasonable, and Necessary: | $ 4,639.00 |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 3,711.20 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 0.00 |

## Time Summary for Professionals and Paraprofessionals

| Timekeeper | Position | | Rate ($) | Hours | Fees ($) |
|---|---|---|---|---|---|
| Susan Grbic | Partner | | $425.00 | 1.8 | $765.00 |
| Sharon Smith | Manager | | $260.00 | 14.9 | $3,874.00 |
| **TOTAL** | | | | **16.7** | **$4,639.00** |

**Compensation by Matter**

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Fee/Employment Applications | 0.9 | $234.00 |
| Telephone Calls/Email | 15.8 | $4,405.00 |
| **TOTAL** | **16.7** | **$4,639.00** |

## Expense Summary

| Disbursements | Amounts |
|---|---|
| Expenses- Postage and Transportation | $0.00 |
| **TOTAL** | $0.00 |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (hereinafter referred to as the "Compensation Order"), WeiserMazars, LLP (hereinafter referred to as "**WeiserMazars**"), tax advisors to the Chapter 11 Trustee, hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (hereinafter referred to as the "**Monthly Fee Statement**") for the period November 1, 2013 through November 30, 2013 (hereinafter referred to as the "**Statement Period**").  In support of the Monthly Fee Statement, WeiserMazars respectfully requests the following:

## Relief Requested

1. WeiserMazars submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which WeiserMazars requests compensation were performed by WeiserMazars on behalf of the Trustee.

2. WeiserMazars seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $ 4,639.00 |
| Total Expenses | $ 0.00 |
| Total | $ 4,639.00 |

3. WeiserMazars' invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as <u>Exhibit A</u>.  The invoice includes a detailed statement of hours spent by professionals and disbursements.

4. Pursuant to the Compensation Order, WeiserMazars seeks payment of $3,711.20 for the Statement Period, representing 80% of the total fees for services rendered and expenses incurred.

**Notice and Objection Procedures**

5.   In accordance with the Compensation Order, notice of the Monthly Fee Statement has

been served upon the following parties (together, as further defined in the Compensation

Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee, (b) the Office of the

United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014

(Attn: Richard C. Morrissy, Esq.), and (c) Michael Luskin, Luskin, Stern & Eisler, LLP,

Eleven Times Square, New York, New York 10036.

6.   Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any,

must be served upon the Notice Parties, including WeiserMazars, no later than January 7,

2014 at 4:00 p.m. (Eastern Time) (hereinafter referred to as the "**Objection Deadline**"),

setting forth the nature of the objection and specific amount of fees and expenses at issue.

7.   If no objection to the Monthly Fee Statement is received prior to the Objection Deadline,

the Trustee will pay WeiserMazars the amount of fees and expenses identified in the in

the Monthly Fee Statement.

8.   To the extent an objection to the Monthly Fee Statement is received on or before the

Objection Deadline, the Trustee will withhold payment of that portion of the payment

requested to which the objection is directed and will promptly pay the remainder of the

fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall

be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
          December 20, 2013

Respectfully submitted,

\s\ Susan Grbic

Susan Grbic

WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone: (212) 375-6911
Susan.Grbic@weisermazars.com

*Tax Advisor to the Chapter 11
Trustee*

**EXHIBIT A**

**<u>Monthly Invoice for November 1, 2013 - November 31, 2013</u>**


**WeiserMazars**

Tax Advisors to the Chapter 11 Trustee of Fletcher International, Ltd.

| Date | Timekeeper | Rate | Hours | Amount | Project Category | Narrative |
|---|---|---|---|---|---|---|
| 11/22/13 | Smith, Sharon A. | $ 260.00 | 0.9 | $ 234.00 | Fee/Employment Applications | Preparing bill for the month of October. |
| | | | 0.9 | $ 234.00 | Fee/Employment Applications Total | |
| 11/22/13 | Smith, Sharon A. | $ 260.00 | 1.5 | $ 390.00 | Tax Issues | Preparing memo on state and local tax considerations for BRG. |
| 11/22/13 | Grbic, Susan | $ 425.00 | 1.5 | $ 637.50 | Tax Issues | Review of memo on state and local tax considerations for BRG (1.2); telephone call with Gary Polkowitz, Goldin Associates (.3). |
| 11/22/13 | Grbic, Susan | $ 425.00 | 0.3 | $ 127.50 | Tax Issues | Telephone call with Gary Polkowitz regarding BRG memo on state and local tax planning. |
| 11/22/13 | Smith, Sharon A. | $ 260.00 | 2.0 | $ 520.00 | Tax Issues | Review of ▮▮▮▮▮ received by BRG to analyze the ▮▮▮▮▮ (1.0); preparation of memo for BRG on state and local tax considerations (1.0). |
| 11/06/13 | Smith, Sharon A. | $ 260.00 | 3.0 | $ 780.00 | Tax Issues | Preparing memo on state and local tax considerations for BRG; conducting research regarding ▮▮▮▮▮ |
| 11/07/13 | Smith, Sharon A. | $ 260.00 | 5.0 | $ 1,300.00 | Tax Issues | Preparing memo on state and local tax considerations for BRG; conducting research regarding ▮▮▮▮▮ |
| 11/07/13 | Smith, Sharon A. | $ 260.00 | 2.5 | $ 650.00 | Tax Issues | Review plan of liquidation and review tax disclosures to holders; provided comments regarding the tax language. |
| | | | 15.8 | $ 4,405.00 | Tax Issues Total | |