# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FLETCHER INTERNATIONAL, LTD.,<br><br>Debtor. | 12-12796 (REG) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andrew J. Morris, Esq., request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent McGladrey LLP in the above referenced case.

I certify that I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

A certificate of good standing, issued within the last 30 days, accompanies this motion. I have submitted the filing fee of $200 with this Motion For Admission to Practice, *Pro Hac Vice*.

Respectfully Submitted,

_____
Andrew J. Morris
Morvillo LLP
1101 17th St. NW, Suite 1006
Washington, D.C. 20036
T: 202-470-0330
F: 202-775-5937
amorris@morvillolaw.com

Dated: December 31, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2014, a copy of the foregoing Motion for Admission Pro Hac Vice was served via e-mail and U.S. Mail on the recipients below.

    Michael Luskin
    Luskin, Stern & Eisler LLP
    Eleven Times Square
    8th Ave. & 41st St.
    New York, New York 10036

Suzanne S. Forster