

Re: FILB Discovery Conference
AF {AFletcher}
to:
Michael Luskin
01/07/2014 08:59 AM
Cc:
Rebecca Macfie, Mark S Chehi, "Spiegel, Lawrence S", "mtremonte@shertremonte.com", Stephan Hornung, Lucia Chapman, "gerber.chambers@nysb.uscourts.gov"
Hide Details
From: "AF {AFletcher}" <afletcher@fletcher.com> Sort List...

To: Michael Luskin <luskin@lsellp.com>

Cc: Rebecca Macfie <Rebecca.Macfie@duffandphelps.com>, Mark S Chehi <Mark.Chehi@skadden.com>, "Spiegel, Lawrence S" <Lawrence.Spiegel@skadden.com>, "mtremonte@shertremonte.com" <mtremonte@shertremonte.com>, Stephan Hornung <hornung@lsellp.com>, Lucia Chapman <chapman@lsellp.com>, "gerber.chambers@nysb.uscourts.gov" <gerber.chambers@nysb.uscourts.gov>

Mr. Luskin, I have been held up in traffic on my to the courthouse from the airport. I do not think I will get there until 9:30 or so unfortunately. Please let Judge Gerber's chambers know about my delay. Thank you very much. Kind regards, Alphonse Fletcher

On Jan 2, 2014, at 2:02 PM, Michael Luskin <luskin@lsellp.com> wrote:

The Court has just informed me that the discovery conference originally scheduled for 3:00 p.m. today has been rescheduled for 9:00 a.m. Tuesday January 7, 2014, in Judge Gerber's courtroom. There will be no docket entry of this but the conference will appear on the Court's calendar. ML

Michael Luskin
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, NY 10036

Direct: 212-597-8220
Main: 212-597-8200
Fax: 212-974-3205

luskin@lsellp.com

www.lsellp.com

This email and any attachments accompanying it are only for the use of the intended recipient and may contain material that is confidential or privileged. Any review, use, disclosure, copying or distribution of this transmission by anyone other than the intended recipient is strictly prohibited. If you are not an intended recipient, please immediately notify the sender by reply email and delete all copies of this transmission.