Objection Deadline: February 8, 2014 at 4:00 p.m. (Prevailing Eastern Time)

Susan Grbic
WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone (212) 375-6911

*Tax Advisors for Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Fletcher International, LTD.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 12-12796 (REG) |

**EIGHTH MONTHLY STATEMENT OF WEISERMAZARS, LLP, AS TAX ADVISORS TO THE CHAPTER 11 TRUSTEE, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR <u>THE PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013</u>**

# **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | WeiserMazars, LLP |
| Authorized to Provide Tax Advisory Services To: | The Chapter 11 Trustee |
| Date of Retention: | Order entered April 29, 2013 [Docket No. 231] |
| Period for Which Compensation And Reimbursement are Sought: | December 1, 2013 to December 31, 2013 |
| Amount of Compensation Sought As Actual, Reasonable, and Necessary: | $ 1,220.00 |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 976.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 0.00 |

**Time Summary for Professionals and Paraprofessionals**

| Timekeeper | Position | Rate ($) | Hours | Fees ($) |
|---|---|---|---|---|
| Sharon Smith | Manager | $290.00 | 4.2 | $1,220 |
| **TOTAL** | | | **4.2** | **$1,220.00** |

**Compensation by Matter**

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Fee/Employment Applications | 1.8 | $524.00 |
| Tax Issues | 2.4 | $696.00 |
| **TOTAL** | **4.2** | **$1,220.00** |

## Expense Summary

| Disbursements | Amounts |
|---|---|
| Expenses- Postage and Transportation | $0.00 |
| **TOTAL** | $0.00 |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (hereinafter referred to as the "Compensation Order"), WeiserMazars, LLP (hereinafter referred to as "**WeiserMazars**"), tax advisors to the Chapter 11 Trustee, hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (hereinafter referred to as the "**Monthly Fee Statement**") for the period December 1, 2013 through December 31, 2013 (hereinafter referred to as the "**Statement Period**").  In support of the Monthly Fee Statement, WeiserMazars respectfully requests the following:

**Relief Requested**

1. WeiserMazars submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which WeiserMazars requests compensation were performed by WeiserMazars on behalf of the Trustee.

2. WeiserMazars seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $ 1,220.00 |
|---|---|
| Total Expenses | $ 0.00 |
| Total | $ 1,220.00 |

3. WeiserMazars' invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as Exhibit A.  The invoice includes a detailed statement of hours spent by professionals and disbursements.

4. Pursuant to the Compensation Order, WeiserMazars seeks payment of $976.00 for the Statement Period, representing 80% of the total fees for services rendered and expenses incurred.

## Notice and Objection Procedures

5. In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee, (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.), and (c) Michael Luskin, Luskin, Stern & Eisler, LLP, Eleven Times Square, New York, New York 10036.

6. Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including WeiserMazars, no later than February 8, 2014 at 4:00 p.m. (Eastern Time) (hereinafter referred to as the "**Objection Deadline**"), setting forth the nature of the objection and specific amount of fees and expenses at issue.

7. If no objection to the Monthly Fee Statement is received prior to the Objection Deadline, the Trustee will pay WeiserMazars the amount of fees and expenses identified in the in the Monthly Fee Statement.

8. To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
January 20, 2014

                                                          Respectfully submitted,

\s\ Susan Grbic

Susan Grbic

WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone: (212) 375-6911
Susan.Grbic@weisermazars.com

*Tax Advisor to the Chapter 11 Trustee*

# EXHIBIT A

**<u>Monthly Invoice for December 1, 2013 - December 31, 2013</u>**



**Tax Advisors to the Chapter 11 Trustee of Fletcher International, Ltd.**

| Date | Timekeeper | Rate | Hours | Amount | Project Category | Narrative |
|---|---|---|---|---|---|---|
| 12/16/13 | Smith, Sharon A. | $ 290.00 | 1.6 | $ 464.00 | Fee/Employment Applications | Preparing a reconciliation of WeiserMazars fees outstanding for Gary Polkowitz (1.4); telephone call with Gary Polkowitz (.2). |
| 12/19/13 | Smith, Sharon A. | $ 290.00 | 0.2 | $ 60.00 | Fee/Employment Applications | Preparing November bills. |
|  |  |  | **1.8** | **$ 524.00** | **Fee/Employment Applications Total** |  |
| 12/11/13 | Smith, Sharon A. | $ 290.00 | 0.1 | $ 29.00 | Tax Issues | Telephone call/voicemail Gary Polkowitz Goldin Associates. |
| 12/11/13 | Smith, Sharon A. | $ 290.00 | 1.0 | $ 290.00 | Tax Issues | Review of documents and notice received by Fletcher International, Inc. |
| 12/12/13 | Smith, Sharon A. | $ 290.00 | 0.3 | $ 87.00 | Tax Issues | Preparing updates to BRG state and local tax planning memo. |
| 12/16/13 | Smith, Sharon A. | $ 290.00 | 0.2 | $ 58.00 | Tax Issues | Call with Gary Polkowitz regarding BRG state and local tax planning memo and notice received by Fletcher International Inc. |
| 12/20/13 | Smith, Sharon A. | $ 290.00 | 0.8 | $ 232.00 | Tax Issues | Finalizing BRG memo on state and local tax planning. |
|  |  |  | **2.4** | **$ 696.00** | **Tax Issues Total** |  |