**Objection Deadline: February 6, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:   (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**FIFTEENTH MONTHLY STATEMENT OF LUSKIN, STERN & EISLER LLP,
AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

**Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Date of Retention: | Order entered November 12, 2012 [Docket No. 154] *nunc pro tunc* to September 25, 2012 |
| Period for Which Compensation and Reimbursement are Sought: | December 1, 2013 to December 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $172,965.15 |
| 66.67% of Compensation Sought as Actual, Reasonable and Necessary:[*] | $115,310.10 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,008.84 |

---

[*] Luskin, Stern & Eisler has agreed with the Trustee to increase the amount of its holdback to 33.33%.

## Time Summary for Professionals and Paraprofessionals

| Timekeeper | Position and Year Admitted to Practice | | Rate ($)* | Hours | Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | 720.00 | 98.90 | 71,208.00 |
| Michael Luskin | Partner | 1978 | 0.00 | 3.00 | 0.00 |
| Nathan M. Eisler | Partner | 1984 | 0.00 | .40 | 0.00 |
| Lucia Chapman | Associate | 1984 | 630.00 | 71.80 | 45,234.00 |
| Stephan Hornung | Associate | 2008 | 472.50 | 85.10 | 40,209.75 |
| Alex Talesnick | Associate | 2012 | 324.00 | 28.60 | 9,266.40 |
| Catherine Trieu | Paralegal | N/A | 202.50 | 25.00 | 5,062.50 |
| **TOTAL** | | | | **316.30** | **172,965.15** |

* These rates are reflective of a 10% discount from LSE's regular rates.

## Compensation by Matter

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| General Administration | 4.40 | 1,304.55 |
| Retention & Fee Applications | 34.60 | 14,508.00 |
| Investigations | 66.80 | 38,979.00 |
| Litigation | 79.90 | 43,191.90 |
| Asset Analysis & Recovery | 42.80 | 24,793.20 |
| Claims Analysis | 9.30 | 3,374.55 |
| Plan Issues | 78.50 | 46,813.95 |
| **TOTAL** | **316.30** | **172,965.15** |

## Expense Summary

| Disbursements | Amounts ($) |
|---|---|
| Conference Call Service | 32.80 |
| Copying Charges - Outside | 1,646.19 |
| Meals | 713.30 |
| Messenger Service | 228.63 |
| Online Research | 74.45 |
| Service Fees | 233.25 |
| Taxi and Local Transportation | 80.22 |
| **TOTAL** | **3,008.84** |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Luskin, Stern & Eisler LLP ("**LSE**"), attorneys for the Chapter 11 Trustee, hereby submit this Fifteenth Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from December 1, 2013 through December 31, 2013 (the "**Statement Period**"). In support of the Monthly Fee Statement, LSE respectfully represents as follows:

## Relief Requested

1.     LSE submits this Monthly Fee Statement in accordance with the Compensation Order. All services for which LSE requests compensation were performed by LSE on behalf of the Trustee.

2.     LSE seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $172,965.15 |
| Total Expenses | $3,008.84 |
| Total | $175,973.99 |

3.     A detailed statement of hours spent by LSE rendering legal services to the Trustee and disbursements made by LSE during the Statement Period is attached hereto as Exhibit A.

4.     Pursuant to the Compensation Order, LSE seeks payment of $118,310.10 for the Statement Period, representing (a) two thirds (66.67%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

**Notice and Objection Procedures**

5.      In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

6.      Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including LSE, no later than February 6, 2014 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

7.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to LSE the amounts of fees and expenses identified in the Monthly Fee Statement.

8.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
       January 22, 2014

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

*Attorneys for the Chapter 11 Trustee*

## **EXHIBIT A**

Time and Expense Records

December 31, 2013
Invoice #      1680
Client/Matter #  0638-0001
Billed through    December 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re: General Administration

PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 12/02/13 | CDT | review, prepare and file monthly operating report (.3); prepare and send courtesy copy to US Trustee (.3) | 0.60 hrs |
| 12/04/13 | ML | Telephone call and emails with R. Morrissey re: status, anticipated litigation, and Soundview issues. | 0.40 hrs |
| 12/09/13 | CDT | revise form certificate of service | 0.50 hrs |
| 12/16/13 | AST | Attention to canceration of 12/17 hearing re: trustee's fee application, telephone call with chambers re: same, emails with chambers and U.S. Trustee re: same, draft certificate of no objection re: same and coordinate filing of same | 1.40 hrs |
| 12/18/13 | CDT | review and file monthly operating report (.3); prepare and send courtesy copy to US Trustee (.2) | 0.50 hrs |
| 12/19/13 | CDT | review and file periodic report for subsidiaries (.5); prepare and send courtesy copies to US Trustee (.2) | 0.70 hrs |
| 12/30/13 | AST | Emails with S. Hornung and Chambers re: mvn settlement order | 0.30 hrs |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Talesnick, Alex S. | 1.70 hrs | 324.00 /hr | $550.80 |
| Trieu, Catherine D. | 2.30 hrs | 202.50 /hr | $465.75 |
| Luskin, Michael | 0.40 hrs | 720.00 /hr | $288.00 |
| Total fees for this matter | 4.40 hrs | | $1,304.55 |

DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| American Express; Invoice # 11132013SEH; Taxi and Local Transportation SEH cab home (working late) | $8.30 |
| American Express; Invoice # 11142013SEH; Taxi and Local Transportation SEH cab home (working late) | $9.60 |
| American Express; Invoice # 11152013SEH; Taxi and Local Transportation SEH cab home | $17.40 |

