**Objection Deadline: February 6, 2014 at 4:00 p.m.**

**(Prevailing Eastern Time)**

Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>FLETCHER INTERNATIONAL, LTD.,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 12-12796 (REG) |

**FIFTEENTH MONTHLY STATEMENT OF GOLDIN ASSOCIATES, LLC,
AS SPECIAL CONSULTANT TO THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

### Summary Sheet

Name of Applicant:                                    Goldin Associates, LLC

Authorized to Provide
Professional Services to:                             The Chapter 11 Trustee

Date of Retention:                                    Order entered November 12, 2012 [Docket
                                                      No. 153] *nunc pro tunc* to October 5, 2012

Period for Which Compensation
and Reimbursement are Sought:                         December 1, 2013 to December 31, 2013

Amount of Compensation Sought
as Actual, Reasonable and Necessary:                  $80,250.75

80% of Compensation Sought as
Actual, Reasonable and Necessary:                      $64,200.60

Amount of Expense Reimbursement
Sought as Actual, Reasonable and Necessary:           $2,824.75

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Goldin Associates, LLC ("**Goldin**"), special consultant to the Chapter 11 Trustee (the "**Trustee**"), hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from December 1, 2013 through December 31, 2013 (the "**Statement Period**").  In support of the Monthly Fee Statement, Goldin respectfully represents as follows:

## Relief Requested

1.      Goldin submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which Goldin requests compensation were performed by Goldin on behalf of the Trustee.

2.      Goldin seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $80,250.75 |
| Total Expenses | $2,824.75 |
| Total | $83,075.50 |

3.      Goldin's invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as **Exhibit A**.  The invoice includes a detailed statement of hours spent by professionals and disbursements.

4.      On August 13, 2013, the Court entered an *Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 Approving the Amended and Restated Engagement Letter with Goldin Associates LLC, Nunc Pro Tunc to June 1, 2013* [Docket No. 257].  Pursuant to the terms of the Amended and Restated Engagement

Letter, Goldin shall receive a monthly payment (the "**Monthly Payments**") equal to the lesser of

(i) $125,000.00 and (ii) the hourly fees (the "**Hourly Fees**") billed for any month and shall be

reimbursed for all reasonable and necessary expenses under the standards set forth in Sections

330 and 331 of the Bankruptcy Code.

5.      Pursuant to the Compensation Order and the Revised Engagement Letter,

Goldin seeks payment of $67,025.35 for the Statement Period, representing the total of (a) the

lesser of $125,000.00 and the Hourly Fees billed for the month of December, and (b) 100% of

the total expenses incurred.

**Notice and Objection Procedures**

6.      In accordance with the Compensation Order, notice of the Monthly Fee

Statement has been served upon the following parties (together, as further defined in the

Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office

of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn:

Richard C. Morrissy, Esq.).

7.      Pursuant to the Compensation Order, objections to the Monthly Fee

Statement, if any, must be served upon the Notice Parties, including Goldin, no later than February

6, 2014 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the

objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection

Deadline, the Trustee will pay to Goldin the amounts of fees and expenses identified in the

Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or

before the Objection Deadline, the Trustee will withhold payment of that portion of the payment

requested to which the objection is directed and will promptly pay the remainder of the fees and

expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York                      Respectfully submitted,
           January 22, 2014

                                                */s/ Gary Polkowitz*
                                                Gary Polkowitz

                                                Goldin Associates, LLC
                                                350 Fifth Avenue
                                                New York, NY 10118
                                                Telephone:  (212) 593-2255
                                                Facsimile:  (212) 888-2841
                                                gpolkowitz@goldinassociates.com

                                                *Special Consultant to the Chapter 11
                                                Trustee*

## EXHIBIT A

**<u>Monthly Invoice for December 2013</u>**



350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

January 15, 2014
Federal ID# 13-3549635

| **INVOICE** |
| --- |
| MATTER: Fletcher |

For Services Through 12/31/13

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Marti P. Murray, Senior Managing Director | 24.50 | 795.00 | $19,477.50 |
| Gary Polkowitz, Managing Director | 41.00 | 550.00 | $22,550.00 |
| Karthik Bhavaraju, Vice President | 34.70 | 425.00 | $14,747.50 |
| Alois Chakabva, Vice President | 26.90 | 400.00 | $10,760.00 |
| Pavel Hejsek, Analyst | 70.40 | 275.00 | $19,360.00 |
| Nicole Coyne, Jr. Analyst | 10.10 | 225.00 | $2,272.50 |

| | Hours | | Amount |
| --- | --- | --- | --- |
| Total Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 207.60 | | $89,167.50 |
| Less: 10% Discount, Per Engagement Letter. . . . . . . . . . . . . . . . . . . . . | | | $8,916.75 |
| Net Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $80,250.75 |
| Expenses | | | |
| Meals & Entertainment | | | $56.00 |
| Office Supplies/Misc | | | $784.56 |
| Research | | | $1,394.31 |
| Telephone, Fax, Postage | | | $41.87 |
| Travel | | | $548.01 |
| Total | | | $2,824.75 |

| | | | |
| --- | --- | --- | --- |
| **Total Fees & Expenses**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **$83,075.50** |

# Goldin Associates, LLC
The Empire State Building
New York, NY  10118

Fletcher

| Totals for | Time | Amount |
|---|---|---|
| Client: Fletcher | | |
| Marti P. Murray, Sr. Managing Director | 24.50 | $19,477.50 |
| 795.00 | 24.50 | $19,477.50 |
| Gary Polkowitz, Managing Director | 41.00 | $22,550.00 |
| 550.00 | 41.00 | $22,550.00 |
| Karthik Bhavaraju, Vice President | 34.70 | $14,747.50 |
| 425.00 | 34.70 | $14,747.50 |
| Alois Chakabva, Vice President | 26.90 | $10,760.00 |
| 400.00 | 26.90 | $10,760.00 |
| Pavel Hejsek,  Analyst | 70.40 | $19,360.00 |
| 275.00 | 70.40 | $19,360.00 |
| Nicole Coyne, Jr. Analyst | 10.10 | $2,272.50 |
| 225.00 | 10.10 | $2,272.50 |
| Fletcher | 207.60 | $89,167.50 |
| Grand Total | 207.60 | $89,167.50 |

