Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3200

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
FLETCHER INTERNATIONAL, LTD.,                       :        Case No. 12-12796 (REG)
                                                    :
                              Debtor.               :
                                                    :
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEADLINE TO VOTE TO ACCEPT OR REJECT THE TRUSTEE'S AMENDED PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that pursuant to paragraph 10 of the Order Pursuant to Sections 1125 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3017, and 3020 Approving the Disclosure Statement, Fixing Certain Deadlines, and Granting Related Relief, the deadline to vote to accept or reject the Plan has been extended until **5:00 p.m. (EST) on February 24, 2014** (the "**Voting Deadline**").

**PLEASE TAKE FURTHER NOTICE** that all votes to accept or reject the Plan must be cast by using the appropriate Ballot. All Ballots must be properly executed, completed, and delivered according to their applicable voting instructions by: (a) first class mail, in the return envelope provided with each Ballot; (b) overnight delivery; or (c) personal delivery, so that the Ballots are **actually received** by the Trustee's counsel by no later than the Voting Deadline at the return address set forth in the applicable Ballot.

-2-

**PLEASE TAKE FURTHER NOTICE** that all other dates and deadlines set forth in the Notice of Hearing to Consider Confirmation of the Trustee's Plan of Liquidation [Docket No. 395] remain unchanged.

Dated: New York, New York
February 18, 2014

                LUSKIN, STERN & EISLER LLP

                By:  /s/ Michael Luskin
                    Michael Luskin
                    Lucia T. Chapman
                    Stephan E. Hornung

                Eleven Times Square
                New York, New York 10036
                Telephone:  (212) 597-8200
                Facsimile:  (212) 974-3205

                *Attorneys for the Chapter 11 Trustee*