**Objection Deadline: March 10, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:   (212) 597-8200
Facsimile:    (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**SIXTEENTH MONTHLY STATEMENT OF LUSKIN, STERN & EISLER LLP,
AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

## Summary Sheet

Name of Applicant:                                   Luskin, Stern & Eisler LLP

Authorized to Provide
Professional Services to:                            The Chapter 11 Trustee

Date of Retention:                                   Order entered November 12, 2012 [Docket
                                                     No. 154] *nunc pro tunc* to September 25,
                                                     2012

Period for Which Compensation
and Reimbursement are Sought:                        January 1, 2014 to January 31, 2014

Amount of Compensation Sought
as Actual, Reasonable and Necessary:                 $249,288.30

66.67% of Compensation Sought as
Actual, Reasonable and Necessary:[*]                 $166,192.20

Amount of Expense Reimbursement
Sought as Actual, Reasonable and Necessary:          $3,847.45

---

[*] Luskin, Stern & Eisler has agreed with the Trustee to increase the amount of its holdback to 33.33%.

## Time Summary for Professionals and Paraprofessionals

| Timekeeper | Position and Year Admitted to Practice | | Rate ($)* | Hours | Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | 720.00 | 127.50 | 91,800.00 |
| Richard Stern | Partner | 1984 | 720.00 | 1.40 | 1,008.00 |
| Lucia Chapman | Associate | 1984 | 630.00 | 90.80 | 57,204.00 |
| Richard Favata | Associate | 2005 | 567.00 | 1.20 | 680.40 |
| Stephan Hornung | Associate | 2008 | 472.50 | 161.50 | 76,308.75 |
| Alex Talesnick | Associate | 2012 | 324.00 | 37,70 | 12,214.80 |
| Kristen Jensen | Associate | 2009** | 324.00 | 6.90 | 2,235.60 |
| Catherine Trieu | Paralegal | N/A | 202.50 | 38.70 | 7,836.75 |
| **TOTAL** | | | | **465.70** | **249,288.30** |

**\*\*Admitted California 2009**
  **Admitted New York 2013**

---

* These rates are reflective of a 10% discount from LSE's regular rates.

**Compensation by Matter**

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| General Administration | 1.20 | 243.00 |
| Retention & Fee Applications | 6.60 | 1,849.50 |
| Investigations | 44.00 | 24,734.25 |
| Litigation | 93.70 | 52,706.25 |
| Asset Analysis & Recovery | 10.40 | 5,886.90 |
| Claims Analysis | 24.40 | 8,388.90 |
| Plan Issues | 285.40 | 155,479.50 |
| **TOTAL** | **316.30** | **249,288.30** |

**Expense Summary**

| Disbursements | Amounts ($) |
|---|---|
| Copying Charges – In House | 146.70 |
| Conference Call Service | 44.84 |
| Copying Charges - Outside | 770.84 |
| Federal Express | 1,265.43 |
| Meals | 160.21 |
| Messenger Service | 96.90 |
| Online Research | 654.53 |
| Postage | 87.30 |
| Search Fees | 28.85 |
| Service Fees | 175.00 |
| Taxi and Local Transportation | 260.85 |
| Transcripts | 156.00 |
| **TOTAL** | **3,847.45** |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Luskin, Stern & Eisler LLP ("**LSE**"), attorneys for the Chapter 11 Trustee, hereby submit this Sixteenth Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from January 1, 2014 through January 31, 2014 (the "**Statement Period**").  In support of the Monthly Fee Statement, LSE respectfully represents as follows:

## Relief Requested

1.      LSE submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which LSE requests compensation were performed by LSE on behalf of the Trustee.

2.       LSE seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $249,288.30 |
| Total Expenses | $3,847.45 |
| Total | $253,135.75 |

3.      A detailed statement of hours spent by LSE rendering legal services to the Trustee and disbursements made by LSE during the Statement Period is attached hereto as Exhibit A.

4.      Pursuant to the Compensation Order, LSE seeks payment of $170,039.65 for the Statement Period, representing (a) two thirds (66.67%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

**Notice and Objection Procedures**

5.       In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

6.       Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including LSE, no later than March 10, 2014 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

7.       If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to LSE the amounts of fees and expenses identified in the Monthly Fee Statement.

8.       To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      February 21, 2014

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

*Attorneys for the Chapter 11 Trustee*

# **EXHIBIT A**

Time and Expense Records

January 31, 2014

Invoice #   1748

Client/Matter #  0638-0001

Billed through   January 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  General Administration

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/06/14 | CDT | review case docket and compile recent filings | | 0.30 hrs |
| 01/28/14 | CDT | review and file Dec. Monthly Operating Report and send courtesy copy to US Trustee | | 0.40 hrs |
| 01/31/14 | CDT | compile and prepare discs containing various FILB materials | | 0.50 hrs |
| | | Trieu, Catherine D. | 1.20 hrs      202.50 /hr | $243.00 |
| | | Total fees for this matter | 1.20 hrs | $243.00 |

DISBURSEMENTS

| | |
|---|---|
| American Express; Invoice # 10012031SH; Taxi and Local Transportation | $1.30 |
| LexisNexis; Invoice # 1310479767; Online Research | $50.73 |
| LexisNexis; Invoice # 1310479767; Online Research | $15.83 |
| LexisNexis; Invoice # 1310479767; Online Research | $56.08 |
| American Express; Invoice # 12052013SEH; Taxi and Local Transportation SEH taxi home (working late) | $8.90 |
| Executive Charge Inc.; Invoice # 3620241; Taxi and Local Transportation 11/24/13 SEH ride from office to 155 W 12th St. | $62.53 |
| Executive Charge Inc.; Invoice # 3620241; Taxi and Local Transportation 11/21/13 LC ride from office to Bedford | $154.82 |
| FedEx; Invoice # 249725915; Federal Express 797329796737 | $25.49 |
| FedEx; Invoice # 249725915; Federal Express | $14.26 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1748
General Administration                                            Page        2

| | | |
|---|---|---:|
| | 797329806146 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329813549 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329819157 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329831103 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329836697 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329842718 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329847639 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329860040 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329878720 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329888363 | |
| | FedEx; Invoice # 249725915; Federal Express | $37.49 |
| | 797329895550 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329917444 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797329960444 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797330018542 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797330025338 | |
| | FedEx; Invoice # 249725915; Federal Express | $22.90 |
| | 797330059987 | |
| | FedEx; Invoice # 249725915; Federal Express | $22.90 |
| | 797330097760 | |
| | FedEx; Invoice # 249725915; Federal Express | $22.90 |
| | 797330117619 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797330152529 | |
| | FedEx; Invoice # 249725915; Federal Express | $22.77 |
| | 797330159648 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797330165768 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797330181087 | |
| | FedEx; Invoice # 249725915; Federal Express | $14.26 |
| | 797330192934 | |

