JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Veerle Roovers
Amy Edgy Ferber

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Thomas F. Cullen, Jr.
Daniel T. Moss

*Proposed Attorneys for Corinne Ball, the Chapter 11
Trustee for Soundview Elite Ltd. et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLETCHER INTERNATIONAL, LTD. | : | Case No. 12-12796 (REG) |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------x

**STATEMENT OF THE SOUNDVIEW TRUSTEE WITH RESPECT TO OBJECTION
OF STEWART TURNER TO THE TRUSTEE'S PROPOSED PLAN OF LIQUIDATION**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Corinne Ball, not individually but solely in her capacity as chapter 11 trustee (the "**Soundview Trustee**") for (a) Soundview Elite, Ltd.; (b) Soundview Premium, Ltd.; (c) Soundview Star, Ltd.; (d) Elite Designated; (e) Star Designated; and (f) Premium Designated (collectively, the "**Soundview Debtors**"), hereby files this statement (the "**Statement**") with respect to the *Objection of Stewart Turner to Confirmation of the Trustee's Proposed Plan of Liquidation* [Docket No. 417] (the "**Objection**"). In support of this Statement, the Soundview Trustee respectfully represents as follows:

## BACKGROUND

1.  On January 31, 2014, the U.S. Trustee for the Southern District of New York filed the *Notice of Appointment of Chapter 11 Trustee* in the Soundview Debtors' chapter 11 cases. In re Soundview Elite, Ltd., *et al.*, No. 13-13098 [Docket No. 160]. On February 3, 2014, the Bankruptcy Court issued its *Order Approving the Appointment of Chapter 11 Trustee* approving the U.S. Trustee's appointment of Corinne Ball as the chapter 11 trustee of the Soundview Debtors. In re Soundview Elite, Ltd., *et al.*, No. 13-13098 [Docket No. 164].

## STATEMENT

2.  The Soundview Trustee has not, and does not, authorize Mr. Turner to speak on her behalf.

3.  Contrary to the statements made in the Objection, the Soundview Trustee has not yet taken any position with respect to any of the issues discussed in the Objection, including, without limitation, the Plan[1] itself.

4.  The Soundview Trustee has not, and does not, join in the Objection.

---

[1] As used herein, "**Plan**" refers the *Trustee's Amended Plan of Liquidation* [Docket No. 394].

5. The Soundview Trustee hereby reserves all of her rights with respect to the Plan, including, without limitation, her rights to assert any objections thereto and to appear and be heard at the hearing to consider confirmation of the Plan.

Dated: February 21, 2014
New York, New York

Respectfully submitted,

/s/ Amy Edgy Ferber
Amy Edgy Ferber
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Thomas F. Cullen, Jr.
Daniel T. Moss
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Proposed Attorneys for Corinne Ball, the Chapter 11 Trustee for Soundview Elite Ltd. et al.*

- 3 -