**Objection Deadline: March 13, 2014 at 4:00 p.m.**

**(Prevailing Eastern Time)**

Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:   (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**SIXTEENTH MONTHLY STATEMENT OF GOLDIN ASSOCIATES, LLC,
AS SPECIAL CONSULTANT TO THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

### **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Goldin Associates, LLC |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Date of Retention: | Order entered November 12, 2012 [Docket No. 153] *nunc pro tunc* to October 5, 2012 |
| Period for Which Compensation and Reimbursement are Sought: | January 1, 2014 to January 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $98,568.00 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $78,854.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,946.77 |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Goldin Associates, LLC ("**Goldin**"), special consultant to the Chapter 11 Trustee (the "**Trustee**"), hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from January 1, 2014 through January 31, 2014 (the "**Statement Period**").  In support of the Monthly Fee Statement, Goldin respectfully represents as follows:

## Relief Requested

1.      Goldin submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which Goldin requests compensation were performed by Goldin on behalf of the Trustee.

2.      Goldin seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $98,568.00 |
|------------|------------|
| Total Expenses | $1,946.77 |
| Total | $100,514.77 |

3.      Goldin's invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as **Exhibit A**.  The invoice includes a detailed statement of hours spent by professionals and disbursements.

4.      On August 13, 2013, the Court entered an *Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 Approving the Amended and Restated Engagement Letter with Goldin Associates LLC, Nunc Pro Tunc to June 1, 2013* [Docket No. 257].  Pursuant to the terms of the Amended and Restated Engagement

Letter, Goldin shall receive a monthly payment (the "**Monthly Payments**") equal to the lesser of (i) $125,000.00 and (ii) the hourly fees (the "**Hourly Fees**") billed for any month and shall be reimbursed for all reasonable and necessary expenses under the standards set forth in Sections 330 and 331 of the Bankruptcy Code.

5.    Pursuant to the Compensation Order and the Revised Engagement Letter, Goldin seeks payment of $80,801.17 for the Statement Period, representing the total of (a) the lesser of $125,000.00 and the Hourly Fees billed for the month of December, and (b) 100% of the total expenses incurred.

## Notice and Objection Procedures

6.    In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

7.    Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Goldin, no later than March 13, 2014 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.    If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to Goldin the amounts of fees and expenses identified in the Monthly Fee Statement.

9.    To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and

expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York                Respectfully submitted,
       February 26, 2014

                                       */s/ Gary Polkowitz*
                                       Gary Polkowitz

                                       Goldin Associates, LLC
                                       350 Fifth Avenue
                                       New York, NY 10118
                                       Telephone:  (212) 593-2255
                                       Facsimile:  (212) 888-2841
                                       gpolkowitz@goldinassociates.com

                                       *Special Consultant to the Chapter 11*
                                       *Trustee*

**EXHIBIT A**

**<u>Monthly Invoice for January 2014</u>**



350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

February 11, 2014
Federal ID# 13-3549635

---

### INVOICE
### MATTER: Fletcher

For Services Through 1/31/14

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Marti P. Murray, Senior Managing Director | 22.50 | 795.00 | $17,887.50 |
| Gary Polkowitz, Managing Director | 44.90 | 550.00 | $24,695.00 |
| Karthik Bhavaraju, Vice President | 76.10 | 425.00 | $32,342.50 |
| Alois Chakabva, Vice President | 38.50 | 400.00 | $15,400.00 |
| Pavel Hejsek, Analyst | 69.80 | 275.00 | $19,195.00 |

|  | Hours | Amount |
|--|-------|--------|
| Total Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . | 251.80 | $109,520.00 |
| Less: 10% Discount, Per Engagement Letter. . . . . . . . . . . . . . . . . . . . . |  | $10,952.00 |
| Net Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | $98,568.00 |

Expenses

| Meals & Entertainment | $73.14 |
|-----------------------|--------|
| Messenger/Courier | $12.50 |
| Office Supplies/Misc | $1,037.21 |
| Research | $288.99 |
| Telephone, Fax, Postage | $417.15 |
| Travel | $117.78 |
| Total | $1,946.77 |

