HEARING DATE AND TIME: March 13, 2014 at 12:00 noon (ET)

OBJECTION DEADLINE: March 6, 2014 at 4:00 p.m. (ET)

STEWART TURNER, Pro Se

Address: 200 East 71st St., Apt. 5A

New York, NY 10021

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re:

                  Chapter 11

FLETCHER INTERNATIONAL, LTD.

                  Case No. 12-12796 (REG)

       Debtor.

----------------------------------------------------------------X

## OBJECTION OF STEWART TURNER

### TO STIPULATION AND ORDER TEMPORARILY ALLOWING CLAIM

### OF GREGORY MESSER, CHAPTER 7 TRUSTEE, FOR PLAN VOTING PURPOSES

### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3018(A)

Introduction

Stewart Turner, who is both an administrative and pre-petition creditor of Fletcher International, Ltd. (Bermuda), states as follows:

1.   I have filed claims in this case in the amount of $33,502.76 plus unliquidated damages regarding legal fees under my rights to indemnification. I am a former consultant and a former Director of Fletcher International, Ltd. I have a Bachelor of Science in Engineering degree from Princeton University in 1980 and an MBA degree from The Wharton School at The University of Pennsylvania in 1984.

2.   My particular expertise as an advisor to the Fletcher organization is in connection with negotiating the customized PIPEs warrants which are the major investment vehicle of the Fletcher organization and, from an industry perspective, in valuing those warrants. Although I do not earn my living as a valuations expert, in addition to my graduate business education I have worked on valuation matters with our accountants and experts throughout the years and I have industry perspective and experience on valuation.

3.   I ask the Court's indulgence insofar as I cannot afford counsel and I have prepared all of what follows myself.

Background

4.   Gregory Messer is the Chapter 7 Trustee of the estate of Madison Williams & Company, LLC, and filed a claim herein ("Messer Claim"). At the January 14, 2014 hearing in this matter, the Trustee advised that he was accepting the claim of Gregory Messer, but thereafter objected to it, and now proposes partial acceptance of it (for voting purposes only).

5. There are forty-six (46) filed Class 3 claimants. In both the Supplement to the Trustee's Report and Disclosure Statement[1] released on January 13, 2014 and the transcript of the January 14, 2014 proceedings by this Court, Mr. Luskin advised the Court that he was objecting to all but seven (7) of the Class 3 claimants, so that only 7 would be permitted to vote on the Plan including Mr. Messer:

> "Gregory Messer as the trustee of Madison Williams -- you know Mr. Messer well and he's represented in the Madison Williams case, by Gary Hertz (ph.), no babe in the woods there;"[2]

Exhibit 1 contains the list of claimants as of January 13, 2014, including the Messer Claim.

6. But just the following week, the Trustee objected to the Messer Claim from voting[3]; I have reattached this Exhibit D from the Trustee's Report as my Exhibit 2. Please note that the Trustee deemed only six (6) of the Class 3 claimants as "Entitled to Vote" at that time. On the other hand, the FILB Trustee objected to forty (40) other Class 3 claimants.

7. Of the six (6) Class 3 claimants that were "Entitled to Vote" according to Docket No. 393, I am only aware of Proskauer Rose LLP settling[4] with the Trustee.

Basis of Objection

8. Although I do not know if it is appropriate or not under the law, the circumstances of the claims objections and these settlements create an inference (at lease in my I mind) that the objections to the vast majority of creditors in Class 3, leaving only a small number remaining, and the settlements with a small number of the creditors in Class 3, are being used as a tool (perhaps

---

[1] Docket No. 375, dated January 13, 2014, page 105.

[2] Pages 18-19 (pages 19-20 of the PDF file)

[3] Docket No. 393, released on or about January 24, 2014, Exhibit D, Page 356

[4] Docket No. 422

3

improperly) to collect "yes" votes and outlaw "no" votes. I request full disclosure of any terms not included in the motion papers, including whether or not any understandings were reached as to how the creditors were to vote.

