Objection Deadline: April 5, 2014 at 4:00 p.m. (Prevailing Eastern Time)

Susan Grbic
WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone (212) 375-6911

*Tax Advisors for Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Fletcher International, LTD.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 12-12796 (REG) |

**NINTH MONTHLY STATEMENT OF WEISERMAZARS, LLP, AS TAX ADVISORS TO THE CHAPTER 11 TRUSTEE, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014**

## **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | WeiserMazars, LLP |
| Authorized to Provide Tax Advisory Services To: | The Chapter 11 Trustee |
| Date of Retention: | Order entered April 29, 2013 [Docket No. 231] |
| Period for Which Compensation And Reimbursement are Sought: | February 1, 2014 to February 28, 2014 |
| Amount of Compensation Sought As Actual, Reasonable, and Necessary: | $ 3,558.00 |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 2,846.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 0.00 |

**Time Summary for Professionals and Paraprofessionals**

| Timekeeper | Position | Rate ($) | Hours | Fees ($) |
|---|---|---|---|---|
| Susan Grbic | Partner | $450.00 | 0.8 | $360.00 |
| Sharon Smith | Manager | $290.00 | 3.7 | $1,073.00 |
| Timothy Evans | Senior | $250.00 | 8.5 | $2,125.00 |
| **TOTAL** | | | **13.0** | **$3,558.00** |

**Compensation by Matter**

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Fee/Employment Applications | 3.3 | $1,085.00 |
| Tax Issues | 9.7 | $2,473.00 |
| **TOTAL** | **13.0** | **$3,558.00** |

## Expense Summary

| Disbursements | Amounts |
|---|---|
| Expenses- Postage and Transportation | $0.00 |
| **TOTAL** | $0.00 |

12-12796-reg    Doc 461    Filed 03/20/14    Entered 03/20/14 11:52:11    Main Document
Pg 5 of 10

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (hereinafter referred to as the "Compensation Order"), WeiserMazars, LLP (hereinafter referred to as "**WeiserMazars**"), tax advisors to the Chapter 11 Trustee, hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (hereinafter referred to as the "**Monthly Fee Statement**") for the period February 1, 2014 through February 28, 2014 (hereinafter referred to as the "**Statement Period**").  In support of the Monthly Fee Statement, WeiserMazars respectfully requests the following:

### Relief Requested

1. WeiserMazars submits this Monthly Fee Statement in accordance with the Compensation Order. All services for which WeiserMazars requests compensation were performed by WeiserMazars on behalf of the Trustee.

2. WeiserMazars seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $ 3,558.00 |
|---|---|
| Total Expenses | $ 0.00 |
| Total | $ 3,558.00 |

3. WeiserMazars' invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as Exhibit A.  The invoice includes a detailed statement of hours spent by professionals and disbursements.

4. Pursuant to the Compensation Order, WeiserMazars seeks payment of $2,846.40 for the Statement Period, representing 80% of the total fees for services rendered and expenses incurred.

**Notice and Objection Procedures**

5. In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee, (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.), and (c) Michael Luskin, Luskin, Stern & Eisler, LLP, Eleven Times Square, New York, New York 10036.

6. Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including WeiserMazars, no later than April 5, 2014 at 4:00 p.m. (Eastern Time) (hereinafter referred to as the "**Objection Deadline**"), setting forth the nature of the objection and specific amount of fees and expenses at issue.

7. If no objection to the Monthly Fee Statement is received prior to the Objection Deadline, the Trustee will pay WeiserMazars the amount of fees and expenses identified in the in the Monthly Fee Statement.

8. To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      March 20, 2014

Respectfully submitted,

\s\ Susan Grbic

Susan Grbic

WeiserMazars, LLP
135 West 50th Street
New York, NY 10020
Telephone: (212) 375-6911
Susan.Grbic@weisermazars.com

*Tax Advisor to the Chapter 11 Trustee*

# EXHIBIT A

## Monthly Invoice for February 1, 2014 - February 28, 2014

12-12796-reg    Doc 461    Filed 03/20/14    Entered 03/20/14 11:52:11    Main Document
Pg 9 of 10



Tax Advisors to the Chapter 11 Trustee of Fletcher International, Ltd.

| Date | Timekeeper | Rate | Hours | Amount | Project Category | Narrative |
|---|---|---|---|---|---|---|
| 02/06/14 | Grbic, Susan | $ 450.00 | 0.8 | $ 360.00 | Fee/Employment Applications | Telephone discussions with Gary Polkowitz and Stephan Hornung regarding collection of approved invoices; internal discussions with Sharon Smith regarding collection of approved invoices. |
| 02/06/14 | Smith, Sharon A. | $ 290.00 | 0.5 | $ 145.00 | Fee/Employment Applications | Internal discussions with Susan Grbic regarding collection of approved invoices; preparation of statement of outstanding invoices to submit to the Trustee. |
| 02/07/14 | Smith, Sharon A. | $ 290.00 | 2.0 | $ 580.00 | Fee/Employment Applications | Preparation of statement of outstanding invoices to submit to the Trustee. |
| | | | 3.3 | $ 1,085.00 | Fee/Employment Applications Total | |
| 02/07/14 | Smith, Sharon A. | $ 290.00 | 0.5 | $ 145.00 | Tax Issues | Preparation of state and local tax planning memo for BRG Investments LLC and preparation of email to Stephan Hornung regarding the memo. |
| 02/14/14 | Smith, Sharon A. | $ 290.00 | 0.4 | $ 116.00 | Tax Issues | Telephone call with Gary Polkowitz and Stephan Hornung regarding tax consequences to BRG Investments LLC ▮▮▮▮. Internal discussions regarding the research necessary for the project. |
| 02/21/14 | Evans, Timothy | $ 250.00 | 4.6 | $ 1,150.00 | Tax Issues | Conducted research on issues involving ▮▮▮ the tax consequences to ▮▮▮ |
| 02/27/14 | Evans, Timothy | $ 250.00 | 1.2 | $ 300.00 | Tax Issues | Conducted research on issues involving the ▮▮▮ prepared a memo summarizing the ▮▮▮ for BRG Investments LLC. |
| 02/26/14 | Evans, Timothy | $ 250.00 | 2.7 | $ 675.00 | Tax Issues | Conducted research on issues involving the ▮▮▮ and prepared a memo summarizing the ▮▮▮ for BRG Investments LLC. |
| 02/28/14 | Smith, Sharon A. | $ 290.00 | 0.3 | $ 87.00 | Tax Issues | Prepared emails to Gary Polkowitz regarding the 2013 tax extension for BRG Investments LLC; reviewed the 2012 tax return for BRG Investments LLC to determine the ▮▮▮ |
| | | | 9.7 | $ 2,473.00 | Tax Issues Total | |