**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>FLETCHER INTERNATIONAL LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-12796 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
NUMBER 3 FILED BY DUFF & PHELPS, LLC**

Duff & Phelps, LLC, hereby withdraws Claim Number 3 in the amount of $78,376.06 filed against Fletcher International Ltd. in the above-captioned case.

Dated: New York, New York
March 20, 2014

Respectfully submitted,

DUFF & PHELPS, LLC

By: [signature]

Christopher Matteson
Asst. General Counsel
55 East 52nd Street, 31st Floor
New York, New York 10055
(212) 450-2812

RECEIVED
MAR 21 2014
U.S. BANKRUPTCY COURT

DUFF & PHELPS

Office of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408




March 20, 2014

Re: **Fletcher International Ltd., Case No. 12-12769 (REG)**

Dear Clerk of the Bankruptcy Court,

Please cause the enclosed Withdrawal of Proof of Claim Number 3 filed by Duff & Phelps, LLC to be filed in the above-referenced case as soon as possible. Please contact the undersigned if there are questions or problems. Thanks for your attention to this matter.

Sincerely,

Erica Miller

Enclosure

Duff & Phelps Securities, LLC
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067

T +1 424 249 1650
F +1 424 249 1651

erica.miller@duffandphelps.com
www.duffandphelps.com

Member: FINRA/SIPC