Endorsed Order:

① The Court will hold an on-the-record phone conference with respect to this request on Wed, 3/26/2014, at 10:00 am EDT.

② Counsel for the FILB Trustee is authorized and directed to send a copy of this Endorsed Order, by email, on all recipients of the underlying letter request.

③ Recipients wishing to be heard should sign up with Court Call.

S/RLG
USBJ
3/25/2014

# LUSKIN, STERN & EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NEW YORK 10036

TELEPHONE: (212) 974-3200
TELECOPIER: (212) 974-3205

MICHAEL LUSKIN
luskin@lsellp.com

March 25, 2014

**BY ELECTRONIC MAIL**

The Honorable Robert E. Gerber
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

Re:   In re Fletcher International, Ltd., Case No. 12-12796 (REG)

Dear Judge Gerber:

      This firm represents Richard J. Davis, the Chapter 11 trustee in the FILB case. I write in connection with a motion filed by Alphonse Fletcher claiming that inadequate disclosures were made by the trustee and many others in connection with their roles in the FILB and related matters. Mr. Fletcher's motion is currently returnable April 2, 2014, at 9:45 AM, and responses are due this Friday, March 28, 2014.

      The motion appears to be directed principally at the FILB trustee, the Chapter 11 trustee in the related Soundview cases (Corinne Ball, Esq., represented by the Jones Day firm); the JOLs (represented by Tim Brock, Esq., of Satterlee Stephens) in the related Leveraged and Arbitrage chapter 15 cases in this Court and winding up proceedings in the Cayman Islands; and the Kasowitz firm, which previously represented Mr. Fletcher in his action against the Dakota. (See Motion at p. 2, second paragraph.) However, the motion and the letter on which it is based were circulated to dozens of lawyers, financial advisors, and others who have participated in one way or another in these or other proceedings in which Mr. Fletcher is involved, and accuses many of them of failing to make various disclosures or otherwise acting improperly. Neither the motion nor the letter makes clear precisely what relief Mr. Fletcher seeks, or from which particular people or firms he seeks it, or what the basis for the relief he seeks might be.

      In order to organize the various parties' responses to the motion and letter and to minimize the burden on the Court, I respectfully request that the Court enter an order (or memo endorse this letter) pursuant to Bankruptcy Rule 7016 directing that:

      1.    The April 2 hearing be treated as a status conference for the purposes of clarifying the issues to be considered and establishing a briefing schedule;

Hon. Robert E. Gerber
March 25, 2014
Page 2

    2.    The March 28 response deadline be extended to a date to be set at the April 2 status conference; and

    3.    Mr. Fletcher, the United States Trustee, the FILB Chapter 11 trustee, the Soundview Chapter 11 trustee, and the Kasowitz firm be required to appear personally or through counsel at the April 2 status conference, but all other parties be excused from attending.

In addition, given the current demands being made on the FILB and Soundview trustees and on the Court in the FILB and Soundview cases, I ask that the April 2 hearing and March 28 response deadline be adjourned 30 days each.

I am sending copies of this letter to everybody on the distribution list attached to Mr. Fletcher's March 19 letter, but have not filed it on the case docket. I am available to answer any questions the Court may have.

Respectfully submitted,

Michael Luskin

Copies sent by electronic mail to:

Alphonse Fletcher, Jr.
Jones Day (Counsel to the Soundview Trustee, Attn:. Stephen Pearson, Esq.)
Satterlee Stephens (Counsel to the Leveraged and Arbitrage JOLs, Attn.: Tim Brock, Esq.)
Office of the US Trustee (Attn.: Richard Morrissey, Esq.)
Kasowitz Benson Torres & Friedman LLP (Attn.: Andrew Glenn, Esq.)
Porzio, Bromberg & Newman PC (Counsel to Soundview, Attn.: Warren Martin, Esq.)
Holland & Knight (Counsel to the MBTARF, Attn.: John Monaghan, Esq.)
Young Conaway, Stargatt & Taylor (Former Counsel to the Debtor, Attn.: Pauline Morgan, Esq.)
Morrison & Foerster, LLP (Counsel to the Soundview JOLs, Attn.: Joseph Pintarelli, Esq.)
Diamond McCarthy (Counsel to the Louisiana Pension Funds, Attn.: Richard Janvey, Esq.)
Securities Exchange Commission (Attn.: Neal R. Jackson, Esq.)
Karen Ostad, Esq. (Counsel to the BVI Funds)

And to the additional parties on the attached list from Mr. Fletcher's March 19 letter.

Hon. Robert E. Gerber
March 25, 2014
Page 3

aeferber@jonesday.com
Afletcher@fletcher.com
aglenn@kasowitz.com
ahorne@kirkland.com
asnow@ssbb.com
barbra.parlin@hklaw.com
bos-bankruptcy@hklaw.com
Bernie.Katz@CohnReznick.com
bstone@jonesday.com
cball@jonesday.com
cgrace@ssbb.com
courtnotices@kasowitz.com
DGeoghan@coleschotz.com
dhurst@coleschotz.com
dlurie@ssbb.com
dtabak@cohengresser.com
dwdykhouse@pbwt.com
dzinman@kasowitz.com
ECF@mofo.com
Gladner@fletcher.com
glee@mofo.com
Glenn.Siegel@morganlewis.com
hkonicov@jhcohn.com
jacobsonn@sec.gov
JBalduzzi@kasowitz.com
jgleit@kasowitz.com
jklein@ssbb.com
jpintarelli@mofo.com
jsher@shertremonte.com
Julie.Turner@skadden.com
kdcurtin@pbnlaw.com
kkarstetter@coleschotz.com
kostad@ostadllc.com
Lawrence.Spiegel@skadden.com
maieta@ssbb.com
managingclerk@ssbb.com
mcobankruptcy@pbwt.com
mcuccaro@shertremonte.com
mdlaskowski@pbnlaw.com
merchant@rlf.com
mjnaporano@pbnlaw.com
mjpolitan@pbnlaw.com
mpdermatis@pbnlaw.com
mpompeo@dbr.com

Hon. Robert E. Gerber
March 25, 2014
Page 4

nsullivan@diamondmccarthy.com
pratkowiak@coleschotz.com
rasegall@pbnlaw.com
rbgroup@rlf.com
Richard.Davis@rjdavislaw.com
richard.morrissey@usdoj.gov
rjanvey@diamondmccarthy.com
sakelly@pbnlaw.com
Sturner@Fletcher.com
tbrock@ssbb.com
tjfreedman@pbnlaw.com
tlewis@ssbb.com
vroovers@jonesday.com
wjmartin@pbnlaw.com