Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                               :         Chapter 11
                                                     :
FLETCHER INTERNATIONAL, LTD.,                        :         Case No. 12-12796 (REG)
                                                     :
                    Debtor.                          :
                                                     :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Stephan E. Hornung hereby certify that on March 21, 2014, I caused the documents listed below to be filed and served through ECF notification upon all parties who receive notice in this case pursuant to the Court's ECF filing system, and on the parties listed on the attached service list in the manner described:

- Trustee's Opposition to the Soundview Trustee's Motion for Relief from the Bar Date [Docket No 469]; and

- The Declaration of Gary Polkowitz in Support of the Trustee's Opposition to the Soundview Trustee's Motion for Relief from the Bar Date [Docket No. 470].

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March 2014 in New York, New York.

                                                /s/ Stephan E. Hornung
                                                  Stephan E. Hornung

SERVICE LIST BY FIRST CLASS MAIL

PFEC LLC d/b/a AFE Consulting
1999 Harrison Street
Suite 2700
Oakland, CA  94612-3500
Attn:  Shelly Sparks

Eisner Amper LLP
750 Third Avenue
New York, NY 10017-2716

Appleby Ltd.
Canon's Court
22 Victoria Street - Box HM 1179
Hamilton HM EX
Bermuda

Global Risk & Investigative Due Diligence, LLC
152 West 57th Street, 56th Floor
New York, NY 10019-3310

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
Attn: Daniel Zinman, Esq.

Fletcher International, Inc.
48 Wall Street, 4th Floor
New York, NY 10005

McGladrey LLP
1185 Avenue Of The Americas
New York, NY 10036-2604

Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, PC
565 Fifth Avenue
New York, NY 10017-2479

Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6731
Attn: David Dykhouse, Esq.
Brian Guiney, Esq.

Quantal International, Inc.
455 Market Street, Suite 1200
San Francisco, CA 94105-2441

Shahmoon & Ellisen LLP
370 Lexington Avenue, 24th Floor
New York, NY 10017-6573

Skadden Arps Slate Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301-1908
Attn: Seth Schwarz, Esq.

SS&C Technologies, Inc.
675 Third Avenue
New York, NY 10017

Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011-1934

Transperfect
3 Park Avenue, 39th Floor
New York, NY 10016-5934

Credit Suisse Securities
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Richard T. Sharp, Esq.

SERVICE LIST BY FIRST CLASS MAIL

Brick Court Chambers
7-8 Essex Street
London WC2R3LD
United Kingdom

Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363

Mr. Teddy Stewart
c/o Fletcher Asset Management Inc.
48 Wall Street
New York, NY 10005

RF Services LLC
48 Wall Street, 4th Floor
New York, NY 10005

Internal Revenue Service
2970 Market Street
PO Box 7346
Philadelphia, PA 19104

Fletcher Asset Management Inc.
48 Wall Street
New York, NY 10005
Attn: Alphonse Fletcher, Jr.

The Firefighters Retirement System
Executive Director/General Counsel
P.O. Box 94095 70804
3100 Brentwood Drive
Baton Rouge, LA 70809
Attn: Steven S. Stockstill, Esq.

Mr. George S. Canellos
Reigonal Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281

The Fire Fighters' Pension and Relief Fund
For the City of New Orleans
3520 General DeGaulle Drive
Suite 3001
New Orleans, LA 70114
Attn: Paul Mitchell

Kell B. Benson
1000 Glacier Road
Jackson, WY 83001

The Municipal Employees' Retirement
System of Louisiana
7937 Office Park Boulevard
Baton Rouge, LA 70809
Attn: Robert L. Rust

Solon Group, Inc.
81 Church Street
Grenada, MS 38901
Attn: Deborah H. Midanek

Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Attn: Timothy T. Brock, Esq.
Justin E. Klein, Esq.
David Lurie, Esq.
Mario Aieta, Esq.

