**Objection Deadline: April 11, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:   (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**SEVENTEENTH MONTHLY STATEMENT OF LUSKIN, STERN & EISLER LLP,
AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014**

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Date of Retention: | Order entered November 12, 2012 [Docket No. 154] *nunc pro tunc* to September 25, 2012 |
| Period for Which Compensation and Reimbursement are Sought: | February 1, 2014 to February 28, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $229,374.90 |
| 66.67% of Compensation Sought as Actual, Reasonable and Necessary:[*] | $152,916.60 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,785.07 |

---

[*] Luskin, Stern & Eisler has agreed with the Trustee to increase the amount of its holdback to 33.33%.

### Time Summary for Professionals and Paraprofessionals

| Timekeeper | Position and Year Admitted to Practice | | Rate ($)[*] | Hours | Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | 720.00 | 111.00 | 79,920.00 |
| Lucia Chapman | Associate | 1984 | 630.00 | 63.20 | 39,816.00 |
| Richard Favata | Associate | 2005 | 567.00 | 18.60 | 10,546.20 |
| Stephan Hornung | Associate | 2008 | 472.50 | 135.20 | 63,882.00 |
| Alex Talesnick | Associate | 2012 | 324.00 | 64.40 | 20,865.60 |
| Kristen Jensen | Associate | 2009** | 324.00 | 18.40 | 5,961.60 |
| Catherine Trieu | Paralegal | N/A | 202.50 | 41.40 | 8,383.50 |
| **TOTAL** | | | | **452.20** | **229,374.90** |

**\*\*Admitted California 2009**
    **Admitted New York 2013**

---

[*] These rates are reflective of a 10% discount from LSE's regular rates.

**Compensation by Matter**

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| General Administration | 4.50 | 1,127.25 |
| Retention & Fee Applications | 14.50 | 4,920.75 |
| Investigations | 62.10 | 36,384.75 |
| Litigation | 37.90 | 18,913.95 |
| Asset Analysis & Recovery | 72.50 | 42,568.20 |
| Claims Analysis | 81.20 | 27,911.70 |
| Plan Issues | 179.50 | 97,548.30 |
| **TOTAL** | **452.20** | **229,374.90** |

**Expense Summary**

| Disbursements | Amounts ($) |
|---|---|
| Copying Charges – In House | 548.40 |
| Conference Call Service | 19.93 |
| Court Document Retrieval | 678.20 |
| Federal Express | 505.04 |
| Meals | 84.14 |
| Messenger Service | 181.63 |
| Online Research | 322.30 |
| Postage | 422.03 |
| Taxi and Local Transportation | 12.60 |
| Transcripts | 10.80 |
| **TOTAL** | **2,785.07** |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Luskin, Stern & Eisler LLP ("**LSE**"), attorneys for the Chapter 11 Trustee, hereby submit this Seventeenth Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from February 1, 2014 through February 28, 2014 (the "**Statement Period**"). In support of the Monthly Fee Statement, LSE respectfully represents as follows:

## Relief Requested

1.  LSE submits this Monthly Fee Statement in accordance with the Compensation Order. All services for which LSE requests compensation were performed by LSE on behalf of the Trustee.

2.  LSE seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $229,374.90 |
| Total Expenses | $2,785.07 |
| Total | $232,159.97 |

3.  A detailed statement of hours spent by LSE rendering legal services to the Trustee and disbursements made by LSE during the Statement Period is attached hereto as Exhibit A.

4.  Pursuant to the Compensation Order, LSE seeks payment of $152,916.60 for the Statement Period, representing (a) two thirds (66.67%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

## Notice and Objection Procedures

5.        In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

6.        Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including LSE, no later than April 11, 2014 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

7.        If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to LSE the amounts of fees and expenses identified in the Monthly Fee Statement.

8.        To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      March 28, 2014

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

*Attorneys for the Chapter 11 Trustee*

## **EXHIBIT A**

Time and Expense Records

February 28, 2014

Invoice #    1851

Client/Matter #  0638-0001

Billed through   February 28, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  General Administration

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 02/05/14 | CDT | review case and adversary dockets and compile recent filings | 0.70 | hrs |
| 02/14/14 | SEH | telephone call with G. Polkowitz re Euro Note and tax issues re BRG | 0.80 | hrs |
| 02/18/14 | CDT | review, scan, and compile interview notes (.6); review disc re: Goldin interview notes, review and compile notes re: same (1.8) | 2.40 | hrs |
| 02/18/14 | CDT | review case dockets for recent filings | 0.20 | hrs |
| 02/25/14 | CDT | review dockets and compile recent filings | 0.40 | hrs |

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 3.70  hrs | 202.50  /hr | $749.25 |
| Hornung, Stephan E. | 0.80  hrs | 472.50  /hr | $378.00 |
| | | | ---------------- |
| Total fees for this matter | 4.50  hrs | | $1,127.25 |

DISBURSEMENTS

| | |
|---|---|
| Copying Charges - In House CDT | $103.20 |
| Copying Charges - In House ML | $13.80 |
| Copying Charges - In House | $103.20 |
| Copying Charges - In House | $25.20 |
| Copying Charges - In House | $15.00 |
| Copying Charges - In House ML | $14.20 |
| Court Document Retrieval | $78.80 |
| Court Document Retrieval | $65.80 |
| Court Document Retrieval | $9.70 |
| Court Document Retrieval | $1.90 |
| Court Document Retrieval | $0.70 |
| Court Document Retrieval | $19.90 |
| Court Document Retrieval | $82.30 |
| Court Document Retrieval | $0.10 |
| Court Document Retrieval | $31.80 |
| Court Document Retrieval | $21.00 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1851
General Administration                                            Page      2

| | |
|---|---:|
| Court Document Retrieval | $1.40 |
| Court Document Retrieval | $0.50 |
| Court Document Retrieval | $67.30 |
| Court Document Retrieval | $24.20 |
| Court Document Retrieval | $28.90 |
| Court Document Retrieval | $6.00 |
| Court Document Retrieval | $20.10 |
| Court Document Retrieval | $43.90 |
| Court Document Retrieval | $3.30 |
| Postage 9/13/2013 | $87.20 |
| Postage 9/23/2013 & 9/27/2013 | $114.03 |
| Postage | $2.76 |
| Postage | $96.40 |
| Postage | $2.12 |
| Guy & Gallard; Invoice # 01312014; Meals and Entertainment 1/16/14 | $31.65 |
| Guy & Gallard; Invoice # 01312014; Meals and Entertainment 1/13/14 | $52.49 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 5401848 | $23.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 5401849 | $12.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 541140 | $23.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 541141 | $12.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 5419874 | $20.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 5419876 | $21.00 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 5421964 | $29.38 |
| Deluxe Delivery Systems, Inc.; Invoice # 189305; Messenger Service 5421965 | $41.25 |
| LexisNexis; Invoice # 1401477261; Online Research | $256.95 |
| LexisNexis; Invoice # 1401477261; Online Research | $65.35 |
| MultiPoint Communications; Invoice # 020214; Conference Call Service LC 1/27/14 | $0.11 |
| MultiPoint Communications; Invoice # 020214; Conference Call Service LC 1/27/14 | $2.70 |
| MultiPoint Communications; Invoice # 020214; Conference Call Service SEH 1/27/14 | $2.10 |

