**Objection Deadline: April 14, 2014 at 4:00 p.m.**

**(Prevailing Eastern Time)**

Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**SEVENTEENTH MONTHLY STATEMENT OF GOLDIN ASSOCIATES, LLC,
AS SPECIAL CONSULTANT TO THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
<u>FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014</u>**

## **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Goldin Associates, LLC |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Date of Retention: | Order entered November 12, 2012 [Docket No. 153] *nunc pro tunc* to October 5, 2012 |
| Period for Which Compensation and Reimbursement are Sought: | February 1, 2014 to February 28, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $150,718.50 |
| Amount of Compensation Sought Under Revised Engagement Letter: | $125,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,425.40 |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Goldin Associates, LLC ("**Goldin**"), special consultant to the Chapter 11 Trustee (the "**Trustee**"), hereby submit this Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from February 1, 2014 through February 28, 2014 (the "**Statement Period**"). In support of the Monthly Fee Statement, Goldin respectfully represents as follows:

<u>**Relief Requested**</u>

1.      Goldin submits this Monthly Fee Statement in accordance with the Compensation Order. All services for which Goldin requests compensation were performed by Goldin on behalf of the Trustee.

2.      Goldin seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $150,718.50 |
| Total Expenses | $2,425.40 |
| Total | $153,143.90 |

3.      Goldin's invoice for professional services rendered to the Trustee during the Statement Period is attached hereto as **<u>Exhibit A</u>**. The invoice includes a detailed statement of hours spent by professionals and disbursements.

4.      On August 13, 2013, the Court entered an *Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 Approving the Amended and Restated Engagement Letter with Goldin Associates LLC, Nunc Pro Tunc to June 1, 2013* [Docket No. 257]. Pursuant to the terms of the Amended and Restated Engagement

Letter, Goldin shall receive a monthly payment (the "**Monthly Payments**") equal to the lesser of (i) $125,000.00 and (ii) the hourly fees (the "**Hourly Fees**") billed for any month and shall be reimbursed for all reasonable and necessary expenses under the standards set forth in Sections 330 and 331 of the Bankruptcy Code.

5.      Pursuant to the Compensation Order and the Revised Engagement Letter, Goldin seeks payment of $127,425.40 for the Statement Period, representing the total of (a) the lesser of $125,000.00 and the Hourly Fees billed for the month of December, and (b) 100% of the total expenses incurred.

## Notice and Objection Procedures

6.      In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

7.      Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Goldin, no later than April 14, 2014 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to Goldin the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and

expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
        March 28, 2014

Respectfully submitted,

*/s/ Gary Polkowitz*
Gary Polkowitz

Goldin Associates, LLC
350 Fifth Avenue
New York, NY 10118
Telephone:  (212) 593-2255
Facsimile:  (212) 888-2841
gpolkowitz@goldinassociates.com

*Special Consultant to the Chapter 11
Trustee*

**EXHIBIT A**

**<u>Monthly Invoice for February 2014</u>**



350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

March 27, 2014
Federal ID# 13-3549635

---

**INVOICE # 1226-008**
**MATTER: Fletcher**

---

For Services 2/1/14 through 2/28/14

Fees for Services 2/1/14 through 2/28/14. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $125,000.00

| | |
|---|---:|
| Expenses | |
| Meals & Entertainment | $383.06 |
| Messenger/Courier | $47.50 |
| Office Supplies/Misc | $418.60 |
| Research | $243.39 |
| Telephone, Fax, Postage | $1,100.69 |
| Travel | $232.16 |
| Total | $2,425.40 |

**Total Due.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **$127,425.40**

Please remit by wire transfer to:
Account Name: Goldin Associates, LLC
Bank Name: Citi Private Bank
Bank Address: 666 Fifth Avenue, 5th Floor, New York, NY 10103
Account #: 998 322 3918
Routing #: 021 000 089
Swift Code: CITIUS33 (for international wires)



350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

March 27, 2014
Federal ID# 13-3549635

| INVOICE |
| :---: |
| MATTER: Fletcher |

For Services Through 2/28/14

| Name | Hours | Rate | Amount |
| :--- | ---: | ---: | ---: |
| Marti P. Murray, Senior Managing Director | 33.00 | 795.00 | $26,235.00 |
| Gary Polkowitz, Managing Director | 77.10 | 550.00 | $42,405.00 |
| Karthik Bhavaraju, Vice President | 116.50 | 425.00 | $49,512.50 |
| Alois Chakabva, Vice President | 48.80 | 400.00 | $19,520.00 |
| Pavel Hejsek, Analyst | 97.70 | 275.00 | $26,867.50 |
| Nicole Coyne, Analyst | 13.00 | 225.00 | $2,925.00 |

| | Hours | | Amount |
| :--- | ---: | ---: | ---: |
| Total Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 386.10 | | $167,465.00 |
| Less: 10% Discount, Per Engagement Letter. . . . . . . . . . . . . . . . . . . . . . | | | $16,746.50 |
| Net Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $150,718.50 |

Expenses
| | Amount |
| :--- | ---: |
| Meals & Entertainment | $383.06 |
| Messenger/Courier | $47.50 |
| Office Supplies/Misc | $418.60 |
| Research | $243.39 |
| Telephone, Fax, Postage | $1,100.69 |
| Travel | $232.16 |
| Total | $2,425.40 |

| | Amount |
| :--- | ---: |
| **Total Fees & Expenses**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$153,143.90** |

