UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    X

                                                    Chapter 11

FLETCHER INTERNATIONAL, LTD.

                                                    Case No. 12-12796 (REG)

                        Debtor.

                                                    X

---

## NOTICE OF APPEAL

Stewart Turner, acting *pro se*, appeals to the United States District Court for the Southern District of

New York under 28 U.S.C. Section 158 (a) from the Bankruptcy Court's March 20, 2014 Order Pursuant

to Bankruptcy Rule 9019(A) Approving the Settlement Agreement between Fletcher International, Ltd.

and United Community Banks, Inc. (Docket No. 465), attached as Exhibit A.

The names of all parties to the foregoing order and the names, addresses, and email addresses of

their respective attorneys are as follows:

Office of The United States Trustee

U.S. Federal Office Building

201 Varick Street, Suite 1006

New York, NY   10014


Richard C. Morrissey, Esq.

Richard.Morrissey@usdoj.gov

Richard J. Davis, Esq.

415 Madison Ave.

11th Floor

New York, NY 10017


richard.davis@rjdavislaw.com


Chapter 11 Trustee

LUSKIN, STERN & EISLER LLP

Eleven Times Square

8th Ave. & 41st St.

New York, NY 10036


Michael Luskin, Esq.

luskin@lsellp.com

Stephan Hornung

hornung@lsellp.com

Counsel to the Chapter 11 Trustee

COHEN & GRESSER LLP

800 Third Avenue

New York, New York 10022


Daniel H. Tabak

dtabak@cohengresser.com


Attorneys for Defendants Fletcher Income
Arbitrage Fund in Voluntary Liquidation, acting
by its Joint Official Liquidators Robin Lee
McMahon and Roy Bailey and FIA Leveraged
Fund In Official Liquidation, acting by its Joint
Official Liquidators Robin Lee McMahon and
Roy Bailey

SATTERLEE STEPHENS BURKE & BURKE LLP

230 Park Avenue, 11th Floor

New York, New York 10169


Justin E. Klein, Esq.

Timothy T. Brock, Esq.

David R. Lurie, Esq.

Mario Aieta, Esq.

jklein@ssbb.com

tbrock@ssbb.com

dlurie@ssbb.com

maieta@ssbb.com


Counsel for Fletcher Income Arbitrage Fund

and FIA Leveraged Fund

HOLLAND & KNIGHT LLP

31 West 52nd Street

New York, NY 10019


Barbra R. Parlin, Esq.

barbra.parlin@hklaw.com


HOLLAND & KNIGHT LLP

10 St. James A venue, 11th Floor

Boston MA 02116


John J. Monaghan, Esq.

bos-bankruptcy@hklaw.com


Attorneys for Fletcher Fixed Income Alpha
Fund, Ltd. - In Official Liquidation, acting by its
Joint Official Liquidators, Tammy Fu and Jenna
Wise

DIAMOND MCCARTHY LLP

620 Eighth Avenue, 39th Floor

New York, NY 10018


Richard I. Janvey

rjanvey@diamondmccarthy.com


DIAMOND MCCARTHY LLP

909 Fannin, Suite 1500

Houston, Texas 77010


Kyung S. Lee

Charles M. Rubio

klee@diamondmccarthy.com

crubio@diamondmccarthy.com


Attorneys for The Firefighter's Retirement
System, The New Orleans Fire Fighters'
Pension & Relief Fund, and The Municipal
Employees' Retirement System of Louisiana

DRINKER BIDDLE & REATH LLP

1177 Avenue of the Americas

New York, New York 10036-2714


Michael P. Pompeo, Esq.

Brian P. Morgan, Esq.

michael.pompeo@dbr.com
brian.morgan@dbr.com


DRINKER BIDDLE & REATH LLP

One Logan Square, Ste. 2000

Philadelphia, Pennsylvania 19103-6996


William M. Connolly, Esq.

william.connolly@dbr.com


Attorneys for EisnerAmper LLP

PATTERSON BELKNAP WEBB &

TYLER LLP

1133 Avenue of the Americas

New York, New York 10036-6710


David W. Dykhouse

Brian P. Guiney

dwdykhouse@pbwt.com

bguiney@pbwt.com

---

Corinne Ball, Esq.

Jones Day

222 East 41st Street

New York, New York 10017-6702

cball@jonesday.com

Chapter 11 Trustee for Soundview Elite, et al.

Alphonse Fletcher, Jr.

1 West 72nd Street

New York, NY 10023

afletcher@fletcher.com

*pro se*

Jones Day

222 East 41st Street

New York, New York 10017

Veerle Roovers

Amy Edgy Ferber

Thomas F. Cullen, Jr.

Daniel T. Moss

vroovers@jonesday.com

aeferber@jonesday.com

tfcullen@jonesday.com

dtmoss@jonesday.com

Counsel to the Soundview Elite Ltd. et al.
Trustee

Karen Ostad
Ostad PLLC
185 Great Neck Road
Suite 330
Great Neck, NY 11021
kostad@ostadllc.com

Counsel to America Alternative Investments
Inc.

PORZIO BROMBERG & NEWMAN, P.C.

100 Southgate Parkway, P.O. Box 1997

Morristown, NJ 07962-1997


Warren J. Martin, Jr.

