Hearing Date and Time: July 1, 2014 at 9:45 a.m. (ET)
Objection Deadline: June 24, 2014 at 4:00 p.m. (ET)

Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:   (212) 974-3200

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          :        Chapter 11
                                                                :
FLETCHER INTERNATIONAL, LTD.,          :        Case No. 12-12796 (REG)
                                                                :
              Debtor.                                      :
                                                                :
-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER
OBJECTIONS TO CERTAIN PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that the hearing to consider the objections to the following Proofs of Claim: (i) Soundview Elite Ltd. (Claim Nos. 44, 62) [Docket No. 399]; (ii) Soundview Premium Ltd. (Claim Nos. 45, 57) [Docket No. 399]; (iii) Soundview Star Ltd. (Claim Nos. 46, 52) [Docket No. 399] (together, the "**Soundview Objections**"); (iv) Richcourt Allweather Fund, Inc. (Claim Nos. 38, 59) [Docket No. 261]; (v) Richcourt Euro Strategies, Inc. (Claim No. 39, 54) [Docket No. 260]; and (vi) America Alternative Investments, Inc. (Claim Nos. 28, 60) [Docket No. 399] (together, the "**Richcourt BVI Objections**") scheduled for April 30, 2014, at 9:45 a.m. has been adjourned to **July 1, 2014, at 9:45 a.m.** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York (the "**Court**"), at One Bowling Green, New York, New York 10004, Room 523.

-2-

**PLEASE TAKE FURTHER NOTICE** that responses ("**Responses**"), if any, to the Soundview Objections or the Richcourt BVI Objections must be filed electronically with the Court on the docket of *In re Fletcher International, Ltd.*, Case No. 12-12796 (REG), pursuant to the Court's General Order M-399 (available at http://www.nysb.uscourts.gov/orders/m399.pdf), by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disc, preferably in portable document format, Microsoft Word or any other Windows-based word processing format with a hard copy directly to Chambers and served by U.S. mail, overnight delivery, hand delivery or, with the exception of the United States Trustee, facsimile upon each of the following: (a) attorneys to the Trustee, Luskin, Stern & Eisler LLP, Eleven Times Square, New York, New York 10036 (Attn: Michael Luskin, Esq.); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissey, Esq.); and (c) all parties requesting notice in this Chapter 11 case pursuant to Bankruptcy Rule 2002, so as to be actually received no later than **June 24, 2014 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that only those Responses that are timely filed, served and received will be considered at the Hearing.  Failure to file a timely Response may result in entry of a final order granting the Soundview Objections or the Richcourt BVI Objections as requested by the Trustee without further notice.  The parties are required to attend the Hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing relates must be included in the upper right hand corner of the caption of all objections.

-3-

| | |
|---|---|
| Dated: New York, New York<br>April 22, 2014 | LUSKIN, STERN & EISLER LLP<br><br>By: /s/ Michael Luskin<br>     Michael Luskin<br>     Lucia T. Chapman<br>     Stephan E. Hornung<br><br>Eleven Times Square<br>New York, New York 10036<br>Telephone:  (212) 597-8200<br>Facsimile:  (212) 974-3205<br><br>*Attorneys for the Chapter 11 Trustee* |