R. Davis, Trustee/Fletcher Int                                    Invoice     1680
General Administration                                            Page      2

|  |  |
|---|---|
| (working late) | |
| American Express; Invoice # 11202013SEH; Meals and Entertainment SEH dinner (working late) | $20.80 |
| American Express; Invoice # 112013SEH; Taxi and Local Transportation SEH cab home (working late) | $10.80 |
| American Express; Invoice # 112213SEH; Taxi and Local Transportation SEH cab home (working late) | $18.12 |
| American Express; Invoice # 11232013; Meals and Entertainment 11/23/13 LC meal | $25.00 |
| American Express; Invoice # 11242013SEH; Meals and Entertainment SEH lunch and dinner (working late) | $85.42 |
| American Express; Invoice # 11252013SEH; Taxi and Local Transportation SEH cab (working late) | $16.00 |
| Guy & Gallard; Invoice # 11302013; Meals and Entertainment 11/04/13 | $57.91 |
| Guy & Gallard; Invoice # 11302013; Meals and Entertainment 11/20/13 | $30.76 |
| Guy & Gallard; Invoice # 11302013; Meals and Entertainment 11/19/13 | $173.38 |
| Guy & Gallard; Invoice # 11302013; Meals and Entertainment 11/25/13 | $50.16 |
| Guy & Gallard; Invoice # 11302013; Meals and Entertainment - 11/13/13 | $96.49 |
| Guy & Gallard; Invoice # 11302013; Meals and Entertainment - 11/21/13 | $173.38 |
| LexisNexis; Invoice # 1311479262; Online Research | $41.02 |
| LexisNexis; Invoice # 1311479262; Online Research | $33.43 |
| Ricoh USA, Inc.; Invoice # NYC13110265; Copying Charges - Outside Tabs, binds and prints with assembly | $1,646.19 |
| Deluxe Delivery Systems, Inc.; Invoice # 186425; Messenger Service 05286611 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 186425; Messenger Service 5289996 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 186425; Messenger Service 5321328 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 186425; Messenger Service 5328162 | $10.00 |

R. Davis, Trustee/Fletcher Int                                           Invoice     1680
General Administration                                                   Page      3

|  |  |
|---|---:|
| Deluxe Delivery Systems, Inc.; Invoice # 186425; Messenger Service 5328164 | $38.99 |
| Target Research & Investigation Corporation; Invoice # 59172;  11/21/2013 SEH; Service Fees | $233.25 |
| MultiPoint Communications; Invoice # 11242013; Conference Call Service SEH 504959736 | $11.44 |
| MultiPoint Communications; Invoice # 11242013; Conference Call Service LC 504961683 | $6.00 |
| MultiPoint Communications; Invoice # 12012013; Conference Call Service SEH 504961718 | $6.06 |
| MultiPoint Communications; Invoice # 12012013; Conference Call Service SEH 504961720 | $9.30 |
| CitiBusiness Card; Invoice # 12913ML; Messenger Service Messenger in CA (638-1) | $149.64 |
|  | ---------------- |
| Total disbursements for this matter | $3,008.84 |

BILLING SUMMARY

|  |  |
|---|---:|
| FEES | $1,304.55 |
| DISBURSEMENTS | $3,008.84 |
|  | ---------------- |
| TOTAL CHARGES | $4,313.39 |
|  | ---------------- |
| TOTAL BALANCE DUE | $4,313.39 |

December 31, 2013

Invoice #    1681

Client/Matter #  0638-0002

Billed through    December 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Retention & Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 12/02/13 | SEH | review fees re Goldin monthly fee statement | 0.80 | hrs |
| 12/02/13 | CDT | review, revise, redact, compile and file Goldin monthly fee statement | 0.80 | hrs |
| 12/02/13 | LTC | work on trustee's interim fee application and related motion papers | 2.50 | hrs |
| 12/03/13 | CDT | draft, revise, prepare and send UST letter and courtesy copy re: Goldin Monthly Fee Statement (.5); review and revise trustee fee application (.9) | 1.40 | hrs |
| 12/03/13 | LTC | work on trustee's interim fee application and related motion papers | 3.10 | hrs |
| 12/04/13 | SEH | review motion for short notice re Trustee's fee application (.3); review fee application (.7) | 1.00 | hrs |
| 12/04/13 | CDT | review interim fee application and related documents, and correspondence with L. Chapman re: Trustee Interim Fee Application (1.1); review subpoenas served in interim period (.5); review and file motion re: Trustee's Fee Application (.3) | 1.90 | hrs |
| 12/04/13 | LTC | work on trustee's fee application | 4.20 | hrs |
| 12/05/13 | SEH | review fees re Trustee fee application (.3); review and revise fee application (.2); emails re same (.1) | 0.60 | hrs |
| 12/05/13 | CDT | review trustee fee application and exhibits (.2); review and redact invoices re: same (.8); reconcile fee charts (.3); correspondence with L. Chapman and review materials re: interim fee applicaiton (.9) | 2.20 | hrs |
| 12/05/13 | LTC | work on trustee's fee application | 1.10 | hrs |
| 12/06/13 | SEH | review and revise notice of hearing and Trustee's fee application | 0.30 | hrs |
| 12/06/13 | CDT | review, revise, redact, compile, finalize and file trustee interim fee application and notice of hearing (1.4); prepare and send service copies (.7) | 2.10 | hrs |
| 12/06/13 | LTC | work on trustee's fee application | 4.50 | hrs |
| 12/07/13 | SEH | review fees re monthly fee statement | 0.20 | hrs |
| 12/09/13 | CDT | draft cover letters to Court and US Trustee re: Trustee's Fourth Interim Fee Application and Entry of Order (Disclosure Statement) (.7); prepare courtesy copies, prepare and send letters and courtesy | 1.90 | hrs |