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Work Code Summary: Fletcher*

For Services Through    12/31/13

| Totals for | Hours | Total |
|---|---|---|
| 01 Asset management, valuations and liquidation of assets | 25.00 | $12,566.50 |
| 02 Forensic review and investigation | 94.60 | $36,732.00 |
| 03 Day to day operations | 4.60 | $1,840.00 |
| 04 Monthly operating reports | 11.30 | $5,015.00 |
| 05 Administration, meetings, calls | 23.70 | $10,026.00 |
| 06 Litigation | 5.20 | $2,983.00 |
| 07 Plan and disclosure statement | 21.70 | $10,167.50 |
| 08 Preparation of fee statements and applications | 1.00 | $550.00 |
| 10 BRG Investments | 10.90 | $5,660.00 |
| 11 Intellitravel (Budget Travel) | 9.60 | $3,627.50 |
| **Grand Total** | **207.60** | **$89,167.50** |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 01 Asset management, valuations and liquidation of assets | | | | | |
| Polkowitz, Gary | 12/3/2013 | 0.10 | $550.00 | $55.00 | Discussions with K. Bahavaraju on █████ |
| Bhavaraju, Karthik | 12/3/2013 | 1.30 | $425.00 | $552.50 | Preparation of updated investment portfolio and recent news █████ |
| Hejsek, Pavel | 12/3/2013 | 0.30 | $275.00 | $82.50 | Searched for recent ████████ |
| Polkowitz, Gary | 12/4/2013 | 0.40 | $550.00 | $220.00 | Preparation for meeting with ████████ |
| Bhavaraju, Karthik | 12/4/2013 | 1.30 | $425.00 | $552.50 | Review work product in preparation for meeting on ████████, R. Davis, G. Polkowitz and M. Murray |
| Hejsek, Pavel | 12/4/2013 | 2.10 | $275.00 | $577.50 | Performed preliminary analysis ████ |
| Hejsek, Pavel | 12/4/2013 | 2.40 | $275.00 | $660.00 | Performed analysis with respect to ████ |
| Hejsek, Pavel | 12/4/2013 | 0.70 | $275.00 | $192.50 | Research of ████████ |
| Murray, Marti P. | 12/5/2013 | 2.30 | $795.00 | $1,828.50 | Meeting at Seaport with R. Davis, M. Meagher of Seaport, G. Polkowitz and K. Bhavaraju |
| Murray, Marti P. | 12/5/2013 | 0.90 | $795.00 | $715.50 | Met with P. Hejsek and K. Bhavaraju in preparation for Seaport meeting ████████ |
| Polkowitz, Gary | 12/5/2013 | 1.00 | $550.00 | $550.00 | Meeting with M. Meagher of Seaport Group, R. Davis, M. Murray and K. Bhavaraju ████ |
| Polkowitz, Gary | 12/5/2013 | 0.40 | $550.00 | $220.00 | Preparation for meeting with Seaport Group ████ |
| Bhavaraju, Karthik | 12/5/2013 | 0.90 | $425.00 | $382.50 | Meeting with R. Davis, M. Murray, and Seaport ████ |
| Hejsek, Pavel | 12/5/2013 | 0.50 | $275.00 | $137.50 | Discussed with K. Bhavaraju ████ |
| Hejsek, Pavel | 12/5/2013 | 0.90 | $275.00 | $247.50 | Met with M. Murray and K. Bhavaraju in preparation for the meeting ████ |
| Hejsek, Pavel | 12/5/2013 | 2.20 | $275.00 | $605.00 | Added additional documents in the binders of the necessary documents related to ████ |
| Murray, Marti P. | 12/9/2013 | 0.80 | $795.00 | $636.00 | Review of ████ |
| Bhavaraju, Karthik | 12/10/2013 | 0.80 | $425.00 | $340.00 | Prepared updated valuations ████ |
| Murray, Marti P. | 12/11/2013 | 1.60 | $795.00 | $1,272.00 | Review of ████ |
| Murray, Marti P. | 12/12/2013 | 1.10 | $795.00 | $874.50 | Review of ████ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 12/12/2013 | 0.40 | $275.00 | $110.00 | Reviewed the ███████ |
| Murray, Marti P. | 12/13/2013 | 1.10 | $795.00 | $874.50 | Review of ███████ |
| Murray, Marti P. | 12/18/2013 | 0.60 | $795.00 | $477.00 | Participated on a call with M. Meagher, J. Sussman, P. Hejsek to discuss ████ |
| Hejsek, Pavel | 12/18/2013 | 0.60 | $275.00 | $165.00 | Participated on a call with M. Murray, M. Meagher, J. Sussman to discuss ████ |
| Murray, Marti P. | 12/23/2013 | 0.30 | $795.00 | $238.50 | Call with Seaport ███████ |

Total: 01 Asset management, valuations and liquidation of assets

25.00              $12,566.50

Goldin Associates, L.L.C.