R. Davis, Trustee/Fletcher Int                                      Invoice      1748
General Administration                                             Page        3

| | |
|---|---:|
| FedEx; Invoice # 249725915; Federal Express 797330212620 | $31.45 |
| FedEx; Invoice # 249725915; Federal Express 797330237587 | $25.12 |
| FedEx; Invoice # 249725915; Federal Express 79733025427 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797331400066 | $25.49 |
| FedEx; Invoice # 249725915; Federal Express 797331435071 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797331442853 | $17.76 |
| FedEx; Invoice # 249725915; Federal Express 797331450255 | $17.76 |
| FedEx; Invoice # 249725915; Federal Express 797331461230 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797331642220 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797331663250 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797331937218 | $17.06 |
| FedEx; Invoice # 249725915; Federal Express 797331958514 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797331983629 | $22.90 |
| FedEx; Invoice # 249725915; Federal Express 797332010100 | $17.06 |
| FedEx; Invoice # 249725915; Federal Express 797332033898 | $22.90 |
| FedEx; Invoice # 249725915; Federal Express 797332067727 | $17.06 |
| FedEx; Invoice # 249725915; Federal Express 797332220930 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332246289 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332281233 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332301125 | $26.27 |
| FedEx; Invoice # 249725915; Federal Express 797332333175 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332357850 | $17.06 |
| FedEx; Invoice # 249725915; Federal Express | $17.76 |

R. Davis, Trustee/Fletcher Int                                    Invoice    1748
General Administration                                            Page      4

| | |
|---|---:|
| 797332381898 | |
| FedEx; Invoice # 249725915; Federal Express 797332674070 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332719919 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332750628 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332788687 | $14.26 |
| FedEx; Invoice # 249725915; Federal Express 797332914257 | $27.07 |
| FedEx; Invoice # 249725915; Federal Express 797339712816 | $27.07 |
| FedEx; Invoice # 125811487; Federal Express 797332824049 | $42.71 |
| FedEx; Invoice # 125811487; Federal Express 797332840788 | $44.68 |
| FedEx; Invoice # 125811487; Federal Express 797332858746 | $42.71 |
| FedEx; Invoice # 125811487; Federal Express 797332881928 | $42.71 |
| Deluxe Delivery Systems, Inc.; Invoice # 187808; Messenger Service 5342621 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 187808; Messenger Service 5350807 | $21.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 187808; Messenger Service 5350809 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 187808; Messenger Service 5354929 | $10.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 187808; Messenger Service 5354930 | $21.00 |
| MultiPoint Communications; Invoice # 010514; Conference Call Service ML 1/3/14 504984470 | $10.14 |
| MultiPoint Communications; Invoice # 010514; Conference Call Service ML 1/3/14 504984501 | $15.24 |
| American Express; Invoice # 01072014SEH; Taxi and Local Transportation SEH taxi home- working late | $8.90 |
| LexisNexis; Invoice # 1312478475; Online Research | $224.57 |
| LexisNexis; Invoice # 1312478475; Online Research | $16.09 |
| LexisNexis; Invoice # 1312478475; Online | $262.90 |

R. Davis, Trustee/Fletcher Int                                    Invoice       1748
General Administration                                            Page        5

| | |
|---|---:|
| Research | |
| LexisNexis; Invoice # 1312478475; Online Research | $28.33 |
| CT Lien Solutions; Invoice # 01088103; Search Fees | $28.85 |
| eScribers, LLC; Invoice # 39147; Transcripts | $66.00 |
| American Express; Invoice # 01082014SEH; Taxi and Local Transportation SEH taxi home- working late | $8.40 |
| Guy & Gallard; Invoice # 12312013; Meals and Entertainment 12/19/13 | $13.92 |
| Guy & Gallard; Invoice # 12312013; Meals and Entertainment 12/09/13 | $27.03 |
| Guy & Gallard; Invoice # 12312013; Meals and Entertainment 12/10/13 | $80.12 |
| Guy & Gallard; Invoice # 12312013; Meals and Entertainment 12/31/13 | $26.03 |
| Guy & Gallard; Invoice # 12312013; Meals and Entertainment 12/16/13 | $13.11 |
| Copying Charges - In House CDT | $82.10 |
| Copying Charges - In House ML | $5.60 |
| Copying Charges - In House ML (color) | $5.60 |
| Copying Charges - In House ML | $4.60 |
| eScribers, LLC; Invoice # 39418; Transcripts | $90.00 |
| MultiPoint Communications; Invoice # 011914; Conference Call Service 11/15/14 ML | $11.58 |
| FedEx; Invoice # 253243787; Federal Express 797574443685 | $106.93 |
| FedEx; Invoice # 253243787; Federal Express 797634135791 | $45.13 |
| Postage -Mailing | $87.30 |
| Copying Charges - In House CDT | $48.80 |
| MultiPoint Communications; Invoice # 01262014; Conference Call Service 1/23/14 SEH | $4.26 |
| MultiPoint Communications; Invoice # 01262014; Conference Call Service 1/23/14 LC | $0.44 |
| MultiPoint Communications; Invoice # 01262014; Conference Call Service 1/23/14 LC | $3.18 |
| Ricoh USA, Inc.; Invoice # NYF14010272; Copying Charges - Outside | $770.84 |
| Target Research & Investigation Corporation; | $175.00 |

R. Davis, Trustee/Fletcher Int                                      Invoice      1748
General Administration                                                    Page      6

| | |
|---|---:|
| Invoice # 59308; Service Fees 1/16/14 LC | |
| Champion Courier, Inc; Invoice # 247490; Messenger Service 1/28/14 From 415 Madison Ave to 11 Times Square | $9.90 |
| Champion Courier, Inc; Invoice # 247490; Messenger Service 1/31/14 To 1 Pennsylvania Plz | $15.00 |
| American Express; Invoice # 112513SEH; Taxi and Local Transportation SEH taxi | $7.70 |
| American Express; Invoice # 111313SEH; Taxi and Local Transportation SEH taxi | $8.30 |
| | --------------- |
| Total disbursements for this matter | $3,847.45 |

BILLING SUMMARY

| | |
|---|---:|
| FEES | $243.00 |
| DISBURSEMENTS | $3,847.45 |
| | --------------- |
| TOTAL CHARGES | $4,090.45 |
| | --------------- |
| TOTAL BALANCE DUE | $4,090.45 |

January 31, 2014
Invoice #    1749
Client/Matter #  0638-0002
Billed through   January 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Retention & Fee Applications

PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 01/13/14 | SEH | review fees regarding monthly fee statement | 0.50  hrs |
| 01/16/14 | CDT | review fee charts and draft LSE monthly fee statement (.4); review S. Hornung comments, prebills and matter invoices (.4) | 0.80  hrs |
| 01/17/14 | CDT | review and revise draft LSE monthly fee statement (.2); review S. Hornung comments and redact Exhibit A re: same (.9); compile draft redacted and unredacted statement re: same (.4) | 1.50  hrs |
| 01/21/14 | SEH | review monthly fee statement | 0.30  hrs |
| 01/21/14 | CDT | revise, redact, compile and finalize LSE monthly fee statement (.6); prepare and file monthly fee statements re: LSE and WeiserMazars (.5); correspondence with S. Hornung re: same (.1) | 1.20  hrs |
| 01/22/14 | SEH | review Goldin monthly fee statement | 0.10  hrs |
| 01/22/14 | CDT | prepare and file Goldin monthly fee statement (.3) | 0.30  hrs |
| 01/23/14 | CDT | draft cover letters to US Trustee and Chambers re: monthly fee statements (.5); prepare and send cover letters and courtesy copies re: same (.4) | 0.90  hrs |
| 01/30/14 | SEH | attention to interim fee applications, including telephone call with the Court and research re same | 1.00  hrs |

| | | | |
|-----|-----|-----|-----|
| Trieu, Catherine D. | 4.70  hrs | 202.50  /hr | $951.75 |
| Hornung, Stephan E. | 1.90  hrs | 472.50  /hr | $897.75 |
| | | | ------------------ |
| Total fees for this matter | 6.60  hrs | | $1,849.50 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1749
Retention & Fee Applications                                         Page      2