**Total Fees & Expenses**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100,514.77**

# Goldin Associates, LLC

The Empire State Building
New York, NY  10118

Fletcher

| Totals for | Time | Amount |
|---|---|---|
| Client: Fletcher | | |
| Marti P. Murray, Sr. Managing Director | 22.50 | $17,887.50 |
| 795.00 | 22.50 | $17,887.50 |
| Gary Polkowitz, Managing Director | 44.90 | $24,695.00 |
| 550.00 | 44.90 | $24,695.00 |
| Karthik Bhavaraju, Vice President | 76.10 | $32,342.50 |
| 425.00 | 76.10 | $32,342.50 |
| Alois Chakabva, Vice President | 38.50 | $15,400.00 |
| 400.00 | 38.50 | $15,400.00 |
| Pavel Hejsek,  Analyst | 69.80 | $19,195.00 |
| 275.00 | 69.80 | $19,195.00 |
| Fletcher | 251.80 | $109,520.00 |
| Grand Total | 251.80 | $109,520.00 |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| **Nickname 1: 01 Asset management, valuations and liquidation of assets** | | | | | |
| Bhavaraju, Karthik | 1/6/2014 | 2.60 | $425.00 | $1,105.00 | Prepare analysis of ███████ raised by AF |
| Bhavaraju, Karthik | 1/6/2014 | 0.60 | $425.00 | $255.00 | Research issues raised by ██████ |
| Bhavaraju, Karthik | 1/6/2014 | 1.10 | $425.00 | $467.50 | Research issues raised by ██████ related to ████████ |
| Bhavaraju, Karthik | 1/6/2014 | 0.40 | $425.00 | $170.00 | Research issues raised by ██████ |
| Bhavaraju, Karthik | 1/9/2014 | 2.70 | $425.00 | $1,147.50 | Reviewed ████ █████ earnings prospects |
| Bhavaraju, Karthik | 1/9/2014 | 1.70 | $425.00 | $722.50 | Reviewed ████████ prospects as part of warrant hedge analysis |
| Bhavaraju, Karthik | 1/9/2014 | 3.80 | $425.00 | $1,615.00 | Woked with P. Hejsek to determine and prepare ████████ |
| Bhavaraju, Karthik | 1/9/2014 | 0.90 | $425.00 | $382.50 | Reviewed hedging strategy presentation prepared by P. Hejsek |
| Hejsek, Pavel | 1/9/2014 | 0.90 | $275.00 | $247.50 | Prepared a summary of ██████ |
| Hejsek, Pavel | 1/9/2014 | 3.80 | $275.00 | $1,045.00 | Performed analysis focused on ████████ |
| Hejsek, Pavel | 1/9/2014 | 1.60 | $275.00 | $440.00 | Compiled and reviewed latest equity research focused on ████ |
| Hejsek, Pavel | 1/9/2014 | 2.70 | $275.00 | $742.50 | Conducted public comparables analysis for ████ |
| Murray, Marti P. | 1/10/2014 | 0.50 | $795.00 | $397.50 | Meeting with K. Bhavaraju and P. Hejsek ████ |
| Bhavaraju, Karthik | 1/10/2014 | 2.70 | $425.00 | $1,147.50 | Review various ████████ |
| Bhavaraju, Karthik | 1/10/2014 | 0.60 | $425.00 | $255.00 | Discussed ████████ with P. Hejsek and M. Murray |
| Bhavaraju, Karthik | 1/10/2014 | 2.30 | $425.00 | $977.50 | Prepare and send package of documents regarding ████████ |
| Bhavaraju, Karthik | 1/10/2014 | 1.60 | $425.00 | $680.00 | Review ████ company financial statements and earnings call information |
| Hejsek, Pavel | 1/10/2014 | 0.40 | $275.00 | $110.00 | Discussed with M. Murray and K. Bhavaraju the ████████ |
| Hejsek, Pavel | 1/10/2014 | 3.80 | $275.00 | $1,045.00 | Amended the analysis focused on ████████ |
| Bhavaraju, Karthik | 1/14/2014 | 1.00 | $425.00 | $425.00 | Gather and send additional information to Seaport relating to the ████████ |
| Murray, Marti P. | 1/17/2014 | 0.40 | $795.00 | $318.00 | Telecon ████████ on remaining assets |
| Bhavaraju, Karthik | 1/17/2014 | 0.50 | $425.00 | $212.50 | Review news about ████ |
| Murray, Marti P. | 1/23/2014 | 0.10 | $795.00 | $79.50 | Telcon w Seaport on remaining assets |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Polkowitz, Gary | 1/30/2014 | 0.30 | $550.00 | $165.00 | Discussion with A. Chakabva on auditor presentation |
| Murray, Marti P. | 1/31/2014 | 0.30 | $795.00 | $238.50 | Telecon with R. Davis and M. Luskin |
| Murray, Marti P. | 1/31/2014 | 0.20 | $795.00 | $159.00 | Call with ███ on remaining assets |

Total: 01 Asset management, valuations and liquidation of assets

|  |  |
|---|---|
| 37.50 | $14,550.00 |

Goldin Associates, L.L.C.

Fletcher                                                                                          Page     3