9. It may be the case that the vote of Mr. Messer and his attorney, discussed by Mr. Luskin in kind terms above, may be needed to provide a two-thirds majority in dollar amounts and a simple majority (along with the vote of Jeffrey M. Colon, whose settlement is also before this Court (Docket No. 426)).

10. It would be a travesty of justice if the only purpose of once again allowing the Messer Claim to have (just) voting status was to change the outcome of the limited Class 3 voting, but the recent addition of these two allowable votes to just six others makes one question why the Messer Claim would be allowed.

11. Granting the Messer Claim to be "temporarily allowed against the Debtor as an Allowed General Unsecured Claim classified in Class 3 under the Plan in the amount of $1,000,000.00 solely for the purpose of voting to accept or reject the Plan and for no other purpose whatsoever"[5] could provide Messer and his attorney with as much as a 50.6% voting stake on a dollar-amount basis.

*Stewart Turner*
Stewart Turner, Pro Se

Dated: March 6, 2014.

---

[5] Docket No. 424, page 3, paragraph 3

# Exhibit 1

**Fletcher International, Ltd.**
**Exhibit - Claims Filed**

| CLAIM No. | CREDITOR | Class | AMOUNT | Treatment |
|---|---|---|---|---|
| 1 | NYC DEPT. OF FINANCE | 1 | $ 6,885.00 | Deemed to Accept |
| 22 | CREDIT SUISSE SECURITIES (USA) LLC | 2 | $ 242,160.00 | Deemed to Acceot |
| 2 | JONES WALKER | 3 | $ 17,327.40 | Entitled to Vote |
| 3 | DUFF & PHELPS LLC | 3 | $ 78,376.06 | Entitled to Vote |
| 4 | MLV & CO. LLC | 3 | $ 100,000.00 | Entitled to Vote |
| 8 | OTTERBOURG STEINDLER HOUSTON & ROSEN, PC | 3 | $ 48,417.37 | Entitled to Vote |
| 9 | PROSKAUER ROSE LLP | 3 | $ 1,122,314.40 | Entitled to Vote |
| 24 | GREGORY MESSER RE ESTATE OF MADISON WILLIAMS | 3 | $ 1,000,000.00 | Entitled to Vote |
| 25 | PFEC LLC DBA AFE CONSULTING | 3 | $ 158,615.72 | Entitled to Vote |
| 63 | FLETCHER FUND L.P. | 3 | UNLIQUIDATED | Object |
| 64 | RICHCOURT ACQUISITION, INC. | 3 | UNLIQUIDATED | Object |
| 65 | RICHCOURT PARTNERS LP | 3 | UNLIQUIDATED | Object |
| 5 | BARTLET AND CO. PROFIT SHARING PLAN AND TRUST | 3 | $ 53,786.75 | Object |