NYC Department of Finance
TP&P Division/Office of Tax Audits
345 Adams Street, 5th Floor
Brooklyn NY 11201
Attn: Yehuda Miller

SERVICE LIST BY FIRST CLASS MAIL

MLV & CO LLC
1251 Ave of the Americas
41st Floor
New York, NY 10020
Attn: Dean Colucci

The Law Office of Denis J. Kiely
1460 Broadway, 2nd Floor
New York, NY 10036
Attn: Denis J. Kiely

Mr. Jeffery M. Colon
349 Redmond Road
South Orange, NJ 07079-1504

Bartlet and Co. Profit Sharing Plan & Trust
4900 Main Street, Suite 1200
Kansas City, MO 64112
Attn: James B. Hebenstreit

Mr. Stuart MacGregor
20 South Ireland Place
Amityville, NY 11701-3615

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Geoffrey T. Raicht, Esq.

Otterbourg Steindler Houston & Rosen, PC
230 Park Avenue
New York, NY 10169-2898
Attn: Philip C. Berg

Jones, Walker, Waechter,
Poitevent, Carrere & Denegre LLP
201 Street Charles Avenue
49th Floor
New Orleans, LA 70170-5000
Attn: Mark Mintz, Esq.

Credit Suisse Securities (USA) LLC
Eleven Madison Avenue
New York, NY 10010-3629
Attn: Marcia Kessler

Compass Lexecon
332 S. Michigan Avenue
Chicago, IL 60604
Attn: Mark Zumbach

Duff and Phelps
55 East 52nd Street
31st Floor
New York, NY 10055
Attn: Natalie Giugni

LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Attn: Gary Herbst, Esq.

Howard University Retirement Trust and Howard University Endowment Fund
Howard University
2400 6th St NW, Ste. 321
Washington, DC 20059
Attn: John G. Gloster, Jr.

Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Attn: Richard I. Janvey, Esq.
Kyung S. Lee, Esq.
Charles M. Rubio, Esq.

SERVICE LIST BY FIRST CLASS MAIL

| | |
|---|---|
| Porzio, Bromberg & Newman, PC<br>100 Southgate Parkway<br>Morristown, NJ 07962<br>Attn: Warren J. Martin, Jr. Esq. | Sher Tremonte LLP<br>80 Broad Street, Suite 1301<br>New York, NY 10004<br>Attn: Michael Tremonte, Esq. |
| Holland & Knight LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Attn: Barbara R. Parlin, Esq. | Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Attn: John J. Monaghan, Esq. |
| Mr. William Cleveland<br>6769 Woodcliff Circle<br>Zionsville, IN 46077 | Mr. Floyd Saunders<br>401 West 25th St. Apt. 18C<br>New York, NY 10001 |
| Ostad PLLC<br>185 Great Neck Road, Suite 330<br>Great Neck, NY 11021<br>Attn: Karen Ostad, Esq. | Alphonse Fletcher, Jr.<br>188 Minna Street<br>San Franscisco, CA 94105 |
| Ernst & Young Ltd.<br>62 Forum Lane<br>Camana Bay, Box 510<br>Grand Cayman KY1-1106<br>Cayman Islands<br>Attn: Robin McMahon, Joint Official Liquidator | Fletcher Fixed Income Alpha Fund, Ltd.-In Voluntary Liquidation<br>c/o Zolfo Cooper (Cayman) Limited<br>Suite 776, 10 Market Street,<br>Camana Bay, Grand Cayman<br>Cayman Islands KY1-9006<br>Attn: Tammy Fu and Gordon MacRae, Joint Voluntary Liquidators |
| Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>Attn: William M. Connolly, Esq. | Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Michael P. Pompeo, Esq.,<br>Brian P. Morgan, Esq. |
| Houbigant, Inc. Pension Plan<br>Francis Sherman, Trustee of Houbigant, Inc. Pension Plan<br>c/o Morrison Cohen LLP<br>909 3rd Ave<br>New York, NY 10022<br>Attn: Neil Y. Siegel | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Andrew Horne, Esq. |
| Mr. Stewart Turner<br>200 East 71st Street, #5A<br>New York, NY 10021-0462 | Dubin Clark & Co. Inc.<br>485 West Putnam Avenue<br>Greenwich, CT 06830<br>Attn: Thomas J. Caracciolo |