R. Davis, Trustee/Fletcher Int                                           Invoice      1851
General Administration                                                     Page       3

|  |  |
|---|---|
| American Express; Invoice # 121013AT; Taxi and Local Transportation AT cab home (overtime) | $12.60 |
| MultiPoint Communications; Invoice # 621868033; Conference Call Service 2/3/14 SEH | $0.11 |
| MultiPoint Communications; Invoice # 621868033; Conference Call Service 2/4/14 SEH | $0.88 |
| MultiPoint Communications; Invoice # 621868033; Conference Call Service 2/5/14 SEH | $0.11 |
| MultiPoint Communications; Invoice # 621868033; Conference Call Service 2/5/14 SEH | $6.00 |
| Copying Charges – In House | $158.60 |
| FedEx; Invoice # 256132260; Federal Express 797854127070 | $45.54 |
| FedEx; Invoice # 256132260; Federal Express 797871058035 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797871095165 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797871130220 | $33.26 |
| FedEx; Invoice # 256132260; Federal Express 797871147865 | $26.61 |
| FedEx; Invoice # 256132260; Federal Express 797871176210 | $21.64 |
| FedEx; Invoice # 256132260; Federal Express 797871195569 | $24.26 |
| FedEx; Invoice # 256132260; Federal Express 797871211330 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797871251334 | $27.82 |
| FedEx; Invoice # 256132260; Federal Express797871340010 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 79787149094 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797871443397 | $17.95 |
| FedEx; Invoice # 256132260; Federal Express 797871705442 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797871768930 | $18.71 |
| FedEx; Invoice # 256132260; Federal Express | $15.03 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1851
General Administration                                            Page        4

| | |
|---|---:|
| 797871822687 | |
| FedEx; Invoice # 256132260; Federal Express 797871846353 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 79787190164 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797871983800 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797872080088 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797872136636 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797872163651 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797872328107 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797872442526 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797872476384 | $18.71 |
| FedEx; Invoice # 256132260; Federal Express 797873726638 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797876559405 | $15.03 |
| FedEx; Invoice # 256132260; Federal Express 797873695142 | $15.03 |
| Copying Charges - In House | $111.40 |
| Court Document Retrieval | $44.10 |
| Court Document Retrieval | $1.70 |
| Court Document Retrieval | $39.60 |
| Court Document Retrieval | $0.30 |
| Court Document Retrieval | $77.90 |
| Court Document Retrieval | $0.80 |
| Court Document Retrieval | $6.20 |
| MultiPoint Communications; Invoice # 638953121; Conference Call Service LC 2/19/14 | $7.92 |
| Copying Charges - In House | $3.80 |
| Postage | $93.34 |
| Postage | $26.18 |
| Transcripts | $10.80 |
| | --------------- |
| Total disbursements for this matter | $2,785.07 |

R. Davis, Trustee/Fletcher Int                                  Invoice      1851
General Administration                                          Page      5

BILLING SUMMARY

|                      |            |
|----------------------|-----------:|
| FEES                 | $1,127.25  |
| DISBURSEMENTS        | $2,785.07  |
| TOTAL CHARGES        | $3,912.32  |
| TOTAL BALANCE DUE    | $3,912.32  |

February 28, 2014
Invoice #    1859
Client/Matter #  0638-0002
Billed through    February 28, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Retention & Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 02/04/14 | ML | review ███████████████ and declaration; emails re: same | 1.00  hrs |
| 02/05/14 | ML | review and revise ████████ retention papers and emails re: same | 0.50  hrs |
| 02/05/14 | SEH | emails re retention papers for ███████ | 0.20  hrs |
| 02/10/14 | SEH | review bills re monthly fee statement | 0.50  hrs |
| 02/11/14 | AST | Draft ███████ retention application, supporting declaration and proposed order | 3.10  hrs |
| 02/12/14 | AST | Draft and comment on ███████ retention application, proposed order and declaration in support (2.2); office conference with S. Hornung re: same (0.2) | 2.40  hrs |
| 02/12/14 | SEH | review and revise ███████ retention application | 0.30  hrs |
| 02/14/14 | SEH | review fees re Luskin Stern monthly fee statement | 0.20  hrs |
| 02/18/14 | CDT | draft LSE monthly fee statement (.2); review, reconcile fee charts and insert into fee statement (.5) | 0.70  hrs |
| 02/19/14 | CDT | review S. Hornung comments and redact invoices re: LSE monthly fee statement (1.7); compile redacted and unredacted drafts re: same (.2) | 1.90  hrs |
| 02/20/14 | SEH | review and revise monthly fee statement | 0.40  hrs |
| 02/20/14 | CDT | review S. Hornung comments re: LSE monthly fee statement (.3); review, revise and redact statement re: same (.5); compile and finalize redacted and unredacted statements re: same (.4) | 1.20  hrs |
| 02/21/14 | CDT | revise, finalize and file LSE monthly fee statement (.4); draft, prepare and send cover letter and courtesy copy to US Trustee re: same (.3) | 0.70  hrs |
| 02/26/14 | SEH | review Goldin Monthly fee statement | 0.40  hrs |
| 02/26/14 | CDT | correspondence with S. Hornung re: Goldin monthly fee statement (.1); review, finalize and file statement re: same (.4); draft cover letter to US Trustee re: same (.3); prepare and send cover letter and courtesy copy re: same (.2) | 1.00  hrs |

R. Davis, Trustee/Fletcher Int                                            Invoice      1859
Retention & Fee Applications                                             Page       2

| | | | |
|---|---|---|---|
| Talesnick, Alex S. | 5.50  hrs | 324.00  /hr | $1,782.00 |
| Trieu, Catherine D. | 5.50  hrs | 202.50  /hr | $1,113.75 |
| Luskin, Michael | 1.50  hrs | 720.00  /hr | $1,080.00 |
| Hornung, Stephan E. | 2.00  hrs | 472.50  /hr | $945.00 |
| | | | ---------------- |
| Total fees for this matter | 14.50  hrs | | $4,920.75 |

BILLING SUMMARY

FEES                                                                    $4,920.75

                                                                       ----------------

TOTAL CHARGES                                                           $4,920.75

                                                                       ----------------

TOTAL BALANCE DUE                                                       $4,920.75

February 28, 2014
Invoice #    1860
Client/Matter #  0638-0003
Billed through    February 28, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Investigations

PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 02/02/14 | LTC | review of ▓▓▓▓▓ memos and emails re: same | 0.50 | hrs |
| 02/03/14 | LTC | revised motion to compel and emails re: same (.8); work on Skadden search terms and conference S Hornung re: same (3.5) | 4.30 | hrs |
| 02/04/14 | SEH | draft response to RBS re emails | 1.10 | hrs |
| 02/04/14 | LTC | work on motion to compel | 0.80 | hrs |
| 02/05/14 | ML | review Skadden search terms and email re: same | 0.50 | hrs |
| 02/05/14 | SEH | revise email to RBS re discovery (.1); emails re Skadden search terms (.1); emails re SEC (.1); miscellaneous emails re Fletcher (.3); review documents produced by Skadden (1.2); telephone call with L. Chapman re Skadden search terms (1.1) | 2.90 | hrs |
| 02/05/14 | CDT | review hard copy and electronic working files and compile documents re: interview notes | 2.30 | hrs |
| 02/05/14 | LTC | work on Skadden search terms, including telephone calls with S. Hornung | 3.80 | hrs |
| 02/06/14 | SEH | telephone call with counsel to the Soundview Trustee re protective order (.2); telephone call with R. Davis and separate telephone call with J. Turner re search terms (.8); telephone call with MacGregor and related follow-up (.5); telephone call with S. Grbic re tax implications (.2) | 1.70 | hrs |
| 02/06/14 | LTC | work on Skadden search terms, including review of documents, conference call with R. Davis and S. Hornung, and emails with team | 2.20 | hrs |
| 02/07/14 | SEH | revise search terms re Skadden and emails with L. Chapman and J. Turner | 2.00 | hrs |
| 02/07/14 | LTC | work on Skadden search terms | 0.40 | hrs |
| 02/09/14 | LTC | emails with team re: investigative issues (.2); prepared for meeting with ▓▓▓ (.8) | 1.00 | hrs |
| 02/10/14 | SEH | review document correspondence and documents received re ▓▓▓▓ (.4); telephone call with S. Chenitz re Richcourt documents and related follow up (.3) | 0.70 | hrs |
| 02/10/14 | LTC | meeting with ▓▓▓▓▓▓ and preparation for same | 6.50 | hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice      1860
Investigations                                                        Page        2

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 02/12/14 | LTC | work on ▮▮▮ related emails for conference call with ▮▮▮ | 7.40  hrs |
| 02/14/14 | SEH | review documents re ▮▮▮ (.1); emails re Skadden (.1); review documents re ▮▮▮ and ▮▮▮ (1.5); telephone call with ▮▮▮ re document repository (.7) | 2.40  hrs |
| 02/18/14 | LTC | meeting with S. Hornung re: next steps (.3); telephone call with J. Turner and email re: same (.2); emails re: ▮▮▮ (.1); reviewed documents re: ▮▮▮ (2.0) | 2.60  hrs |
| 02/19/14 | ML | prepare for and attend meeting with ▮▮▮ | 1.00  hrs |
| 02/19/14 | LTC | conference call with ▮▮▮ and preparation for same | 1.00  hrs |
| 02/20/14 | SEH | multiple telephone calls and emails re data mapping and cash model | 0.90  hrs |
| 02/20/14 | LTC | reviewed documents re: ▮▮▮ | 5.50  hrs |
| 02/20/14 | LTC | team emails | 0.20  hrs |
| 02/21/14 | SEH | review documents re ▮▮▮ interview | 0.10  hrs |
| 02/21/14 | LTC | reviewed documents re: ▮▮▮ and emails, conferences re: same investigation | 9.10  hrs |
| 02/24/14 | LTC | reviewed ▮▮▮ documents | 1.00  hrs |
| 02/25/14 | SEH | review emails received from ▮▮▮ | 0.20  hrs |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Trieu, Catherine D. | 2.30  hrs | 202.50  /hr | $465.75 |
| Chapman, Lucia T. | 46.30  hrs | 630.00  /hr | $29,169.00 |
| Luskin, Michael | 1.50  hrs | 720.00  /hr | $1,080.00 |
| Hornung, Stephan E. | 12.00  hrs | 472.50  /hr | $5,670.00 |
| | | | ---------------- |
| Total fees for this matter | 62.10  hrs | | $36,384.75 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $36,384.75 |
| | ---------------- |
| TOTAL CHARGES | $36,384.75 |
| | ---------------- |
| TOTAL BALANCE DUE | $36,384.75 |

February 28, 2014
Invoice #    1852
Client/Matter #  0638-0004
Billed through   February 28, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Litigation

PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | | |
|------|------|-------------|------|------|
| 02/03/14 | ML | review changes to proposed ▇▇▇▇ stipulation, and emails re: same | 0.20 | hrs |
| 02/03/14 | SEH | review and revise ▇▇▇▇ 9019 motion | 1.20 | hrs |
| 02/03/14 | LTC | emails re: lease litigation settlement | 0.20 | hrs |
| 02/04/14 | SEH | review documents re discovery Kasowitz requests | 2.60 | hrs |
| 02/04/14 | LTC | emails re: lease litigation (.2); team emails (.2); reviewed Soundview filings (.1); emails re: meeting with Reid Collins (.1); emails, telephone call with A. Zeisler re: ▇▇▇▇▇▇ (.3) | 0.90 | hrs |
| 02/05/14 | ML | review Soundview draft protective order; emails re: same | 0.50 | hrs |
| 02/05/14 | CDT | office conference and correspondence with S. Hornung re: various issues (.2); review case docket for objections re: K&E Settlement (.2); draft, review and revise certificate of no objection re: same (.8); review adversary proceeding dockets, compile docket reports and follow-up with S. Hornung (.4) | 1.60 | hrs |
| 02/05/14 | LTC | emails re: lease litigation (.2); emails and work on motion to compel (.4); telephone calls and emails re: meetings with ▇▇▇▇▇▇ (.6) | 1.20 | hrs |
| 02/06/14 | LTC | work on ▇▇▇▇▇▇▇▇ | 0.60 | hrs |
| 02/06/14 | LTC | emails and telephone call re meetings and follow up with ▇▇▇ | 0.70 | hrs |
| 02/07/14 | SEH | draft letters re discovery and search terms re Kasowitz litigation | 1.10 | hrs |
| 02/10/14 | ML | Review Solon summary judgment decision. | 0.20 | hrs |
| 02/10/14 | SEH | draft and submit order re K&E settlement | 0.20 | hrs |
| 02/11/14 | ML | Conference telephone call with ▇▇▇▇ and ▇▇▇▇ (0.4), email with R. Davis re: same (0.1); telephone calls with R Davis, ▇▇ and emails with ▇▇▇▇ all re: ▇▇▇▇ settlement (1.5). | 2.00 | hrs |
| 02/11/14 | CDT | draft, review, revise, finalize and file notice of adjournment of pre-trial conference re: FII adversary proceeding | 0.70 | hrs |
| 02/11/14 | LTC | email to W. Connolly (.1); emails re: ▇▇▇▇ (.1) | 0.20 | hrs |
| 02/11/14 | LTC | work on Richcourt motion and reviewed BVI order re: same | 0.60 | hrs |
| 02/14/14 | CDT | review case docket for objections re: Ion and K&E settlement (.3); | 0.40 | hrs |