# Goldin Associates, LLC

The Empire State Building
New York, NY  10118

Fletcher

| Totals for | Time | Amount |
|---|---|---|
| Client: Fletcher | | |
| Marti P. Murray, Sr. Managing Director | 33.00 | $26,235.00 |
| 795.00 | 33.00 | $26,235.00 |
| Gary Polkowitz, Managing Director | 77.10 | $42,405.00 |
| 550.00 | 77.10 | $42,405.00 |
| Karthik Bhavaraju, Director | 116.50 | $49,512.50 |
| 425.00 | 116.50 | $49,512.50 |
| Alois Chakabva, Vice President | 48.80 | $19,520.00 |
| 400.00 | 48.80 | $19,520.00 |
| Pavel Hejsek,  Analyst | 97.70 | $26,867.50 |
| 275.00 | 97.70 | $26,867.50 |
| Nicole Coyne, Jr. Analyst | 13.00 | $2,925.00 |
| 225.00 | 13.00 | $2,925.00 |
| Fletcher | 386.10 | $167,465.00 |
| Grand Total | 386.10 | $167,465.00 |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 01 Asset management, valuations and liquidation of assets | | | | | |
| Murray, Marti P. | 2/3/2014 | 1.00 | $795.00 | $795.00 | Review and drafting of UCBI bidding ground rules |
| Murray, Marti P. | 2/4/2014 | 3.20 | $795.00 | $2,544.00 | Review and drafting of UCBI bidding ground rules |
| Bhavaraju, Karthik | 2/4/2014 | 0.50 | $425.00 | $212.50 | Call with DSS ███████████████ ███████████████ |
| Murray, Marti P. | 2/5/2014 | 0.80 | $795.00 | $636.00 | Review and drafting of UCBI bidding ground rules |
| Murray, Marti P. | 2/5/2014 | 1.30 | $795.00 | $1,033.50 | Meeting with ████████████ █ DSS with K. Bhavaraju |
| Bhavaraju, Karthik | 2/5/2014 | 1.30 | $425.00 | $552.50 | Meeting with ██████, DSS ████████████ M. Murray |
| Bhavaraju, Karthik | 2/5/2014 | 1.00 | $425.00 | $425.00 | Preparation for meeting with DSS |
| Coyne, Nicole | 2/5/2014 | 0.30 | $225.00 | $67.50 | Updated bid deadline memo and distributed. |
| Coyne, Nicole | 2/5/2014 | 0.60 | $225.00 | $135.00 | ████████████████ █. |
| Murray, Marti P. | 2/6/2014 | 0.10 | $795.00 | $79.50 | Email to Seaport re UCBI ████ |
| Murray, Marti P. | 2/6/2014 | 0.20 | $795.00 | $159.00 | Recap of DSS meeting for Trustee R. Davis |
| Murray, Marti P. | 2/11/2014 | 0.50 | $795.00 | $397.50 | Call with Seaport |
| Bhavaraju, Karthik | 2/11/2014 | 2.60 | $425.00 | $1,105.00 | Prepare financial analysis ██████████ |
| Murray, Marti P. | 2/12/2014 | 0.50 | $795.00 | $397.50 | Telecon w R. Davis and M. Luskin re UCBI |
| Murray, Marti P. | 2/12/2014 | 0.50 | $795.00 | $397.50 | Telcon w Seaport (R. Bringewatt) re UCBI |
| Hejsek, Pavel | 2/12/2014 | 0.30 | $275.00 | $82.50 | Updated ██████████ analysis |
| Murray, Marti P. | 2/13/2014 | 0.50 | $795.00 | $397.50 | Review of |
| Bhavaraju, Karthik | 2/13/2014 | 1.30 | $425.00 | $552.50 | Review certain information ████████ |
| Bhavaraju, Karthik | 2/13/2014 | 2.80 | $425.00 | $1,190.00 | Prepare ████████ analysis ██████ for discussion with R. Davis |
| Bhavaraju, Karthik | 2/13/2014 | 1.40 | $425.00 | $595.00 | Review UCBI documents ███████ |
| Murray, Marti P. | 2/14/2014 | 0.50 | $795.00 | $397.50 | Review of UCBI warrant ████ |
| Bhavaraju, Karthik | 2/14/2014 | 2.10 | $425.00 | $892.50 | Prepare ████████████ in discussion with M. Murray |
| Bhavaraju, Karthik | 2/18/2014 | 0.60 | $425.00 | $255.00 | Prepare ███████████████ ███████████ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 2/18/2014 | 3.40 | $425.00 | $1,445.00 | Prepare updates to ███ analysis to reflect comments from R. Davis |
| Coyne, Nicole | 2/18/2014 | 0.40 | $225.00 | $90.00 | Set up calls with Seaport ███ |
| Polkowitz, Gary | 2/19/2014 | 0.10 | $550.00 | $55.00 | Reviewed correspondence related to |
| Bhavaraju, Karthik | 2/19/2014 | 1.40 | $425.00 | $595.00 | Review ███ |
| Coyne, Nicole | 2/19/2014 | 2.10 | $225.00 | $472.50 | Researched DSS ███ |
| Coyne, Nicole | 2/19/2014 | 0.50 | $225.00 | $112.50 | ███ |
| Bhavaraju, Karthik | 2/20/2014 | 0.30 | $425.00 | $127.50 | Reviewed ███ financial statements |
| Bhavaraju, Karthik | 2/20/2014 | 1.00 | $425.00 | $425.00 | Reviewed ███ |
| Bhavaraju, Karthik | 2/21/2014 | 1.30 | $425.00 | $552.50 | Prepared analysis of ███ |
| Bhavaraju, Karthik | 2/21/2014 | 1.60 | $425.00 | $680.00 | Prepare updated analysis of ███ |
| Bhavaraju, Karthik | 2/21/2014 | 2.60 | $425.00 | $1,105.00 | Review UCBI ███ |
| Bhavaraju, Karthik | 2/21/2014 | 1.30 | $425.00 | $552.50 | Reviewed UCBI ███ |
| Bhavaraju, Karthik | 2/21/2014 | 1.10 | $425.00 | $467.50 | Discussed UCBI ███ |
| Murray, Marti P. | 2/24/2014 | 0.50 | $795.00 | $397.50 | Review of bids received for UCBI warrants |
| Murray, Marti P. | 2/24/2014 | 0.30 | $795.00 | $238.50 | Telecon with R. Davis and M. Luskin re UCBI bids |
| Bhavaraju, Karthik | 2/24/2014 | 1.50 | $425.00 | $637.50 | Complete ███ |
| Bhavaraju, Karthik | 2/24/2014 | 0.70 | $425.00 | $297.50 | Research UCBI ███ |
| Bhavaraju, Karthik | 2/24/2014 | 1.00 | $425.00 | $425.00 | Review research ███ |
| Bhavaraju, Karthik | 2/24/2014 | 0.30 | $425.00 | $127.50 | Review UCBI ███ |
| Murray, Marti P. | 2/25/2014 | 1.70 | $795.00 | $1,351.50 | Assembled with P. Hejsek ███ |
| Murray, Marti P. | 2/25/2014 | 0.30 | $795.00 | $238.50 | Telecon with Seaport (R. Bringewatt) , Trustee R.Davis and LSE re UCBI bids |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Murray, Marti P. | 2/25/2014 | 0.50 | $795.00 | $397.50 | Telecon with Seaport (R. Bringewatt) , Trustee R. Davis and LSE re UCBI bids |
| Polkowitz, Gary | 2/25/2014 | 0.70 | $550.00 | $385.00 | Update from M. Murray |
| Bhavaraju, Karthik | 2/25/2014 | 1.30 | $425.00 | $552.50 | Complete analysis of ███████████ |
| Bhavaraju, Karthik | 2/25/2014 | 0.60 | $425.00 | $255.00 | Conference call with R. Davis, Seaport (R. Bridgewatt), M. Luskin and M. Murray |
| Bhavaraju, Karthik | 2/25/2014 | 0.20 | $425.00 | $85.00 | Discussion of UCBI ████████ M. Murray |
| Hejsek, Pavel | 2/25/2014 | 1.70 | $275.00 | $467.50 | Assembled with M. Murray ████████ |
| Hejsek, Pavel | 2/25/2014 | 0.80 | $275.00 | $220.00 | Reviewed UCBI auction bids |
| Hejsek, Pavel | 2/25/2014 | 0.50 | $275.00 | $137.50 | Reviewed ████████ of UCBI bids' terms |
| Hejsek, Pavel | 2/25/2014 | 0.60 | $275.00 | $165.00 | Call with R. Davis, M. Luskin, ████████; J. Sussman, M. Murray |
| Murray, Marti P. | 2/26/2014 | 0.60 | $795.00 | $477.00 | Email exchanges with Trustee R. Davis re UCBI bids |
| Murray, Marti P. | 2/26/2014 | 0.30 | $795.00 | $238.50 | Telecon with Trustee R. Davis  and M. Luskin re UCBI bids |
| Murray, Marti P. | 2/26/2014 | 0.20 | $795.00 | $159.00 | Update on UCBI warrant bids |
| Murray, Marti P. | 2/26/2014 | 0.30 | $795.00 | $238.50 | Telecon with Seaport (R. Bringewatt)  re UCBI bids |
| Polkowitz, Gary | 2/26/2014 | 0.30 | $550.00 | $165.00 | Discussion with M. Murray on UCBI |
| Bhavaraju, Karthik | 2/26/2014 | 2.20 | $425.00 | $935.00 | ████████████████ |
| Murray, Marti P. | 2/27/2014 | 3.00 | $795.00 | $2,385.00 | Meeting with Trustee R. Davis and M. Luskin |
| Murray, Marti P. | 2/27/2014 | 0.30 | $795.00 | $238.50 | Telecon with Seaport (R. Bringewatt) |
| Murray, Marti P. | 2/27/2014 | 0.30 | $795.00 | $238.50 | Telecon with Trustee R. Davis , Seaport and M. Luskin |
| Murray, Marti P. | 2/27/2014 | 0.30 | $795.00 | $238.50 | Telecon with Seaport, Trustee R. Davis and LSE |
| Polkowitz, Gary | 2/27/2014 | 0.40 | $550.00 | $220.00 | Discussions with R. Davis and M. Luskin on UCBI |
| Polkowitz, Gary | 2/27/2014 | 1.00 | $550.00 | $550.00 | Discussions with M. Murray on UCBI |
| Bhavaraju, Karthik | 2/27/2014 | 1.40 | $425.00 | $595.00 | ████████████ |
| Bhavaraju, Karthik | 2/27/2014 | 0.30 | $425.00 | $127.50 | ████████████ |
| Hejsek, Pavel | 2/27/2014 | 2.80 | $275.00 | $770.00 | Followed updates ████████ |
| Polkowitz, Gary | 2/28/2014 | 0.40 | $550.00 | $220.00 | Discussions with M. Murray on UCBI and sale process |