Mark J. Politan

Mathew D. Laskowski

Terri J. Freedman

Maria P. Dermatis

wjmartin@pbnlaw.com

mjpolitan@pbnlaw.com

mdlaskowski@pbnlaw.com

tjfreedman@pbnlaw.com

mpdermatis@pbnlaw.com

Attorneys for Soundview Elite, Ltd., et. al.

Debtors Out-Of-Possession

Dated April 2, 2014

**STEWART TURNER**

# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                 :        Chapter 11
                                                       :
FLETCHER INTERNATIONAL, LTD.,                          :        Case No. 12-12796 (REG)
                                                       :
                    Debtor.                            :
                                                       :
----------------------------------------------------------------x

**ORDER PURSUANT TO BANKRUPTCY RULE 9019(A)
APPROVING THE SETTLEMENT AGREEMENT BETWEEN
FLETCHER INTERNATIONAL, LTD. AND UNITED COMMUNITY BANKS, INC.**

Upon the motion (the "**Motion**") of Richard J. Davis, the Chapter 11 Trustee of this

Chapter 11 case (the "**Trustee**"), for entry of an order pursuant to Bankruptcy Rule 9019(a)

approving the Settlement Agreement (the "**Settlement Agreement**") between Fletcher

International, Ltd. (the "**Debtor**") and United Community Banks, Inc. ("**UCBI**"); and it

appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157

and 1334; and it appearing that venue of this chapter 11 case and the Motion in this district is

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core

proceeding pursuant to 28 U.S.C. § 157(b); and a hearing having been held on March 19, 2014;

and this Court having determined that the relief requested in the Motion is in the best interests of

the Debtor and its estate, creditors, investors and other parties-in-interest; and it appearing that

proper and adequate notice of the Motion has been given and that no other or further notice is

necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

and for the reasons stated on the record at the hearing;

**IT IS HEREBY ORDERED THAT:**

1.    To the extent not withdrawn, settled, or resolved herein, any objections to Motion

are overruled.

2.      Subject to the terms and conditions of this Order, the Motion is granted.

3.      Pursuant to Bankruptcy Rule 9019(a), the Settlement Agreement, annexed to the Motion as **Exhibit B**, is hereby approved in its entirety.

4.      The Trustee's entry into and performance of all of his obligations under the Settlement Agreement is approved.

5.      The Trustee is authorized to pay the Seaport Group its commission.

6.      The Trustee shall not distribute $4 million (the "**Restricted Settlement Proceeds**") of the proceeds received on account of, or pursuant to, the Settlement Agreement (the "**Settlement Proceeds**") without providing forty-five (45) days written notice (the "**Distribution Notice**") to the following parties (collectively, the "**Notice Parties**"):

(a)      Corinne Ball, not individually but solely in her capacity as chapter 11 trustee (the "**Soundview Trustee**") for (i) Soundview Elite Ltd., (ii) Soundview Premium, Ltd., (iii) Soundview Star Ltd., (iv) Elite Designated, (v) Premium Designated and (vi) Star Designated;

(b)      Jones Day, as counsel to the Soundview Trustee (Attn: Veerle Roovers);

(c)      The Solon Group, in its capacity as sole director for (i) Richcourt Euro Strategies Inc., (ii) Richcourt Allweather Fund Inc., and (iii) America Alternative Investments Ltd. (collectively, the "**BVI Funds**") (Attn: Deborah Hicks Midanek); and

(d)      Ostad PLLC, as counsel to the BVI Funds (Attn: Karen Ostad).

7.      The Trustee shall be free to use the non-Restricted Settlement Proceeds as provided in the Trustee's Second Amended Plan of Liquidation (the "**FILB Plan**") provided that

it is confirmed by this Court and provided also that the Trustee shall not make any distribution of the non-Restricted Settlement Proceeds prior to May 16, 2014.

8.      Upon receipt of a Distribution Notice, the Soundview Trustee and the BVI Funds each shall have forty-five (45) days (the "**Objection Period**") to contest, object to or otherwise seek relief from this Court with respect to, a distribution of the Restricted Settlement Proceeds, including to assert any claims to or interests in some or all of the Restricted Settlement Proceeds.  The Trustee shall not make any distributions of the Restricted Settlement Proceeds during the Objection Period.

9.      Nothing in this Order shall limit or restrict the rights of the Soundview Debtors, the Soundview Trustee, the BVI Funds and their fiduciaries to (a) assert any claim under U.S., Cayman Islands or other law to any or all of the Settlement Proceeds wherever located against any person or entity other than the above-captioned Debtor, its estate or the Trustee or (b) object to the FILB Plan on any ground.

10.      The Trustee is authorized to execute any and all agreements, instruments, and documents, and shall take such further actions in good faith as may be necessary to fully effectuate the terms of the Settlement Agreement.

11.      The terms and conditions of this Order shall not be stayed and shall be immediately effective and enforceable from the date of the hearing.

12.      Any motion seeking to stay the effect of this Order shall be made to the District Court for the Southern District of New York.

13.      The time within which to file a notice of appeal shall run from the entry of this Order.

14.     To the extent that the Motion is inconsistent with this Order, the terms of this

Order shall govern.

15.     The Court shall retain jurisdiction with respect to all matters arising from or

related to the Settlement Agreement and this Order.


Dated: New York, New York
       March 20, 2014

                                        _s/ Robert E. Gerber_____
                                        HONORABLE ROBERT E. GERBER
                                        UNITED STATES BANKRUPTCY JUDGE