R. Davis, Trustee/Fletcher Int                                        Invoice     1681
Retention & Fee Applications                                          Page        2

|          |     |                                                                                                                                                                                          |          |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          |     | copies re: same (.5); draft, review, revise, prepare and file certificate of service re: same (.5); office conference and correspondence with S. Hornung re: same (.2)                     |          |
| 12/16/13 | CDT | review docket for objections re: Trustee Fourth Interim Fee Application (.2); review and file certificate of no objection re: same (.3)                                                     | 0.50 hrs |
| 12/16/13 | CDT | review docket and compile recent filings                                                                                                                                                  | 0.30 hrs |
| 12/16/13 | CDT | begin draft monthly fee statement                                                                                                                                                          | 0.20 hrs |
| 12/17/13 | SEH | emails with chambers re R. Davis fee application                                                                                                                                           | 0.10 hrs |
| 12/17/13 | SEH | review fees re monthly fee statement re redactions                                                                                                                                         | 0.20 hrs |
| 12/17/13 | CDT | office conferences and correspondence with J. Gunnerson and S. Hornung re: preparation of LSE monthly fee statement (.3); review fee charts and invoices (.3); compile Exhibit A re: same (.2); draft and review LSE monthly fee statement (.6) | 1.40 hrs |
| 12/18/13 | CDT | review and redact monthly fee statement exhibit (.8); compile redacted and unredacted fee statements for S. Hornung review (.2)                                                            | 1.00 hrs |
| 12/19/13 | SEH | review LSE monthly fee statement                                                                                                                                                           | 0.20 hrs |
| 12/19/13 | CDT | review S. Hornung comments re: LSE monthly fee statement (.1); revise, redact and compile redacted and unredacted copies re: same (.7)                                                     | 0.80 hrs |
| 12/20/13 | CDT | review, finalize and file LSE monthly fee statement (.4); review, redact, compile, finalize and file WeiserMazars monthly fee statement (.6); draft cover letter to US Trustee re: monthly fee statements (.3) | 1.30 hrs |

|                            |            |            |             |
|----------------------------|------------|------------|-------------|
| Trieu, Catherine D.        | 15.80 hrs  | 202.50 /hr | $3,199.50   |
| Chapman, Lucia T.          | 15.40 hrs  | 630.00 /hr | $9,702.00   |
| Hornung, Stephan E.        | 3.40 hrs   | 472.50 /hr | $1,606.50   |
|                            |            |            | ----------------- |
| Total fees for this matter | 34.60 hrs  |            | $14,508.00  |

BILLING SUMMARY

|                    |             |
|--------------------|-------------|
| FEES               | $14,508.00  |
|                    | --------------- |
| TOTAL CHARGES      | $14,508.00  |
|                    | --------------- |
| TOTAL BALANCE DUE  | $14,508.00  |

December 31, 2013
Invoice #    1682
Client/Matter # 0638-0003
Billed through    December 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re: Investigations

PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 12/01/13 | LTC | reviewed emails re:█████████ | 2.00  hrs |
| 12/02/13 | ML | Office conference with S. Hornung re: A. Fletcher default, document production and order, Fletcher letter and our response. | 0.30  hrs |
| 12/02/13 | SEH | meeting with M. Luskin and L. Chapman re next steps (.2); emails with the SEC re document production (.1); emails with█████ re relevant documents (.9); review documents re same (.6); telephone call with B. Lessem and emails with SEC re production (.4); draft letter to J. Gerber re response to A. Fletcher, finalize and file (1.7) | 3.90  hrs |
| 12/02/13 | LTC | reviewed█████████and related documents re:█████████and conference with S. Hornung and email to█████re: same | 2.70  hrs |
| 12/03/13 | SEH | all hands meeting re next steps (2.3); review████████ (.4); review documents re emails with████████(.4) | 3.10  hrs |
| 12/03/13 | LTC | team meeting; telephone call with████████office and emails re: same | 2.00  hrs |
| 12/04/13 | SEH | review confidentiality provisions re████████(.1); telephone call with C. Matteson re Duff & Phelps document production (.1) | 0.20  hrs |
| 12/04/13 | LTC | work on████████documents | 2.10  hrs |
| 12/05/13 | ML | Review notes in preparation for meeting with████████ | 0.20  hrs |
| 12/05/13 | SEH | multiple telephone calls with Turner's counsel and follow up (1.3) | 1.30  hrs |
| 12/06/13 | ML | Review A. Fletcher court filings and emails re: same (discovery dispute). | 0.30  hrs |
| 12/06/13 | ML | Prepare for and attend conference telephone call with R. Davis re:████████meeting preparation | 1.30  hrs |
| 12/06/13 | SEH | office conference with M. Luskin re various issues | 0.20  hrs |
| 12/06/13 | LTC | telephone call to and emails with G. Esposito (.1); emails and document review re████████(.9) | 1.00  hrs |
| 12/09/13 | ML | Emails and draft letter to court re: response to A. Fletcher affidavit. | 0.30  hrs |
| 12/09/13 | ML | Prepare for and attend████████meeting and miscellaneous follow-up emails. | 3.70  hrs |

R. Davis, Trustee/Fletcher Int                                             Invoice      1682
Investigations                                                            Page       2