Fletcher                                                                                        Page        3

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| *Nickname 1: 02 Forensic review and investigation* | | | | | |
| Murray, Marti P. | 12/2/2013 | 1.00 | $795.00 | $795.00 | Review documents related to ████ |
| Murray, Marti P. | 12/2/2013 | 1.00 | $795.00 | $795.00 | Review of ████ |
| Bhavaraju, Karthik | 12/2/2013 | 1.10 | $425.00 | $467.50 | Worked to finalize the ████ |
| Bhavaraju, Karthik | 12/2/2013 | 0.70 | $425.00 | $297.50 | Meeting with M. Murray and P. Hejsek to review ████ |
| Hejsek, Pavel | 12/2/2013 | 0.70 | $275.00 | $192.50 | Met with M. Murray and K. Bhavaraju to finalize the presentation form ████ |
| Hejsek, Pavel | 12/2/2013 | 0.20 | $275.00 | $55.00 | Researched ████ |
| Hejsek, Pavel | 12/2/2013 | 1.90 | $275.00 | $522.50 | Reviewed the ████ |
| Hejsek, Pavel | 12/2/2013 | 2.30 | $275.00 | $632.50 | Worked to ████ |
| Hejsek, Pavel | 12/3/2013 | 1.00 | $275.00 | $275.00 | Reviewed Alphones Fletcher's Affidavit filed in connection with the Soundview case |
| Hejsek, Pavel | 12/3/2013 | 0.20 | $275.00 | $55.00 | Assembled information related to ████ |
| Hejsek, Pavel | 12/4/2013 | 0.20 | $275.00 | $55.00 | Assembled information related to ████ |
| Coyne, Nicole | 12/4/2013 | 1.50 | $225.00 | $337.50 | Pulled ████ |
| Coyne, Nicole | 12/4/2013 | 1.00 | $225.00 | $225.00 | Downloaded and saved court documents to shared drive. |
| Murray, Marti P. | 12/9/2013 | 0.80 | $795.00 | $636.00 | Discussed with K. Bhavaraju and P. Hejsek ████ |
| Polkowitz, Gary | 12/9/2013 | 0.30 | $550.00 | $165.00 | Discussion with P. Hejsek on ████ |
| Bhavaraju, Karthik | 12/9/2013 | 0.80 | $425.00 | $340.00 | Discussed with M. Murray and P. Hejsek ████ |
| Bhavaraju, Karthik | 12/9/2013 | 1.10 | $425.00 | $467.50 | Reviewed pricing ████ |
| Bhavaraju, Karthik | 12/9/2013 | 1.20 | $425.00 | $510.00 | Reviewed ████ |
| Bhavaraju, Karthik | 12/9/2013 | 1.20 | $425.00 | $510.00 | Meeting with P. Hejsek to ████ |
| Hejsek, Pavel | 12/9/2013 | 0.40 | $275.00 | $110.00 | Conducted research in connection with information ████ |
| Hejsek, Pavel | 12/9/2013 | 0.80 | $275.00 | $220.00 | Discussed with M. Murray and K. Bhavaraju valuations ████ |
| Hejsek, Pavel | 12/9/2013 | 1.10 | $275.00 | $302.50 | Researched ████ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 12/9/2013 | 3.80 | $275.00 | $1,045.00 | Conducted research and analysis in connection ███████ |
| Hejsek, Pavel | 12/9/2013 | 1.20 | $275.00 | $330.00 | Met with K. Bhavaraju and conducted research ███████ |
| Hejsek, Pavel | 12/9/2013 | 1.70 | $275.00 | $467.50 | Assembled data related ███████ |
| Polkowitz, Gary | 12/10/2013 | 0.60 | $550.00 | $330.00 | Review of payments from ███████ |
| Polkowitz, Gary | 12/10/2013 | 0.60 | $550.00 | $330.00 | Discussions with P. Hejsek on payments |
| Bhavaraju, Karthik | 12/10/2013 | 2.20 | $425.00 | $935.00 | Reviewed certain terms ███████ |
| Bhavaraju, Karthik | 12/10/2013 | 0.60 | $425.00 | $255.00 | Reviewed ███████ for P. Hejsek |
| Hejsek, Pavel | 12/10/2013 | 0.90 | $275.00 | $247.50 | Discussed with G. Polkowitz the data related to ███████ be sent to L. Chapman |
| Hejsek, Pavel | 12/10/2013 | 0.50 | $275.00 | $137.50 | Reviewed ███████ and performed edits following K. Bhavaraju's markup |
| Hejsek, Pavel | 12/10/2013 | 3.20 | $275.00 | $880.00 | Conducted further research and analysis in connection with ███████ |
| Hejsek, Pavel | 12/10/2013 | 1.40 | $275.00 | $385.00 | Assembled information for M. Murray in connection with the ███████ |
| Coyne, Nicole | 12/10/2013 | 0.40 | $225.00 | $90.00 | Pulled relevant court documents |
| Polkowitz, Gary | 12/11/2013 | 0.40 | $550.00 | $220.00 | Review of ███████ |
| Polkowitz, Gary | 12/11/2013 | 0.50 | $550.00 | $275.00 | Discussions with P. Hejsek on ███████ |
| Polkowitz, Gary | 12/11/2013 | 0.30 | $550.00 | $165.00 | Read, reviewed and drafted correspondence |
| Bhavaraju, Karthik | 12/11/2013 | 2.20 | $425.00 | $935.00 | Discussed valuation analysis ███████ with M. Murray and P. Hejsek |
| Bhavaraju, Karthik | 12/11/2013 | 1.30 | $425.00 | $552.50 | Reviewed certain historical information ███████ wih P. Hejsek |
| Bhavaraju, Karthik | 12/11/2013 | 2.20 | $425.00 | $935.00 | Researched certain issues ███████ |
| Bhavaraju, Karthik | 12/11/2013 | 0.40 | $425.00 | $170.00 | Discussed with P. Hejsek ███████ |
| Hejsek, Pavel | 12/11/2013 | 0.20 | $275.00 | $55.00 | Compiled data for G. Polkowitz with respect to ███████ |