BILLING SUMMARY

|  |  |
|---|---|
| FEES | $1,849.50 |
|  | --------------- |
| TOTAL CHARGES | $1,849.50 |
|  | --------------- |
| TOTAL BALANCE DUE | $1,849.50 |

January 31, 2014

Invoice #    1750

Client/Matter #  0638-0003

Billed through   January 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Investigations

PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours |
|---|---|---|---|
| 01/02/14 | LTC | reviewed correspondence and emails re: █████████ ████ document production and protocol and emails re: same (1.5); conference call with Court re: McGladrey and prepared for same (1.6); reviewed additional cases re: ████████ and emails re: same (.8) | 3.90  hrs |
| 01/06/14 | SEH | review and response to emails from A. Fletcher re various issues | 0.40  hrs |
| 01/06/14 | LTC | emails re: █████(.2); emails re: Richcourt stipulation on documents and revised same (.6); conference with S. Hornung re: investigative issues and team emails re: same (.8) | 1.60  hrs |
| 01/07/14 | SEH | draft order re privilege dispute with Fletcher | 1.70  hrs |
| 01/07/14 | LTC | team emails re: investigative issues (.3); prepared for █████ interview (1.1); work on memo re: █████ claims, including review of case law, and emails re: same (.6) | 2.00  hrs |
| 01/07/14 | LTC | interview of ██████ and prepared for same (1.9); reviewed █████ and related documents and emails re: same (.5) | 2.40  hrs |
| 01/09/14 | SEH | telephone call with Smart Data re document production (.2); letter to court re proposed order (.1) | 0.30  hrs |
| 01/09/14 | LTC | reviewed information on █████ | 0.30  hrs |
| 01/14/14 | SEH | draft letter to A. Fletcher re hard drive | 0.10  hrs |
| 01/15/14 | LTC | emails re Grant Thornton, Eisner | 0.20  hrs |
| 01/16/14 | SEH | review document re ███████████ with ██ and emails re same | 1.80  hrs |
| 01/16/14 | LTC | reviewed correspondence with court re discovery, Louisiana dismissal order, and related emails (.3); reviewed to do list and related emails (.1) | 0.40  hrs |
| 01/17/14 | SEH | draft response to Mr. Fletcher's email (.4); emails re entered orders (.5) | 0.90  hrs |
| 01/17/14 | LTC | reviewed emails and documents re various investigative issues | 0.50  hrs |
| 01/20/14 | LTC | reviewed documents and emails, including █████ complaint | 1.00  hrs |
| 01/21/14 | LTC | conference with S. Hornung re: next steps (.5); work on █████ | 3.40  hrs |

R. Davis, Trustee/Fletcher Int                                                          Invoice        1750
Investigations                                                                          Page           2

| Date | | Description | Hours |
|---|---|---|---|
| | | subpoena (.9); work on information re: ███████ (.8); conference with R. Davis, S. Hornung (1.0); work on motion to compel (.2) | |
| 01/22/14 | SEH | review documents re request from P. Preis (.7); draft email to Skadden re document requests (.6) | 1.30 hrs |
| 01/22/14 | LTC | emails with team re: discovery and related issues (.7); telephone call with W. Connolly and emails re: same (.6) | 1.30 hrs |
| 01/23/14 | LTC | emails re: ███████████████(.5); telephone call with R. Davis, counsel for Eisner (.2); work on motion to compel (2.8); reviewed Skadden subpoenas (.4) | 3.90 hrs |
| 01/24/14 | SEH | review███ motion re███████ | 0.30 hrs |
| 01/24/14 | LTC | emails re: motion to compel and reviewed S. Hornung's edits (.3); emails with counsel for Eisner and team (.3); reviewed Soundview decision and related emails (.8) | 1.40 hrs |
| 01/26/14 | LTC | emails re:██████████ | 0.30 hrs |
| 01/27/14 | SEH | research re ███████████████████████ same (.7); research re ████████████ and emails re same (1.3); meeting with L. Chapman re various issues (.7); meeting with R. Davis, M. Luskin and L. Chapman re planning and telephone call with Eisner Amper counsel (1.2); research re various issues (.7) | 4.60 hrs |
| 01/27/14 | LTC | revised motion to compel and conferences S. Hornung re: same (1.0); email re: McGladrey (.1); conference call with Skadden (.3) | 1.40 hrs |
| 01/27/14 | LTC | emails re: ██████████████(.9); conference call with counsel for Eisner (.5) | 1.40 hrs |
| 01/28/14 | SEH | emails with RBS re outstanding subpoena (1.1); revise motion re BVI Richcourt Funds (.3) | 1.40 hrs |
| 01/29/14 | LTC | reviewed Solon filings and emails re: same and revised motion | 0.80 hrs |
| 01/30/14 | CDT | review, de-dupe and compile Board Minutes and Resolutions re: Fletcher entities | 0.80 hrs |
| 01/30/14 | SEH | emails with S. Chenitz re discovery of Richcourt BVI funds | 0.10 hrs |
| 01/30/14 | CDT | office conference with L. Chapman re: interview notes (.1); review and compile materials re: same (.3) | 0.40 hrs |
| 01/30/14 | LTC | reviewed Skadden subpoenas as work on search terms for document production | 0.90 hrs |
| 01/31/14 | SEH | review documents received from Skadden and attention to search terms | 2.80 hrs |

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 1.20 hrs | 202.50 /hr | $243.00 |
| Chapman, Lucia T. | 27.10 hrs | 630.00 /hr | $17,073.00 |
| Hornung, Stephan E. | 15.70 hrs | 472.50 /hr | $7,418.25 |
| | | | ------------ |
| Total fees for this matter | 44.00 hrs | | $24,734.25 |

R. Davis, Trustee/Fletcher Int                                            Invoice      1750
Investigations                                                              Page      3


BILLING SUMMARY

      FEES                                                        $24,734.25

                                                                      ----------------
    TOTAL CHARGES                                                $24,734.25

                                                                      ----------------
    TOTAL BALANCE DUE                                            $24,734.25

January 31, 2014
Invoice #    1751
Client/Matter #  0638-0004
Billed through   January 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Litigation