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 02 Forensic review and investigation | | | | | |
| Polkowitz, Gary | 1/3/2014 | 0.50 | $550.00 | $275.00 | Review of documents from A. Fletcher |
| Polkowitz, Gary | 1/3/2014 | 0.60 | $550.00 | $330.00 | Review payments between ████████ |
| Murray, Marti P. | 1/6/2014 | 0.50 | $795.00 | $397.50 | Read and reviewed ████████████ |
| Murray, Marti P. | 1/6/2014 | 0.50 | $795.00 | $397.50 | Read and reviewed ████████████ ███████████ to report and disclosure statement |
| Bhavaraju, Karthik | 1/6/2014 | 2.10 | $425.00 | $892.50 | Review objections raised by ██████ to disclosure statement |
| Murray, Marti P. | 1/7/2014 | 1.00 | $795.00 | $795.00 | ████████ Objection |
| Hejsek, Pavel | 1/7/2014 | 1.90 | $275.00 | $522.50 | Met with M. Murray, G. Polkowitz, K. Bhavaraju, A. Chakabva to discuss objections to the Trustee's Report |
| Hejsek, Pavel | 1/7/2014 | 0.50 | $275.00 | $137.50 | Performed quality assurance of K. Bhavaraju's analysis of the impact of the hedges |
| Murray, Marti P. | 1/8/2014 | 3.00 | $795.00 | $2,385.00 | Continue to read and review ████████ |
| Bhavaraju, Karthik | 1/8/2014 | 0.60 | $425.00 | $255.00 | Review ████████████████ |
| Polkowitz, Gary | 1/9/2014 | 0.50 | $550.00 | $275.00 | Review of ████████████████ request and related correspondence |
| Polkowitz, Gary | 1/9/2014 | 0.20 | $550.00 | $110.00 | Discussions with M. Murray on ████ |
| Hejsek, Pavel | 1/12/2014 | 1.60 | $275.00 | $440.00 | Traced the exact amount of the ████████████████████ |
| Polkowitz, Gary | 1/14/2014 | 0.20 | $550.00 | $110.00 | Review documents related to ████ |
| Polkowitz, Gary | 1/14/2014 | 0.20 | $550.00 | $110.00 | Review documents related to ████ |
| Murray, Marti P. | 1/15/2014 | 3.60 | $795.00 | $2,862.00 | Review ████████████████ |
| Murray, Marti P. | 1/23/2014 | 0.50 | $795.00 | $397.50 | Listen to UCBI earnings call |
| Polkowitz, Gary | 1/25/2014 | 0.10 | $550.00 | $55.00 | Discussion with A. Chakabva on fees and redemptions |
| Polkowitz, Gary | 1/25/2014 | 0.30 | $550.00 | $165.00 | Review correspondence related to fees and redemptions |
| Polkowitz, Gary | 1/26/2014 | 0.30 | $550.00 | $165.00 | Read and reviewed correspondence related to ████ |
| Polkowitz, Gary | 1/26/2014 | 0.20 | $550.00 | $110.00 | Review of fee and redemptions analysis |
| Hejsek, Pavel | 1/26/2014 | 1.30 | $275.00 | $357.50 | Gathered data at the request of the Trustee related to fees and redemptions following ████████ |
| Polkowitz, Gary | 1/27/2014 | 0.50 | $550.00 | $275.00 | Call with R. Davis and A. Chakabva on ████████████ |
| Chakabva, Alois | 1/27/2014 | 0.50 | $400.00 | $200.00 | Call with R. Davis and G. Polkowitz ██ |
| Hejsek, Pavel | 1/27/2014 | 0.40 | $275.00 | $110.00 | Provided information to L. Chapman ████████████████ |
| Polkowitz, Gary | 1/29/2014 | 0.30 | $550.00 | $165.00 | Discussion with K. Bhavaraju and A. Chakabva on ████ |
| Polkowitz, Gary | 1/29/2014 | 1.50 | $550.00 | $825.00 | Read and reviewed documents on ████ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Polkowitz, Gary | 1/29/2014 | 0.40 | $550.00 | $220.00 | Discussion with M. Murray and K. Bhavaraju on ███ |
| Bhavaraju, Karthik | 1/29/2014 | 2.30 | $425.00 | $977.50 | ████████ |
| Bhavaraju, Karthik | 1/29/2014 | 2.60 | $425.00 | $1,105.00 | Gather documents ████████ |
| Bhavaraju, Karthik | 1/29/2014 | 0.40 | $425.00 | $170.00 | Meeting with M. Murray and G. Polkowitz to ████ |
| Bhavaraju, Karthik | 1/29/2014 | 1.10 | $425.00 | $467.50 | Meeting with G. Polkowitz and A. Chakabva to discuss status of documents binder ████ |
| Bhavaraju, Karthik | 1/29/2014 | 2.40 | $425.00 | $1,020.00 | Review disclosure statement and related rebuttals in preparation for case ████ |
| Chakabva, Alois | 1/29/2014 | 0.30 | $400.00 | $120.00 | Discussions with G. Polkowitz and K. Bhavaraju ████ |
| Polkowitz, Gary | 1/30/2014 | 1.00 | $550.00 | $550.00 | Develop auditor presentation |
| Polkowitz, Gary | 1/30/2014 | 0.20 | $550.00 | $110.00 | Read and reviewed correspondence related to auditor presentation |
| Polkowitz, Gary | 1/30/2014 | 1.20 | $550.00 | $660.00 | Read and reviewed ████ |
| Polkowitz, Gary | 1/30/2014 | 0.70 | $550.00 | $385.00 | Discussion with A. Chakabva and K. Bhavaraju on Quantal documents |
| Bhavaraju, Karthik | 1/30/2014 | 2.20 | $425.00 | $935.00 | Meeting with A. Chakabva to discuss topics of discussion with the ████ |
| Bhavaraju, Karthik | 1/30/2014 | 6.50 | $425.00 | $2,762.50 | Prepare outline and gather key documents, emails and agreements for use in ████ |
| Chakabva, Alois | 1/30/2014 | 3.30 | $400.00 | $1,320.00 | Reviewed and assembled ████ |
| Chakabva, Alois | 1/30/2014 | 0.30 | $400.00 | $120.00 | Discussed auditor presentation with G. Polkowitz |
| Chakabva, Alois | 1/30/2014 | 2.00 | $400.00 | $800.00 | Discussions with G. Polkowitz and K. Bhavaraju to ████ |
| Murray, Marti P. | 1/31/2014 | 1.40 | $795.00 | $1,113.00 | Met with P. Hejsek, G. Polkowitz, K. Bhavaraju, A. Chakabva to discuss the ████ |
| Polkowitz, Gary | 1/31/2014 | 0.40 | $550.00 | $220.00 | Read and reviewed correspondence on ████ |
| Polkowitz, Gary | 1/31/2014 | 0.50 | $550.00 | $275.00 | Begin to prepare for ████ |
| Bhavaraju, Karthik | 1/31/2014 | 4.20 | $425.00 | $1,785.00 | Meeting with M. Murray, A. Chakabva, and P. Hejsek to discuss strategy and deliverables for ████ |
| Bhavaraju, Karthik | 1/31/2014 | 0.70 | $425.00 | $297.50 | Meeting with G. Polkowitz and A. Chakabva to discuss upcoming ████ |
| Chakabva, Alois | 1/31/2014 | 4.20 | $400.00 | $1,680.00 | Met with M. Murray, G. Polkowitz, K. Bhavaraju, P. Hejsek ████ |

Goldin Associates, L.L.C.