| 6 | HOUBIGANT, INC. PENSION PLAN | 3 | $ 94,577.00 | Object |
| 7 | DUBLIN CLARK & CO. INC. | 3 | $ 56,265.98 | Object |
| 16 | HOWARD UNIVERSITY RETIREMENT TRUST | 3 | $ 294,118.18 | Object |
| 17 | HOWARD UNIVERSITY ENDOWMENT FUND | 3 | $ 359,262.05 | Object |
| 23 | KELL B. BENSON | 3 | $ 1,100,000.00 | Object |
| 32 | FLETCHER FUND L.P. | 3 | UNLIQUIDATED | Object |
| 47 | THE AESOP FUND LTD. | 3 | € 3,330,000.00 | Object |
| 53 | VANQUISH FUND LTD. | 3 | € 1,910,000.00 | Object |
| 61 | THE AESOP FUND LTD. | 3 | € 3,330,000.00 | Object |
| 28 | AMERICA ALTERNATIVE INVESTMENTS INC. | 3 | EUR 1,050,000 USD 2,630,000 | Object |
| 33 | NEW WAVE FUND SPC | 3 | EUR 200,000 USD 3,150,000 | Object |
| 34 | PITAGORA FUND LTD. | 3 | $ 590,000.00 | Object |
| 36 | RICHCOURT ACQUISITION, INC. | 3 | UNLIQUIDATED | Object |
| 38 | RICHCOURT ALLWEATHER FUND INC. | 3 | EUR 1,700,000 USD 210,000 | Object |
| 39 | RICHCOURT EURO STRATEGIES INC. | 3 | EUR 4,780,000 USD 930,000 | Object |
| 43 | SOUNDVIEW COMPOSITE LTD. | 3 | $ 1,290,000.00 | Object |
| 44 | SOUNDVIEW ELITE | 3 | UNLIQUIDATED | Object |
| 45 | SOUNDVIEW PREMIUM LTD. | 3 | $ 90,000.00 | Object |
| 46 | SOUNDVIEW STAR LTD. | 3 | EUR 190,000 USD 2,070,000 | Object |
| 51 | RICHCOURT PARTNERS LP | 3 | € 2,510,000.00 | Object |
| 52 | SOUNDVIEW STAR LTD. | 3 | $ 2,070,000.00 | Object |
| 54 | RICHCOURT EURO STRATEGIES INC. | 3 | EUR 4,780,000 USD 930,000 | Object |
| 55 | NEW WAVE FUND SPC | 3 | EUR 200,000 USD 3,150,000 | Object |
| 56 | PITAGORA FUND LTD. | 3 | $ 590,000.00 | Object |
| 57 | SOUNDVIEW PREMIUM LTD. | 3 | $ 90,000.00 | Object |
| 58 | SOUNDVIEW COMPOSITE LTD. | 3 | $ 1,290,000.00 | Object |
| 59 | RICHCOURT ALLWEATHER FUND INC. | 3 | EUR 1,700,000 USD 210,000 | Object |
| 60 | AMERICA ALTERNATIVE INVESTMENTS INC. | 3 | EUR 1,050,000 USD 2,630,000 | Object |
| 62 | SOUNDVIEW ELITE LTD. | 3 | € 190,000.00 | Object |
| 26 | JEFFREY M. COLON | 3 | $ 26,000.00 | Object |
| 41 | RICHCOURT PARTNERS LP | 3 | UNLIQUIDATED | Object |
| 42 | RICHCOURT PARTNERS LP | 3 | € 2,510,000.00 | Object |
| 69 | WILLIAM CLEVELAND | 3 | $ 26,736.50 | Object |