<u>SERVICE LIST BY FIRST CLASS MAIL</u>

| | |
|---|---|
| Dubin Clark & Co. Inc. Profit Sharing Plan<br>c/o Ronald N. Dubin<br>52 West Brother Drive<br>Greenwich, CT 06830 | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Gary Lee, Esq. |
| The Pitagora Fund<br>Vanquish Fund<br>Soundview Composite Ltd.<br>Richcourt Partners LP<br>New Wave Fund SPC<br>Richcourt Acquisition, Inc.<br>c/o Fletcher Asset Management, Inc.<br>48 Wall Street<br>New York, NY 10005 | Corinne Ball, Chapter 11 Trustee for<br>Soundview Elite Ltd., Soundview Premium,<br>Ltd., Soundview Star Ltd., Elite Designated,<br>Star Designated, and Premium Designated<br>c/o Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Attn: Daniel T. Moss, Esq. | Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Attn: Verlee Roovers, Esq. |

6

SERVICE LIST BY EMAIL

Jones, Walker, Waechter,
Poitevent, Carrere & Denegre LLP
201 Street Charles Avenue
49th Floor
New Orleans, LA 70170-5000
mmintz@joneswalker.com

Mr. Stuart MacGregor
20 South Ireland Place
Amityville, NY 11701-3615
smacgr@verizon.net

Mr. Stewart Turner
200 East 71st Street, #5A
New York, NY 10021-0462
Stewart_turner@ymail.com

Credit Suisse Securities (USA) LLC
Eleven Madison Avenue
New York, NY 10010-3629
marcia.kessler@credit-suisse.com

Duff and Phelps
55 East 52nd Street
31st Floor
New York, NY 10055
Natalie.giugni@duffandphelps.com

The Law Office of Denis J. Kiely
1460 Broadway, 2nd Floor
New York, NY 10036
dkiely@kielyllp.com

Bartlet and Co. Profit Sharing Plan & Trust
4900 Main Street, Suite 1200
Kansas City, MO 64112
sbuckner@bartlett-grain.com

Greggory Messer as Chapter 7 Trustee for the
Estate of Madison Williams, LLC
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Gfh@lhmlawfirm.com

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
graicht@proskauer.com

Otterbourg Steindler Houston & Rosen, PC
230 Park Avenue
New York, NY 10169-2898
pberg@oshr.com

Duhallow Financial Services
c/o The Law Office of Denis J. Kiely
1460 Broadway, 2nd Floor
New York, NY 10036
dkiely@kielyllp.com

Compass Lexecon
332 S. Michigan Avenue
Chicago, IL 60604
mzumbach@compasslexecon.com

Howard University Retirement Trust and
Howard University Endowment Trust
2400 6th St NW, Ste. 321
Washington, DC 20059
jgloster@howard.edu

Mr. Jeffery M. Colon
349 Redmond Road
South Orange, NJ 07079-1504
jcolon@fordham.edu

<u>SERVICE LIST BY EMAIL</u>

FIA Leveraged Fund
c/o Ernst & Young
62 Forum Lane
Camana Bay, Box 510
Grand Cayman KY1-1106
Cayman Islands
rob.mcmahon@ky.ey.com

Fletcher Fixed Income Alpha Fund, Ltd.
c/o Zolfo Cooper
10 Market Street, Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Tammy.fu@zolfocooper.ky
iain.gow@zolfocooper.ky
joel.edwards@zolfocooper.ky

New Orleans Fire Fighters'
Pension and Relief Fund
c/o Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
rjanvey@diamondmccarthy.com
klee@diamondmccarthy.com
crubio@diamondmccarthy.com

Bartlet and Co. Profit Sharing Plan & Trust
4900 Main Street, Suite 1200
Kansas City, MO 64112
sbuckner@bartlett-grain.com

New Wave Fund SPC
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

The Pitagora Fund
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

Fletcher Income Arbitrage Fund
c/o Ernst & Young
62 Forum Lane
Camana Bay, Box 510
Grand Cayman KY1-1106
Cayman Islands
rob.mcmahon@ky.ey.com

The Firefighters Retirement System
c/o Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
rjanvey@diamondmccarthy.com
klee@diamondmccarthy.com
crubio@diamondmccarthy.com

The Municipal Employees' Retirement
System of Louisiana
c/o Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
rjanvey@diamondmccarthy.com
klee@diamondmccarthy.com
crubio@diamondmccarthy.com

Mr. Jeffery M. Colon
349 Redmond Road
South Orange, NJ 07079-1504
jcolon@fordham.edu