R. Davis, Trustee/Fletcher Int                                     Invoice    1852
Litigation                                                     Page     2

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| | | correspondence with S. Hornung re: same (.1) | | |
| 02/18/14 | SEH | meeting with L. Chapman re status conference re FII litigation | 0.20 | hrs |
| 02/18/14 | SEH | review Soundview application re Wilmington Trust | 0.10 | hrs |
| 02/18/14 | LTC | work on motion for Richcourt documents | 0.30 | hrs |
| 02/18/14 | LTC | telephone call to W. Connolly and emails re: same | 0.10 | hrs |
| 02/19/14 | SEH | review ION settlement order and emails re same | 0.20 | hrs |
| 02/19/14 | LTC | telephone call with and emails with S. Chenetz | 0.30 | hrs |
| 02/19/14 | LTC | emails re: ▇ | 0.20 | hrs |
| 02/20/14 | SEH | prepare for and attend FII adversary proceeding pre-trial conference and draft letter to A. Fletcher re same | 2.10 | hrs |
| 02/20/14 | CDT | correspondence with S. Hornung and eScribers and submit request re: hearing transcript | 0.20 | hrs |
| 02/21/14 | ML | review ▇ motion papers and emails re: same; telephone call with ▇ and office conferences with S. Hornung re: same | 1.00 | hrs |
| 02/21/14 | SEH | emails re: ▇ Settlement (.1); multiple telephone calls with ▇ re same (.5); review and revise ▇ settlement documents (2.7) | 3.30 | hrs |
| 02/21/14 | SEH | revise and send letter to Fletcher re FII adversary proceeding | 0.20 | hrs |
| 02/21/14 | CDT | review and send hearing transcript for S. Hornung review | 0.10 | hrs |
| 02/21/14 | LTC | work on Richcourt motion papers and emails re: same | 0.40 | hrs |
| 02/22/14 | SEH | review and revise ▇ settlement documents | 0.40 | hrs |
| 02/24/14 | SEH | revise Richcourt motion | 0.30 | hrs |
| 02/25/14 | ML | Review and revise ▇ settlement agreement (0.3); telephone call with M. Pompeo re: ▇ meeting (0.2). | 0.50 | hrs |
| 02/25/14 | SEH | revise ▇ settlement documents | 0.30 | hrs |
| 02/25/14 | SEH | continue revising ▇ settlement documents | 0.60 | hrs |
| 02/26/14 | ML | Review amended ▇ re: ▇ claims. | 0.30 | hrs |
| 02/26/14 | CDT | correspondence with L. Chapman re: Motion to Compel Production of documents (.2); review Soundview docket and filings and follow-up with L. Chapman (.7) | 0.90 | hrs |
| 02/26/14 | LTC | work on Richcourt motion papers and emails re: same | 1.30 | hrs |
| 02/27/14 | ML | Prepare for and attend meeting with ▇ and ▇ re: ▇ (1.5); telephone call with P. Price and miscellaneous emails and other follow-up re: same (0.5). | 2.00 | hrs |
| 02/27/14 | AST | Review and draft summary of Supreme Court decision re: ▇ | 0.80 | hrs |
| 02/27/14 | SEH | review and revise Richcourt motion and related emails with S. Chenitz | 1.40 | hrs |
| 02/27/14 | SEH | revise protective order amendment order (.2); review MBTA complaint (.1) | 0.30 | hrs |
| 02/28/14 | ML | Emails with P. Preis re: ▇ issues (0.2); conference telephone call with Preis re: same (0.5). | 0.70 | hrs |
| 02/28/14 | SEH | review, revise, finalize and file Richcourt discovery motion | 1.50 | hrs |
| 02/28/14 | CDT | review, compile, finalize and file motion and notice of presentment | 2.80 | hrs |

R. Davis, Trustee/Fletcher Int                                    Invoice      1852
Litigation                                                       Page      3

re: compel production of Richcourt documents (.9); draft, revise, prepare and send cover letters and courtesy copies to US Trustee and Court re: same (.7); prepare service copies re: same (.7); draft, review, revise, prepare and file certificate of service re: same (.5)

| | | | |
|---|---|---|---|
| Talesnick, Alex S. | 0.80 hrs | 324.00 /hr | $259.20 |
| Trieu, Catherine D. | 6.70 hrs | 202.50 /hr | $1,356.75 |
| Chapman, Lucia T. | 7.00 hrs | 630.00 /hr | $4,410.00 |
| Luskin, Michael | 7.40 hrs | 720.00 /hr | $5,328.00 |
| Hornung, Stephan E. | 16.00 hrs | 472.50 /hr | $7,560.00 |
| | | | -------------- |
| Total fees for this matter | 37.90 hrs | | $18,913.95 |

BILLING SUMMARY

FEES                                                              $18,913.95

                                                                 --------------
TOTAL CHARGES                                                    $18,913.95

                                                                 --------------
TOTAL BALANCE DUE                                               $18,913.95

February 28, 2014

Invoice #     1861

Client/Matter #  0638-0005

Billed through    February 28, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Asset Analysis & Recovery

PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 02/03/14 | ML | conference with R. Davis and emails re: ████████████ (0.3); prepare for and attend telephone conference call with R. Davis and M. Murray re: ████ and follow up re: ████████████ (2.0) | 2.30 | hrs |
| 02/03/14 | RF | review of Seaport summary of issues | 0.50 | hrs |
| 02/04/14 | ML | emails re: ████ issues | 0.40 | hrs |
| 02/04/14 | SEH | telephone call re ████ sale | 0.20 | hrs |
| 02/05/14 | ML | emails re: ████████████ and related | 0.80 | hrs |
| 02/06/14 | ML | emails re: ████ | 0.50 | hrs |
| 02/06/14 | RF | draft warrant purchase agreement | 2.00 | hrs |
| 02/06/14 | LTC | drafted letters re ████ and emails re: same | 2.00 | hrs |
| 02/07/14 | ML | emails re: ████ (0.2); and telephone conference calls with R. Davis and M. Murray re: same (0.2); telephone call with R. Davis re: ████████ and claims, and misc follow up re: same (0.2); review and revise UCBI sale agreement (0.5) | 1.10 | hrs |
| 02/07/14 | RF | revise UCBI warrant purchase agreement (.8); correspondence re: same (.2) | 1.00 | hrs |
| 02/10/14 | ML | Review and revise draft UCBI asset purchase agreement, and emails re: same. | 0.50 | hrs |
| 02/10/14 | RF | revise warrant purchase agreement (.9); call with M. Murray re: same (.3); correspondence with M. Luskin re: same (.3) | 1.50 | hrs |
| 02/10/14 | AST | Emails with R. Favata re: ████████ and circulate proposed forms of same | 0.50 | hrs |
| 02/10/14 | LTC | reviewed UCBI documents | 1.00 | hrs |
| 02/10/14 | KMJ | research ████████████ | 0.60 | hrs |
| 02/11/14 | ML | Telephone call with R. Davis and emails re: ████████ and office conference with R. Favata re: same. | 0.50 | hrs |
| 02/11/14 | RF | revise warrant purchase agreement (.7); meet with M. Luskin re: same (.3) | 1.00 | hrs |