Goldin Associates, L.L.C.
Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 2/28/2014 | 2.20 | $425.00 | $935.00 | |
| Hejsek, Pavel | 2/28/2014 | 0.70 | $275.00 | $192.50 | |

Total: 01 Asset management, valuations and liquidation of assets
71.20              $35,281.50

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 02 Forensic review and investigation |
| Polkowitz, Gary | 2/1/2014 | 0.30 | $550.00 | $165.00 | Read and reviewed correspondence |
| Polkowitz, Gary | 2/1/2014 | 0.70 | $550.00 | $385.00 | Read and reviewed documents related |
| Hejsek, Pavel | 2/1/2014 | 0.40 | $275.00 | $110.00 | Gathered data and responses for G. Polkowitz for purposes of providing the Trustee with data related |
| Polkowitz, Gary | 2/3/2014 | 0.20 | $550.00 | $110.00 | Discussion with P. Hejsek on |
| Polkowitz, Gary | 2/3/2014 | 0.60 | $550.00 | $330.00 | |
| Polkowitz, Gary | 2/3/2014 | 0.20 | $550.00 | $110.00 | Discussion with R. Davis on Soundview |
| Bhavaraju, Karthik | 2/3/2014 | 2.50 | $425.00 | $1,062.50 | Prepared draft outline and summary |
| Bhavaraju, Karthik | 2/3/2014 | 1.30 | $425.00 | $552.50 | Review disclosure statement to assess key issues |
| Hejsek, Pavel | 2/3/2014 | 0.80 | $275.00 | $220.00 | Reconciled available data |
| Hejsek, Pavel | 2/3/2014 | 1.30 | $275.00 | $357.50 | Performed edits |
| Polkowitz, Gary | 2/4/2014 | 0.30 | $550.00 | $165.00 | Discussion with P. Hejsek |
| Polkowitz, Gary | 2/4/2014 | 1.60 | $550.00 | $880.00 | Read and reviewed |
| Bhavaraju, Karthik | 2/4/2014 | 3.50 | $425.00 | $1,487.50 | Prepared draft outline and summary of key points |
| Bhavaraju, Karthik | 2/4/2014 | 1.40 | $425.00 | $595.00 | Review disclosure statement |
| Bhavaraju, Karthik | 2/4/2014 | 3.40 | $425.00 | $1,445.00 | Gathered supporting documents in support |
| Bhavaraju, Karthik | 2/4/2014 | 0.40 | $425.00 | $170.00 | Meeting with P. Hejsek |
| Hejsek, Pavel | 2/4/2014 | 3.20 | $275.00 | $880.00 | Assisted in compiling a list of key issues |
| Hejsek, Pavel | 2/4/2014 | 1.40 | $275.00 | $385.00 | Reconciled the |
| Hejsek, Pavel | 2/4/2014 | 0.40 | $275.00 | $110.00 | Met with K. Bhavaraju to discuss |
| Hejsek, Pavel | 2/4/2014 | 0.50 | $275.00 | $137.50 | Revised the |
| Hejsek, Pavel | 2/4/2014 | 0.30 | $275.00 | $82.50 | Discussed with G. Polkowitz |
| Hejsek, Pavel | 2/4/2014 | 0.10 | $275.00 | $27.50 | Assembled the Schedule |

Goldin Associates, L.L.C.
Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 2/4/2014 | 1.20 | $275.00 | $330.00 | Conducted research to ████████ |
| Polkowitz, Gary | 2/5/2014 | 0.40 | $550.00 | $220.00 | Review analysis related ████████ |
| Bhavaraju, Karthik | 2/5/2014 | 2.30 | $425.00 | $977.50 | Researched and finalized list of evidentiary emails ████ |
| Bhavaraju, Karthik | 2/5/2014 | 2.30 | $425.00 | $977.50 | Gathered supporting documents ██ |
| Bhavaraju, Karthik | 2/5/2014 | 0.50 | $425.00 | $212.50 | Review valuation analyses ████ P. Hejsek |
| Hejsek, Pavel | 2/5/2014 | 0.50 | $275.00 | $137.50 | Analyzed data ████ |
| Hejsek, Pavel | 2/5/2014 | 3.40 | $275.00 | $935.00 | Compiled data ████ |
| Hejsek, Pavel | 2/5/2014 | 2.20 | $275.00 | $605.00 | Compiled materials ████ |
| Hejsek, Pavel | 2/5/2014 | 0.30 | $275.00 | $82.50 | Summarized data sent ████ |
| Murray, Marti P. | 2/6/2014 | 1.70 | $795.00 | $1,351.50 | Met with P.Hejsek and K. Bhavaraju to discuss ████ |
| Bhavaraju, Karthik | 2/6/2014 | 0.90 | $425.00 | $382.50 | Reviewed analysis prepared by P. Hejsek ████ |
| Bhavaraju, Karthik | 2/6/2014 | 1.80 | $425.00 | $765.00 | Meeting with M. Murray and P. Hejsek to discuss ████ |
| Bhavaraju, Karthik | 2/6/2014 | 2.20 | $425.00 | $935.00 | Reviewed detailed ████ |
| Bhavaraju, Karthik | 2/6/2014 | 1.10 | $425.00 | $467.50 | Prepared ████ |
| Bhavaraju, Karthik | 2/6/2014 | 2.20 | $425.00 | $935.00 | Assembled a summary analysis ████ |
| Bhavaraju, Karthik | 2/6/2014 | 0.30 | $425.00 | $127.50 | Reviewed analysis ████ by P. Hejsek |
| Bhavaraju, Karthik | 2/6/2014 | 1.40 | $425.00 | $595.00 | Prepared and reviewed ████ |
| Hejsek, Pavel | 2/6/2014 | 0.60 | $275.00 | $165.00 | Call with R. Davis, R. MacMahon, L. Kitching, G. Polkowitz to ████ |
| Hejsek, Pavel | 2/6/2014 | 0.50 | $275.00 | $137.50 | Met with G. Polkowitz to ████ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 2/6/2014 | 1.40 | $275.00 | $385.00 | Compiled an analysis evaluating ███ |
| Hejsek, Pavel | 2/6/2014 | 2.20 | $275.00 | $605.00 | Assembled a summary analysis ███ |
| Hejsek, Pavel | 2/6/2014 | 3.30 | $275.00 | $907.50 | Compiled an analysis ███ |
| Hejsek, Pavel | 2/6/2014 | 0.60 | $275.00 | $165.00 | Revised the ███ |
| Hejsek, Pavel | 2/6/2014 | 1.70 | $275.00 | $467.50 | Met with M. Murray and K. Bhavaraju to discuss ███ |
| Murray, Marti P. | 2/7/2014 | 1.50 | $795.00 | $1,192.50 | Participated in a meeting with J. Gross, R. Davis, P. Hejsek, G. Polkowitz, K. Bhavaraju, A. Chakabva ███ |
| Murray, Marti P. | 2/7/2014 | 0.50 | $795.00 | $397.50 | Met with P. Hejsek to ███ |
| Polkowitz, Gary | 2/7/2014 | 0.30 | $550.00 | $165.00 | Discussion with A. Chakabva and K. Bhavaraju ███ |
| Bhavaraju, Karthik | 2/7/2014 | 0.50 | $425.00 | $212.50 | Meeting with M. Murray and P. Hejsek to discuss ███ |
| Bhavaraju, Karthik | 2/7/2014 | 2.60 | $425.00 | $1,105.00 | Meeting with N. Coyne to prepare backup materials ███ |
| Bhavaraju, Karthik | 2/7/2014 | 1.70 | $425.00 | $722.50 | Finalize outline of ███ |
| Bhavaraju, Karthik | 2/7/2014 | 1.20 | $425.00 | $510.00 | Review backup material prepared by N. Coyne ███ |
| Bhavaraju, Karthik | 2/7/2014 | 1.70 | $425.00 | $722.50 | Meeting with J. Gross, R. Davis, M. Murray, P. Hejsek, A. Chakabva ███ |
| Hejsek, Pavel | 2/7/2014 | 0.50 | $275.00 | $137.50 | Met with M. Murray to discuss the analysis ███ |
| Hejsek, Pavel | 2/7/2014 | 1.10 | $275.00 | $302.50 | Revised the analysis ███ |
| Hejsek, Pavel | 2/7/2014 | 0.40 | $275.00 | $110.00 | Revised the analysis ███ |