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 12/09/13 | SEH | drafting response to affidavit filed by A. Fletcher | 1.00 | hrs |
| 12/09/13 | LTC | emails re: Duff & Phelps production (.4); emails re:█████(.1) | 0.50 | hrs |
| 12/10/13 | SEH | email to █████(.1); meeting with L. Chapman re next steps (.2) | 0.30 | hrs |
| 12/10/13 | SEH | continue drafting and revising letter to J. Gerber re response to A. Fletcher's affidavit (1.2); draft stipulation regarding production of documents from █████(.5) | 1.70 | hrs |
| 12/10/13 | LTC | telephone calls with G. Esposito (.2); emails with team re: investigative issues (.5); emails re: Duff & Phelps (.2); emails with D. Petercsek (.2); reviewed emails from A. Morris and conference with S. Hornung re: same (.4) | 1.50 | hrs |
| 12/11/13 | ML | revise letter to court re: discovery (0.3); telephone call with L. Riffkin re: Soundview (0.4). | 0.70 | hrs |
| 12/11/13 | SEH | review, revise, finalize and file letter to J. Gerber (2.0) | 2.00 | hrs |
| 12/11/13 | SEH | review and forward A. Fletcher's revised affidavit | 0.30 | hrs |
| 12/11/13 | LTC | reviewed letter to judge and emails from Duff & Phelps and conference re: same | 0.20 | hrs |
| 12/12/13 | SEH | continue drafting stipulation re █████(.7); meeting with M. Luskin re various issues (.2) | 0.90 | hrs |
| 12/13/13 | SEH | revise stipulation regarding █████discovery (1.2) | 1.20 | hrs |
| 12/16/13 | ML | Prepare for and attend conference telephone call with █████ and email re: same | 0.50 | hrs |
| 12/16/13 | SEH | meeting with L. Chapman re various issues | 0.10 | hrs |
| 12/16/13 | SEH | review and respond to various emails re investigative issues and next steps | 0.50 | hrs |
| 12/16/13 | LTC | reviewed emails re:█████and conference with S. Hornung re: same (.4); located documents for M. Luskin and emails re:█████ (.5) | 0.90 | hrs |
| 12/17/13 | ML | Emails re:█████ | 0.50 | hrs |
| 12/17/13 | SEH | office conference with L. Chapman re: tasks (.1); meeting with R. Davis, M. Luskin and L. Chapman re planning (1.0) | 1.10 | hrs |
| 12/17/13 | SEH | emails with SEC and related follow up | 0.50 | hrs |
| 12/17/13 | SEH | revise stipulation regarding █████subpoena (1.3); research re █████(.4) | 1.70 | hrs |
| 12/17/13 | LTC | work on stipulation re:█████(1.5); telephone call with A. Morris and emails, conferences with S. Hornung, M. Luskin re: same (.6); conference call with M. Luskin, S. Hornung, R.Davis re: next steps (.7); emails with S. Hornung re: JPM (.1); emails with Smart Data re: JPM (.1); email and telephone call with J. Aronauer (.2) | 3.20 | hrs |
| 12/18/13 | ML | Emails with Goldin Associates re:█████ revise letter; and office conference with R. Davis re: same. | 0.80 | hrs |
| 12/18/13 | SEH | revise email to A. Morris | 0.70 | hrs |
| 12/18/13 | LTC | emails re: discovery issues | 0.30 | hrs |
| 12/19/13 | ML | Prepare for and attend conference telephone call with █████(0.7); conference with D. Midanek re:█████ | 1.80 | hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice    1682
Investigations                                                   Page       3

|  |  |  |  |
|---|---|---|---|
|  | (0.6); conference telephone call with ██████████ settlement issues (0.5). |  |  |
| 12/19/13 SEH | revise email to A. Morris re discovery | 1.00 | hrs |
| 12/19/13 SEH | meet with D. Midanek re discovery | 0.40 | hrs |
| 12/19/13 SEH | draft recap of Soundview hearings | 1.00 | hrs |
| 12/19/13 LTC | emails re: ██████ McGladrey, and conference with S. Hornung re: same | 0.80 | hrs |
| 12/20/13 LTC | emails re: McGladrey, ██████ and other discovery issues | 0.30 | hrs |
| 12/23/13 SEH | review documents re ████████ | 1.50 | hrs |
| 12/23/13 SEH | review ██████████ engagement letters | 0.70 | hrs |
| 12/23/13 LTC | emails re: ██████ McGladrey | 0.20 | hrs |
| 12/24/13 SEH | attention to issues re A. Fletcher document production, including emails with M. Luskin, Smart Data, and A. Fletcher | 1.00 | hrs |
| 12/24/13 LTC | team emails re: Turner, Fletcher | 0.30 | hrs |
| 12/26/13 ML | Telephone conversation with ████████████ issues; email re: same. | 1.00 | hrs |
| 12/26/13 LTC | telephone call to G. Esposito and emails with team re: same (.2); revised ████████████ and telephone call with ██████ and emails re: same (.8); emails re: ████████ and reviewed and organized related emails (2.1); drafted letter to Turner and emails re: same (.7) | 3.80 | hrs |
| 12/27/13 ML | Research re: ████████████. | 0.50 | hrs |
| 12/27/13 LTC | reviewed files from Fletcher and emails re: same | 0.50 | hrs |
| 12/30/13 ML | review L. Chapman memo re: ████████ documents | 0.50 | hrs |
| 12/30/13 SEH | emails re various Fletcher issues re discovery | 0.50 | hrs |
| 12/30/13 LTC | reviewed edits to ██████ stipulation and emails re: same (.3); work on memo re: ██████ and reviewed documents, emails re: same (1.4); emails re: A. Fletcher documents (.1); telephone call with B. Connelly re: Eisner (.1); emails re: McGladrey and reviewed old correspondence re: same (.6); telephone call with G. Esposito and emails re: same (.3) | 2.80 | hrs |
| 12/31/13 LTC | reviewed ████████████ information re: ████████ and emails re: same | 2.50 | hrs |

| | | | |
|---|---|---|---|
| Chapman, Lucia T. | 27.60 hrs | 630.00 /hr | $17,388.00 |
| Luskin, Michael | 12.40 hrs | 720.00 /hr | $8,928.00 |
| Hornung, Stephan E. | 26.80 hrs | 472.50 /hr | $12,663.00 |
| | | | -------------- |
| Total fees for this matter | 66.80 hrs | | $38,979.00 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1682
Investigations                                                        Page       4

BILLING SUMMARY

      FEES                                                        $38,979.00

                         ---------------
      TOTAL CHARGES                                      $38,979.00

                         ---------------
      TOTAL BALANCE DUE                                 $38,979.00

December 31, 2013

Invoice #    1683

Client/Matter #  0638-0004

Billed through    December 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee

Fletcher International, Ltd.