Goldin Associates, L.L.C.
Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 12/11/2013 | 3.10 | $275.00 | $852.50 | Conducted research and performed revisions to ███████ a discussion with M. Murray and K. Bhavaraju |
| Hejsek, Pavel | 12/11/2013 | 0.40 | $275.00 | $110.00 | Discussed with K. Bhavaraju ██████████ |
| Hejsek, Pavel | 12/11/2013 | 1.60 | $275.00 | $440.00 | Discussed with M. Murray and K. Bhavaraju ████████ |
| Hejsek, Pavel | 12/11/2013 | 0.30 | $275.00 | $82.50 | Researched ████████████ |
| Hejsek, Pavel | 12/11/2013 | 0.50 | $275.00 | $137.50 | Researched with K. Bhavaraju the ████ |
| Murray, Marti P. | 12/12/2013 | 1.80 | $795.00 | $1,431.00 | Review of ████████ with P. Hejsek |
| Polkowitz, Gary | 12/12/2013 | 0.80 | $550.00 | $440.00 | Read and reviewed ████████ |
| Polkowitz, Gary | 12/12/2013 | 0.60 | $550.00 | $330.00 | Discussions with P. Hejsek on payment of ████████ |
| Polkowitz, Gary | 12/12/2013 | 0.40 | $550.00 | $220.00 | Draft correspondence related ████████ |
| Chakabva, Alois | 12/12/2013 | 1.10 | $400.00 | $440.00 | Responding to M. Murray ████ |
| Hejsek, Pavel | 12/12/2013 | 1.80 | $275.00 | $495.00 | Met with M. Murray to discuss ████ y |
| Hejsek, Pavel | 12/12/2013 | 1.90 | $275.00 | $522.50 | Performed revisions to the ████ a discussion with M. Murray |
| Hejsek, Pavel | 12/12/2013 | 1.10 | $275.00 | $302.50 | Met with M. Murray to discuss ████ |
| Hejsek, Pavel | 12/12/2013 | 1.20 | $275.00 | $330.00 | Performed revisions ████ following a discussion with M. Murray |
| Hejsek, Pavel | 12/12/2013 | 0.20 | $275.00 | $55.00 | Assembled ████ |
| Murray, Marti P. | 12/13/2013 | 0.40 | $795.00 | $318.00 | Review of ████ |
| Murray, Marti P. | 12/13/2013 | 0.50 | $795.00 | $397.50 | Review of ████ |
| Polkowitz, Gary | 12/13/2013 | 0.30 | $550.00 | $165.00 | Discussions with P. Hejsek on ████ |
| Polkowitz, Gary | 12/13/2013 | 0.30 | $550.00 | $165.00 | Review of ████ |
| Polkowitz, Gary | 12/13/2013 | 0.20 | $550.00 | $110.00 | Draft correspondence related ████ |
| Polkowitz, Gary | 12/13/2013 | 0.10 | $550.00 | $55.00 | Discussion with P. Hejsek on ████ |
| Polkowitz, Gary | 12/13/2013 | 0.30 | $550.00 | $165.00 | Review of analyses ████ |
| Polkowitz, Gary | 12/13/2013 | 0.20 | $550.00 | $110.00 | Discussion with S. Hornung ████ |
| Bhavaraju, Karthik | 12/13/2013 | 1.40 | $425.00 | $595.00 | Discussed ████ with M. Murray and P. Hejsek |
| Bhavaraju, Karthik | 12/13/2013 | 0.60 | $425.00 | $255.00 | Reviewed ████ prepared by P. Hejsek |

Goldin Associates, L.L.C.
Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 12/13/2013 | 2.80 | $425.00 | $1,190.00 | Reviewed certain financial and contractual information related ▮ |
| Bhavaraju, Karthik | 12/13/2013 | 1.10 | $425.00 | $467.50 | Conference call with R. Bringewatt to |
| Hejsek, Pavel | 12/13/2013 | 0.50 | $275.00 | $137.50 | Met with M. Murray to assemble a response to M. Luskin ▮ |
| Hejsek, Pavel | 12/13/2013 | 3.20 | $275.00 | $880.00 | Conducted research and performed analysis in connection ▮ |
| Hejsek, Pavel | 12/13/2013 | 1.10 | $275.00 | $302.50 | Discussed with M. Murray and K. Bhavaraju the ▮ |
| Hejsek, Pavel | 12/13/2013 | 0.40 | $275.00 | $110.00 | Met with M. Murray to discuss the |
| Hejsek, Pavel | 12/13/2013 | 0.20 | $275.00 | $55.00 | Revised the |
| Hejsek, Pavel | 12/13/2013 | 1.90 | $275.00 | $522.50 | Revised the ▮ |
| Hejsek, Pavel | 12/13/2013 | 0.10 | $275.00 | $27.50 | Obtained data with respect to ▮ |
| Murray, Marti P. | 12/16/2013 | 1.80 | $795.00 | $1,431.00 | Review of ▮ |
| Chakabva, Alois | 12/16/2013 | 0.60 | $400.00 | $240.00 | Review of ▮ |
| Hejsek, Pavel | 12/16/2013 | 0.50 | $275.00 | $137.50 | Updated the ▮ |
| Hejsek, Pavel | 12/16/2013 | 1.40 | $275.00 | $385.00 | Conducted research in connection with ▮ |
| Hejsek, Pavel | 12/16/2013 | 0.70 | $275.00 | $192.50 | Revised the ▮ to reflect M. Murray's comments |
| Hejsek, Pavel | 12/16/2013 | 1.30 | $275.00 | $357.50 | Met with M. Murray to ▮ |
| Hejsek, Pavel | 12/16/2013 | 0.20 | $275.00 | $55.00 | Reviewed ▮ request of L. Chapman |
| Murray, Marti P. | 12/17/2013 | 0.20 | $795.00 | $159.00 | Discussed with P. Hejsek ▮ |
| Murray, Marti P. | 12/17/2013 | 0.50 | $795.00 | $397.50 | Met with P. Hejsek to ▮ |
| Murray, Marti P. | 12/17/2013 | 1.60 | $795.00 | $1,272.00 | Met with P. Hejsek to discuss and |
| Polkowitz, Gary | 12/17/2013 | 0.20 | $550.00 | $110.00 | Discussion with R. Davis on payments |
| Polkowitz, Gary | 12/17/2013 | 0.20 | $550.00 | $110.00 | Read and reviewed correspondence ▮ |
| Polkowitz, Gary | 12/17/2013 | 0.40 | $550.00 | $220.00 | Discussion with A. Chakabva ▮ |
| Hejsek, Pavel | 12/17/2013 | 1.60 | $275.00 | $440.00 | Met with M. Murray to discuss ▮ |
| Hejsek, Pavel | 12/17/2013 | 0.20 | $275.00 | $55.00 | Discussed with M. Murray ▮ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 12/17/2013 | 1.10 | $275.00 | $302.50 | Met with M. Murray and ███████ |
| Murray, Marti P. | 12/18/2013 | 0.20 | $795.00 | $159.00 | Discussed with P. Hejsek M. Luskin's ███████ |
| Hejsek, Pavel | 12/18/2013 | 0.20 | $275.00 | $55.00 | Discussed with M. Murray M. Luskin's ███████ |
| Coyne, Nicole | 12/19/2013 | 1.20 | $225.00 | $270.00 | Created schematic binder for G. Polkowitz. |
| Polkowitz, Gary | 12/20/2013 | 0.40 | $550.00 | $220.00 | Review documents related ███████ |
| Polkowitz, Gary | 12/23/2013 | 0.40 | $550.00 | $220.00 | Review of analysis ███████ |
| Murray, Marti P. | 12/31/2013 | 0.80 | $795.00 | $636.00 | Review of ███████ |
| Hejsek, Pavel | 12/31/2013 | 1.40 | $275.00 | $385.00 | Reviewed ███████ |