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/02/14 | ML | emails and telephone call with E. Doner re: settlement order and closing issues. | 0.50 | hrs |
| 01/02/14 | RF | correspondence re: wire instructions for MVN transaction | 0.50 | hrs |
| 01/02/14 | ML | Telephone call with chambers re: discovery conference, emails re: same, and prepare for hearing (1.8); attention to ▉▉▉▉▉▉▉▉ (0.2). | 2.00 | hrs |
| 01/02/14 | CDT | review case docket, order approving BRG settlement agreement, and compile for M. Luskin review | 0.30 | hrs |
| 01/06/14 | SEH | review K&E settlement agreement | 0.40 | hrs |
| 01/06/14 | ML | office conference with S. Hornung and conference telephone call with H. Weg and E. Doner re: settlement status and potential litigation (0.5); email with R. Davis and emails with E. Doner re: same (0.2) | 0.70 | hrs |
| 01/06/14 | SEH | emails and attention to MVN settlement agreement | 1.70 | hrs |
| 01/06/14 | ML | Conference telephone call with ▉▉▉▉▉▉▉▉▉ (0.2); conference telephone call with ▉▉▉▉▉▉▉▉ issues (0.2); prepare for discovery hearing (1.4). | 1.80 | hrs |
| 01/06/14 | CDT | review adversary case docket and compile complaint and summons against FII (.4); correspondence with L. Chapman re: same (.1) | 0.50 | hrs |
| 01/06/14 | LTC | emails to team, process server re: FII complaint | 0.50 | hrs |
| 01/07/14 | ML | emails with E. Doner re: closing | 0.20 | hrs |
| 01/07/14 | LTC | conference with M. Luskin, S. Hornung re: privilege hearing and next steps | 0.90 | hrs |
| 01/07/14 | ML | Prepare for and attend discovery hearing at U.S. Bankruptcy Court, and emails, draft proposed order and related re: discovery. | 3.50 | hrs |
| 01/07/14 | CDT | review court website for approved transcribers (.2); telephone calls and correspondence with various court approved transcribers (.4); correspondence with eScribers and request hearing transcript (.2) | 0.80 | hrs |
| 01/08/14 | SEH | revise draft order re privilege dispute (1.8); telephone call with counsel for D&P re same (.1); review transcript from hearing and | 3.00 | hrs |

R. Davis, Trustee/Fletcher Int                                                    Invoice    1751
Litigation                                                                        Page      2

|            |     |                                                                                       |          |
|------------|-----|---------------------------------------------------------------------------------------|----------|
|            |     | revise order (1.1)                                                                    |          |
| 01/08/14   | ML  | Revise proposed order re: discovery and draft letter to court re: same (0.8); review hearing transcripts and office conference with S. Hornung re: order (0.5). | 1.30 hrs |
| 01/08/14   | CDT | telephone call and correspondence with eScribers for status re: hearing transcript (.3); review transcript and correspondence with S. Hornung re: same (.3) | 0.60 hrs |
| 01/09/14   | ML  | Telephone call with █████ and telephone call with R. Davis re: ███████ (0.2); prepare for and attend meeting with █████ and miscellaneous follow-up re: same (3.0). | 3.20 hrs |
| 01/10/14   | SEH | communications with Skadden re draft order                                            | 1.30 hrs |
| 01/10/14   | ML  | emails and telephone call with E. Doner re: settlement and potential litigation.      | 0.30 hrs |
| 01/10/14   | LTC | reviewed Skadden edits to █████ and conference with S. Hornung and emails re: same (.2); revised █████ and emails, telephone call with J. Edwards re: same (.7) | 0.90 hrs |
| 01/10/14   | ML  | Emails re: document production order; revise order and letter to court (0.3); telephone call with █████ (0.1); conference telephone call with █████ re: █████ (0.3). | 0.70 hrs |
| 01/13/14   | SEH | revise K&E 9019 motion                                                                | 0.20 hrs |
| 01/14/14   | ML  | Emails re: █████                                                                       | 0.20 hrs |
| 01/14/14   | CDT | correspondence with S. Hornung and eScribers re: hearing transcript request           | 0.10 hrs |
| 01/15/14   | SEH | attention to BRG settlement, including revisions to agreement and emails re same       | 1.00 hrs |
| 01/15/14   | ML  | Revise letter to court re: Fletcher document production (0.2); review draft MBTA/Alpha complaint and emails re: same; office conference with R. Davis re: same (2.7); review and revise letter in support of JOLs chapter 15 papers, and emails re: same (0.3); prepare for and attend conference with W. Reid re: █████ and related (1.0); telephone calls with █████ revise settlement agreement (0.5); conference telephone call with T. Brock re: █████ and related (0.8); review email from █████ issues, and draft email re: same (0.5) | 5.90 hrs |
| 01/15/14   | SEH | review and revise K&E settlement motion (1.7); prepare for Kasowitz pretrial conference (.4) | 2.10 hrs |
| 01/15/14   | SEH | begin drafting ION 9019 motion                                                        | 0.70 hrs |
| 01/15/14   | CDT | correspondence with eScribers re: hearing transcript (.1); review draft and correspondence with S. Hornung on status of delivery re: same (.3) | 0.40 hrs |
| 01/16/14   | LTC | revised █████ agreement                                                                | 0.20 hrs |
| 01/16/14   | ML  | Telephone call with █████ re: █████ (0.3); telephone call                             | 1.60 hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice    1751

Litigation                                                           Page      3

|  |  |  |  |
|---|---|---|---|
|  |  | with T. Long re: same (0.4); telephone call with G. Polkowitz re: GA comments to complaint (0.5); telephone calls R Davis re: same (0.4). |  |
| 01/16/14 | SEH | attend Kasowitz pretrial conference, including follow up and emails re same | 3.50 hrs |
| 01/16/14 | CDT | prepare and file K&E 9019 motion and notice of hearing (.5); prepare service copies re: same (.6); draft cover letters to court and US Trustee re: same (.5); prepare and send courtesy copies re: same (.3); draft and revise certificate of service re: same (.5); review transcript hearing and invoice (.3); office conferences and correspondence with S. Hornung re: same (.2) | 2.90 hrs |
| 01/17/14 | SEH | attention to wire instructions re MV settlement and correspondence with GF's counsel and Wells Fargo | 0.20 hrs |
| 01/17/14 | ML | Emails and telephone call with R. Davis re: ███████████ (0.3); emails with funds and JOLs re: █████ and review court filings re: same (1.5). | 1.80 hrs |
| 01/17/14 | ML | Review correspondence and emails re: confidential/public information (0.5); telephone calls with ██████████████ re: same (0.4). | 0.90 hrs |
| 01/17/14 | SEH | draft ION 9019 motion | 0.80 hrs |
| 01/17/14 | CDT | file certificate of service re: K&E 9019 Motion and Notice | 0.20 hrs |
| 01/21/14 | SEH | draft letter to A. Fletcher re Kasowitz | 0.30 hrs |
| 01/21/14 | ML | Review ION settlement motion papers; email re: same (0.3); review emails re: Soundview TRO issues (0.2). | 0.50 hrs |
| 01/21/14 | SEH | revise ION 9019 settlement motion | 0.50 hrs |
| 01/21/14 | LTC | work on lease litigation settlement payment and FDIF consent | 0.60 hrs |
| 01/22/14 | LTC | reviewed ION motion and emails re: same | 0.30 hrs |
| 01/22/14 | SEH | draft letter to AF re Kasowitz | 0.30 hrs |
| 01/22/14 | ML | Emails re: subpoenas etc. | 0.20 hrs |
| 01/22/14 | SEH | attention to MV settlement wire information including emails with Goldin and telephone calls with Wells Fargo and R. Davis | 2.00 hrs |
| 01/22/14 | SEH | review and revise ION 9019 motion | 2.00 hrs |
| 01/22/14 | CDT | revise and compile motion and exhibits re: ION 9019 Settlement Motion (.6); prepare service copies re: same (.8); office conference with S. Hornung re: same (.1) | 1.50 hrs |
| 01/22/14 | LTC | telephone call with H. Ginsburg re: lease litigation and emails re: same | 0.50 hrs |
| 01/23/14 | SEH | telephone call with R. Davis (.4); telephone call with Wells Fargo and related email follow up (1.2) | 1.60 hrs |
| 01/23/14 | CDT | prepare and file ION 9019 Settlement Motion and Notice of Presentment (.5); revise and finalize Certificate of Service re: same (.2) | 0.70 hrs |
| 01/23/14 | LTC | emails re: lease litigation | 0.30 hrs |
| 01/24/14 | LTC | emails and telephone call with counsel for Post and conference with S. Hornung re: same | 0.20 hrs |
| 01/27/14 | LTC | telephone call with counsel for Post and conference with S. | 0.20 hrs |