Fletcher                                                                                    Page    5

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 1/31/2014 | 0.90 | $275.00 | $247.50 | Reviewed data focused on ███████████ at various points in time |
| Hejsek, Pavel | 1/31/2014 | 0.80 | $275.00 | $220.00 | Assembled data with respect to historical ████████████ |
| Hejsek, Pavel | 1/31/2014 | 0.10 | $275.00 | $27.50 | Compiled list of ████████ |

Total: 02 Forensic review and investigation

                63.50                    $30,707.50

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 03 Day to day operations | | | | | |
| Chakabva, Alois | 1/17/2014 | 1.10 | $400.00 | $440.00 | Review of December 2013 monthly invoice |
| Chakabva, Alois | 1/17/2014 | 0.30 | $400.00 | $120.00 | Follow up of bank receipts |

Total: 03 Day to day operations

|  | | 1.40 | | $560.00 | |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 04 Monthly operating reports | | | | | |
| Polkowitz, Gary | 1/16/2014 | 0.20 | $550.00 | $110.00 | Discussion with A.Chakabva on December MOR |
| Chakabva, Alois | 1/16/2014 | 1.00 | $400.00 | $400.00 | Review and preparation of December 2013 MOR |
| Chakabva, Alois | 1/23/2014 | 5.00 | $400.00 | $2,000.00 | Review and preparation of December 2013 MOR |
| Polkowitz, Gary | 1/24/2014 | 0.20 | $550.00 | $110.00 | Discussion with A. Chakabva on December 2013 MOR |
| Polkowitz, Gary | 1/24/2014 | 0.30 | $550.00 | $165.00 | Review of December 2013 MOR |
| Chakabva, Alois | 1/27/2014 | 0.50 | $400.00 | $200.00 | Follow up and review of December 2013 MOR |
| Polkowitz, Gary | 1/28/2014 | 0.50 | $550.00 | $275.00 | Read and review of MBTA complaint against ███████████ |
| Polkowitz, Gary | 1/28/2014 | 0.20 | $550.00 | $110.00 | Review of December 2013 MOR |

Total: 04 Monthly operating reports

7.90          $3,370.00

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 05 Administration, meetings, calls | | | | | |
| Polkowitz, Gary | 1/3/2014 | 0.40 | $550.00 | $220.00 | Review of various case correspondence |
| Polkowitz, Gary | 1/3/2014 | 0.60 | $550.00 | $330.00 | Case administration |
| Polkowitz, Gary | 1/6/2014 | 0.70 | $550.00 | $385.00 | Gather and send financial statements to E&Y JOL |
| Polkowitz, Gary | 1/6/2014 | 0.30 | $550.00 | $165.00 | Discussion with P. Hejsek on financial statements for E&Y JOL |
| Polkowitz, Gary | 1/6/2014 | 0.20 | $550.00 | $110.00 | Discussion with A, Chakabva on various case matters |
| Polkowitz, Gary | 1/6/2014 | 0.50 | $550.00 | $275.00 | Call with S. Hornung, L. Chapman, P. Hejsek and A. Chakabva on case status |
| Chakabva, Alois | 1/6/2014 | 0.60 | $400.00 | $240.00 | Call with S. Hornung, L. Chapman, G. Polkowitz, P. Hejsek to discuss various case updates, ███████ ███████, objections to the Disclosure Statement |
| Chakabva, Alois | 1/6/2014 | 0.50 | $400.00 | $200.00 | Call with S. Hornung, L. Chapman, G. Polkowitz and P. Hejsek on case status |
| Hejsek, Pavel | 1/6/2014 | 0.60 | $275.00 | $165.00 | Call with S. Hornung, L. Chapman, G. Polkowitz, A. Chakabva to discuss various case updates, including Kasowitz document request, objections to the Disclosure Statement |