1. The total amount of class 4A claims will be $110,000,000.
2. The total amount of Class 4B claims will be $5,000,000.
3. The total amount of Class 4D claims will be $3,000,000
and will be allocated among the Holders of Class 4D Claims.          Page 1 of 2

**Fletcher International, Ltd.**
**Exhibit - Claims Filed**

| CLAIM No. | CREDITOR | Class | AMOUNT | Treatment |
|---|---|---|---|---|
| 11 | STUART MACGREGOR | 3 | $ 12,833.34 | Object |
| 27 | COMPASS LEXECON | 3 | $ 407,447.16 | Settled and satisfied |
| 10 | FLOYD SAUNDERS | 5 | $ 10,000.00 | Deemed to Reject |
| 30 | FLETCHER INCOME ARBITRAGE FUND LTD. | 4A[1] | $ 110,000,000.00 | Entitled to Vote |
| 40 | FLETCHER INCOME ARBITRAGE FUND LTD. | 4A[1] | $ 110,000,000.00 | Entitled to Vote |
| 35 | FIA LEVERAGED FUND | 4B[2] | $ 5,000,000.00 | Entitled to Vote |
| 37 | FIA LEVERAGED FUND | 4B[2] | $ 5,000,000.00 | Entitled to Vote |
| 12 | FLETCHER FIXED INCOME ALPHA FUND, LTD. | 4C | $ 1,600,000.00 | Entitled to Vote |
| 18 | THE FIREFIGHTERS RETIREMENT SYSTEM | 4D[3] | $ 3,000,000.00 | Entitled to Vote |
| 19 | THE MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF LOUISIANA | 4D[3] | $ 3,000,000.00 | Entitled to Vote |
| 20 | NEW ORLEANS FIRE FIGHTERS' PENSION & RELIEF FUND | 4D[3] | $ 3,000,000.00 | Entitled to Vote |
| 21 | NEW ORLEANS FIRE FIGHTERS' PENSION & RELIEF FUND | 4D[3] | $ 3,000,000.00 | Entitled to Vote |
| 49 | FLOYD SAUNDERS | 5 | $ 10,000.00 | Deemed to Reject |
| 50 | TEDDY STEWART | 5 | UNLIQUIDATED | Deemed to Reject |
| 66 | DUHALLOW FINANCIAL SERVICES | 5 | UNLIQUIDATED | Deemed to Reject |
| 67 | FLETCHER ASSET MANAGEMENT, INC. | 5 | UNLIQUIDATED | Deemed to Reject |
| 68 | STEWART A. TURNER | 5 | $ 33,502.76 | Deemed to Reject |

1. The total amount of class 4A claims will be $110,000,000.
2. The total amount of Class 4B claims will be $5,000,000.
3. The total amount of Class 4D claims will be $3,000,000
and will be allocated among the Holders of Class 4D Claims.    Page 2 of 2