Vanquish Fund
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

Young Conaway Stargatt & Taylor, LLP
1270 6th Avenue
Suite 2210
New York, NY 10020
bankfilings@ycst.com

## SERVICE LIST BY EMAIL

Richcourt Allweather Fund Inc.
c/o Solon Group, Inc.
81 Church Street
Grenada, MS 38901
DHMidanek@SolonGroup.com

Alphonse Fletcher, Jr.
188 Minna Street
San Francisco, CA 94105
af@fam91.com

Richcourt Partners LP
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

America Alternative Investments Inc.
c/o Solon Group, Inc.
81 Church Street
Grenada, MS 38901
DHMidanek@SolonGroup.com

Richcourt Euro Strategies
c/o Solon Group, Inc.
81 Church Street
Grenada, MS 38901
DHMidanek@SolonGroup.com

Richcourt Acquisition, Inc.
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

Soundview Composite Ltd.
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

Mr. William Cleveland
6769 Woodcliff Circle
Zionsville, IN 46077
w.s.cleveland@att.net

Mr. Floyd Saunders
401 West 25th St. Apt. 18C
New York, NY 10001
sleepy1370@aol.com

Mr. Denis J. Kiely
1460 Broadway, 2nd Floor
New York, NY 10036
dkiely@kielyllp.com

Fletcher Asset Management, Inc.
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

Fletcher Fund L.P.
c/o Gerti Muho
48 Wall Street
New York, NY 10005
gem@fletcher.com

Securities & Exchange Commission
3 World Financial Center,
Suite 400
New York, NY 10281
NYROBankruptcy@sec.gov

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
glee@mofo.com
jpintarelli@mofo.com
whildbold@mofo.com

## SERVICE LIST BY EMAIL

Houbigant, Inc. Pension Plan
c/o Morrison Cohen LLP
909 3rd Ave
New York, New York 10022
bankruptcy@morrisoncohen.com

Walkers
190 Elgin Avenue
George Town, Grand Cayman KY1-9001
Cayman Islands
john.odriscoll@walkersglobal.com

Dubin Clark & Co. Inc. Profit Sharing Plan
c/o Ronald N. Dubin
52 West Brother Drive
Greenwich, CT 06830
dubin@dubinclark.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
andrew.horne@kirkland.com
christopher.marcus@kirkland.com
paul.basta@kirkland.com

MLV & CO LLC
1251 Ave of the Americas
41st Floor
New York, NY 10020
dcolucci@mlvco.com

Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
john.monaghan@hklaw.com
bos-bankruptcy@hklaw.com

Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
william.connolly@dbr.com

Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, NY  10004
mtremonte@shertremonte.com

Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6731
dwdykhouse@pbwt.com
bguiney@pbwt.com

Dubin Clark & Co. Inc.
485 West Putnam Avenue
Greenwich, CT 06830
caracciolo@dubinclark.com

Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
tbrock@ssbb.com
jklein@ssbb.com
dlurie@ssbb.com
maieta@ssbb.com

Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
barbara.parlin@hklaw.com

United States Trustee for the
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014
richard.morrissey@usdoj.gov

Drinker Biddle & Reath LLP
1177 Avenue of the Americas
New York, NY 10036
michael.pompeo@dbr.com
brian.morgan@dbr.com

10

## SERVICE LIST BY EMAIL

Ostad PLLC
185 Great Neck Road, Suite 330
Great Neck, NY  11021
kostad@ostadllc.com

Porzio, Bromberg & Newman, PC
100 Southgate Parkway
Morristown, NJ 07962
kdcurtin@pbnlaw.com
mjpolitan@pbnlaw.com
mjnaporano@pbnlaw.com
wjmartin@pbnlaw.com

Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
schenetz@perkinscoie.com

PFEC LLC d/b/a AFE Consulting
1999 Harrison Street
Suite 2700
Oakland, CA  94612-3500
Shelly.sparks@navigant.com

Jones Day
222 East 41st Street
New York, NY 10017
vroovers@jonesday.com
aeferber@jonesday.com

Corinne Ball, Chapter 11 Trustee for
Soundview Elite Ltd., Soundview Premium,
Ltd., Soundview Star Ltd., Elite Designated,
Star Designated, and Premium Designated
c/o Jones Day
222 East 41st Street
New York, NY 10017
cball@jonesday.com

Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
dtmoss@jonesday.com