R. Davis, Trustee/Fletcher Int                                                          Invoice     1861
Asset Analysis & Recovery                                                               Page        2

| Date | Init | Description | Hours |
|---|---|---|---|
| 02/11/14 | LTC | reviewed UCBI documents and emails re: same | 5.20 hrs |
| 02/12/14 | ML | Emails re: UCBI sale (0.3); prepare for and attend conference telephone call with R. Davis and M. Murray re: UCBI (0.3); review draft asset purchase agreement (0.3); telephone call with ██████ ████ re: potential sale (0.1). | 1.00 hrs |
| 02/12/14 | RF | meet with M. Luskin (.3); revise warrant purchase agreement (.5); review of correspondence from prospective warrant purchaser (.2) | 1.00 hrs |
| 02/13/14 | ML | Emails with D. Midanek re: FIP issues. | 0.20 hrs |
| 02/14/14 | ML | Telephone call with ██████ and telephone calls with R. Davis and █ ████ all re: ████████ | 0.60 hrs |
| 02/14/14 | RF | revise warrant purchase agreement (.7); correspondence re: same (.3) | 1.00 hrs |
| 02/15/14 | RF | revise warrant purchase agreement (.3); correspondence with M. Murray re: same (.1) | 0.40 hrs |
| 02/18/14 | RF | revise warrant purchase agreement | 0.20 hrs |
| 02/19/14 | ML | emails re: UCBI (0.2); telephone call and office conference with R. Davis re: ██████████ (0.3) | 0.50 hrs |
| 02/19/14 | SEH | emails with counsel to ██████ | 0.10 hrs |
| 02/20/14 | ML | emails re: UCBI documents; telephone call with ████████ | 0.50 hrs |
| 02/20/14 | RF | correspondence re: ████████ (.4); review of files re: same (.5); review of ██████ (.8); correspondence with Goldin re: same (.3) | 2.00 hrs |
| 02/20/14 | CDT | review UCBI SEC filings ████████ (.9); compile filings and exhibits and send email summary to S. Hornung (.6) | 1.50 hrs |
| 02/21/14 | ML | emails re: sale inquiries and telephone calls and emails with R. Davis re: same | 0.20 hrs |
| 02/21/14 | RF | review ██████ issues (.5); correspondence with R. Davis and others re: ██████ (.5) | 1.00 hrs |
| 02/22/14 | SEH | emails re UCBI sale and review of related documents | 0.50 hrs |
| 02/24/14 | ML | Conference telephone call with Seaport re: UCBI bids (0.4); telephone calls with J. Rubinstein re: UCBI participation (0.5); conference telephone call with M. Murray and R. Davis and office conference with R. Davis re: bids and follow-up (0.7). | 1.60 hrs |
| 02/24/14 | RF | correspondence re: UCBI sale (.2); review of warrant agreement and securities purchase agreement (.3); initial review of all UCBI bids (1.0); draft summary chart (.5) | 2.00 hrs |
| 02/24/14 | SEH | research re UCBI correspondence | 0.30 hrs |
| 02/25/14 | ML | Emails re: UCBI bids; telephone call with ██████ re: ██████ bid; emails with J. Rubinstein re: UCBI telephone call and meeting, and telephone call with R. Davis re: same | 0.50 hrs |
| 02/25/14 | RF | full review of UCBI bids and drafting of ██████ (2.0); correspondence re: same (.2); review of Goldin chart (.5); correspondence with Goldin re: revisions to chart (.3) | 3.00 hrs |

R. Davis, Trustee/Fletcher Int                                           Invoice    1861
Asset Analysis & Recovery                                             Page     3

| | | | |
|---|---|---|---|
| 02/26/14 ML | Conference telephone call with JOLs and funds re: UCBI bids, and follow-up emails and telephone calls with R. Davis, M. Murray, and Seaport (3.0); prepare for and attend conference telephone call with UCBI and Seaport, and follow-up calls with E. Seiler re: same (2.0); prepare for and attend conference telephone call with Seaport (0.4); prepare for and attend meeting with UCBI and counsel (2.0). | 7.40 | hrs |
| 02/26/14 RF | correspondence with R. Davis re:███████████(.1); revise comparison chart (.4) | 0.50 | hrs |
| 02/26/14 SEH | Review UCBI papers re questions from R. Davis | 4.00 | hrs |
| 02/27/14 ML | Prepare for and attend conference telephone call with███ and emails re: same (0.9); telephone call with███████(0.5); telephone call with J. Rubinstein and telephone calls with E. Seiler re: UCBI negotiations (1.0); conference telephone calls with Seaport re: same (0.5); revise███warrant purchase agreement and office conference with R. Davis re: same (1.0); review bids and telephone call with R. Davis re: same (0.5). | 4.40 | hrs |
| 02/27/14 RF | correspondence re: UCBI bids (.5); review of documents re: same (1.0) | 1.50 | hrs |
| 02/28/14 ML | Telephone calls with J. Rubinstein and R. Davis re: UCBI negotiations, conference telephone call with R. Davis and M. Murray re: same, and conference telephone call with R. Davis, M. Murray, and Seaport re: same (2.3); review bid chart, and office conference and email with S. Hornung re: motion papers (0.2); revise settlement agreement and emails re: same (1.0). | 3.50 | hrs |
| 02/28/14 AST | Review background material and draft UCBI 9019 motion, Davis declaration and motion to shorten notice | 4.90 | hrs |
| 02/28/14 SEH | meetings with M. Luskin and A. Talesnick re UCBI settlement (.3); drafting UCBI settlement agreement (1.0); meeting with R. Davis re same and related .(8); drafting UCBI settlement agreement and related supporting documents (4.5) | 6.60 | hrs |

| | | | |
|---|---|---|---|
| Talesnick, Alex S. | 5.40 hrs | 324.00 /hr | $1,749.60 |
| Trieu, Catherine D. | 1.50 hrs | 202.50 /hr | $303.75 |
| Jensen, Kristen M. | 0.60 hrs | 324.00 /hr | $194.40 |
| Chapman, Lucia T. | 8.20 hrs | 630.00 /hr | $5,166.00 |
| Luskin, Michael | 26.50 hrs | 720.00 /hr | $19,080.00 |
| Favata, Richard | 18.60 hrs | 567.00 /hr | $10,546.20 |
| Hornung, Stephan E. | 11.70 hrs | 472.50 /hr | $5,528.25 |
| | | | --------------- |
| Total fees for this matter | 72.50 hrs | | $42,568.20 |