Goldin Associates, L.L.C.
Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 2/7/2014 | 1.50 | $275.00 | $412.50 | Participated in a meeting with J. Gross, R. Davis, M. Murray, K. Bhavaraju, A. Chakabva ███████████ |
| Hejsek, Pavel | 2/7/2014 | 2.30 | $275.00 | $632.50 | Prepared a summary of each topic ███ |
| Coyne, Nicole | 2/7/2014 | 3.50 | $225.00 | $787.50 | Compiled and organized documents ███ |
| Murray, Marti P. | 2/9/2014 | 2.00 | $795.00 | $1,590.00 | Preparation for meeting ████ |
| Hejsek, Pavel | 2/9/2014 | 1.60 | $275.00 | $440.00 | Reviewed and edited the summary ███ |
| Murray, Marti P. | 2/10/2014 | 1.30 | $795.00 | $1,033.50 | Reviewed with P. Hejsek and K. Bhavaraju ███ |
| Murray, Marti P. | 2/10/2014 | 0.50 | $795.00 | $397.50 | Preparation for ███ |
| Murray, Marti P. | 2/10/2014 | 2.20 | $795.00 | $1,749.00 | Reviewed with P. Hejsek and K. Bhavaraju ███ |
| Polkowitz, Gary | 2/10/2014 | 1.00 | $550.00 | $550.00 | Discussion with M. Murray, K. Bhavaraju and P. Hejsek ███ |
| Polkowitz, Gary | 2/10/2014 | 1.10 | $550.00 | $605.00 | Preparation for meeting ███ |
| Bhavaraju, Karthik | 2/10/2014 | 0.30 | $425.00 | $127.50 | Meeting with M. Murray, G. Polkowitz and P. Hejsek to discuss ███ |
| Bhavaraju, Karthik | 2/10/2014 | 3.50 | $425.00 | $1,487.50 | Email search for ███ |
| Bhavaraju, Karthik | 2/10/2014 | 0.50 | $425.00 | $212.50 | Review certain ███ |
| Bhavaraju, Karthik | 2/10/2014 | 0.30 | $425.00 | $127.50 | Review ███ |
| Bhavaraju, Karthik | 2/10/2014 | 3.50 | $425.00 | $1,487.50 | ███ |
| Hejsek, Pavel | 2/10/2014 | 3.50 | $275.00 | $962.50 | ███ |
| Hejsek, Pavel | 2/10/2014 | 2.20 | $275.00 | $605.00 | Reviewed with M. Murray and K. Bhavaraju ███ |
| Hejsek, Pavel | 2/10/2014 | 1.30 | $275.00 | $357.50 | Reviewed with M. Murray and K. Bhavaraju ███ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 2/10/2014 | 0.90 | $275.00 | $247.50 | Assembled data focused |
| Murray, Marti P. | 2/11/2014 | 0.40 | $795.00 | $318.00 | Met with P. Hejsek, G. Polkowitz, K. Bhavaraju |
| Murray, Marti P. | 2/11/2014 | 0.60 | $795.00 | $477.00 | Discussed with P. Hejsek |
| Polkowitz, Gary | 2/11/2014 | 0.60 | $550.00 | $330.00 | Discussion with M. Murray, K. Bhavaraju and P. Hejsek |
| Polkowitz, Gary | 2/11/2014 | 2.80 | $550.00 | $1,540.00 | Review various emails |
| Polkowitz, Gary | 2/11/2014 | 0.30 | $550.00 | $165.00 | Review |
| Polkowitz, Gary | 2/11/2014 | 0.80 | $550.00 | $440.00 | Review |
| Bhavaraju, Karthik | 2/11/2014 | 2.20 | $425.00 | $935.00 | Review research |
| Bhavaraju, Karthik | 2/11/2014 | 0.70 | $425.00 | $297.50 | Meeting with M. Murray, G. Polkowitz and P. Hejsek |
| Bhavaraju, Karthik | 2/11/2014 | 3.30 | $425.00 | $1,402.50 | Review |
| Hejsek, Pavel | 2/11/2014 | 0.60 | $275.00 | $165.00 | Discussed with M. Murray |
| Hejsek, Pavel | 2/11/2014 | 0.40 | $275.00 | $110.00 | Met with M. Murray, G. Polkowitz, K. Bhavaraju |
| Hejsek, Pavel | 2/11/2014 | 3.10 | $275.00 | $852.50 | Compiled an analysis |
| Hejsek, Pavel | 2/11/2014 | 0.70 | $275.00 | $192.50 | Performed edits |
| Polkowitz, Gary | 2/12/2014 | 0.20 | $550.00 | $110.00 | Read and reviewed |
| Polkowitz, Gary | 2/12/2014 | 1.20 | $550.00 | $660.00 | Review documents |
| Polkowitz, Gary | 2/12/2014 | 0.10 | $550.00 | $55.00 | Read correspondence related |
| Polkowitz, Gary | 2/12/2014 | 0.40 | $550.00 | $220.00 | Discussions with K. Bhavaraju and P. Hejsek |
| Bhavaraju, Karthik | 2/12/2014 | 0.80 | $425.00 | $340.00 | Meeting with N. Coyne to |
| Bhavaraju, Karthik | 2/12/2014 | 0.60 | $425.00 | $255.00 | Prepare list of |
| Bhavaraju, Karthik | 2/12/2014 | 0.50 | $425.00 | $212.50 | Reviewed |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 2/12/2014 | 2.40 | $425.00 | $1,020.00 | Search and review |
| Hejsek, Pavel | 2/12/2014 | 0.80 | $275.00 | $220.00 | Reviewed the analysis |
| Hejsek, Pavel | 2/12/2014 | 0.90 | $275.00 | $247.50 | Performed adjustments |
| Hejsek, Pavel | 2/12/2014 | 2.30 | $275.00 | $632.50 | Assembled documents |
| Hejsek, Pavel | 2/12/2014 | 0.40 | $275.00 | $110.00 | Drafted an email |
| Hejsek, Pavel | 2/12/2014 | 1.80 | $275.00 | $495.00 | Prepared analysis |
| Hejsek, Pavel | 2/12/2014 | 0.50 | $275.00 | $137.50 | Discussed with G. Polkowitz |
| Coyne, Nicole | 2/12/2014 | 0.50 | $225.00 | $112.50 | Searched |
| Coyne, Nicole | 2/12/2014 | 0.30 | $225.00 | $67.50 | Pulled emails |
| Coyne, Nicole | 2/12/2014 | 2.50 | $225.00 | $562.50 | Conducted research |
| Murray, Marti P. | 2/13/2014 | 0.40 | $795.00 | $318.00 | Review of |
| Polkowitz, Gary | 2/13/2014 | 0.40 | $550.00 | $220.00 | Read and reviewed correspondence on |
| Polkowitz, Gary | 2/13/2014 | 1.80 | $550.00 | $990.00 | Preparation and review of |
| Polkowitz, Gary | 2/13/2014 | 0.40 | $550.00 | $220.00 | Review of |
| Polkowitz, Gary | 2/13/2014 | 0.80 | $550.00 | $440.00 | Review of analysis from |
| Bhavaraju, Karthik | 2/13/2014 | 1.50 | $425.00 | $637.50 | Review certain |
| Hejsek, Pavel | 2/13/2014 | 1.70 | $275.00 | $467.50 | Reviewed resolutions and correspondence |
| Hejsek, Pavel | 2/13/2014 | 1.40 | $275.00 | $385.00 | Reviewed |

Goldin Associates, L.L.C.