Re:  Litigation

PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours |
|---|---|---|---|
| 12/03/13 | ML | Review emails and motion papers in Soundview case and miscellaneous follow-up re: same. | 1.00 hrs |
| 12/03/13 | CDT | review Soundview bankruptcy docket and compile recent filings for S. Hornung review | 0.40 hrs |
| 12/04/13 | ML | Telephone call negotiations with P. Basta re:████issues. | 0.20 hrs |
| 12/04/13 | SEH | prepare for and participate in call with Kasowitz and follow up emails re same | 1.90 hrs |
| 12/05/13 | ML | Telephone call with R. Davis re: ION litigation, and review ION decision. | 1.00 hrs |
| 12/06/13 | ML | telephone call with A. Horne and emails re: K&E settlement | 0.50 hrs |
| 12/09/13 | LTC | Work on FII complaint | 5.20 hrs |
| 12/09/13 | SEH | review, revise, and finalize motion to approve settlement agreement with MV Nepenthes and G. Fletcher and related settlement agreement (2.5); attention to certificate of service re same (.3) | 2.80 hrs |
| 12/10/13 | LTC | work on FII complaint | 4.60 hrs |
| 12/10/13 | ML | Review████████and emails re: same; review Soundview papers (0.5); prepare for and attend conference telephone call with████re:████████████ and emails re: same (0.8); revise letter to court re: A. Fletcher subpoena compliance and related (0.3). | 1.60 hrs |
| 12/10/13 | AST | office conference with S. Hornung re:████████ ████████████████(0.2); research re: same (3.0) | 3.20 hrs |
| 12/10/13 | SEH | review, revise, finalize and serve MV Nepenthes settlement agreement and motion papers (4.6); review and revise FII preference complaint (.5) | 5.10 hrs |
| 12/11/13 | LTC | work on FII complaint | 1.20 hrs |
| 12/11/13 | ML | Conference with████re:████████████ ████ and miscellaneous follow-up re: same | 2.00 hrs |

R. Davis, Trustee/Fletcher Int                                                    Invoice    1683
Litigation                                                                       Page       2

| Date | Atty | Description | Hrs |
|------|------|-------------|-----|
| 12/11/13 | SEH | emails with C. Trieu re motion to approve settlement agreement | 0.10 hrs |
| 12/11/13 | SEH | review and revise FII preference complaint | 0.20 hrs |
| 12/11/13 | CDT | draft, revise, prepare and file certificate of service re: MVN Settlement (.7); draft cover letters to Court and US Trustee re: same (.6); prepare and send courtesy copies and cover letters re: same (.4); prepare, compile and send service copies re: same (.9) | 2.60 hrs |
| 12/12/13 | ML | Revise memo re:███████(0.5); review and revise FII complaint (0.5); prepare for and attend███████interview with R. Davis (1.5); emails re: Soundview and court filings (0.5). | 3.00 hrs |
| 12/12/13 | AST | Follow up research re:███████(1.5); office conference with S. Hornung re: same (0.2) | 1.70 hrs |
| 12/12/13 | SEH | telephone call with H. Ginsburg re extension of settlement agreement | 0.10 hrs |
| 12/13/13 | ML | Prepare for and attend Soundview conference (telephonic) (1.3); revise memo re:███████and email to███████re: same (0.3). | 1.60 hrs |
| 12/13/13 | AST | review background documents and draft 9019 motion for settlement with███ | 1.70 hrs |
| 12/13/13 | SEH | draft letter to H. Ginsburg re settlement agreement extension (1.4); review BRG lease litigation settlement papers re same (.2); draft letter to S. Turner re FIPLTD (.7) | 2.30 hrs |
| 12/13/13 | SEH | revise settlement agreement with K&E | 0.40 hrs |
| 12/15/13 | ML | Revise FII complaint. | 1.00 hrs |
| 12/16/13 | LTC | work on Davis letter re: lease litigation settlement and emails with counsel for Post re: same | 0.60 hrs |
| 12/16/13 | LTC | work on FII complaint, including research and conferences M. Luskiin, S. Hornung (4.7); revised draft tolling agreement and email G. Esposito re: same (.7) | 5.40 hrs |
| 12/16/13 | ML | telephone call and emails with███████re:███████(0.2); emails with███████re: retention and litigation issues (0.3); research re:███████(0.4); review A. Fletcher discovery letter and telephone calls with chambers re: same; email with chambers and telephone call with R. Davis re: same (0.4). | 1.30 hrs |
| 12/16/13 | SEH | revise letter to S. Turner (.1); revise letter to H. Ginsburg (.1) | 0.20 hrs |
| 12/17/13 | LTC | work on FII complaint, including emails and telephone call with R. Davis (1.0); telephone call with P. Hejsek re:███(.3); work on Kasowitz document requests, including conferences wtih S. Hornung (1.6) | 2.90 hrs |
| 12/17/13 | ML | Review Soundview court filings re: FILB (0.5); review draft FII complaint (0.3); review K&E settlement papers (0.2). | 1.00 hrs |
| 12/17/13 | SEH | revise K&E settlement agreement | 0.50 hrs |
| 12/18/13 | ML | Attend Soundview hearing [NOT BILLED] | 3.00 hrs |
| 12/18/13 | SEH | attendance at Soundview hearing | 2.40 hrs |
| 12/18/13 | SEH | review███letter | 0.10 hrs |
| 12/18/13 | LTC | emails with Goldin re: FII complaint | 0.30 hrs |
| 12/18/13 | LTC | email re:███████ | 0.10 hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice    1683
Litigation                                                Page    3

| Date | Init | Description | Hours |
|---|---|---|---|
| 12/19/13 | ML | Telephone call with chambers re: discovery conference. | 0.10 hrs |
| 12/19/13 | SEH | revise FII preference complaint | 0.40 hrs |
| 12/19/13 | SEH | revise Kasowitz document requests | 1.50 hrs |
| 12/19/13 | LTC | emails and conference with R. Davis, M. Luskin re: ███████ and telephone call and emails with S. Laird, court re: same | 0.70 hrs |
| 12/19/13 | LTC | work on Kasowitz document requests and FII complaint and emails re: same | 2.90 hrs |
| 12/20/13 | ML | Telephone call with █████████ and email with R. Davis re: ███████████ (0.4). Review Kasowitz document request, review McGladrey letter to court re: discovery conference, and telephone call with chambers re: discovery conference (1.0). | 1.40 hrs |
| 12/20/13 | SEH | revise and serve Kasowitz document requests | 0.50 hrs |
| 12/23/13 | ML | Revise Eisner Amper stipulation (0.3); revise FII complaint and telephone call with M. Murray re: pleading issues (0.7). | 1.00 hrs |
| 12/23/13 | SEH | review Kasowitz discovery requests | 0.30 hrs |
| 12/23/13 | SEH | review decision re BRG lease litigation | 0.10 hrs |
| 12/23/13 | LTC | conference call with court and emails re: same | 0.50 hrs |
| 12/24/13 | ML | Emails re: FII complaint (0.2); emails re: A. Fletcher document production (0.2); telephone call and email with ██████████ re: ███████████ (0.1). | 0.50 hrs |
| 12/24/13 | LTC | work on FII complaint | 1.10 hrs |
| 12/26/13 | ML | Review draft ███████████████ and email re: same (0.3); review ███████████ and relevant statute (0.4); review letter to S. Turner re: FIP (0.1). | 0.80 hrs |
| 12/29/13 | SEH | research re ██████████████████████████ | 1.50 hrs |
| 12/30/13 | ML | review and revise FII complaint (0.6); review ████████████████████████ (0.5) | 1.10 hrs |
| 12/30/13 | LTC | emails re: FII complaint | 0.50 hrs |
| 12/31/13 | AST | Prepare and file FII adversary proceeding | 1.50 hrs |
| 12/31/13 | LTC | telephone calls with A. Talesnik and emails with team re: FII complaint | 0.30 hrs |