Total: 02 Forensic review and investigation

94.60                    $36,732.00

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 03 Day to day operations | | | | | |
| Chakabva, Alois | 12/16/2013 | 0.50 | $400.00 | $200.00 | Call with Trustee - R. Davis and G. Polkowitz ██████████ |
| Chakabva, Alois | 12/16/2013 | 0.60 | $400.00 | $240.00 | Discussions with G. Polkowitz ██ |
| Chakabva, Alois | 12/16/2013 | 3.50 | $400.00 | $1,400.00 | Revision of ██████████ |

Total: 03 Day to day operations

|  | | 4.60 | | $1,840.00 | |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 04 Monthly operating reports | | | | | |
| Polkowitz, Gary | 12/12/2013 | 1.00 | $550.00 | $550.00 | Read, reviewed and commented on 6/30/13 supplemental disclosure |
| Chakabva, Alois | 12/12/2013 | 3.30 | $400.00 | $1,320.00 | Preparation of subsidiary reporting |
| Polkowitz, Gary | 12/13/2013 | 0.60 | $550.00 | $330.00 | Read, reviewed and comment on the draft supplemental disclosure as of 6/30/13 |
| Polkowitz, Gary | 12/13/2013 | 0.70 | $550.00 | $385.00 | Discussions with A. Chakabva on the 6/30/13 supplemental disclosures |
| Chakabva, Alois | 12/13/2013 | 0.70 | $400.00 | $280.00 | Meeting with G. Polkowitz re: subsidiary reporting |
| Chakabva, Alois | 12/13/2013 | 2.10 | $400.00 | $840.00 | Preparation of subsidiary reporting |
| Polkowitz, Gary | 12/16/2013 | 0.50 | $550.00 | $275.00 | Review and comment on November 2013 MOR |
| Polkowitz, Gary | 12/16/2013 | 0.50 | $550.00 | $275.00 | Review and comment on 6/30/13 supplemental disclosures |
| Chakabva, Alois | 12/16/2013 | 1.20 | $400.00 | $480.00 | Preparation of November 2013 MOR |
| Chakabva, Alois | 12/17/2013 | 0.70 | $400.00 | $280.00 | Updating of subsidiary reporting for Trustee comments |

Total: 04 Monthly operating reports

|  | | 11.30 | | $5,015.00 | |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 05 Administration, meetings, calls | | | | | |
| Polkowitz, Gary | 12/2/2013 | 0.20 | $550.00 | $110.00 | Discussion with S. Hornung on various case matters |
| Polkowitz, Gary | 12/2/2013 | 0.40 | $550.00 | $220.00 | Case administration |
| Polkowitz, Gary | 12/2/2013 | 0.20 | $550.00 | $110.00 | Read and reviewed R. Davis case memo |
| Murray, Marti P. | 12/3/2013 | 1.50 | $795.00 | $1,192.50 | Meeting with R. Davis, M. Luskin, L. Chapman, S. Hornung and G. Polkowtiz on various case matters |
| Polkowitz, Gary | 12/3/2013 | 1.00 | $550.00 | $550.00 | Read and reviewed A. Fletcher response in the Soundview case related to the Trustee's Report |
| Polkowitz, Gary | 12/3/2013 | 1.70 | $550.00 | $935.00 | Meeting with R. Davis, M. Luskin, L. Chapman, S. Hornung and M. Murray on various case matters |
| Polkowitz, Gary | 12/4/2013 | 1.00 | $550.00 | $550.00 | Team meeting with M. Murray, K. Bhavaraju, P. Hejsek and N. Coyne to discuss various case matters |
| Coyne, Nicole | 12/4/2013 | 2.50 | $225.00 | $562.50 | Prepared and organized hard copies of documents for meeting with Seaport. |
| Coyne, Nicole | 12/4/2013 | 1.50 | $225.00 | $337.50 | Attended meeting to discuss project status. |
| Bhavaraju, Karthik | 12/5/2013 | 0.90 | $425.00 | $382.50 | Preparation of materials for meeting with Seaport Group |
| Bhavaraju, Karthik | 12/5/2013 | 1.10 | $425.00 | $467.50 | Meeting with M. Murray and P. Hejsek to prepare for meeting with Seaport |
| Bhavaraju, Karthik | 12/5/2013 | 3.20 | $425.00 | $1,360.00 | Coordinate meeting materials ███████ with P. Hejsek and N. Coyne |
| Bhavaraju, Karthik | 12/5/2013 | 0.80 | $425.00 | $340.00 | ██████, R. Davis, M. Murray and G. Polkowitz ███ |
| Bhavaraju, Karthik | 12/5/2013 | 0.30 | $425.00 | $127.50 | ████████████ |
| Hejsek, Pavel | 12/5/2013 | 0.40 | $275.00 | $110.00 | Compiled documents for S. Hornung in connection ████ |
| Hejsek, Pavel | 12/5/2013 | 0.90 | $275.00 | $247.50 | Created an index for each folder to be used in the meeting with Seaport representatives |
| Coyne, Nicole | 12/5/2013 | 1.00 | $225.00 | $225.00 | Prepared and organized hard copies of documents for meeting with Seaport. |
| Polkowitz, Gary | 12/11/2013 | 0.20 | $550.00 | $110.00 | Read and reviewed correspondence and notices ████ |
| Polkowitz, Gary | 12/11/2013 | 0.70 | $550.00 | $385.00 | Review of affidavit filed by A. Fletcher and supporting exhibits |
| Polkowitz, Gary | 12/12/2013 | 0.30 | $550.00 | $165.00 | Read and reviewed various case correspondence |
| Polkowitz, Gary | 12/17/2013 | 0.40 | $550.00 | $220.00 | Read and reviewed supplemental affidavit from A. Fletcher in the Soundview case |
| Hejsek, Pavel | 12/17/2013 | 0.60 | $275.00 | $165.00 | Formatted ██████████ |