R. Davis, Trustee/Fletcher Int                                                Invoice      1751
Litigation                                                                    Page        4

Hornung re: lease litigation

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 01/27/14 | ML | Conference with S. Hornung and R. Davis re: revisions to protective order (0.3); review BVI fund discovery motion and office conference with S. Hornung re: same (0.2). | 0.50 hrs |
| 01/27/14 | SEH | emails re BRG wire transfers (.5); correspondence with P. Capone and emails re same (.3); drafting letter to AF re Kasowitz document production (1.0); telephone call with Skadden re discovery (.3); telephone call with counsel to the Post re settlement and related follow up (.2) | 2.30 hrs |
| 01/27/14 | LTC | conference S. Hornung re: Kasowitz document requests (.2) | 0.20 hrs |
| 01/28/14 | ML | Telephone call with M. Chehi re: ██████████████ and email re: same. | 0.30 hrs |
| 01/28/14 | LTC | revised ████████████████ and emails re: same | 0.30 hrs |
| 01/28/14 | ML | Review letter to A. Fletcher re: documents to be produced to Kasowitz. | 0.20 hrs |
| 01/28/14 | SEH | emails and telephone calls re MVN and BRG settlement payment | 0.30 hrs |
| 01/28/14 | SEH | draft letter re discovery production to Kasowitz | 0.50 hrs |
| 01/28/14 | LTC | work on responses to Kasowitz document requests | 1.50 hrs |
| 01/29/14 | SEH | drafting ███████████ motion (1.0); attention to Kasowitz discovery (1.3) | 2.30 hrs |
| 01/29/14 | LTC | work on objections to Kasowitz document requests | 4.20 hrs |
| 01/30/14 | ML | Prepare for and attend meeting with ████████ and team re: ████████ and miscellaneous follow-up re: same (3.8); revise response to Kasowitz document request (0.2). | 4.00 hrs |
| 01/30/14 | SEH | meeting with L. Chapman re objections to document requests (.6) | 0.60 hrs |
| 01/30/14 | SEH | meeting with ██████████████████ (.7); collect documents re same (4.2) | 4.90 hrs |
| 01/30/14 | SEH | revise ██████ 9019 motion | 0.30 hrs |
| 01/30/14 | LTC | work on objections to Kasowitz document requests (4.5); meeting with ████████ and follow up collection of information (2.6) | 7.10 hrs |
| 01/31/14 | ML | Review and revise ████████ stipulation (0.3); review and revise ████████████████ (0.3). | 0.60 hrs |
| 01/31/14 | SEH | collect documents for █████████████ | 1.10 hrs |
| 01/31/14 | SEH | revise ██████ 9019 motion | 0.50 hrs |
| 01/31/14 | SEH | review, revise, finalize and served objections to Kasowitz discovery requests | 1.50 hrs |
| 01/31/14 | LTC | emails re: Kasowitz objections (.3); emails re: ██████████ (.2) | 0.50 hrs |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Trieu, Catherine D. | 8.00 hrs | 202.50 /hr | $1,620.00 |
| Chapman, Lucia T. | 18.40 hrs | 630.00 /hr | $11,592.00 |
| Luskin, Michael | 30.90 hrs | 720.00 /hr | $22,248.00 |
| Favata, Richard | 0.50 hrs | 567.00 /hr | $283.50 |
| Hornung, Stephan E. | 35.90 hrs | 472.50 /hr | $16,962.75 |
| | | | ---------------- |
| Total fees for this matter | 93.70 hrs | | $52,706.25 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1751
Litigation                                                            Page      5


BILLING SUMMARY

      FEES                                               $52,706.25

                                                 ----------------

      TOTAL CHARGES                                      $52,706.25

                                                 ----------------

      TOTAL BALANCE DUE                                  $52,706.25

January 31, 2014
Invoice #    1752
Client/Matter #  0638-0005
Billed through    January 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Asset Analysis & Recovery

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/06/14 | ML | Budget Travel: office conferences with S. Hornung re: filing of duplicate original proofs of claim | 0.20 | hrs |
| 01/06/14 | SEH | revise ███████████████(.3); revise Budget Travel proof of claim (2.0); telephone call with J. Corneau re proof of claim re Budget Travel (.2) | 2.50 | hrs |
| 01/07/14 | ML | prepare for and attend meeting with UCBI and counsel, and miscellaneous follow-up re: same | 1.80 | hrs |
| 01/09/14 | ML | revise issues sheet | 0.30 | hrs |
| 01/17/14 | RF | review of ██████████████provisions; correspondence re: same | 0.50 | hrs |
| 01/21/14 | ML | Emails re: proposed asset sales. | 0.20 | hrs |
| 01/21/14 | RF | review FDIF resolution | 0.20 | hrs |
| 01/21/14 | SEH | draft letters re ███████████(1.2); telephone call with counsel to █████(.1) | 1.30 | hrs |
| 01/22/14 | SEH | telephone call with counsel to █████and related follow up including emails and review of █████ | 1.20 | hrs |
| 01/28/14 | ML | Review A. Frohmer complaint. | 0.20 | hrs |
| 01/28/14 | SEH | telephone call and attention to issues related to █████ interest | 1.00 | hrs |
| 01/29/14 | LTC | emails re: █████ | 0.10 | hrs |
| 01/31/14 | ML | Prepare for and attend conference telephone call with R. Davis and M. Murray re: █████ and emails re: same (0.7); telephone call with █████re: █████(0.2). | 0.90 | hrs |

| | | | |
|---|---|---|---|
| Chapman, Lucia T. | 0.10  hrs | 630.00  /hr | $63.00 |
| Luskin, Michael | 3.60  hrs | 720.00  /hr | $2,592.00 |
| Favata, Richard | 0.70  hrs | 567.00  /hr | $396.90 |
| Hornung, Stephan E. | 6.00  hrs | 472.50  /hr | $2,835.00 |
| | | | -------------- |
| Total fees for this matter | 10.40  hrs | | $5,886.90 |