| Hejsek, Pavel | 1/6/2014 | 0.20 | $275.00 | $55.00 | Assembled a zipped file of financial statements requested by the JOLs |
| Murray, Marti P. | 1/7/2014 | 2.50 | $795.00 | $1,987.50 | Meeting with G. Polkowitz, K. Bhavaraju, A. Chakabva and P. Hejsek on ███████ |
| Polkowitz, Gary | 1/7/2014 | 1.50 | $550.00 | $825.00 | Meeting with M. Murray, A. Chakabva, K. Bhavaraju and P. Hejsek on disclosure statement objections |
| Bhavaraju, Karthik | 1/7/2014 | 4.30 | $425.00 | $1,827.50 | Met with M. Murray, G. Polkowitz, P. Hejsek, A. Chakabva to discuss objections to the Trustee's Report |
| Murray, Marti P. | 1/8/2014 | 2.00 | $795.00 | $1,590.00 | Meeting with R. Davis, M. Luskin, L. Chapman, S. Hornung and G. Polkowitz on the disclosure statement |
| Polkowitz, Gary | 1/8/2014 | 2.50 | $550.00 | $1,375.00 | Attended meeting with R. Davis, M. Luskin, L. Chapman, S. Hornung and M. Murray on disclosure statement hearing |
| Bhavaraju, Karthik | 1/8/2014 | 1.20 | $425.00 | $510.00 | Meeting with M. Murray, A. Chakabva and P. Hejsek to prepare responses to ███████████████ to the Trustee's Report |
| Murray, Marti P. | 1/9/2014 | 0.30 | $795.00 | $238.50 | Telcon ███████/Trustee on remaining assets |
| Bhavaraju, Karthik | 1/12/2014 | 1.90 | $425.00 | $807.50 | Conference call with M. Murray, G. Polkowitz, A. Chakabva, K. Bhavaraju to discuss and combine the team's comments on the FILB Disclosure Statement Supplement |
| Hejsek, Pavel | 1/14/2014 | 0.20 | $275.00 | $55.00 | Call with S. Hornung and G. Polkowitz to discuss Goldin tasks |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 1/15/2014 | 2.80 | $275.00 | $770.00 | Reviewed the ███████ and provided comments |
| Polkowitz, Gary | 1/17/2014 | 0.20 | $550.00 | $110.00 | Discussion with R. Davis on various case matters |
| Murray, Marti P. | 1/23/2014 | 0.30 | $795.00 | $238.50 | Telcon ██████ and M. Luskin |
| Polkowitz, Gary | 1/24/2014 | 0.20 | $550.00 | $110.00 | Discussion with S. Hornung on various case matters |
| Polkowitz, Gary | 1/24/2014 | 0.30 | $550.00 | $165.00 | Read and reviewed ██████ decision (1/23/14) |
| Polkowitz, Gary | 1/28/2014 | 0.30 | $550.00 | $165.00 | Discussion with A. Chakabva on various case matters |
| Bhavaraju, Karthik | 1/28/2014 | 0.30 | $425.00 | $127.50 | Review ████████████████████ |
| Chakabva, Alois | 1/28/2014 | 0.30 | $400.00 | $120.00 | Discussions with G. Polkowitz re: various case matters |
| Polkowitz, Gary | 1/29/2014 | 0.10 | $550.00 | $55.00 | Discussion with P. Hejsek on various case matters |
| Polkowitz, Gary | 1/31/2014 | 1.60 | $550.00 | $880.00 | Meetings with M. Murray, K. Bhavaraju, A. Chakabva and P. Hejsek on ████████ |
| Polkowitz, Gary | 1/31/2014 | 0.30 | $550.00 | $165.00 | Read and reviewed documents related to the appointment of ██████ |
| Polkowitz, Gary | 1/31/2014 | 0.30 | $550.00 | $165.00 | Read and review of correspondence related to ██████ |
| Polkowitz, Gary | 1/31/2014 | 0.30 | $550.00 | $165.00 | Discussions with P. Hejsek on gathering documents for ██████ |
| Hejsek, Pavel | 1/31/2014 | 1.40 | $275.00 | $385.00 | Met with M. Murray, G. Polkowitz, K. Bhavaraju, A. Chakabva to discuss the ████████████ |