# Exhibit 2

Fletcher International, Ltd.
Exhibit - Claims Filed

| CLAIM No. | CREDITOR | Class | AMOUNT | Trustee's Treatment |
|---|---|---|---|---|
| 1 | NYC DEPT. OF FINANCE | Unclassified | $ 6,885.00 | Not Impaired |
| 22 | CREDIT SUISSE SECURITIES (USA) LLC | 2 | $ 242,160.00 | Deemed to Accept |
| 2 | JONES WALKER | 3 | $ 17,327.40 | Entitled to Vote |
| 3 | DUFF & PHELPS LLC | 3 | $ 78,376.06 | Entitled to Vote |
| 4 | MLV & CO. LLC | 3 | $ 100,000.00 | Entitled to Vote |
| 8 | OTTERBOURG STEINDLER HOUSTON & ROSEN, PC | 3 | $ 48,417.37 | Entitled to Vote |
| 9 | PROSKAUER ROSE LLP | 3 | $ 1,122,314.40 | Entitled to Vote |
| 25 | PFEC LLC DBA AFE CONSULTING | 3 | $ 158,615.72 | Entitled to Vote |
| 5 | BARTLET AND CO. PROFIT SHARING PLAN AND TRUST | 3 | $ 53,786.75 | Object |
| 6 | HOUBIGANT, INC. PENSION PLAN | 3 | $ 94,577.00 | Object |
| 7 | DUBLIN CLARK & CO. INC. | 3 | $ 56,265.98 | Object |
| 11 | STUART MACGREGOR | 3 | $ 12,833.34 | Object |
| 16 | HOWARD UNIVERSITY RETIREMENT TRUST | 3 | $ 294,118.18 | Object |
| 17 | HOWARD UNIVERSITY ENDOWMENT FUND | 3 | $ 359,262.05 | Object |
| 23 | KELL B. BENSON | 3 | $ 1,100,000.00 | Object |
| 24 | GREGORY MESSER RE ESTATE OF MADISON WILLIAMS | 3 | $ 1,000,000.00 | Object |
| 26 | JEFFREY M. COLON | 3 | $ 26,000.00 | Object |
| 28 | AMERICA ALTERNATIVE INVESTMENTS INC. | 3 | EUR 1,050,000 USD 2,630,000 | Object |
| 32 | FLETCHER FUND L.P. | 3 | UNLIQUIDATED | Object |
| 33 | NEW WAVE FUND SPC | 3 | EUR 200,000 USD 3,150,000 | Object |
| 34 | PITAGORA FUND LTD. | 3 | $ 590,000.00 | Object |
| 36 | RICHCOURT ACQUISITION, INC. | 3 | UNLIQUIDATED | Object |
| 38 | RICHCOURT ALLWEATHER FUND INC. | 3 | EUR 1,700,000 USD 210,000 | Object |
| 39 | RICHCOURT EURO STRATEGIES INC. | 3 | EUR 4,780,000 USD 930,000 | Object |
| 41 | RICHCOURT PARTNERS LP | 3 | UNLIQUIDATED | Object |
| 42 | RICHCOURT PARTNERS LP | 3 | € 2,510,000.00 | Object |
| 43 | SOUNDVIEW COMPOSITE LTD. | 3 | $ 1,290,000.00 | Object |
| 44 | SOUNDVIEW ELITE | 3 | UNLIQUIDATED | Object |
| 45 | SOUNDVIEW PREMIUM LTD. | 3 | $ 90,000.00 | Object |
| 46 | SOUNDVIEW STAR LTD. | 3 | EUR 190,000 USD 2,070,000 | Object |
| 47 | THE AESOP FUND LTD. | 3 | € 3,330,000.00 | Object |
| 51 | RICHCOURT PARTNERS LP | 3 | € 2,510,000.00 | Object |
| 52 | SOUNDVIEW STAR LTD. | 3 | $ 2,070,000.00 | Object |
| 53 | VANQUISH FUND LTD. | 3 | € 1,910,000.00 | Object |
| 54 | RICHCOURT EURO STRATEGIES INC. | 3 | EUR 4,780,000 USD 930,000 | Object |
| 55 | NEW WAVE FUND SPC | 3 | EUR 200,000 USD 3,150,000 | Object |
| 56 | PITAGORA FUND LTD. | 3 | $ 590,000.00 | Object |
| 57 | SOUNDVIEW PREMIUM LTD. | 3 | $ 90,000.00 | Object |
| 58 | SOUNDVIEW COMPOSITE LTD. | 3 | $ 1,290,000.00 | Object |
| 59 | RICHCOURT ALLWEATHER FUND INC. | 3 | EUR 1,700,000 USD 210,000 | Object |
| 60 | AMERICA ALTERNATIVE INVESTMENTS INC. | 3 | EUR 1,050,000 USD 2,630,000 | Object |
| 61 | THE AESOP FUND LTD. | 3 | € 3,330,000.00 | Object |
| 62 | SOUNDVIEW ELITE LTD. | 3 | € 190,000.00 | Object |
| 63 | FLETCHER FUND L.P. | 3 | UNLIQUIDATED | Object |