R. Davis, Trustee/Fletcher Int                                    Invoice    1861
Asset Analysis & Recovery                                           Page    4

BILLING SUMMARY

|  | FEES | $42,568.20 |
|---|---|---|
|  |  | ---------------- |
|  | TOTAL CHARGES | $42,568.20 |
|  |  | ---------------- |
|  | TOTAL BALANCE DUE | $42,568.20 |

February 28, 2014
Invoice #    1862
Client/Matter #  0638-0006
Billed through   February 28, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Claims Analysis

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 02/03/14 | AST | Continue drafting and researching omnibus claims objection and individual claim objections | 7.20 | hrs |
| 02/03/14 | SEH | prepare for and participate in call with Duff & Phelps re proof of claim (.6); review and revise Proskauer settlement agreement (.5); office conference with A. Talesnick re objections to proofs of claim (.1) | 1.20 | hrs |
| 02/04/14 | AST | Continue drafting and researching omnibus claims objection and individual claim objections | 4.80 | hrs |
| 02/04/14 | SEH | revise objections to proofs of claim | 1.00 | hrs |
| 02/04/14 | SEH | telephone call with SAS bank re late filed proofs of claim | 0.10 | hrs |
| 02/05/14 | AST | Continue drafting and researching omnibus claims objection and individual claim objections | 7.20 | hrs |
| 02/05/14 | SEH | office conference with A. Talesnick re objections | 0.50 | hrs |
| 02/06/14 | AST | Continue drafting and researching omnibus claims objection and individual claim objections | 5.60 | hrs |
| 02/06/14 | SEH | revise objections to claims filed by Benson, Colon, and Cleveland and meeting with A. Talesnick re same (.6); telephone call with C. Matteson re Duff & Phelps claim (.2) | 0.80 | hrs |
| 02/06/14 | LTC | revised claims objections | 1.20 | hrs |
| 02/07/14 | ML | review objections to class 3 claims | 1.00 | hrs |
| 02/07/14 | AST | Review and revise omnibus claims objection | 2.20 | hrs |
| 02/07/14 | SEH | review and revise objections and meetings with A. Talesnick | 1.30 | hrs |
| 02/10/14 | AST | Finalize omnibus and individual claims objections and coordinate filings and service of same | 6.90 | hrs |
| 02/10/14 | SEH | revise objections to proofs of claim and certificate of service | 5.50 | hrs |
| 02/10/14 | CDT | review, compile, finalize and file claim objections and notice of hearing re: FAM Indirect Investors, Pension Funds, Cleveland, Benson and Colon (2.1); office conference and correspondence with S. Hornung and A. Talesnick re: same (.3); review service list, compile, prepare and send service copies re: same (2.9) | 5.30 | hrs |

R. Davis, Trustee/Fletcher Int                                                      Invoice    1862
Claims Analysis                                                                     Page        2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/11/14 | SEH | revise certificate of service re claims objections (.2); review and revise claims objections (.8); telephone call with S. MacGregor (.1) | 1.10 hrs |
| 02/11/14 | CDT | draft, review, revise, finalize and file certificates of service re: claim objections (1.8); office conference and correspondence with S. Hornung re: same (.2); draft, revise, finalize and send cover letters and courtesy copies to Court and US Trustee re: same (.7) | 2.70 hrs |
| 02/12/14 | ML | Conference telephone call with G. Herbst re: Madison Williams claim, and miscellaneous follow-up re: same. | 0.20 hrs |
| 02/12/14 | AST | Draft Proskauer 9019 motion and proposed order | 1.30 hrs |
| 02/13/14 | ML | Emails re: ████████ (0.2); emails re: Madison Williams claim, and review stipulation re: same (0.2). | 0.40 hrs |
| 02/13/14 | AST | Draft Proskauer 9019 motion (0.5); draft Greg Messer stipulation and motion to allow claim for voting purposes only (2.4) | 2.90 hrs |
| 02/13/14 | SEH | drafting stipulation re G. Messer (.6); attention to Proskauer Stipulation (.2); telephone call with AFE consulting (.4) | 1.20 hrs |
| 02/14/14 | AST | Draft Duff Phelps claims objection (1.3); revise draft of Proskauer stip motion (0.5); office conference with S. Honung re: same (0.1) | 1.90 hrs |
| 02/14/14 | SEH | review and revise Duff & Phelps objection | 0.50 hrs |
| 02/14/14 | SEH | review and revise stipulation re Proskauer settlement | 1.20 hrs |
| 02/18/14 | AST | Revise Duff Phelps claims objection and discuss same with S. Hornung | 0.70 hrs |
| 02/18/14 | SEH | review and revise Proskauer stipulation (.4); review and revise Proskauer 9019 motion (.4); review, revise and finalize Duff & Phelps objection (.3); telephone call with J. Colon (.1) | 1.20 hrs |
| 02/18/14 | CDT | draft, revise, finalize and file notice of adjournment of hearing re: Richcourt objections (.4); correspondence with S. Hornung re: same (.1) | 0.50 hrs |
| 02/19/14 | AST | Finalize and arrange filing/service of Duff & Phelps claim objection | 1.50 hrs |
| 02/19/14 | SEH | revise Proskauer stipulation | 0.10 hrs |
| 02/19/14 | SEH | prepare for telephone call with J. Colon and review bills re proof of claim | 0.10 hrs |
| 02/19/14 | CDT | review, finalize and file claim objection and notice of hearing re: Duff & Phelps (.6); office conference and correspondence with S. Hornung and A. Talesnick re: same (.2); prepare, compile and send service copies re: same (.5); draft, finalize and file cert of service re: same (.4) | 1.70 hrs |
| 02/20/14 | AST | Finalize Colon and Messer stipulations (1.4); office conference with S. Hornung re: same (0.2); review precedent re: ████████ (0.4); draft notice of presentments re: same (0.1) | 2.10 hrs |
| 02/20/14 | CDT | draft cover letters, prepare and send courtesy copies to Court and US Trustee re: Duff & Phelps claim objection | 0.50 hrs |
| 02/21/14 | SEH | meeting with A. Talesnick re claims issues | 0.20 hrs |
| 02/24/14 | AST | Finalize and arrange filings/service of Proskaeur 9019 motion, Greg Messer stipulation and Colon stipulation | 1.50 hrs |