Fletcher                                                                                    Page    11

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 2/13/2014 | 1.80 | $275.00 | $495.00 | Researched and reviewed |
| Hejsek, Pavel | 2/13/2014 | 1.20 | $275.00 | $330.00 | Performed revisions of |
| Hejsek, Pavel | 2/13/2014 | 0.40 | $275.00 | $110.00 | Discussed with M. Murray and G. Polkowitz |
| Coyne, Nicole | 2/13/2014 | 1.20 | $225.00 | $270.00 | Continued to research |
| Polkowitz, Gary | 2/14/2014 | 0.30 | $550.00 | $165.00 | Read and reviewed correspondence |
| Polkowitz, Gary | 2/14/2014 | 1.00 | $550.00 | $550.00 | Read and reviewed |
| Polkowitz, Gary | 2/14/2014 | 0.40 | $550.00 | $220.00 | Discussion with K. Bhavaraju on |
| Bhavaraju, Karthik | 2/14/2014 | 0.90 | $425.00 | $382.50 | Prepare |
| Hejsek, Pavel | 2/14/2014 | 0.70 | $275.00 | $192.50 | |
| Hejsek, Pavel | 2/14/2014 | 2.30 | $275.00 | $632.50 | Reviewed with G. Polkowitz |
| Hejsek, Pavel | 2/14/2014 | 2.80 | $275.00 | $770.00 | Performed research and analysis |
| Hejsek, Pavel | 2/14/2014 | 0.70 | $275.00 | $192.50 | Compiled a summary |
| Bhavaraju, Karthik | 2/18/2014 | 0.60 | $425.00 | $255.00 | Discuss G. Polkowitz |
| Bhavaraju, Karthik | 2/18/2014 | 0.70 | $425.00 | $297.50 | Prepare |
| Polkowitz, Gary | 2/19/2014 | 0.70 | $550.00 | $385.00 | Discussions with K. Bhavaraju and P. Hejsek |
| Polkowitz, Gary | 2/19/2014 | 0.40 | $550.00 | $220.00 | Discussion with P. Hejsek on |
| Polkowitz, Gary | 2/19/2014 | 0.40 | $550.00 | $220.00 | Discussions with S Hornung |
| Bhavaraju, Karthik | 2/19/2014 | 1.20 | $425.00 | $510.00 | Research and respond to questions from R. Davis about |
| Bhavaraju, Karthik | 2/19/2014 | 1.30 | $425.00 | $552.50 | Prepare budget updates for |

Goldin Associates, L.L.C.
Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 2/19/2014 | 3.40 | $275.00 | $935.00 | |
| Hejsek, Pavel | 2/19/2014 | 0.40 | $275.00 | $110.00 | Met with G. Polkowitz and K. Bhavaraju |
| Hejsek, Pavel | 2/19/2014 | 0.60 | $275.00 | $165.00 | Met with K. Bhavaraju to |
| Hejsek, Pavel | 2/19/2014 | 0.70 | $275.00 | $192.50 | Call with S. Hornung, G. Polkowitz, K. Bhavaraju to |
| Hejsek, Pavel | 2/20/2014 | 0.30 | $275.00 | $82.50 | Discussed the |
| Hejsek, Pavel | 2/24/2014 | 0.80 | $275.00 | $220.00 | Reconciled |
| Polkowitz, Gary | 2/25/2014 | 0.40 | $550.00 | $220.00 | Discussion with K. Bhavaraju |
| Polkowitz, Gary | 2/25/2014 | 0.20 | $550.00 | $110.00 | Call with R. Davis |
| Bhavaraju, Karthik | 2/25/2014 | 0.70 | $425.00 | $297.50 | Review with M. Murray and P. Hejsek |
| Hejsek, Pavel | 2/25/2014 | 2.70 | $275.00 | $742.50 | Reconciled |
| Polkowitz, Gary | 2/26/2014 | 0.40 | $550.00 | $220.00 | Discussion with M. Murray and K. Bhavaraju |
| Polkowitz, Gary | 2/26/2014 | 0.60 | $550.00 | $330.00 | |
| Polkowitz, Gary | 2/26/2014 | 0.30 | $550.00 | $165.00 | Discussion with S. Hornung and P. Hejsek |
| Bhavaraju, Karthik | 2/26/2014 | 1.00 | $425.00 | $425.00 | Meeting with G. Polkowitz and A. Chakabva |
| Bhavaraju, Karthik | 2/26/2014 | 0.60 | $425.00 | $255.00 | Review |
| Hejsek, Pavel | 2/26/2014 | 0.40 | $275.00 | $110.00 | Met with G. Polkowitz, K. Bhavaraju, A. Chakabva |
| Hejsek, Pavel | 2/26/2014 | 0.30 | $275.00 | $82.50 | Discussed with S. Hornung and G. Polkowitz |
| Hejsek, Pavel | 2/26/2014 | 0.40 | $275.00 | $110.00 | Discussed with K. Bhavaraju |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Polkowitz, Gary | 2/27/2014 | 1.50 | $550.00 | $825.00 | Attended meeting with R. Davis, M. Luskin, M. Murray ████████████████ |
| Polkowitz, Gary | 2/28/2014 | 2.70 | $550.00 | $1,485.00 | Performed ████ |
| Bhavaraju, Karthik | 2/28/2014 | 1.20 | $425.00 | $510.00 | Review certain terms ████████████ |
| Bhavaraju, Karthik | 2/28/2014 | 0.40 | $425.00 | $170.00 | Meeting with P. Hejsek ████████ |
| Hejsek, Pavel | 2/28/2014 | 2.20 | $275.00 | $605.00 | Reviewed documents ████ |
| Hejsek, Pavel | 2/28/2014 | 0.70 | $275.00 | $192.50 | Compiled support documents ████████ |

Total: 02 Forensic review and investigation

187.80          $73,697.00

Goldin Associates, L.L.C.

Fletcher                                                                    Page    14

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 04 Monthly operating reports | | | | | |
| Polkowitz, Gary | 2/25/2014 | 0.30 | $550.00 | $165.00 | Discussion with A. Chakabva on January 2014 MOR |
| Chakabva, Alois | 2/25/2014 | 0.30 | $400.00 | $120.00 | Discussions with G. Polkowitz re: January 2014 MOR |
| Polkowitz, Gary | 2/26/2014 | 0.40 | $550.00 | $220.00 | Review and comment on draft January 2014 MOR |
| Polkowitz, Gary | 2/26/2014 | 0.40 | $550.00 | $220.00 | Discussion with A. Chakabva on draft January 2014 MOR |
| Chakabva, Alois | 2/26/2014 | 0.40 | $400.00 | $160.00 | Discussions with G. Polkowitz re: January 2014 MOR |
| Chakabva, Alois | 2/26/2014 | 3.50 | $400.00 | $1,400.00 | Preparation of January 2014 MOR |
| Chakabva, Alois | 2/27/2014 | 4.00 | $400.00 | $1,600.00 | Preparation of January 2014 MOR |