| | | | |
|---|---|---|---|
| Talesnick, Alex S. | 8.10 hrs | 324.00 /hr | $2,624.40 |
| Trieu, Catherine D. | 3.00 hrs | 202.50 /hr | $607.50 |
| Chapman, Lucia T. | 26.30 hrs | 630.00 /hr | $16,569.00 |
| Luskin, Michael | 3.00 hrs | 0.00 /hr | $0.00 |
| Luskin, Michael | 19.10 hrs | 720.00 /hr | $13,752.00 |
| Hornung, Stephan E. | 20.40 hrs | 472.50 /hr | $9,639.00 |
| | | | ---------------- |
| Total fees for this matter | 79.90 hrs | | $43,191.90 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1683
Litigation                                                        Page       4

BILLING SUMMARY

       FEES                                           $43,191.90

                                       ----------------

       TOTAL CHARGES                                  $43,191.90

                                       ----------------

       TOTAL BALANCE DUE                              $43,191.90

December 31, 2013

Invoice #    1684

Client/Matter #  0638-0005

Billed through    December 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Asset Analysis & Recovery

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 12/03/13 | RF | review of carry account issue; correspondence re: same | 0.50 | hrs |
| 12/04/13 | ML | Emails with E. Doner re: MVN settlement agreement, revisions to same, emails with R. Davis re: same, and telephone call with E. Doner re: same (1.2); telephone call with ███████ re: ████████ review ████ documents and draft letter regarding same (1.1); review NDA with ████████████████ (0.2). | 2.50 | hrs |
| 12/04/13 | LTC | work on non-disclosure agreement, including emails and telephone call with  J. Goldin and team | 1.30 | hrs |
| 12/05/13 | SEH | drafting Budget Travel proofs of claim and research re same | 2.40 | hrs |
| 12/05/13 | ML | Emails and telephone calls with E. Doner re: MVN settlement papers, and revisions to same (1.3); emails and telephone call with R. Davis re: Lowercase issues (0.4). | 1.70 | hrs |
| 12/05/13 | SEH | review ████████████████ and emails re same (.7); telephone call with G. Polkowitz re same (.1) | 0.80 | hrs |
| 12/05/13 | LTC | work on non-disclosure agreement, including emails with team, ██ ████ | 0.80 | hrs |
| 12/06/13 | SEH | review and revise Budget Travel proofs of claim | 6.20 | hrs |
| 12/06/13 | ML | Review emails re: Budget Travel proof of claim and office conference with S. Hornung re: same (0.3); review and revise settlement papers and emails re: MVN settlement (1.2). | 1.50 | hrs |
| 12/09/13 | ML | Review motion papers re: MVN settlement (0.2); research and draft ████ letter. | 1.50 | hrs |
| 12/09/13 | SEH | review and revise Budget Travel proofs of claim including communications with G. Ladner re same | 1.00 | hrs |
| 12/09/13 | SEH | research and office conference re messenger service re Budget Travel proofs of claim (.2); telephone call with G. Ladner re same (.1); telephone call with G. Polkowitz re same (.1) | 0.40 | hrs |
| 12/10/13 | ML | Email to E. Doner re: settlement, and telephone call re: same (0.2); review motion papers re: MVN (1.0); telephone calls with M. | 2.70 | hrs |

R. Davis, Trustee/Fletcher Int                                      Invoice      1684
Asset Analysis & Recovery                                          Page        2

|  |  |  |  |
|---|---|---|---|
|  | Murray and R. Davis re: ██████ (0.2); draft and revise ██████ letter (1.3). |  |  |
| 12/11/13 ML | Team meeting re: ██████ | 1.50 | hrs |
| 12/11/13 RF | prepare for meeting with R. Davis; meet with R. Davis and M. Luskin re: ██████ matters; review of files re: ██████ post-meeting | 2.00 | hrs |
| 12/12/13 ML | Revise ██████ letter (0.5); emails re: ███████████████ (0.3). | 0.80 | hrs |
| 12/13/13 ML | Revise ██████ letter. | 0.50 | hrs |
| 12/16/13 ML | Telephone call with ██████ and email re: same. | 0.30 | hrs |
| 12/17/13 ML | Research and revise ██████ letter, and numerous emails re: same. | 3.00 | hrs |
| 12/17/13 AST | office conference with S. Hornung re: ██████ (0.2); review background materials and draft same (2.4) | 2.60 | hrs |
| 12/18/13 RF | meet with N. Eisler re: ██████ re: ██████ review of ██████ letter | 1.00 | hrs |
| 12/18/13 AST | Review and revise ██████ (1.0); office conferences with R. Favata and N. Eisler re: ██████ (0.3); and review ██████ and background documents re: same (0.9) | 2.20 | hrs |
| 12/18/13 CDT | telephone call with ██████ (.2); conduct, compile and review ██████ search results re: same (.5) | 0.70 | hrs |
| 12/18/13 NME | office conference with A. Talesnick and R. Favata re: ██████ | 0.30 | hrs |
| 12/19/13 ML | Emails re: ██████ letter; finalize same (0.3); conference telephone call with M. Murray re: ██████ (0.3). | 0.60 | hrs |
| 12/19/13 NME | interoffice correspondence with R. Favata and A. Talesnick re: ██████ | 0.10 | hrs |
| 12/20/13 ML | Draft and revise ██████ bullet points, and emails re: same. | 1.30 | hrs |
| 12/23/13 ML | Revise ██████ issues list (0.2); telephone call with ██████ re: ██████ (0.2); telephone calls with R. Davis re: ██████ (0.5). | 0.90 | hrs |
| 12/24/13 SEH | review and revise ██████ | 0.30 | hrs |
| 12/27/13 ML | Revise UCBI bullets, and emails re: same. | 0.80 | hrs |
| 12/30/13 ML | Seaport nondisclosure agreement and emails re: same (0.4); telephone call with A. Gordon re: ██████ and email re: same (0.2) | 0.60 | hrs |