Goldin Associates, L.L.C.

Fletcher                                                                        Page    11

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 12/18/2013 | 0.10 | $275.00 | $27.50 | Discussed with G. Polkowitz the takeaways of the call with Seaport representatives |
| Polkowitz, Gary | 12/20/2013 | 0.40 | $550.00 | $220.00 | Call with S. Hornung on various case matter |
| Polkowitz, Gary | 12/20/2013 | 0.40 | $550.00 | $220.00 | Read and reviewed B. Katz report in the Soundview case |
| Hejsek, Pavel | 12/20/2013 | 0.60 | $275.00 | $165.00 | Met with G. Polkowitz and N. Coyne to discuss the organization of the back-up files |
| Coyne, Nicole | 12/20/2013 | 0.40 | $225.00 | $90.00 | Created chart of marketing materials distributed. |
| Murray, Marti P. | 12/23/2013 | 0.30 | $795.00 | $238.50 | Call with Michael Luskin on various case matters |
| Hejsek, Pavel | 12/30/2013 | 0.70 | $275.00 | $192.50 | Reviewed █████████████ |

Total: 05 Administration, meetings, calls

23.70                          $10,026.00

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 06 Litigation | | | | | |
| Polkowitz, Gary | 12/17/2013 | 0.40 | $550.00 | $220.00 | Read and reviewed ██████████ |
| Hejsek, Pavel | 12/18/2013 | 0.30 | $275.00 | $82.50 | Updated the summary of ████████ ██████████████████████ |
| Hejsek, Pavel | 12/19/2013 | 0.40 | $275.00 | $110.00 | Reviewed quality assurance of the data with respect to ████████████████ sent to L. Chapman |
| Murray, Marti P. | 12/23/2013 | 0.60 | $795.00 | $477.00 | Review of ████████████ |
| Polkowitz, Gary | 12/23/2013 | 0.40 | $550.00 | $220.00 | Discussions with M. Murray on ██ ████t |
| Polkowitz, Gary | 12/23/2013 | 0.30 | $550.00 | $165.00 | Read and reviewed correspondence ██████████ |
| Polkowitz, Gary | 12/23/2013 | 0.50 | $550.00 | $275.00 | Read, reviewed and comment on FII complaint |
| Chakabva, Alois | 12/23/2013 | 1.00 | $400.00 | $400.00 | Review of ████████ |
| Murray, Marti P. | 12/24/2013 | 0.40 | $795.00 | $318.00 | Review of █████████████████ |
| Murray, Marti P. | 12/27/2013 | 0.40 | $795.00 | $318.00 | Review of ████████ |
| Murray, Marti P. | 12/30/2013 | 0.50 | $795.00 | $397.50 | Review of ██████████ |
| Total: 06 Litigation | | | | | |
| | | 5.20 | | $2,983.00 | |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 07 Plan and disclosure statement | | | | | |
| Polkowitz, Gary | 12/4/2013 | 0.50 | $550.00 | $275.00 | Preparation of ███████████ |
| Polkowitz, Gary | 12/5/2013 | 0.60 | $550.00 | $330.00 | Preparation of ███████████ |
| Polkowitz, Gary | 12/5/2013 | 0.20 | $550.00 | $110.00 | Call with R. Davis ███████████ |
| Murray, Marti P. | 12/6/2013 | 0.50 | $795.00 | $397.50 | Read and reviewed objection to report and disclosure statement |
| Polkowitz, Gary | 12/6/2013 | 0.40 | $550.00 | $220.00 | Preparation of ███████████ |
| Bhavaraju, Karthik | 12/6/2013 | 1.20 | $425.00 | $510.00 | Reviewed Fletcher responses to disclosure statement |
| Polkowitz, Gary | 12/9/2013 | 0.80 | $550.00 | $440.00 | Discussions with A. Chakabva ██ |
| Polkowitz, Gary | 12/9/2013 | 0.40 | $550.00 | $220.00 | Review of ███████████ |
| Chakabva, Alois | 12/9/2013 | 4.10 | $400.00 | $1,640.00 | Preparation of ███████████ |
| Chakabva, Alois | 12/9/2013 | 0.80 | $400.00 | $320.00 | Case update meeting with G. Polkowitz |
| Polkowitz, Gary | 12/10/2013 | 0.40 | $550.00 | $220.00 | Meeting with A. Chakabva, P. Hejsek and N. Coyne on documents that support the disclosure statement report |
| Polkowitz, Gary | 12/10/2013 | 0.90 | $550.00 | $495.00 | Discussions with P. Hejsek ██████ |
| Polkowitz, Gary | 12/10/2013 | 1.20 | $550.00 | $660.00 | Review of ███████████ |
| Chakabva, Alois | 12/10/2013 | 2.40 | $400.00 | $960.00 | Preparation ███████████ |
| Chakabva, Alois | 12/10/2013 | 0.40 | $400.00 | $160.00 | Meeting with G. Polkowitz, P. Hejsek and N. Coyne on disclosure statement support |
| Polkowitz, Gary | 12/13/2013 | 0.10 | $550.00 | $55.00 | Discussion with S. Hornung on plan confirmation and balloting |
| Polkowitz, Gary | 12/16/2013 | 0.60 | $550.00 | $330.00 | Discussions with A. Chakabva ████ |
| Polkowitz, Gary | 12/16/2013 | 0.50 | $550.00 | $275.00 | Call with R. Davis, M. Luskin and A. Chakabva ████ |
| Polkowitz, Gary | 12/16/2013 | 0.50 | $550.00 | $275.00 | Review ███████ |
| Chakabva, Alois | 12/16/2013 | 0.90 | $400.00 | $360.00 | Follow up of ███████████ |
| Polkowitz, Gary | 12/17/2013 | 0.60 | $550.00 | $330.00 | Discussion with A. Chakabva ████ |
| Polkowitz, Gary | 12/17/2013 | 0.20 | $550.00 | $110.00 | Discussion with R. Davis and A. Chakabva ████ |
| Chakabva, Alois | 12/17/2013 | 1.30 | $400.00 | $520.00 | Revision of ███████████ |
| Chakabva, Alois | 12/17/2013 | 0.60 | $400.00 | $240.00 | Discussions with G. Polkowitz re: ████████ |
| Chakabva, Alois | 12/17/2013 | 0.50 | $400.00 | $200.00 | Call with Trustee - R. Davis and G. Polkowitz re: ████████ |
| Chakabva, Alois | 12/17/2013 | 0.60 | $400.00 | $240.00 | Discussions with G. Polkowitz re: ██ |
| Polkowitz, Gary | 12/20/2013 | 0.50 | $550.00 | $275.00 | Meeting with P. Hejsek and N. Coyne on supporting documents to the disclosure statement |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|