R. Davis, Trustee/Fletcher Int                                      Invoice      1752
Asset Analysis & Recovery                                          Page       2


BILLING SUMMARY

      FEES                                                         $5,886.90

                                                                         ----------------

      TOTAL CHARGES                                               $5,886.90

                                                                        ---------------

      TOTAL BALANCE DUE                                           $5,886.90

January 31, 2014
Invoice #    1753
Client/Matter #  0638-0006
Billed through   January 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Claims Analysis

PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 01/03/14 | AST | Research re: ███████████████ ████████████ | 2.80 | hrs |
| 01/03/14 | SEH | meeting with A. Talesnick re claims analysis | 0.50 | hrs |
| 01/06/14 | AST | Continue research re: ███████████ █████ | 2.00 | hrs |
| 01/07/14 | SEH | office conference with A. Talesnick re claims objections | 0.70 | hrs |
| 01/08/14 | SEH | office conference with A. Talesnick re claims objections | 0.30 | hrs |
| 01/15/14 | AST | continue review of objectionable claims and office conference with S. Hornung re: same | 2.20 | hrs |
| 01/15/14 | SEH | office conference with A. Talesnick re strategy re claims objections | 0.50 | hrs |
| 01/21/14 | SEH | draft notice of adjournment and related | 0.70 | hrs |
| 01/22/14 | CDT | pepare and file Notice of Adjournment of Hearing re: Richcourt claim objections | 0.20 | hrs |
| 01/27/14 | LTC | conference S. Hornung, A. Talesnick re: objections | 0.30 | hrs |
| 01/27/14 | AST | prepare for and office conference with S. Hornung and L. Chapman re: claims objections (0.3); draft objection to pension fund indirect investor claims (3.4) | 3.70 | hrs |
| 01/28/14 | AST | Continue drafting claims objections re: indirect investors and reviewing background documents re: same (5.4); review and prepare file for M. Luskin re: ███████████ research and overview of case law re: same | 7.50 | hrs |
| 01/29/14 | AST | office conference with S. Hornung re: ██████████ issues (0.2); continue drafting claims objections (1.8) | 2.00 | hrs |
| 01/30/14 | AST | Revise pension fund claim objection | 0.10 | hrs |
| 01/30/14 | SEH | review stipulation with █████████ | 0.10 | hrs |
| 01/31/14 | AST | office conference with S. Hornung re: status of claims objections (0.2); revise drafts of same (0.6) | 0.80 | hrs |

| | | | | |
|---|---|---|---|---|
| Talesnick, Alex S. | 21.10 hrs | 324.00 /hr | $6,836.40 |
| Trieu, Catherine D. | 0.20 hrs | 202.50 /hr | $40.50 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1753
Claims Analysis                                                        Page       2

| | | | |
|---|---|---|---|
| Chapman, Lucia T. | 0.30 hrs | 630.00 /hr | $189.00 |
| Hornung, Stephan E. | 2.80 hrs | 472.50 /hr | $1,323.00 |
| Total fees for this matter | 24.40 hrs | | $8,388.90 |

BILLING SUMMARY

|  |  |
|---|---|
| FEES | $8,388.90 |
| TOTAL CHARGES | $8,388.90 |
| TOTAL BALANCE DUE | $8,388.90 |

January 31, 2014
Invoice #    1754
Client/Matter #  0638-0008
Billed through   January 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Plan Issues

PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 01/02/14 | ML | Draft outlines for ███████ and emails re: same (2.1); draft and revise letter to P. Preis re: ███████ (0.4); telephone call with T. Brock and email with J. Monahan re: ███████ (0.4); telephone call with R. Davis re: all of the foregoing (0.2); emails with J. Monahan et al. re: ███████ and related, and follow-up re: same (0.8). | 3.90 hrs |
| 01/03/14 | ML | Conference telephone call with T. Brock, J. Monahan and B. Parlin re: ███████ (1.0); emails re: plan issues (0.4); prepare for and attend conference telephone call with R. Davis, P. Preis and J. Monahan re: ███████ (0.6); telephone calls with R. Davis re: all of the foregoing (0.9); email with S. Turner re: objection. (0.1). | 3.00 hrs |
| 01/03/14 | LTC | reviewed team emails re: Supplemental Disclosure Statement | 0.20 hrs |
| 01/06/14 | ML | Telephone call with R. Davis re: plan issues, and office conference with R. Davis re: same (0.8); office conference with S. Hornung re: plan issues (0.5); prepare for and attend office conference with S. Hornung and L. Chapman re: ███████ and miscellaneous follow-up re: same (2.0). | 3.30 hrs |
| 01/06/14 | SEH | review notes re ███████ (.3); review ███████ (.5); meeting with M. Luskin and L. Chapman re preparation for disclosure statement hearing (.6); meeting with M. Luskin and L. Chapman re supplement to disclosure statement (1.3); telephone call with G. Polkowitz re various issues (.5); attention to A. Fletcher confi documents, including emails re same (.9); drafting outline re supplement to disclosure statement (.5) | 4.60 hrs |
| 01/06/14 | LTC | reviewed Turner objections to Disclosure Statement (1.0); conference with M. Luskin, S. Hornung re: Supplemental Disclosure Statement (1.0) | 2.00 hrs |
| 01/06/14 | LTC | conference call with Goldin re: Supplemental Disclosure Statement | 0.60 hrs |

R. Davis, Trustee/Fletcher Int                                                                    Invoice      1754

Plan Issues                                                                                       Page       2

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 01/07/14 | ML | Emails with JOLs and telephone call with R. Davis re: ▮▮▮ ▮▮▮▮▮▮▮ and emails re: same (1.5); telephone call with P. Brock and emails with Brock re: same (0.8); email with ▮▮▮ re: ▮▮▮▮▮ hearing (0.2). conference with S. Hornung and L. Chapman re: ▮▮▮▮▮▮▮ (1.3); emails re: ▮▮▮▮ prep (0.5). | 4.30 hrs |
| 01/07/14 | AST | Cite check cases for L. Chapman | 0.70 hrs |
| 01/07/14 | AST | office conference with S. Hornung re: open items re: disclosure statement, objections and solicitation (0.5); review motion to approve disclosure statement and comment on same (0.7); review ▮▮▮▮▮▮ (1.7) | 2.90 hrs |
| 01/07/14 | SEH | drafting outline regarding supplement to disclosure statement, including multiple meetings with M. Luskin and L. Chapman, and research re ▮▮▮▮▮ and review of objections filed by Turner and Soundview (5.8); telephone call with the SEC (.2) | 6.00 hrs |
| 01/07/14 | LTC | work on outline of Supplemental Disclosure Statement (1.8); prepared summary of Turner's objections to Disclosure Statement (.9) | 2.70 hrs |
| 01/07/14 | LTC | finished summary of Turner objections to Disclosure Statement (.3); revised outline of Supplemental Disclosure Statement (.2); team meeting and meeting with S. Hornung re: Supplemental Disclosure Statement (2.3); team emails re: Plan (.3) | 3.10 hrs |
| 01/08/14 | ML | Emails re: ▮▮▮▮▮▮▮ (0.8); review letter from T. Brock and email response and telephone call with R. Davis re: same (0.6); telephone call with T. Brock re: ▮▮ (0.6); office conference with Goldin Associates team and miscellaneous follow-up re: same (2.0). | 4.00 hrs |
| 01/08/14 | AST | Draft outline of steps re: ▮▮▮▮▮ (0.5); research re: ▮▮▮▮▮ and office conference with S. Hornung re: same (2.2) | 2.70 hrs |
| 01/08/14 | SEH | all hands meeting re supplement to the disclosure statement (2.1); begin drafting supplement to the disclosure statement (.7) | 2.80 hrs |
| 01/09/14 | ML | Emails re: ▮▮▮▮▮ numerous telephone calls with R. Davis and T. Brock re: ▮▮▮ telephone call with P. Price re: same; telephone calls with J. Monahan re: same. | 4.20 hrs |
| 01/09/14 | AST | Review and revise solicitation materials | 2.50 hrs |
| 01/09/14 | SEH | continue drafting supplement to disclosure statement (6.1); office conference with A. Talesnick re ▮▮▮ (.2); research re same (.6) | 6.90 hrs |
| 01/09/14 | LTC | Work on Supplemental Disclosure Statement and Brief | 6.30 hrs |
| 01/10/14 | KMJ | commence review of case law in objection to disclosure statement | 4.30 hrs |
| 01/10/14 | ML | Telephone calls with T. Brock and R. Davis re: ▮▮▮▮▮ (1.2); conference telephone call with J. Monahan and conference telephone call with ▮▮▮▮▮ (0.9); telephone calls with ▮▮▮▮▮ (0.4); | 5.10 hrs |