Total: 05 Administration, meetings, calls

29.70                    $14,982.00

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 06 Litigation | | | | | |
| Polkowitz, Gary | 1/15/2014 | 1.40 | $550.00 | $770.00 | Read, reviewed and comment on complaint against █████████ |
| Polkowitz, Gary | 1/15/2014 | 0.30 | $550.00 | $165.00 | Discussion with P. Hejsek on complaint against █████ |
| Polkowitz, Gary | 1/15/2014 | 0.40 | $550.00 | $220.00 | Discussion with M.Murray on complaint |
| Polkowitz, Gary | 1/16/2014 | 0.10 | $550.00 | $55.00 | Discussion with R.Davis on complaint |
| Polkowitz, Gary | 1/16/2014 | 0.60 | $550.00 | $330.00 | Discussion with M.Murray on complaint |
| Polkowitz, Gary | 1/16/2014 | 0.10 | $550.00 | $55.00 | Discussion with M. Luskin on complaint |

Total: 06 Litigation

|  |  | 2.90 |  | $1,595.00 |  |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 07 Plan and disclosure statement | | | | | |
| Polkowitz, Gary | 1/6/2014 | 0.40 | $550.00 | $220.00 | Discussion with M. Murray and P. Hejsek on objections to disclosure statement |
| Polkowitz, Gary | 1/6/2014 | 1.60 | $550.00 | $880.00 | Read and reviewed objections to disclosure statement and related documents |
| Bhavaraju, Karthik | 1/6/2014 | 0.70 | $425.00 | $297.50 | Reviewed ███████████ to the Trustee's Report and Disclosure Statement |
| Chakabva, Alois | 1/6/2014 | 0.50 | $400.00 | $200.00 | Review of Testaverde testimony for response to disclosure statement objections |
| Chakabva, Alois | 1/6/2014 | 2.00 | $400.00 | $800.00 | Reviewed ███████████ to the Trustee's Report and Disclosure Statement |
| Hejsek, Pavel | 1/6/2014 | 0.80 | $275.00 | $220.00 | Reviewed ███████████ to the Trustee's Report and Disclosure Statement |
| Hejsek, Pavel | 1/6/2014 | 0.50 | $275.00 | $137.50 | Discussed with M. Murray ███████████ to the Trustee's Report and Disclosure Statement |
| Hejsek, Pavel | 1/6/2014 | 1.60 | $275.00 | $440.00 | Reviewed ███████████ to the Trustee's Report and Disclosure Statement |
| Polkowitz, Gary | 1/7/2014 | 1.40 | $550.00 | $770.00 | Read and reviewed draft responses to disclosure statement objections |
| Polkowitz, Gary | 1/7/2014 | 0.60 | $550.00 | $330.00 | Discussions with M. Murray on disclosure statement objections |
| Polkowitz, Gary | 1/7/2014 | 0.30 | $550.00 | $165.00 | Read and reviewed disclosure statement hearing outline |
| Polkowitz, Gary | 1/7/2014 | 0.40 | $550.00 | $220.00 | Discussions with A. Chakabva on disclosure statement objections |
| Polkowitz, Gary | 1/7/2014 | 1.00 | $550.00 | $550.00 | Read and reviewed S. Turner disclosure statement objections |
| Bhavaraju, Karthik | 1/7/2014 | 2.60 | $425.00 | $1,105.00 | Review the disclosure statement to ███████████ |
| Bhavaraju, Karthik | 1/7/2014 | 0.80 | $425.00 | $340.00 | Compiled responses to ███████████ to the Trustee's Report |
| Bhavaraju, Karthik | 1/7/2014 | 0.90 | $425.00 | $382.50 | Completed review of objections raised by ██████ to disclosure statement |
| Bhavaraju, Karthik | 1/7/2014 | 3.60 | $425.00 | $1,530.00 | Prepared draft responses to objections raised by ███████████ |
| Chakabva, Alois | 1/7/2014 | 2.50 | $400.00 | $1,000.00 | Review and drafting of responses to objections to disclosure statement |
| Chakabva, Alois | 1/7/2014 | 5.00 | $400.00 | $2,000.00 | Met with M. Murray, G. Polkowitz, K. Bhavaraju, P. Hejsek to discuss objections to the Trustee's Report |
| Hejsek, Pavel | 1/7/2014 | 0.80 | $275.00 | $220.00 | Compiled responses to various points ███████████ to the Trustee's Report |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 1/7/2014 | 3.80 | $275.00 | $1,045.00 | Assembled a write-up focused on responses to ████ to the Trustee's Report |
| Hejsek, Pavel | 1/7/2014 | 3.40 | $275.00 | $935.00 | Reviewed the Trustee's Report/ Disclosure statement to identify subjects not disputed |
| Polkowitz, Gary | 1/8/2014 | 0.50 | $550.00 | $275.00 | Read and reviewed report and disclosure statement |
| Polkowitz, Gary | 1/8/2014 | 0.30 | $550.00 | $165.00 | Discussion with M. Murray on disclosure statement objections |
| Polkowitz, Gary | 1/8/2014 | 1.00 | $550.00 | $550.00 | Review and comment on latest draft of responses to the disclosure statement objection |
| Polkowitz, Gary | 1/8/2014 | 1.00 | $550.00 | $550.00 | Meeting with M. Murray, K. Bhavaraju, and P. Hejsek on responses to disclosure statement objection |
| Polkowitz, Gary | 1/8/2014 | 0.40 | $550.00 | $220.00 | Review revised budget for plan |
| Bhavaraju, Karthik | 1/8/2014 | 5.60 | $425.00 | $2,380.00 | Prepared summary and detailed responses to objections raised by ████ based on feedback from M. Murray and G. Polkowitz |
| Chakabva, Alois | 1/8/2014 | 1.20 | $400.00 | $480.00 | Met with M. Murray, K. Bhavaraju, P. Hejsek to review and revise the write-up focused on objections to the Trustee's Report |
| Chakabva, Alois | 1/8/2014 | 1.50 | $400.00 | $600.00 | Review and drafting of responses to objections to disclosure statement |
| Hejsek, Pavel | 1/8/2014 | 1.10 | $275.00 | $302.50 | Edited the write-up focused on responses to ████ to the Trustee's Report |
| Hejsek, Pavel | 1/8/2014 | 0.70 | $275.00 | $192.50 | Performed edits and revisions to the write-up focused on responses to S. Turner's and A. Fletcher's objections to the Trustee's Report |
| Hejsek, Pavel | 1/8/2014 | 1.20 | $275.00 | $330.00 | Met with M. Murray, K. Bhavaraju, A. Chakabva to review and revise the write-up focused on responses to S. Turner's and A. Fletcher's objections to the Trustee's Report |
| Polkowitz, Gary | 1/9/2014 | 0.10 | $550.00 | $55.00 | Discussion with R. Davis and A. Chakabva on budget for plan |
| Polkowitz, Gary | 1/9/2014 | 0.60 | $550.00 | $330.00 | Review of latest version of budget for plan |
| Polkowitz, Gary | 1/9/2014 | 0.40 | $550.00 | $220.00 | Discussions with A. Chakabva on budget for plan |
| Polkowitz, Gary | 1/9/2014 | 1.00 | $550.00 | $550.00 | Update claims exhibit to disclosure statement for classification |
| Chakabva, Alois | 1/9/2014 | 2.30 | $400.00 | $920.00 | Compiled FILB cash budget for supplement |
| Polkowitz, Gary | 1/10/2014 | 0.30 | $550.00 | $165.00 | Review of budget for the plan |