**Fletcher International, Ltd.**
**Exhibit - Claims Filed**

| CLAIM No. | CREDITOR | Class | AMOUNT | Trustee's Treatment |
|---|---|---|---|---|
| 64 | RICHCOURT ACQUISITION, INC. | 3 | UNLIQUIDATED | Object |
| 65 | RICHCOURT PARTNERS LP | 3 | UNLIQUIDATED | Object |
| 69 | WILLIAM CLEVELAND | 3 | $ 26,736.50 | Object |
| 27 | COMPASS LEXECON | 3 | $ 407,447.16 | Settled and satisfied |
| 30 | FLETCHER INCOME ARBITRAGE FUND LTD. | 4A[1] | $ 110,000,000.00 | Entitled to Vote |
| 40 | FLETCHER INCOME ARBITRAGE FUND LTD. | 4A[1] | $ 110,000,000.00 | Entitled to Vote |
| 35 | FIA LEVERAGED FUND | 4B[2] | $ 5,000,000.00 | Entitled to Vote |
| 37 | FIA LEVERAGED FUND | 4B[2] | $ 5,000,000.00 | Entitled to Vote |
| 12 | FLETCHER FIXED INCOME ALPHA FUND, LTD. | 4C | $ 1,600,000.00 | Entitled to Vote |
| 18 | THE FIREFIGHTERS RETIREMENT SYSTEM | 4D[3] | $ 1,323,504.81 | Entitled to Vote |
| 19 | THE MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF LOUISIANA | 4D[3] | $ 1,201,961.08 | Entitled to Vote |
| 20 | NEW ORLEANS FIRE FIGHTERS' PENSION & RELIEF FUND | 4D[3] | $ 474,534.11 | Entitled to Vote |
| 21 | NEW ORLEANS FIRE FIGHTERS' PENSION & RELIEF FUND | 4D[3] | $ 474,534.11 | Entitled to Vote |
| 10 | FLOYD SAUNDERS | 5 | $ 10,000.00 | Deemed to Reject |
| 13 | DUHALLOW FINANCIAL SERVICES LLC | 5 | $ 249,710.00 | Deemed to Reject |
| 14 | THE LAW OFFICE OF DENIS J. KIELY | 5 | $ 149,323.50 | Deemed to Reject |
| 15 | DENIS J. KIELY | 5 | UNLIQUIDATED | Deemed to Reject |
| 29 | DUHALLOW FINANCIAL SERVICES | 5 | UNLIQUIDATED | Deemed to Reject |
| 31 | FLETCHER ASSET MANAGEMENT, INC. | 5 | UNLIQUIDATED | Deemed to Reject |
| 48 | ALPHONSE FLETCHER, JR. | 5 | UNLIQUIDATED | Deemed to Reject |
| 49 | FLOYD SAUNDERS | 5 | $ 10,000.00 | Deemed to Reject |
| 50 | TEDDY STEWART | 5 | UNLIQUIDATED | Deemed to Reject |
| 66 | DUHALLOW FINANCIAL SERVICES | 5 | UNLIQUIDATED | Deemed to Reject |
| 67 | FLETCHER ASSET MANAGEMENT, INC. | 5 | UNLIQUIDATED | Deemed to Reject |
| 68 | STEWART A. TURNER | 5 | $ 33,502.76 | Deemed to Reject |

1. The total amount of Allowed Class 4A claims will be $110,000,000.
2. The total amount of Allowed Class 4B claims will be $5,000,000.
3. The total amount of Allowed Class 4D claims has been allocated among Holders of Class 4D claims.

Page 2 of 2

# Exhibit 3

| | Amount from Docket 393 | Pct. | Modified Amount | Pct. | |
|---|---|---|---|---|---|
| 2 JONES WALKER | $ 17,327.40 | 0.68% | $ 17,327.40 | 0.88% | |
| 3 DUFF & PHELPS LLC | $ 78,376.06 | 3.07% | $ 78,376.06 | 3.97% | |
| 4 MLV & CO. LLC 3 | $ 100,000.00 | 3.92% | $ 100,000.00 | 5.06% | |
| 8 OTTERBOURG STEINDLER HOUSTON & ROSEN, PC | $ 48,417.37 | 1.90% | $ 48,417.37 | 2.45% | |
| 9 PROSKAUER ROSE LLP | $ 1,122,314.40 | 43.99% | $ 561,157.20 | 28.40% | per Docket 422 |
| 25 PFEC LLC DBA AFE CONSULTING | $ 158,615.72 | 6.22% | $ 158,615.72 | 8.03% | |
| 24 GREGORY MESSER RE ESTATE OF MADISON WILLIAMS | $ 1,000,000.00 | 39.20% | $ 1,000,000.00 | 50.61% | |
| 26 JEFFREY M. COLON | $ 26,000.00 | 1.02% | $ 12,000.00 | 0.61% | per Docket 426 |
| Total | $ 2,551,050.95 | 100.00% | $ 1,975,893.75 | 100.00% | |