R. Davis, Trustee/Fletcher Int                                        Invoice     1862
Claims Analysis                                                       Page        3

| Date | | Description | | | Amount | |
|------|------|-------------|---|---|--------|---|
| 02/24/14 | SEH | revisions to Proskauer settlement papers (.2); review, revise, finalize and file stipulations re Poskauer, Colon and Messer (.7) | | | 0.90 | hrs |
| 02/24/14 | CDT | office conference and correspondence with S. Hornung and A. Talesnick re: claim motions (Proskauer, G. Messer, J. Colon) (.3); review and file motions and notices of presentment re: same (1.4); compile filed documents for email service re: same (.2); review and revise cert of service re: same (.4); compile, prepare and send service copies re: same (1.6); draft, revise, prepare and send cover letters and courtesy copies to US Trustee and Court re: same (.8); file cert of service re: same (.3) | | | 5.00 | hrs |

| | | | | | | |
|---|---|---|---|---|---|---|
| Talesnick, Alex S. | 45.80 | hrs | 324.00 | /hr | $14,839.20 | |
| Trieu, Catherine D. | 15.70 | hrs | 202.50 | /hr | $3,179.25 | |
| Chapman, Lucia T. | 1.20 | hrs | 630.00 | /hr | $756.00 | |
| Luskin, Michael | 1.60 | hrs | 720.00 | /hr | $1,152.00 | |
| Hornung, Stephan E. | 16.90 | hrs | 472.50 | /hr | $7,985.25 | |
| | | | | | --------------- | |
| Total fees for this matter | 81.20 | hrs | | | $27,911.70 | |

BILLING SUMMARY

| | | |
|---|---|---|
| FEES | | $27,911.70 |
| | | --------------- |
| TOTAL CHARGES | | $27,911.70 |
| | | --------------- |
| TOTAL BALANCE DUE | | $27,911.70 |

February 28, 2014

Invoice #    1863

Client/Matter #  0638-0008

Billed through   February 28, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Plan Issues

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 02/03/14 | ML | prepare for and attend meeting with Soundview trustee (C. Ball) and Jones Day lawyers re: plan issues, investigation and related (2.8); telephone call and voice message with R. Morrissey re: Soundview issues (.2); follow up from Soundview meeting re: plan issues and related confirmation hearing preparation (2.0) | 5.00 | hrs |
| 02/03/14 | SEH | continue drafting confirmation brief | 2.90 | hrs |
| 02/03/14 | CDT | compile solicitation package re: Duff & Phelps | 0.20 | hrs |
| 02/04/14 | ML | meeting with R. Janvey re: plan issues (.8); review chapter 15 petitions (.5); emails and telephone conference call with R. Davis and S. Hornung re:⬛⬛⬛⬛⬛⬛⬛language, and follow up re: same (.7) | 2.00 | hrs |
| 02/04/14 | SEH | prepare for call re SEC (.3); telephone call with R. Davis and M. Luskin re same (.2); draft language re SEC carve out and emails re same (.4); continue drafting confirmation brief (1.0) | 1.90 | hrs |
| 02/05/14 | ML | telephone call with A. Glenn re: Soundview, impact on plan, and related follow up (.5); telephone conference call with R. Davis re: plan issues (.5); prepare for and attend telephone conference call with JOLs and others re: plan issues and misc follow up re: same (.8); confirmation hearing preparation and telephone call with S. Hornung re: same (2.2) | 4.00 | hrs |
| 02/05/14 | SEH | continue drafting motion in support of confirmation hearing (3.7); telephone call with M. Luskin re status (.2); all hands call re status and next steps (.3) | 4.20 | hrs |
| 02/05/14 | LTC | conference call with R. Davis, M. Luskin, S. Hornung | 0.30 | hrs |
| 02/06/14 | ML | confirmation hearing prep | 3.00 | hrs |
| 02/06/14 | SEH | telephone calls with G. Polkowitz and the SEC re the Plan (.4); continue to revise motion to confirm (.1); review and revise confirmation brief (.7) | 1.20 | hrs |
| 02/07/14 | ML | telephone call with R. Davis re confirmation issues (.1); emails re: Soundview documents (.1); confirmation hearing prep (3.8) | 4.00 | hrs |

R. Davis, Trustee/Fletcher Int                                          Invoice    1863
Plan Issues                                                              Page      2

| | | | |
|---|---|---|---|
| 02/07/14 | SEH | attention to various confirmation issues including research (.5); continue drafting confirmation brief (1.7) | 2.20 hrs |
| 02/07/14 | LTC | emails re: claims objections | 0.10 hrs |
| 02/10/14 | ML | Confirmation hearing prep (4.1); telephone call with R. Davis re: same (.2) | 4.30 hrs |
| 02/10/14 | SEH | continue drafting brief in support of confirmation (1.9); all hands call (.3) | 2.20 hrs |
| 02/10/14 | CDT | review, compile and log executed ballots re: plan voting (.2); draft and format tracking spreadsheet re: same (.6) | 0.80 hrs |
| 02/11/14 | ML | Telephone call with R. Davis re: Soundview objections (.2); telephone call with A. Ferber re: same (.5); email with R. McMahon re: chapter 15 proceedings (.1); office conference with S. Hornung re: confirmation hearing motion papers (.2); confirmation hearing prep. (2.3). | 3.30 hrs |
| 02/11/14 | SEH | emails re solicitation package of Alpha (.1); telephone call with chambers re scheduling (.1); telephone call with G. Polkowitz re fees and documents (.2); emails with L. Chapman re status of ongoing projects (.2); drafting confirmation brief (4.7); telephone call with R. Davis | 5.30 hrs |
| 02/12/14 | ML | Telephone call with K. Ostad re: Soundview claims, and email re: same (.8); office conference with S. Hornung and review of ▮▮▮▮ (.5). | 1.30 hrs |
| 02/12/14 | SEH | continue drafting confirmation brief (4.1); review ▮▮▮▮ re same (1.1) | 5.20 hrs |
| 02/13/14 | ML | Draft confirmation hearing outline and related papers, and emails re: same (5.0); emails re: Soundview subordination and reclamation issues and review of documents re: same (.3); emails re: miscellaneous Soundview issues (.2). | 5.50 hrs |
| 02/13/14 | SEH | drafting confirmation brief and emails re same | 3.00 hrs |
| 02/13/14 | CDT | review executed ballots re: plan vote (.3); review, revise and update tracking spreadsheet re: same (.5); set up filing system for original ballots re: same (.4) | 1.20 hrs |
| 02/14/14 | ML | Telephone call with R. Davis (.2), and conference telephone call with Goldin Associates re: Soundview and Richcourt matters, and miscellaneous follow-up re: same (.8); prepare for and attend conference with R. Davis re: plan outline and related confirmation preparation issues, and follow-up re: same (3.2); conference telephone call with team re: plan status, open items, and related (.8). | 5.00 hrs |
| 02/14/14 | SEH | review and revise confirmation brief (.3); meeting with R. Davis and M. Luskin re confirmation hearing (1.0); prepare notice of adjournment (.2) | 1.50 hrs |
| 02/14/14 | CDT | review, revise and update tracking spreadsheet re: plan vote (.5); office conference with S. Hornung re: same (.2); telephone call with Dubin re: vote deadline (.1) | 0.80 hrs |
| 02/18/14 | ML | prepare for and attend conference at Goldin Associates with Soundview advisors (3.0); emails re: same (.3); office conference | 4.50 hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice    1863
Plan Issues                                                                   Page      3