Total: 04 Monthly operating reports

|  |  | 9.30 |  | $3,885.00 |  |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 05 Administration, meetings, calls | | | | | |
| Polkowitz, Gary | 2/4/2014 | 0.10 | $550.00 | $55.00 | Call with R. Davis and P. Hejsek ▮▮▮▮▮▮▮ |
| Polkowitz, Gary | 2/4/2014 | 0.20 | $550.00 | $110.00 | Coordinate call with R. McMahon (E&Y JOL) and L. Kitching (E&Y) ▮▮ |
| Murray, Marti P. | 2/5/2014 | 0.20 | $795.00 | $159.00 | Recap of DSS meeting for Trustee R. Davis |
| Polkowitz, Gary | 2/5/2014 | 0.20 | $550.00 | $110.00 | Discussion with M. Murray on various case matters |
| Hejsek, Pavel | 2/5/2014 | 0.60 | $275.00 | $165.00 | Updated Disclosure Statement backup files |
| Polkowitz, Gary | 2/6/2014 | 0.60 | $550.00 | $330.00 | Call with R. Davis, R. McMahon, L. Kitching and P. Hejsek ▮▮▮▮▮▮ |
| Hejsek, Pavel | 2/7/2014 | 1.20 | $275.00 | $330.00 | Compiled a package of materials to deliver to M. Murray in preparation for a meeting with the Trustee on 2/10/2014 |
| Murray, Marti P. | 2/10/2014 | 3.50 | $795.00 | $2,782.50 | ▮▮▮▮▮▮▮▮▮▮ |
| Polkowitz, Gary | 2/10/2014 | 0.40 | $550.00 | $220.00 | Case administration |
| Polkowitz, Gary | 2/10/2014 | 0.30 | $550.00 | $165.00 | Discussion with R. Davis and M. Murray |
| Polkowitz, Gary | 2/10/2014 | 0.60 | $550.00 | $330.00 | ▮▮▮▮▮▮▮▮▮▮ |
| Polkowitz, Gary | 2/10/2014 | 3.20 | $550.00 | $1,760.00 | ▮▮▮▮▮▮▮▮▮▮ |
| Bhavaraju, Karthik | 2/10/2014 | 0.60 | $425.00 | $255.00 | Case administration |
| Hejsek, Pavel | 2/10/2014 | 0.80 | $275.00 | $220.00 | ▮▮▮▮▮▮▮▮▮ |
| Coyne, Nicole | 2/10/2014 | 0.60 | $225.00 | $135.00 | Assembled package of disc and additional materials to send to L. Chapman. |
| Polkowitz, Gary | 2/11/2014 | 0.10 | $550.00 | $55.00 | Call with S. Smith on WieserMazars' |
| Polkowitz, Gary | 2/11/2014 | 0.20 | $550.00 | $110.00 | Call with S. Hornung on WieserMazars' |
| Polkowitz, Gary | 2/12/2014 | 0.60 | $550.00 | $330.00 | Discussions with P. Hejsek ▮▮▮▮▮ |
| Polkowitz, Gary | 2/13/2014 | 0.40 | $550.00 | $220.00 | Case administration |
| Bhavaraju, Karthik | 2/18/2014 | 0.60 | $425.00 | $255.00 | General case administration |
| Coyne, Nicole | 2/18/2014 | 0.50 | $225.00 | $112.50 | Updated matrix of documents received. |
| Bhavaraju, Karthik | 2/19/2014 | 0.30 | $425.00 | $127.50 | Conference call with M. Murray, G. Polkowitz and P. Hejsek ▮▮▮▮▮▮ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 2/19/2014 | 0.30 | $425.00 | $127.50 | Discuss with G. Polkowitz of proposed responses to questions from R. Davis |
| Bhavaraju, Karthik | 2/19/2014 | 0.60 | $425.00 | $255.00 | Conference call with G. Polkowitz, S. Hornung, and P. Hejsek ███████ |
| Hejsek, Pavel | 2/19/2014 | 0.20 | $275.00 | $55.00 | Participated on a call with R. Davis and G. Polkowitz ██████ |
| Hejsek, Pavel | 2/19/2014 | 0.50 | $275.00 | $137.50 | Reviewed S. Turner's objection to the plan |
| Murray, Marti P. | 2/20/2014 | 0.20 | $795.00 | $159.00 | Call with R. Davis, P. Hejsek, G. Polkowitz to discuss a meeting with Kinetics focused ████ |
| Hejsek, Pavel | 2/20/2014 | 0.20 | $275.00 | $55.00 | Call with R. Davis, M. Murray, G. Polkowitz to discuss a meeting with Kinetics ████ |
| Hejsek, Pavel | 2/20/2014 | 0.30 | $275.00 | $82.50 | Discussed with G. Polkowitz the ████ |
| Hejsek, Pavel | 2/24/2014 | 0.60 | $275.00 | $165.00 | Discussed with K. Bhavaraju ████ |
| Polkowitz, Gary | 2/25/2014 | 0.20 | $550.00 | $110.00 | Discussion with A. Chakabva on case status |
| Polkowitz, Gary | 2/25/2014 | 0.10 | $550.00 | $55.00 | Call with S. Hornung on case update |
| Polkowitz, Gary | 2/25/2014 | 0.40 | $550.00 | $220.00 | ████ with A. Chakabva and P. Hejsek |
| Chakabva, Alois | 2/25/2014 | 0.20 | $400.00 | $80.00 | Discussions with G. Polkowitz re: case status |
| Murray, Marti P. | 2/26/2014 | 0.30 | $795.00 | $238.50 | Telecon with Seaport (R. Bringewatt) re Summary Stats |
| Polkowitz, Gary | 2/26/2014 | 0.50 | $550.00 | $275.00 | Meeting with A. Chakabva, K. Bhavaraju and P. Hejsek ████ |
| Bhavaraju, Karthik | 2/26/2014 | 0.60 | $425.00 | $255.00 | Meeting with G. Polkowitz, A. Chakabva and P. Hejsek ████ |
| Polkowitz, Gary | 2/27/2014 | 0.40 | $550.00 | $220.00 | Discussions with S. Hornung on various case matters |

Total: 05 Administration, meetings, calls

21.40                    $10,826.50

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 06 Litigation | | | | | |
| Polkowitz, Gary | 2/3/2014 | 2.30 | $550.00 | $1,265.00 | Draft outline ██████████████████ |
| Polkowitz, Gary | 2/3/2014 | 1.20 | $550.00 | $660.00 | Review of documents ███████████████ |
| Chakabva, Alois | 2/3/2014 | 1.20 | $400.00 | $480.00 | Discussions with G. Polkowitz ██ ██ |
| Chakabva, Alois | 2/4/2014 | 6.40 | $400.00 | $2,560.00 | Preparation of presentation for meeting with R. Davis and Reid Collins with G. Polkowitz |
| Chakabva, Alois | 2/4/2014 | 0.50 | $400.00 | $200.00 | Discussions with G. Polkowitz ██ |
| Polkowitz, Gary | 2/5/2014 | 2.00 | $550.00 | $1,100.00 | Read, reviewed and comment ██ |
| Polkowitz, Gary | 2/5/2014 | 1.80 | $550.00 | $990.00 | Preparation for ██████████████ |
| Polkowitz, Gary | 2/5/2014 | 0.60 | $550.00 | $330.00 | Discussion with A. Chakabva █████████ |
| Polkowitz, Gary | 2/5/2014 | 0.30 | $550.00 | $165.00 | Discussion with K. Bhavaraju ████████ |
| Bhavaraju, Karthik | 2/5/2014 | 1.60 | $425.00 | $680.00 | Reviewed ███████████████ |
| Chakabva, Alois | 2/5/2014 | 0.50 | $400.00 | $200.00 | Discussions with G. Polkowitz ██ ██ |
| Chakabva, Alois | 2/5/2014 | 6.20 | $400.00 | $2,480.00 | Preparation of presentation for meeting with R. Davis and Reid Collins with G. Polkowitz |
| Polkowitz, Gary | 2/6/2014 | 1.90 | $550.00 | $1,045.00 | Read, reviewed and commented on |
| Polkowitz, Gary | 2/6/2014 | 1.20 | $550.00 | $660.00 | Review of ████████████████ |
| Polkowitz, Gary | 2/6/2014 | 0.80 | $550.00 | $440.00 | Discussions with A. Chakabva ██ |
| Polkowitz, Gary | 2/6/2014 | 0.50 | $550.00 | $275.00 | Read and reviewed ████████████ |
| Polkowitz, Gary | 2/6/2014 | 0.30 | $550.00 | $165.00 | Call with R. Davis and A. Chakabva █ |
| Chakabva, Alois | 2/6/2014 | 7.10 | $400.00 | $2,840.00 | Preparation of presentation for meeting with R.Davis and Reid Collins with G. Polkowitz |
| Chakabva, Alois | 2/6/2014 | 1.20 | $400.00 | $480.00 | Discussions with G. Polkowitz █ |
| Polkowitz, Gary | 2/7/2014 | 1.00 | $550.00 | $550.00 | Discussions with A. Chakabva ████ |
| Polkowitz, Gary | 2/7/2014 | 1.00 | $550.00 | $550.00 | Preparation for ██████████ |
| Polkowitz, Gary | 2/7/2014 | 1.70 | $550.00 | $935.00 | Read, reviewed and comment █████ |
| Polkowitz, Gary | 2/7/2014 | 3.00 | $550.00 | $1,650.00 | Meeting with R. Davis, R. Fleishman and  J. Gross of Reid Collins Tsai and A. Chakabva |
| Polkowitz, Gary | 2/7/2014 | 0.50 | $550.00 | $275.00 | Gathered requested documents for Reid Collins & Tsai |
| Polkowitz, Gary | 2/7/2014 | 0.80 | $550.00 | $440.00 | Read and reviewed █████████████ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 2/7/2014 | 0.30 | $425.00 | $127.50 | Prepare and review various ██████████████ ████████████ G. Polkowitz and A. Chakabva |
| Chakabva, Alois | 2/7/2014 | 1.00 | $400.00 | $400.00 | Discussions with G. Polkowitz ██ |
| Chakabva, Alois | 2/7/2014 | 3.00 | $400.00 | $1,200.00 | Meeting with R. Davis and R. Fleishman and J. Gross with G. Polkowitz |
| Chakabva, Alois | 2/7/2014 | 4.10 | $400.00 | $1,640.00 | Preparation for meeting with R. Davis and Reid Collins with G. Polkowitz |
| Bhavaraju, Karthik | 2/24/2014 | 0.30 | $425.00 | $127.50 | Discuss ███████████████████ with P. Hejsek |
| Bhavaraju, Karthik | 2/24/2014 | 0.40 | $425.00 | $170.00 | Review and ████████████████████ |
| Bhavaraju, Karthik | 2/25/2014 | 0.50 | $425.00 | $212.50 | Research status ██████████████████ ██████████ from J. Gross at Reid Collins |
| Bhavaraju, Karthik | 2/25/2014 | 0.50 | $425.00 | $212.50 | Call with J. Gross of Reid Collins to ████████████████████ |
| Polkowitz, Gary | 2/26/2014 | 0.40 | $550.00 | $220.00 | Discussion with P. Hejsek on ███████ |
| Bhavaraju, Karthik | 2/26/2014 | 1.30 | $425.00 | $552.50 | Review certain ████████████████████ |
| Bhavaraju, Karthik | 2/26/2014 | 0.90 | $425.00 | $382.50 | Discuss ████████████████████████ |
| Chakabva, Alois | 2/26/2014 | 0.50 | $400.00 | $200.00 | Meeting with G. Polkowitz, K. Bhavaraju and P. Hejsek ████████ |
| Polkowitz, Gary | 2/27/2014 | 0.70 | $550.00 | $385.00 | Discussions with A. Chakabva and K. Bhavaraju on █████████ |
| Polkowitz, Gary | 2/27/2014 | 0.60 | $550.00 | $330.00 | Review ████████████████ |
| Chakabva, Alois | 2/27/2014 | 0.80 | $400.00 | $320.00 | Meeting with G. Polkowitz ████████ |
| Hejsek, Pavel | 2/27/2014 | 0.60 | $275.00 | $165.00 | Assembled data ████████████████ |
| Polkowitz, Gary | 2/28/2014 | 0.90 | $550.00 | $495.00 | Discussions with A. Chakabva ██████ |
| Polkowitz, Gary | 2/28/2014 | 1.30 | $550.00 | $715.00 | Review of ████████ |
| Chakabva, Alois | 2/28/2014 | 6.50 | $400.00 | $2,600.00 | Research and prepare █████████ |
| Chakabva, Alois | 2/28/2014 | 1.00 | $400.00 | $400.00 | Meeting with G. Polkowitz █████ |