| Talesnick, Alex S. | 4.80 hrs | 324.00 /hr | $1,555.20 |
|---|---|---|---|
| Trieu, Catherine D. | 0.70 hrs | 202.50 /hr | $141.75 |
| Chapman, Lucia T. | 2.10 hrs | 630.00 /hr | $1,323.00 |
| Luskin, Michael | 20.20 hrs | 720.00 /hr | $14,544.00 |
| Eisler, Nathan M. | 0.40 hrs | 0.00 /hr | $0.00 |
| Favata, Richard | 3.50 hrs | 567.00 /hr | $1,984.50 |
| Hornung, Stephan E. | 11.10 hrs | 472.50 /hr | $5,244.75 |
| Total fees for this matter | 42.80 hrs |  | $24,793.20 |

R. Davis, Trustee/Fletcher Int                                    Invoice       1684
Asset Analysis & Recovery                                              Page       3

BILLING SUMMARY

      FEES                                                    $24,793.20

                                        ---------------
            TOTAL CHARGES                                        $24,793.20

                                        ---------------
            TOTAL BALANCE DUE                                    $24,793.20

December 31, 2013

Invoice #    1685

Client/Matter #  0638-0006

Billed through    December 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Claims Analysis

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/10/13 | SEH | telephone conference with J. Gerber's chamber re adjournment of Richcourt objections and drafting notice of adjournment | 0.20 hrs |
| 12/16/13 | SEH | revise notice of adjournment re objections to Richcourt claims | 0.20 hrs |
| 12/16/13 | CDT | office conference with S. Hornung re: Notice of Adjournment of Hearing (Richcourt Claim Objections) (.2); review and file notice re: same (.4) | 0.60 hrs |
| 12/19/13 | AST | office conference with S. Hornung re: ███████████ | 3.90 hrs |
| 12/19/13 | LTC | conference with S. Hornung, A. Talesnik re: ███████ | 0.40 hrs |
| 12/23/13 | SEH | meeting with A. Talesnick and L. Chapman re ███████ | 1.20 hrs |
| 12/23/13 | SEH | collect documents re ███████ | 0.50 hrs |
| 12/24/13 | AST | Review ███████ claims and draft issues chart re: same | 2.30 hrs |

| | | | |
|---|---|---|---|
| Talesnick, Alex S. | 6.20 hrs | 324.00 /hr | $2,008.80 |
| Trieu, Catherine D. | 0.60 hrs | 202.50 /hr | $121.50 |
| Chapman, Lucia T. | 0.40 hrs | 630.00 /hr | $252.00 |
| Hornung, Stephan E. | 2.10 hrs | 472.50 /hr | $992.25 |

Total fees for this matter    9.30 hrs    $3,374.55

R. Davis, Trustee/Fletcher Int                                    Invoice      1685
Claims Analysis                                                       Page       2


BILLING SUMMARY

         FEES                                                        $3,374.55

                                                                  ---------------

         TOTAL CHARGES                                               $3,374.55

                                                                  ---------------

         TOTAL BALANCE DUE                                           $3,374.55

December 31, 2013

Invoice #    1686

Client/Matter #  0638-0008

Billed through   December 31, 2013

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Plan Issues

PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 12/02/13 | ML | Review and revise notice of disclosure statement hearing, list regarding disclosure hearing steps, and telephone calls and emails with R. Davis re: same (0.6); prepare for team meeting (0.9); research and draft investor settlement papers (2.5); research re: ███ (1.0). | 5.00  hrs |
| 12/02/13 | SEH | drafting motion for short notice and for objections to disclosure statement | 2.50  hrs |
| 12/03/13 | ML | Prepare for and attend team meeting at GA (2.9); review disclosure statement redactions, and follow-up re: same (0.4); disclosure statement hearing preparation (1.0); research re: plan issues (1.8). | 6.10  hrs |
| 12/03/13 | SEH | continue drafting motion to fix deadline for objections (.3) | 0.30  hrs |
| 12/03/13 | SEH | revise motion regarding objection deadline (.4); attention to issues with Grant Thornton and Eisner Amper re confidential information (1.5) | 1.90  hrs |
| 12/04/13 | ML | Revise ex parte application re: notice of disclosure hearing, and various emails regarding disclosure hearing (1.4); telephone call with R. Davis re: ███████████████ | 1.90  hrs |
| 12/04/13 | SEH | continue drafting ex parte motion (1.2) | 1.20  hrs |
| 12/04/13 | SEH | finalize and file motion for objection deadline, drafting notice of hearing, (3.3) drafting motion to approve disclosure statement (.8) | 4.10  hrs |
| 12/04/13 | CDT | review and file motion re: Disclosure Statement Objection Deadline (.3) | 0.30  hrs |
| 12/05/13 | ML | Office conferences and emails re: redactions, disclosure hearing, additional relief, and related (0.4); draft hearing outline and research re: same (1.5). | 1.90  hrs |
| 12/05/13 | SEH | telephone call with J. Kaufman re confidentiality designations (.1); drafting motion to approve disclosure statement (.5); review and revise list of names re Certificate of Service (.6); revise motion to approve disclosure statement and order (3.0) | 4.20  hrs |
| 12/06/13 | ML | Emails and telephone calls re: ███ issues, telephone call with ███ re: ███ issues. | 0.30  hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice    1686
Plan Issues                                                      Page    2