Total: 07 Plan and disclosure statement

|  |  | 21.70 |  | $10,167.50 |  |

Goldin Associates, L.L.C.

Fletcher                                                                                          Page    15

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 08 Preparation of fee statements and applications | | | | | |
| Polkowitz, Gary | 12/2/2013 | 0.30 | $550.00 | $165.00 | Review of October 2013 monthly invoice |
| Polkowitz, Gary | 12/2/2013 | 0.10 | $550.00 | $55.00 | Discussion with K. Bhavaraju on the October 2013 monthly invoice |
| Polkowitz, Gary | 12/13/2013 | 0.40 | $550.00 | $220.00 | Review of Nov 2013 invoice |
| Polkowitz, Gary | 12/20/2013 | 0.20 | $550.00 | $110.00 | Discussion with A. Chakabva on the November 2013 invoice |

Total: 08 Preparation of fee statements and applications

              1.00                     $550.00

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|------------|------|------|------|-------|-------------|
| Nickname 1: 10 BRG Investments | | | | | |
| Polkowitz, Gary | 12/3/2013 | 0.10 | $550.00 | $55.00 | Call with ███████████████████ |
| Murray, Marti P. | 12/4/2013 | 1.00 | $795.00 | $795.00 | Review of documents for ███████ |
| Polkowitz, Gary | 12/4/2013 | 0.30 | $550.00 | $165.00 | Coordinate call with ████ |
| Polkowitz, Gary | 12/4/2013 | 0.40 | $550.00 | $220.00 | Discussions with M. Murray on ████ |
| Polkowitz, Gary | 12/4/2013 | 1.00 | $550.00 | $550.00 | Read and reviewed ████████ |
| Polkowitz, Gary | 12/4/2013 | 0.20 | $550.00 | $110.00 | Discussion with N. Coyne on ████ |
| Polkowitz, Gary | 12/4/2013 | 0.20 | $550.00 | $110.00 | Discussion with S. Hornung on ████ |
| Bhavaraju, Karthik | 12/4/2013 | 1.30 | $425.00 | $552.50 | Reviewed ██████████████ |
| Polkowitz, Gary | 12/5/2013 | 1.00 | $550.00 | $550.00 | Preparation for call with ████ |
| Polkowitz, Gary | 12/5/2013 | 0.20 | $550.00 | $110.00 | Participated on call with R. Davis, M. Murray and ████ |
| Polkowitz, Gary | 12/5/2013 | 0.30 | $550.00 | $165.00 | Discussions with P. Hejsek and K. Bhavaraju |
| Bhavaraju, Karthik | 12/5/2013 | 0.70 | $425.00 | $297.50 | Discussed ████ with G. Polkowitz and P. Hejsek |
| Hejsek, Pavel | 12/5/2013 | 0.20 | $275.00 | $55.00 | Discussed with G. Polkowitz and K. Bhavaraju |
| Polkowitz, Gary | 12/6/2013 | 0.50 | $550.00 | $275.00 | Draft correspondence ████ |
| Polkowitz, Gary | 12/12/2013 | 0.70 | $550.00 | $385.00 | Read and reviewed ████ |
| Polkowitz, Gary | 12/13/2013 | 0.30 | $550.00 | $165.00 | Discussion with M. Murray █ |
| Polkowitz, Gary | 12/16/2013 | 0.70 | $550.00 | $385.00 | Review documents related █ |
| Polkowitz, Gary | 12/17/2013 | 0.10 | $550.00 | $55.00 | Send email to ████ |
| Polkowitz, Gary | 12/17/2013 | 0.70 | $550.00 | $385.00 | Discussion with M. Murray ████ |
| Hejsek, Pavel | 12/18/2013 | 0.40 | $275.00 | $110.00 | Gathered  documents related to ████ |
| Hejsek, Pavel | 12/18/2013 | 0.60 | $275.00 | $165.00 | Researched documents in the public domain ████ |