R. Davis, Trustee/Fletcher Int                                                                 Invoice      1754
Plan Issues                                                                                          Page        3

|  |  |  |  |
|---|---|---|---|
|  |  | emails re: plan revisions (0.8); office conferences with S. Hornung re: disclosure hearing papers and preparation, and prepare for disclosure statement hearing (1.8). |  |
| 01/10/14 | AST | Draft form ballots, notices of non-voting status and notice of confirmation hearing | 1.80 hrs |
| 01/10/14 | SEH | telephone call with G. Polkowitz re disclosure statement and claims (1.1); continue drafting supplement to disclosure statement (6.7) | 7.80 hrs |
| 01/10/14 | LTC | Work on Supplemental Disclosure Statement and Brief | 6.10 hrs |
| 01/11/14 | KMJ | cite check of case law in objection to disclosure statement | 2.60 hrs |
| 01/11/14 | ML | Revise disclosure statement supplement and brief; emails with L. Chapman and S. Hornung re: same. | 4.00 hrs |
| 01/11/14 | SEH | continue drafting supplement to disclosure statement | 6.30 hrs |
| 01/11/14 | LTC | Work on Supplemental Disclosure Statement and Brief | 6.20 hrs |
| 01/12/14 | ML | Revise multiple drafts of disclosure statement supplement and brief; emails re: same; emails with████and R. Davis re:████████ issues. | 5.30 hrs |
| 01/12/14 | SEH | continue drafting supplement to disclosure statement and memorandum of law in support of motion to approve the disclosure statement, including emails, meetings and telephone calls | 11.00 hrs |
| 01/12/14 | LTC | Work on Supplement to Disclosure Statement and brief | 10.20 hrs |
| 01/13/14 | ML | Office conferences with R. Davis and S. Hornung re: disclosure statement papers and hearing prep. (2.0); telephone call with T. Brock (0.2); telephone call with J. Monahan (0.1); review Goldin Associates comments to revised papers; review solicitation package; review plan, supplement and memo of law (multiple drafts) (3.0); office conferences with R. Davis (1.5); office conferences with S. Hornung and L. Chapman (1.0); conference telephone call with Goldin Associates and follow-up email re: plan (0.5); telephone call with R. Morrissey re: hearing preparation (0.2); hearing preparation (1.0). | 9.50 hrs |
| 01/13/14 | AST | Cite check Disclosure Statement brief (0.5); review revised claims classification chart re: objections and office conference with S. Hornung re: same (0.6) | 1.10 hrs |
| 01/13/14 | SEH | review, revise, finalize and file supplement and memorandum of law in response to objections to disclosure statement (5); miscellaneous emails with team regarding hearing, agenda, etc. (1.3) | 6.30 hrs |
| 01/13/14 | SEH | draft and file agenda and prepare exhibits for hearing | 0.30 hrs |
| 01/13/14 | CDT | prepare and file Hearing Agenda (.2); office conference and correspondence with S. Hornung and L. Chapman re: Motion to Approve Disclosure Statement (.3); review, compile and prepare exhibits re: same (.4); review, prepare and file Memo of Law and Supplement re: same (.7); prepare and send courtesy copies to court and US Trustee re: same (.9) distribute copies for R. Davis and M. Luskin review (.3) | 2.80 hrs |
| 01/13/14 | LTC | work on supplemental disclosure statement and brief | 4.00 hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice      1754
Plan Issues                                                            Page      4

| Date | Init | Description | Hours |
|---|---|---|---|
| 01/14/14 | ML | Prepare for and attend disclosure statement hearing (4.1); draft and revise proposed order (0.2); miscellaneous confirmation hearing preparation (1.0); telephone calls with pension fund lawyers re: plan issues and potential litigation issues (0.5). | 5.80  hrs |
| 01/14/14 | AST | office conferences with S. Hornung re: ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇(0.3); review and analyze Class 3 GUCs and basis for objections (4.6) | 4.90  hrs |
| 01/14/14 | SEH | attendance at disclosure statement hearing | 2.70  hrs |
| 01/14/14 | SEH | draft and revise disclosure statement approval order (3.2); incorporate supplement into disclosure statement (1.5) | 4.70  hrs |
| 01/15/14 | ML | Confirmation hearing prep. (0.5); review disclosure statement order, related emails and finalize same (0.3); office conference with R. Davis and team re: open plan issues, preparation for meeting with JOLs and ▇▇▇▇▇▇▇▇ and related (2.2). | 3.00  hrs |
| 01/15/14 | SEH | review and revise order and draft letter to J. Gerber re same and follow up emails re same (2.6) | 2.60  hrs |
| 01/16/14 | ML | Conference telephone calls with JOLs re: plan issues (1.5); review and revise draft▇▇▇▇▇▇▇▇complaints (4.0); confirmation preparation (1.5). | 7.00  hrs |
| 01/16/14 | SEH | revise disclosure statement to incorporate supplement and revise order | 2.10  hrs |
| 01/16/14 | CDT | office conference with S. Hornung re: solicitation | 0.30  hrs |
| 01/17/14 | ML | Emails re: plan issues; review and revise changes to disclosure statement, and emails re: same. | 3.00  hrs |
| 01/17/14 | SEH | emails with team re orders (.3); finalize order re disclosure statement (.4); research re ▇▇▇▇▇▇▇▇▇▇▇▇▇(.8); revise disclosure statement and incorporate supplement to disclosure statement (.9); revise disclosure statement (.5) | 2.90  hrs |
| 01/17/14 | CDT | office conference with S. Hornung re: solicitation (.1); review claims list, claims classes and amounts (.4) | 0.60  hrs |
| 01/20/14 | RS | telephone call with R. Davis re:▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ draft email re: same | 0.50  hrs |
| 01/20/14 | ML | Review Turner disclosure statement objection; emails re: same. 0.5 | 0.50  hrs |
| 01/21/14 | ML | Review Soundview Disclosure Statement rebuttal statement (1.0); draft insert and emails re: same (0.8); emails re: pooling issues (0.2). | 2.00  hrs |
| 01/21/14 | SEH | emails with team re plan and disclosure statement and other issues (.5); meeting with L. Chapman re planning and follow up (1.2); telephone call with R. Davis re plan issues (.2); revise disclosure statement (.5); review Turner supplement (.2); prepare for and attend meeting with R. Davis and related follow up (2.1); revise disclosure statement (.3); compile documents for ▇▇▇▇▇▇▇(.2); emails with ▇▇▇▇▇ re ▇▇▇▇▇▇▇▇(.4); attention to disclosure statement and solicitation packages (.5) | 5.60  hrs |
| 01/21/14 | CDT | office conference and correspondence with S. Hornung re: solicitation (.3); review claims docket, reconcile claims solicitation list, claim amounts and de-dupe claims re: same (2.2) | 2.50  hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice      1754
Plan Issues                                                                 Page         5