Goldin Associates, L.L.C.

Fletcher                                                                                    Page     13

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Polkowitz, Gary | 1/10/2014 | 0.50 | $550.00 | $275.00 | Call with S. Hornung and P. Hejsek on claims classification for the disclosure statement |
| Polkowitz, Gary | 1/10/2014 | 0.40 | $550.00 | $220.00 | Review of claims classification |
| Polkowitz, Gary | 1/10/2014 | 0.30 | $550.00 | $165.00 | Discussion with P. Hejsek on claims classification |
| Polkowitz, Gary | 1/10/2014 | 0.40 | $550.00 | $220.00 | Discussion with A. Chakabva on the budget for the plan |
| Chakabva, Alois | 1/10/2014 | 1.20 | $400.00 | $480.00 | Revised FILB cash budget for supplement |
| Hejsek, Pavel | 1/10/2014 | 0.60 | $275.00 | $165.00 | Call with S. Hornung and G. Polkowitz related to revisions to the claims exhibit of the Disclosure Statement focused on claims filed |
| Murray, Marti P. | 1/12/2014 | 3.00 | $795.00 | $2,385.00 | Read and reviewed draft of disclosure statement supplement |
| Bhavaraju, Karthik | 1/12/2014 | 1.40 | $425.00 | $595.00 | Reviewed Fletcher Disclosure Statement Supplement and the Memorandum of Law ISO Motion to Approve the Disclosure Statement |
| Hejsek, Pavel | 1/12/2014 | 2.20 | $275.00 | $605.00 | Reviewed and provided comments on the Fletcher Disclosure Statement Supplement and the Memorandum of Law ISO Motion to Approve the Disclosure Statement |
| Hejsek, Pavel | 1/12/2014 | 1.90 | $275.00 | $522.50 | Conference call with M. Murray, G. Polkowitz, A. Chakabva, K. Bhavaraju to discuss and combine the team's comments on the Fletcher Disclosure Statement Supplement and the Memorandum of Law ISO Motion to Approve the Disclosure Statement |
| Hejsek, Pavel | 1/12/2014 | 0.40 | $275.00 | $110.00 | Finalized and circulated the Goldin team's comments on the Fletcher Disclosure Statement Supplement and the Memorandum of Law ISO Motion to Approve the Disclosure Statement |
| Murray, Marti P. | 1/13/2014 | 2.00 | $795.00 | $1,590.00 | Read and reviewed draft of disclosure statement supplement |
| Polkowitz, Gary | 1/13/2014 | 0.20 | $550.00 | $110.00 | Discussion with M. Luskin on disclosure statement supplement |
| Polkowitz, Gary | 1/13/2014 | 0.30 | $550.00 | $165.00 | Call with L. Chapman, A. Chakabva and P. Hejsek on draft disclosure statement supplement |
| Polkowitz, Gary | 1/13/2014 | 0.40 | $550.00 | $220.00 | Preparation for disclosure statement hearing and gather materials |
| Polkowitz, Gary | 1/13/2014 | 0.10 | $550.00 | $55.00 | Discussion with R. Davis on disclosure statement supplement |
| Polkowitz, Gary | 1/13/2014 | 0.90 | $550.00 | $495.00 | Review of latest version of draft disclosure statement supplement |
| Bhavaraju, Karthik | 1/13/2014 | 2.20 | $425.00 | $935.00 | Assist counsel with final changes to disclosure statement amendments |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 1/13/2014 | 0.50 | $425.00 | $212.50 | Review certain filings prepared by counsel in advance of disclosure statement hearings |
| Hejsek, Pavel | 1/13/2014 | 1.40 | $275.00 | $385.00 | Assisted in providing final clarifications and citations with respect to the Fletcher Disclosure Statement Supplement and the Memorandum of Law ISO Motion to Approve the Disclosure Statement |
| Murray, Marti P. | 1/14/2014 | 0.40 | $795.00 | $318.00 | Update on disclosure statement hearing |
| Polkowitz, Gary | 1/14/2014 | 2.00 | $550.00 | $1,100.00 | Attended disclosure statement hearing |
| Polkowitz, Gary | 1/14/2014 | 0.30 | $550.00 | $165.00 | Discussion with S. Hornung and P. Hejsek on report/disclosure statement |
| Polkowitz, Gary | 1/14/2014 | 0.30 | $550.00 | $165.00 | Discussion with P. Hejsek on organization for footnote support in the report disclosure statement |
| Bhavaraju, Karthik | 1/14/2014 | 2.00 | $425.00 | $850.00 | Attend disclosure statement hearing with G. Polkowitz |
| Bhavaraju, Karthik | 1/14/2014 | 0.50 | $425.00 | $212.50 | Review disclosure statement hearing with M. Murray, A. Chakabva and P. Hejsek |
| Hejsek, Pavel | 1/14/2014 | 0.30 | $275.00 | $82.50 | Met with M. Murray, A. Chakabva, K. Bhavaraju to receive a briefing from the confirmation hearing |
| Hejsek, Pavel | 1/14/2014 | 1.60 | $275.00 | $440.00 | Worked to organize Report/Disclosure Statement Support |
| Polkowitz, Gary | 1/15/2014 | 0.20 | $550.00 | $110.00 | Discussion with P. Hejsek on report/disclosure statement back-up |
| Hejsek, Pavel | 1/15/2014 | 4.70 | $275.00 | $1,292.50 | Worked to organize Report/Disclosure Statement Support |
| Hejsek, Pavel | 1/16/2014 | 2.70 | $275.00 | $742.50 | Worked to organize Report/Disclosure Statement Support |
| Polkowitz, Gary | 1/17/2014 | 0.30 | $550.00 | $165.00 | Conversation with S. Hornung on timing of the confirmation hearing and objection deadline |
| Chakabva, Alois | 1/17/2014 | 0.40 | $400.00 | $160.00 | Discussions with P. Hejsek re: documents for disclosure statement |
| Hejsek, Pavel | 1/17/2014 | 2.90 | $275.00 | $797.50 | Organized Report/Disclosure Statement Support |
| Hejsek, Pavel | 1/21/2014 | 3.40 | $275.00 | $935.00 | Reviewed Soundview and Turner's Supplements and assembled notes with responses to the disclosure statement |
| Hejsek, Pavel | 1/22/2014 | 2.80 | $275.00 | $770.00 | Updated the list of ███████ ███████ to the disclosure statement |
| Polkowitz, Gary | 1/27/2014 | 0.30 | $550.00 | $165.00 | Read and reviewed S. Turner's submission for the disclosure statement |
| Polkowitz, Gary | 1/27/2014 | 0.40 | $550.00 | $220.00 | Read and reviewed ███████ submission for the disclosure statement |
| Hejsek, Pavel | 1/29/2014 | 1.30 | $275.00 | $357.50 | Reviewed backup documents for the latest Disclosure Statement and assembled list of missing files |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 1/30/2014 | 0.60 | $275.00 | $165.00 | Reviewed backup documents for the latest Disclosure Statement and assembled list of missing files |
| Hejsek, Pavel | 1/31/2014 | 0.70 | $275.00 | $192.50 | Organized documents received from S. Hornung into the Disclosure Statement backup folder |
| Hejsek, Pavel | 1/31/2014 | 0.90 | $275.00 | $247.50 | Created discs of the Disclosure Statement backup folder and arranged for delivery to S. Hornung |