| Date | Init. | Description | Hours |
|---|---|---|---|
| | | with S. Hornung re: plan issues (1.2) | |
| 02/18/14 | SEH | review and revise motion to confirm referee's report (6.6); telephone call with G. Polkowitz (.2) | 6.80 hrs |
| 02/18/14 | SEH | prepare and file notice of adjournment re voting deadline (.2); telephone call with Jones Day re adjournment and various related emails and follow up (1.0) | 1.20 hrs |
| 02/18/14 | CDT | review, compile and file received ballots re: plan vote (.6); update tracking chart re: same (.4); office conference with S. Hornung re: same (.1) | 1.10 hrs |
| 02/19/14 | ML | conference with R. Davis re: confirmation hearing preparation; telephone call with J. Scher re: Howard University | 3.00 hrs |
| 02/19/14 | SEH | continue drafting confirmation brief (4.3); telephone call with Goldin (.8); research re voluminous records evidence exception (1.2); meeting with R. Davis (.5); drafting declaration in support of confirmation (.5) | 7.30 hrs |
| 02/20/14 | ML | prepare for and attend meeting at Jones Day re: plan issues, investigation and related and misc follow up re: same (4.7); telephone call and emails with R. Davis (.3) | 5.00 hrs |
| 02/20/14 | AST | office conference with S. Hornung re: confirmation order (.1); review precedent re: same (.3) | 0.40 hrs |
| 02/20/14 | SEH | continue drafting declaration and brief in support of confirmation | 6.70 hrs |
| 02/21/14 | ML | emails re: plan issues, chapter 15 and related (.3); telephone call with R. Marcy re: confirmation status (.3); telephone calls and emails with R. Davis re: plan issues (.4); telephone call with A. Glenn and telephone call with C. Ball re: Soundview issues (.5); emails re: document production to Soundview trustee (.2); confirmation hearing prep (3.6) | 5.30 hrs |
| 02/21/14 | AST | office conference with S. Horning re: drafting confirmation order (.2); begin review of precedent re: same and drafting outline of same (2.4) | 2.60 hrs |
| 02/21/14 | SEH | continue drafting declaration in support of confirmation (1.9); meeting with M. Luskin and L. Chapman re confirmation (1.0); emails and telephone calls re miscellaneous confirmation issues (.7) | 3.60 hrs |
| 02/21/14 | KMJ | check cite case law re: confirmation brief | 6.30 hrs |
| 02/22/14 | SEH | continue drafting declaration in support of confirmation | 5.50 hrs |
| 02/23/14 | ML | review K. Ostad email and draft reply re: same (1.0); review and revise confirmation brief (2.5); review confirmation declaration and emails re: same (.5) | 4.00 hrs |
| 02/23/14 | LTC | emails with S. Hornung | 0.10 hrs |
| 02/24/14 | ML | Prepare for and attend telephone call with A. Ferber re: plan issues, and follow-up emails re: same (1.3); prepare for and attend telephone call with JOLs and pension funds (1.5); telephone calls with R. Davis and Chambers re: confirmation hearing scheduling (.2); telephone calls with R. Davis re: plan issues (.5); conference telephone call with R. McMahon and. Brock re: chapter 15 proceedings (.3); confirmation hearing prep. (.7). | 4.50 hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice    1863
Plan Issues                                                                 Page    4

| Date | | Description | Hours |
|---|---|---|---|
| 02/24/14 | AST | draft Hornung certification re: vote tabulation | 1.60 hrs |
| 02/24/14 | AST | Research ██████████ | 2.30 hrs |
| 02/24/14 | SEH | continue drafting plan confirmation brief and revisions to declaration (2.8); meeting with M. Luskin re consent order (.1); drafting consent order and notice of adjournment (1.9) | 4.80 hrs |
| 02/24/14 | CDT | review, compile and file received ballots re: plan vote (.8); update tracking chart re: same (.7); office conference with S. Hornung re: same (.2) | 1.70 hrs |
| 02/24/14 | KMJ | check cite case law re: confirmation brief | 4.00 hrs |
| 02/25/14 | ML | Prepare for and attend status conference at bankruptcy court re: Soundview and FILB cases (2.3); conference, telephone call and emails with Jones Day re: follow-up on Soundview plan issues (.5); telephone call with R. Davis re: follow-up with Soundview, and office conference and email with S. Horning re: same (.5); conference telephone call with ████████ re: ████████████ (.2).; emails with Jones Day and office conferences with S. Hornung and telephone call with R. Davis, all re: hard drive discovery for Soundview (.4). | 3.90 hrs |
| 02/25/14 | SEH | revise amendment to protective order and related, including notice to A. Fletcher re Soundview 2004 subpoena and related telephone calls | 3.20 hrs |
| 02/25/14 | SEH | revise consent order and submit to chambers (.3); telephone call with G. Polkowitz re plan issues (.1) | 0.40 hrs |
| 02/25/14 | CDT | review and file notice of adjournment of confirmation hearing | 0.20 hrs |
| 02/25/14 | KMJ | check cite case law re: confirmation brief | 7.50 hrs |
| 02/26/14 | SEH | revise order re amendment to protective order | 0.20 hrs |
| 02/26/14 | SEH | continue drafting confirmation brief | 2.60 hrs |
| 02/27/14 | ML | Prepare for and attend conference telephone call with JOLs and funds re: plan issues (.5); office conference with R. Davis and emails with re: confirmation issues (.2); confirmation hearing prep. (2.0). | 2.70 hrs |
| 02/27/14 | SEH | draft letter to Jones Day re hard drive | 0.10 hrs |
| 02/27/14 | SEH | continue drafting confirmation brief | 3.80 hrs |
| 02/28/14 | ML | Telephone call with V. Roovers re: plan issues, and email re: same (.2); confirmation hearing prep (2.0) | 2.20 hrs |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Talesnick, Alex S. | 6.90 hrs | 324.00 /hr | $2,235.60 |
| Trieu, Catherine D. | 6.00 hrs | 202.50 /hr | $1,215.00 |
| Jensen, Kristen M. | 17.80 hrs | 324.00 /hr | $5,767.20 |
| Chapman, Lucia T. | 0.50 hrs | 630.00 /hr | $315.00 |
| Luskin, Michael | 72.50 hrs | 720.00 /hr | $52,200.00 |
| Hornung, Stephan E. | 75.80 hrs | 472.50 /hr | $35,815.50 |
| | | | --------------- |
| Total fees for this matter | 179.50 hrs | | $97,548.30 |

R. Davis, Trustee/Fletcher Int                                    Invoice      1863
Plan Issues                                                      Page      5


BILLING SUMMARY

| | | |
|---|---|---|
| FEES | | $97,548.30 |
| | | --------------- |
| TOTAL CHARGES | | $97,548.30 |
| | | --------------- |
| TOTAL BALANCE DUE | | $97,548.30 |