Total: 06 Litigation

|  |  | 71.20 |  | $32,270.00 |  |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 07 Plan and disclosure statement | | | | | |
| Polkowitz, Gary | 2/19/2014 | 0.30 | $550.00 | $165.00 | Discussion with M. Murray about S. Turner objection to plan |
| Polkowitz, Gary | 2/19/2014 | 0.50 | $550.00 | $275.00 | Read and reviewed S. Turner objection to plan confirmation |
| Polkowitz, Gary | 2/19/2014 | 0.80 | $550.00 | $440.00 | ████████████████ |
| Bhavaraju, Karthik | 2/19/2014 | 1.30 | $425.00 | $552.50 | Review objection filed by S. Turner to disclosure statement and plan |
| Bhavaraju, Karthik | 2/19/2014 | 1.00 | $425.00 | $425.00 | ████████████████ |
| Polkowitz, Gary | 2/25/2014 | 0.20 | $550.00 | $110.00 | Discussion with M. Murray on plan confirmation |

Total: 07 Plan and disclosure statement

| | 4.10 | | | $1,967.50 | |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 08 Preparation of fee statements and applications | | | | | |
| Bhavaraju, Karthik | 2/24/2014 | 1.10 | $425.00 | $467.50 | Review and preparation of January 2014 monthly invoice for review by G. Polkowitz |
| Bhavaraju, Karthik | 2/26/2014 | 1.10 | $425.00 | $467.50 | Prepare January 2014 invoice |

Total: 08 Preparation of fee statements and applications

2.20                    $935.00

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 10 BRG Investments | | | | | |
| Polkowitz, Gary | 2/4/2014 | 0.10 | $550.00 | $55.00 | Read and reviewed and ███████ |
| Polkowitz, Gary | 2/11/2014 | 0.10 | $550.00 | $55.00 | Read correspondence ███████ |
| Polkowitz, Gary | 2/18/2014 | 0.40 | $550.00 | $220.00 | Review of ███████ |

Total: 10 BRG Investments

|  |  | 0.60 |  | $330.00 |  |

Goldin Associates, L.L.C.

Fletcher                                                                              Page    22

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 11 Intellitravel (Budget Travel) | | | | | |
| Polkowitz, Gary | 2/10/2014 | 0.30 | $550.00 | $165.00 | Received update on Budget Travel from J. Corneau of Kledstadt and Winters |
| Total: 11 Intellitravel (Budget Travel) | | | | | |
| | | 0.30 | | $165.00 | |

Goldin Associates, L.L.C.
Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Nickname 1: 13 Soundiew/Richcourt | | | | | |
| Polkowitz, Gary | 2/12/2014 | 0.20 | $550.00 | $110.00 | Discussion with M. Murray ███████ |
| Polkowitz, Gary | 2/12/2014 | 1.00 | $550.00 | $550.00 | Review documents and analysis on ████████ |
| Polkowitz, Gary | 2/13/2014 | 1.00 | $550.00 | $550.00 | Discussion with P. Hejsek ████████ |
| Polkowitz, Gary | 2/13/2014 | 1.20 | $550.00 | $660.00 | Preparation for meeting with ███████ |
| Polkowitz, Gary | 2/13/2014 | 0.40 | $550.00 | $220.00 | Call with M. Murray and P. Hejsek on |
| Polkowitz, Gary | 2/14/2014 | 0.30 | $550.00 | $165.00 | Call with M. Luskin, S. Hornung and P. Hejsek to ████ |
| Polkowitz, Gary | 2/14/2014 | 0.60 | $550.00 | $330.00 | Review latest ████████ |
| Polkowitz, Gary | 2/14/2014 | 0.80 | $550.00 | $440.00 | Discussion with P. Hejsek on ████████ |
| Hejsek, Pavel | 2/14/2014 | 0.40 | $275.00 | $110.00 | Assembled documents in preparation for a meeting with Jones Day, Kinetic, and Deborah Midanek |
| Hejsek, Pavel | 2/14/2014 | 0.60 | $275.00 | $165.00 | Call with M. Luskin, S. Hornung and G. Polkowitz to ████████ |
| Hejsek, Pavel | 2/17/2014 | 0.30 | $275.00 | $82.50 | Gathered copies and materials in preparation for a meeting with Deborah Midanek's counsel |
| Polkowitz, Gary | 2/18/2014 | 0.60 | $550.00 | $330.00 | Discussions with P. Hejsek ██ |
| Polkowitz, Gary | 2/18/2014 | 0.60 | $550.00 | $330.00 | Discussions with P. Hejsek ████████ |
| Polkowitz, Gary | 2/18/2014 | 1.00 | $550.00 | $550.00 | Preparation for meeting with ███████ |
| Polkowitz, Gary | 2/18/2014 | 1.50 | $550.00 | $825.00 | Meeting with ████████ |
| Hejsek, Pavel | 2/18/2014 | 0.90 | $275.00 | $247.50 | Reviewed ████████ |

Goldin Associates, L.L.C.