| Date | Init | Description | Hours |
|---|---|---|---|
| 12/06/13 | SEH | review, revise, finalize and file motion to approve and notice of hearing | 2.20 hrs |
| 12/06/13 | CDT | review, compile, finalize and file Motion to Approve Disclosure Statement, Notice of Hearing, and Motion re: Disclosure Statement (.9); prepare service copies (.6) | 1.50 hrs |
| 12/10/13 | CDT | telephone call with Court Call and set up conference call dial-in | 0.30 hrs |
| 12/12/13 | SEH | prepare for telephone conference re Eisner Amper protective order (1.1) emails and telephone conference re same (.2) | 1.30 hrs |
| 12/12/13 | CDT | telephone call with court call and set up court conference calls | 0.50 hrs |
| 12/13/13 | ML | Conference telephone call with ██████ re: ███████ (0.5); conference telephone call with R. Davis and ██████ re: ████████ follow-up telephone call and email with ██ and telephone call with R. Davis re: ████████ (2.0). | 2.50 hrs |
| 12/13/13 | SEH | telephone call with G. Polkowitz re next steps | 0.20 hrs |
| 12/16/13 | ML | Conference telephone call with Goldin Associates re: ████ (1.0); prepare for and attend conference telephone call with ████ and emails re: same (2.0); office conference with R. Davis re: (0.5); research re: ███ (0.5). | 4.00 hrs |
| 12/17/13 | ML | Conference telephone call with R. Davis and team re: disclosure statement preparation and related, and related follow-up (0.7); telephone call with ██████ re: ███████████ and email follow-up re: same (0.2); emails with ██████ re: ████ (0.3); email with ██████ re: ████ (0.2); emails re: ████████ (0.2). | 1.60 hrs |
| 12/18/13 | ML | Review emails from ████████ re: ███ issues, and telephone calls and conference with R. Davis re: same (1.4); conference telephone call with ████████ and telephone call with ██████ re: same (0.4). | 1.80 hrs |
| 12/19/13 | ML | Conference with ████ and R. Davis re: ██████ issues, and follow-up re: same (1.6); conference telephone call with ████████ and R. Davis re: ████████ and office conference with R. Davis re: same (0.8); miscellaneous disclosure statement hearing preparation (1.0). | 3.40 hrs |
| 12/19/13 | SEH | review Eisner draft order re: redactions | 0.10 hrs |
| 12/19/13 | SEH | meet with A. Talesnick and L. Chapman re various motions | 0.40 hrs |
| 12/20/13 | AST | research re: ████████████████ (2.0); office conference with S. Hornung re: same (0.2) | 2.20 hrs |
| 12/20/13 | ML | Voice message and telephone call with ██████ re: ████████ and related research (0.8); draft outline and emails re: ████ (1.0); telephone call with R. Davis re: plan issues (0.3); voice messages with ██████ re: same. | 2.10 hrs |
| 12/23/13 | AST | research re: the ████████████ (5.0); office conference with M. Luskin and S. Hornung re: same (0.6) | 5.60 hrs |
| 12/23/13 | ML | Prepare for and attend conference telephone call with ████████ | 2.90 hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice     1686
Plan Issues                                                             Page        3

and colleagues re: ███████████ and telephone call with
R. Davis re: same (0.8); prepare for and attend conference telephone
call with ████████ and R. Davis re: ██████ and miscellaneous
follow-up re: same (0.8); draft and revise ███████ outline, and emails
re: same (0.5); office conference with S. Hornung re: disclosure
statement hearing preparation (0.5); emails with ████████████
████████████ (0.3).

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 12/23/13 | SEH | review and revise Eisner Amper protective order | 0.20 hrs |
| 12/23/13 | SEH | research and meetings with A. Talesnick re ████████████ | 0.80 hrs |
| 12/23/13 | SEH | review case law and meeting with A. Talesnick re ██ issues | 0.40 hrs |
| 12/24/13 | ML | Office conference with S. Hornung and A. Talesnick re: ██ issues, and preparation for disclosure statement hearing (2.0); emails re: ██ (0.7). | 2.70 hrs |
| 12/24/13 | SEH | meeting with M. Luskin and A. Talesnick and related follow up re: motion to ██████████████████████ and next steps | 1.50 hrs |
| 12/26/13 | ML | Telephone call with ████████████████ re: ██████████ | 0.80 hrs |
| 12/27/13 | ML | Prepare for and attend conference telephone call with ████ and telephone call with R. Davis re: plan and ████████████ miscellaneous follow-up re: same. | 1.80 hrs |
| 12/30/13 | ML | telephone call and emails with ██████ re: ██████ and follow up re: same (1.5); telephone call with ███████ re: ██████ (0.4) | 1.90 hrs |
| 12/30/13 | ML | telephone call with R. Davis and misc follow up re: ████████ (0.8); mark up ████████ letter re: ████████ and emails re: same (0.8); telephone call with ██████ re: ████ (0.5) | 2.10 hrs |
| 12/31/13 | ML | conference call with ████████ and R. Davis (0.6); conference call with ██████ (0.8); office conference with R. Davis re: ████████████ (2.1); revise letter ████████ re: ██████ (0.3); revise ██████ plans (0.2) | 4.00 hrs |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Talesnick, Alex S. | 7.80 hrs | 324.00 /hr | $2,527.20 |
| Trieu, Catherine D. | 2.60 hrs | 202.50 /hr | $526.50 |
| Luskin, Michael | 46.80 hrs | 720.00 /hr | $33,696.00 |
| Hornung, Stephan E. | 21.30 hrs | 472.50 /hr | $10,064.25 |
| Total fees for this matter | 78.50 hrs | | $46,813.95 |

R. Davis, Trustee/Fletcher Int                                      Invoice     1686
Plan Issues                                                        Page      4

BILLING SUMMARY

        FEES                                               $46,813.95

                                                    ----------------
        TOTAL CHARGES                                       $46,813.95

                                                    ----------------
        TOTAL BALANCE DUE                                   $46,813.95