Total: 10 BRG Investments

| | | 10.90 | | $5,660.00 | |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 11 Intellitravel (Budget Travel) | | | | | |
| Polkowitz, Gary | 12/5/2013 | 0.10 | $550.00 | $55.00 | Discussions with P. Hejsek on ▮ |
| Polkowitz, Gary | 12/5/2013 | 0.30 | $550.00 | $165.00 | Discussions with S. Hornung on ▮ |
| Polkowitz, Gary | 12/5/2013 | 0.40 | $550.00 | $220.00 | Read correspondence on ▮ |
| Polkowitz, Gary | 12/6/2013 | 0.30 | $550.00 | $165.00 | Read and reviewed draft ▮ |
| Polkowitz, Gary | 12/6/2013 | 0.80 | $550.00 | $440.00 | Review of interest calculations ▮ |
| Polkowitz, Gary | 12/6/2013 | 1.00 | $550.00 | $550.00 | Discussions with P. Hejsek on ▮ preparation |
| Polkowitz, Gary | 12/6/2013 | 0.60 | $550.00 | $330.00 | Discussions with S. Hornung ▮ |
| Hejsek, Pavel | 12/6/2013 | 3.40 | $275.00 | $935.00 | ▮ |
| Hejsek, Pavel | 12/6/2013 | 1.00 | $275.00 | $275.00 | Assembled bank statements ▮ |
| Hejsek, Pavel | 12/6/2013 | 0.90 | $275.00 | $247.50 | Reviewed bank statements ▮ |
| Polkowitz, Gary | 12/9/2013 | 0.20 | $550.00 | $110.00 | Review of ▮ |
| Coyne, Nicole | 12/12/2013 | 0.60 | $225.00 | $135.00 | Saved claims docket and court docket for Budget to shared drive. |

| Total: 11 Intellitravel (Budget Travel) | | | | | |
|---|---|---|---|---|---|
| | | 9.60 | | $3,627.50 | |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | 207.60 | | $89,167.50 | |

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Detailed Expenses by Category:*    Fletcher

For Expenses Through  12/31/13

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| **: Meals & Entertainment** | | | | | | |
| | 12/4/2013 | 12/4/2013 | 12/8/2013 | PHA | SeamlessWeb - Working Dinner - Inv# 1602705 - Ref# 428906628 - P. Hejsek | $17.14 |
| | 12/9/2013 | 12/9/2013 | 12/15/2013 | PHA | Seamless - Inv# 1604946 - Ref#430947888 - Working Dinner - P. Hejsek | $18.86 |
| | 12/11/2013 | 12/11/2013 | 12/15/2013 | PHA | SeamlessWeb - Working Dinner - Inv# 1604946 - Ref# 431818284 - P. Hejsek (Actual Price 21.07) | $20.00 |
| **Total: Meals & Entertainment** | | | | | | |
| | | | | | | $56.00 |
| **: Office Supplies/Miscellaneous** | | | | | | |
| | 12/1/2013 | 12/31/2013 | 12/1/13 | EKD | Photocopies for the period of December 1 through December 31 | $784.56 |
| **Total: Office Supplies/Miscellaneous** | | | | | | |
| | | | | | | $784.56 |
| **: Research** | | | | | | |
| | 12/1/2013 | 12/31/2013 | 12/1/13 | JB | Capital IQ - research for the period 12/1 - 12/31 - Cap IQ click rate applied - usage at $2.53 per click (551) clicks vs. Cap IQ discounted rate of $1542.29 | $1,394.31 |
| **Total: Research** | | | | | | |
| | | | | | | $1,394.31 |
| **: Telephone, Fax, Postage** | | | | | | |
| | 11/22/2013 | 11/22/2013 | 12/16/2013 | PHA | FedEx - Inv# 2-496-65838 | $40.61 |
| | 12/1/2013 | 12/31/2013 | 12/25/13 | EKD | AT&T - actual service dates 11/26/13 through 12/26/13 | $1.26 |
| **Total: Telephone, Fax, Postage** | | | | | | |
| | | | | | | $41.87 |
| **: Travel** | | | | | | |
| | 11/23/2013 | 11/23/2013 | 12/04/13 | GP | XYZ- Inv # 1511259 - 350 5th Ave to Marlboro NJ - Ref # 9119135 - G. Polkowitz | $156.77 |
| | 11/23/2013 | 11/23/2013 | 12/04/13 | GP | XYZ- Inv # 1511259 - Marlboro NJ to 350 5th Ave - Ref # 9033435 - G. Polkowitz | $146.99 |
| | 11/23/2013 | 11/23/2013 | | MPM | M. Murray - NYC Taxi - Coming to Office | $15.50 |
| | 11/24/2013 | 11/24/2013 | 12/04/13 | GP | XYZ- Inv # 1511259 - Marlboro NJ to 350 5th Ave - Ref # 9108045 - G. Polkowitz | $153.80 |
| | 12/5/2013 | 12/5/2013 | 12/13/2013 | PHA | UTOG- Inv# 591318 - Ref# 685800 - 350 5th Ave to 360 Madison Ave - P. Hejsek | $24.27 |
| | 12/5/2013 | 12/5/2013 | 12/13/2013 | KB | UTOG - Inv# 591318 - Ref# 3381926 - 350 5th Ave to 360 Madison Ave - K. Bhavaraju | $50.68 |
| **Total: Travel** | | | | | | |
| | | | | | | $548.01 |
| **Grand Total** | | | | | | |
| | | | | | | $2,824.75 |