| Date | | Description | Hours |
|---|---|---|---|
| 01/21/14 | LTC | emails re: disclosure statement and reviewed related documents re: same | 1.00 hrs |
| 01/22/14 | ML | Review emails re: disclosure statement. | 0.40 hrs |
| 01/22/14 | SEH | review and revise disclosure statement | 2.40 hrs |
| 01/22/14 | CDT | draft and review Class 3 and 4 Ballots re: same (3.2); revise Notices re: same (.4); office conference with S. Hornung re: same (.2) | 3.80 hrs |
| 01/22/14 | LTC | reviewed draft disclosure statement and emails re: same | 0.60 hrs |
| 01/23/14 | ML | Review and revise Disclosure Statement; email re: same. | 0.80 hrs |
| 01/23/14 | SEH | review and revise disclosure statement and related meetings and emails (5.4); prepare solicitation packages and related documents (.5); quality check ballots and review solicitation list (2.0) | 7.90 hrs |
| 01/23/14 | CDT | review and revise Class 3 and 4 Ballots and Notices (2.1); prepare solicitation documents for S. Hornung review re: same (.7); prepare service copies of order re: same (.4); office conference with S. Hornung re: same (.3) | 3.50 hrs |
| 01/23/14 | LTC | conference S. Hornung re: plan issues (.5); reviewed Soundview supplement and emails re: same (.4) | 0.90 hrs |
| 01/24/14 | RS | telephone call with M. Luskin re: ██████████████(.2); review court decision appointing trustee (.5); telephone call with Jones re: ██████████(.2) | 0.90 hrs |
| 01/24/14 | SEH | review, revise, finalize, file and serve disclosure statement, amended plan of liquidation and solicitation packages (6.1); telephone call with G. Polkowitz re planning (.4) | 6.50 hrs |
| 01/24/14 | CDT | review S. Hornung comments, review and revise Class 3 and 4 Ballots and Notices re: solicitation (.8); compile service copies and discs re: same (2.7); finalize and file Disclosure Statement and exhibits, Amended Plan and Notice of Hearing (.9); review solicitation checklist and prepare mailing re: same (.8); office conferences with S. Hornung re: same (.4) | 6.60 hrs |
| 01/27/14 | ML | Telephone call with D. Pauker re: █████████(0.3); telephone call with R. Stern re: same (0.2); telephone call with A. Togut re: same (0.2); conference telephone call with R. Davis and S. Hornung re: ████████████████████████████ ██(0.4); review decision (0.3). | 1.40 hrs |
| 01/27/14 | ML | Draft and revise ████████████ and conference with R. Davis re: same, and telephone calls with R. Davis re: same (4.4); telephone call with T. Brock re: plan issues (0.4); telephone call with J. Monahan re: ████████████(0.2). | 5.00 hrs |
| 01/27/14 | SEH | drafting confirmation hearing brief (1.3); revise cover letters to court and US Trustee (.1); | 1.40 hrs |
| 01/27/14 | CDT | review solicitation list (.3); draft and review certificate of service and service lists (1.4); draft and revise cover letters to Court and US Trustee re: solicitation (.5); prepare and send cover letters and courtesy copies re: same (.3); correspondence with S. Hornung re: same (.1) | 2.60 hrs |

R. Davis, Trustee/Fletcher Int
Plan Issues

Invoice    1754
Page    6

| Date | Init | Description | Hours |
|---|---|---|---|
| 01/27/14 | LTC | conference R. Davis, M. Luskin, S. Hornung re: plan issues | 1.00 hrs |
| 01/28/14 | ML | Prepare for and attend conference telephone call with ████ issues, and follow-up re: same (3.7); review ████ opinion (1.0). | 4.70 hrs |
| 01/28/14 | SEH | telephone call with the SEC and related follow up re plan features (.4); review certificate of service re solicitation documents (.6); telephone call with G. Polkowitz (.2); drafting brief in support of confirmation hearing (2.8) | 4.00 hrs |
| 01/28/14 | CDT | review SH comments and revise Certificate of Service re: solicitation (.5); compile, finalize and file Cert. of Service re: same (.2) | 0.70 hrs |
| 01/29/14 | ML | Research re: ████ and draft confirmation hearing outline (5.9); telephone call with A. Togut, telephone call with L. Rifkin, and emails with R. Davis re: Soundview trustee issues (0.4). | 6.30 hrs |
| 01/29/14 | SEH | drafting confirmation brief (2.5); research re ████ (1.4) | 3.90 hrs |
| 01/30/14 | ML | Confirmation hearing preparation. | 3.50 hrs |
| 01/30/14 | SEH | review and revise confirmation brief | 0.50 hrs |
| 01/31/14 | ML | Telephone calls and emails with R. Davis re: plan issues; prepare for confirmation hearing (2.5); prepare for meeting with C. Paul re: Soundview and FILB confirmation issues (0.5). | 3.00 hrs |

| | | | |
|---|---|---|---|
| Talesnick, Alex S. | 16.60 hrs | 324.00 /hr | $5,378.40 |
| Trieu, Catherine D. | 23.40 hrs | 202.50 /hr | $4,738.50 |
| Jensen, Kristen M. | 6.90 hrs | 324.00 /hr | $2,235.60 |
| Chapman, Lucia T. | 44.90 hrs | 630.00 /hr | $28,287.00 |
| Luskin, Michael | 93.00 hrs | 720.00 /hr | $66,960.00 |
| Stern, Richard | 1.40 hrs | 720.00 /hr | $1,008.00 |
| Hornung, Stephan E. | 99.20 hrs | 472.50 /hr | $46,872.00 |
| | | | ---------------- |
| Total fees for this matter | 285.40 hrs | | $155,479.50 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $155,479.50 |
| | ---------------- |
| TOTAL CHARGES | $155,479.50 |
| | ---------------- |
| TOTAL BALANCE DUE | $155,479.50 |