Total: 07 Plan and disclosure statement

103.70          $41,635.50

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 08 Preparation of fee statements and applications | | | | | |
| Chakabva, Alois | 1/22/2014 | 1.00 | $400.00 | $400.00 | Review of December 2013 monthly invoice |
| Total: 08 Preparation of fee statements and applications | | 1.00 | | $400.00 | |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 10 BRG Investments | | | | | |
| Hejsek, Pavel | 1/2/2014 | 0.20 | $275.00 | $55.00 | Searched for BRG wire instruction information at the request of counsel |
| Polkowitz, Gary | 1/3/2014 | 0.40 | $550.00 | $220.00 | Review documents related to ███████ |
| Hejsek, Pavel | 1/3/2014 | 0.20 | $275.00 | $55.00 | Call with a Wells Fargo representative in order to obtain BRG wire instructions |
| Chakabva, Alois | 1/6/2014 | 0.50 | $400.00 | $200.00 | Review of banksStatements for BRG |
| Polkowitz, Gary | 1/9/2014 | 0.20 | $550.00 | $110.00 | Discussions with M. Murray on Lowercase |
| Polkowitz, Gary | 1/9/2014 | 0.40 | $550.00 | $220.00 | Research information on ████████ |
| Polkowitz, Gary | 1/17/2014 | 0.20 | $550.00 | $110.00 | Review correspondence related to ███ ███████ |
| Hejsek, Pavel | 1/17/2014 | 0.20 | $275.00 | $55.00 | Conducted calls related to wire to BRG's account |
| Chakabva, Alois | 1/21/2014 | 0.50 | $400.00 | $200.00 | Follow up on BRG wire |
| Hejsek, Pavel | 1/21/2014 | 0.30 | $275.00 | $82.50 | Gathered documents focused on Lowercase |
| Hejsek, Pavel | 1/22/2014 | 0.20 | $275.00 | $55.00 | Reviewed the wire instructions of G. Fletcher to BRG |
| Hejsek, Pavel | 1/22/2014 | 0.50 | $275.00 | $137.50 | Communications with Wells Fargo and S. Hornung with respect to the wire to BRG's Wells Fargo account |
| Polkowitz, Gary | 1/28/2014 | 0.20 | $550.00 | $110.00 | Discussion with S. Hornung on ████ |
| Polkowitz, Gary | 1/29/2014 | 0.10 | $550.00 | $55.00 | Call with S. Hornung on ████████ |
| Polkowitz, Gary | 1/31/2014 | 0.10 | $550.00 | $55.00 | Read and reviewed correspondence related to ██████ |
| Total: 10 BRG Investments | | 4.20 | | $1,720.00 | |
| Grand Total | | 251.80 | | $109,520.00 | |

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Detailed Expenses by Category:*    Fletcher

For Expenses Through  1/31/14

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| **: Meals & Entertainment** | | | | | | |
| | 1/9/2014 | 1/9/2014 | 1/12/14 | PHA | SeamlessWeb - Inv#1625441 - working dinner - ref#440702529 - P.Hejsek | $17.64 |
| | 1/9/2014 | 1/9/2014 | 1/12/14 | PHA | SeamlessWeb - Inv#1625441 - working dinner - ref#441537702 - P.Hejsek | $15.50 |
| | 1/15/2014 | 1/15/2014 | 01/21/14 | NC | SeamlessWeb - Working Dinner - Inv #1630877 - Ref #443804001 - N. Coyne (Actual Price $20.86) | $20.00 |
| | 1/15/2014 | 1/15/2014 | 1/21/2014 | PHA | SeamlessWeb - Working Dinner - Inv#1630877 - Ref#443861571 - P. Hejsek (Actual Price $21.05) | $20.00 |
| **Total: Meals & Entertainment** | | | | | | |
| | | | | | | $73.14 |
| **: Messenger/Courier** | | | | | | |
| | 1/31/2014 | 1/31/2014 | 02/1/14 | PHA | Success Express - Inv # A112827 - Ref # 101501312041 | $12.50 |
| **Total: Messenger/Courier** | | | | | | |
| | | | | | | $12.50 |
| **: Office Supplies/Miscellaneous** | | | | | | |
| | 12/5/2013 | 12/5/2013 | 12/5/13 | PHA | Office Resources - B&W Prints, 1-100/AZ Tabs, 2" Three ring binder - P. Hejsek | $728.86 |
| | 1/1/2014 | 1/31/2014 | 1/1/14 | JB | Photocopies for the period of January 1 through January 31 | $308.35 |
| **Total: Office Supplies/Miscellaneous** | | | | | | |
| | | | | | | $1,037.21 |
| **: Research** | | | | | | |
| | 10/1/2013 | 12/31/2013 | 1/8/14 | GGD | Pacer - Inv # GA0097-Q42013 | $157.00 |
| | 12/11/2013 | 12/11/2013 | | HJG | H. Goldin - Amazon - Reference book | $74.25 |
| | 12/19/2013 | 12/19/2013 | | HJG | H. Goldin - Amazon - Reference book | $57.74 |
| **Total: Research** | | | | | | |
| | | | | | | $288.99 |
| **: Telephone, Fax, Postage** | | | | | | |
| | 12/26/2013 | 1/25/2014 | 1/25/14 | GGD | AT & T - Actual dates 12/26-1/25/14 | $2.09 |
| | 1/9/2014 | 1/9/2014 | 1/31/14 | MPM | ConferenceCall.com - Inv # 1742358500 - Ref # 33038893 | $40.02 |
| | 1/12/2014 | 1/12/2014 | 1/31/14 | GP | ConferenceCall.com - Inv # 1742358500 - Ref # 34277725 | $197.52 |
| | 1/17/2014 | 1/17/2014 | 1/31/14 | MPM | ConferenceCall.com - Inv # 1742358500 - Ref # 37170711 | $32.07 |
| | 1/31/2014 | 1/31/2014 | 1/31/14 | MPM | ConferenceCall.com - Inv # 1742358500 - Ref # 58675010 | $101.23 |
| | 1/31/2014 | 1/31/2014 | 1/31/14 | MPM | ConferenceCall.com - Inv # 1742358500 - Ref # 58827327 | $44.22 |
| **Total: Telephone, Fax, Postage** | | | | | | |
| | | | | | | $417.15 |
| **: Travel** | | | | | | |
| | 1/7/2014 | 1/7/2014 | | PHA | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home | $7.80 |
| | 1/8/2014 | 1/8/2014 | 1/17/14 | KB | UTOG - Inv.# 593920 - 350 5th Ave to Short Hills, NJ - ref# 4148494 - K.Bhavaraju | $109.98 |
| **Total: Travel** | | | | | | |
| | | | | | | $117.78 |
| **Grand Total** | | | | | | |
| | | | | | | $1,946.77 |