Fletcher

| Timekeeper | Date | Time | Rate | Value | Description |
|---|---|---|---|---|---|
| Hejsek, Pavel | 2/18/2014 | 2.10 | $275.00 | $577.50 | ████████████ |
| Hejsek, Pavel | 2/20/2014 | 0.50 | $275.00 | $137.50 | Organization of the meeting with ████████ |
| Hejsek, Pavel | 2/21/2014 | 0.70 | $275.00 | $192.50 | ████████ J. Cohen, J. Murphy, Deanna Liu, M. Murray |
| Hejsek, Pavel | 2/21/2014 | 0.80 | $275.00 | $220.00 | Met with J. Cohen, J. Murphy, Deanna Liu, M. Murray to ████ |
| Polkowitz, Gary | 2/25/2014 | 0.80 | $550.00 | $440.00 | Discussions with P. Hejsek on ████ |
| Polkowitz, Gary | 2/25/2014 | 0.60 | $550.00 | $330.00 | Review ████ |
| Polkowitz, Gary | 2/25/2014 | 0.20 | $550.00 | $110.00 | Responding to ████ |
| Polkowitz, Gary | 2/25/2014 | 0.50 | $550.00 | $275.00 | Draft and review response ████ |
| Chakabva, Alois | 2/25/2014 | 0.40 | $400.00 | $160.00 | Discussions with G. Polkowitz and P. Hejsek re: follow ups Kinetics |

Total: 13 Soundiew/Richcourt

|  |  | 18.00 |  | $8,107.50 |  |
|---|---|---|---|---|---|

Grand Total

|  |  | 386.10 |  | $167,465.00 |  |
|---|---|---|---|---|---|

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Detailed Expenses by Category:*     Fletcher

For Expenses Through 2/28/14

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| **: Meals & Entertainment** | | | | | | |
| | 2/4/2014 | 2/4/2014 | 2/09/14 | PHA | SeamlessWeb - Inv # 1650054 - working dinner - Ref #452102994 - P. Hejsek (Actual Price $21.90) | $20.00 |
| | 2/5/2014 | 2/5/2014 | 2/09/14 | PHA | SeamlessWeb - Inv # 1650054 - working dinner - Ref # 452581146 - P. Hejsek | $14.95 |
| | 2/6/2014 | 2/6/2014 | 2/09/14 | PHA | SeamlessWeb - Inv # 1650054 - working dinner - Ref # 452972331 - P. Hejsek | $18.58 |
| | 2/6/2014 | 2/6/2014 | 2/09/14 | KB | SeamlessWeb - Inv # 1650054 - working dinner - Ref # 453080772 - K. Bhavaraju (Actual Price $23.31) | $20.00 |
| | 2/7/2014 | 2/7/2014 | | GP | G. Polkowitz - Europa Cafe lunch for Flecher Meeting with R. Fleishman, J. Gross, G. Polkowitz, A. Chakalova, R. Davis | $76.53 |
| | 2/10/2014 | 2/10/2014 | | HJG | Europa Cafe - Lunch meeting - Attendees:  Rich Davis, Lucia Chapman, Jennifer Saulino, Bernie Woolfley, Jennifer Leete, Marie DeBonis, Jeff Gross, Rachel S. Fleishman, M. Murray, Gary Polkowitz and Karthik Bhavaraju | $213.00 |
| | 2/12/2014 | 2/12/2014 | 2/16/14 | PHA | Seamless- Inv # 1652362 - Working Dinner - Ref # 455605665- P. Hejsek (Acutal Price $22.07) | $20.00 |
| Total: Meals & Entertainment | | | | | | $383.06 |
| **: Messenger/Courier** | | | | | | |
| | 2/11/2014 | 2/11/2014 | 3/2/14 | NC | Success Express - Inv # A113218 - Ref # 1720112 | $12.50 |
| | 2/12/2014 | 2/12/2014 | 3/2/14 | PHA | Success Express - Inv # A113218 - Ref # 1720693 | $12.50 |
| | 2/13/2014 | 2/13/2014 | 3/4/14 | MPM | Quick Track - Inv# 3516112844 - Ref# 1401 - M. Murray | $22.50 |
| Total: Messenger/Courier | | | | | | $47.50 |
| **: Office Supplies/Miscellaneous** | | | | | | |
| | 2/1/2014 | 2/28/2014 | 2/1/14 | SAD | Photocopies for the period of February 1 through February 28 | $418.60 |
| Total: Office Supplies/Miscellaneous | | | | | | $418.60 |
| **: Research** | | | | | | |
| | 1/1/2014 | 1/31/2014 | 1/1/14 | JB | Capital IQ - research for the period 1/1 -1/31 - Cap IQ discounted rate | $243.39 |
| Total: Research | | | | | | $243.39 |
| **: Telephone, Fax, Postage** | | | | | | |
| | 12/5/2013 | 12/5/2013 | 12/31/2013 | GP | Conferencecall.com - Inv # 1742324074 - Ref # 21842481 | $13.49 |
| | 1/26/2014 | 2/25/2014 | 2/25/14 | SAD | AT&T - actual service dates 1/26/14 through 2/25/14 | $7.71 |
| | 2/3/2014 | 2/3/2014 | 2/28/14 | MPM | ConferenceCal.com - Inv# 1742411527 - Ref# 595559518 | $29.09 |
| | 2/6/2014 | 2/6/2014 | 2/28/14 | GP | ConferenceCall.com - Inv# 1742411527 - Ref# 86716913 | $38.18 |
| | 2/7/2014 | 2/7/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 93978392 | $13.97 |
| | 2/11/2014 | 2/11/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref # 22613775 | $57.82 |
| | 2/12/2014 | 2/12/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 3540331 | $31.35 |
| | 2/17/2014 | 2/17/2014 | 2/17/14 | MPM | FedEx - Inv # 2-560-76026 | $70.95 |
| | 2/17/2014 | 2/17/2014 | 2/17/14 | MPM | FedEx - Inv # 2-560-76026 | $70.95 |
| | 2/18/2014 | 2/18/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 2066183 | $75.14 |
| | 2/18/2014 | 2/18/2014 | 2/28/14 | GP | ConferenceCall.com - Inv# 1742411527 - Ref# 2182764 | $137.17 |
| | 2/19/2014 | 2/19/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 3056623 | $53.30 |
| | 2/19/2014 | 2/19/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 2772725 | $51.10 |
| | 2/20/2014 | 2/20/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 3601202 | $57.00 |
| | 2/20/2014 | 2/20/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 3854588 | $16.73 |
| | 2/21/2014 | 2/21/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 4143368 | $40.37 |
| | 2/21/2014 | 2/21/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 4264686 | $35.84 |

**GoldinAssociates, LLC**

### Detailed Expenses by Category: Fletcher

For Expenses Through 2/28/14

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| | 2/21/2014 | 2/21/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 4441879 | $13.61 |
| | 2/21/2014 | 2/21/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 Ref# 4297898 | $45.34 |
| | 2/24/2014 | 2/24/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 4704400 | $65.15 |
| | 2/24/2014 | 2/24/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 4789152 | $45.90 |
| | 2/24/2014 | 2/24/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 4998390 | $9.03 |
| | 2/25/2014 | 2/25/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 5498079 | $100.62 |
| | 2/26/2014 | 2/26/2014 | 2/28/14 | MPM | ConferenceCall.com - Inv# 1742411527 - Ref# 6250935 | $20.88 |

Total: Telephone, Fax, Postage

$1,100.69

: Travel

| | 1/30/2014 | 1/30/2014 | 2/7/14 | KB | UTOG - Inv # 596050 - 350 5th Ave to NJ, Short Hills - Ref # 4192884 - K. Bhavaraju | $115.31 |
| | 2/6/2014 | 2/6/2014 | 2/6/14 | KB | UTOG - Inv # 596050 - 350 5th Ave to NJ, Short Hills - Ref # 4214658 - K. Bhavaraju | $116.85 |

Total: Travel

$232.16

Grand Total

$2,425.40