UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK    Chapter 11

| In re: | |
|---|---|
| FLETCHER INTERNATIONAL, LTD. | Case No. 12-12796 (REG) |
| Debtor | |
| ALPHONSE FLETCHER, JR.,(pro se) Appellants, v. RICHARD J. DAVIS, ESQ. Appellees | On Appeal from the United States Bankruptcy Court for the Southern District of New York (Hon. Robert E. Gerber) NOTICE OF APPEAL BY ALPHONSE FLETCHER, JR., TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

**Request to Appeal Pursuant to Bankruptcy Rule 8002(c)(2) or Alternatively Request for Leave to Join Stewart Turner as Co-Appellant in His Appeal**

Alphonse Fletcher, Jr., acting pro se, appeals to the United States District Court for the Southern District of New York under 28 U.S.C. Section 158 (a) from the Bankruptcy Court's March 20, 2014 Order Pursuant to Bankruptcy Rule 9019(A) Approving the Settlement Agreement between Fletcher International, Ltd. and United Community Banks, Inc. (Docket No. 465) which heard on shortened notice. I respectfully ask that the court permit me to appeal the March 20, 2014 Order and the March 19, 2014 Strike Order in response to my March 19, 2014 Motion (attached as Exhibit A) under Rule 8002(c)(2) on the grounds of excusable neglect as I am not an attorney and am managing litigation in multiple states and countries. Alternatively, I respectfully ask that the court permit me to join in Mr. Turner's timely-filed appeal. Mr. Turner's appeal along with the March 20, 2014 Order are attached as Exhibit B.

1

The names of all parties to the foregoing order and the names, addresses, and email addresses of their respective attorneys are as follows:

| |
|---|
| Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Richard C. Morrissey, Esq.<br>Richard.Morrissey@usdoj.gov |
| Richard J. Davis, Esq.<br>415 Madison Ave.<br>11th Floor<br>New York, NY 10017<br>richard.davis@rjdavislaw.com<br><br>Chapter 11 Trustee |
| LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>8th Ave. & 41st St.<br>New York, NY 10036<br>Michael Luskin, Esq.<br>luskin@lsellp.com<br>Stephan Hornung<br>hornung@lsellp.com<br><br>Counsel to the Chapter 11 Trustee |

2

| |
|---|
| COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>Daniel H. Tabak<br>dtabak@cohengresser.com<br><br>Attorneys for Defendants Fletcher Income<br>Arbitrage Fund in Voluntary Liquidation, acting by its Joint<br>Official Liquidators Robin Lee McMahon and Roy Bailey and FIA<br>Leveraged Fund In Official Liquidation, acting by its Joint Official<br>Liquidators Robin Lee McMahon and Roy Bailey |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue, 11th Floor<br>New York, New York 10169<br>Justin E. Klein, Esq.<br>Timothy T. Brock, Esq.<br>David R. Lurie, Esq.<br>Mario Aieta, Esq.<br>jklein@ssbb.com<br>tbrock@ssbb.com<br>dlurie@ssbb.com<br>maieta@ssbb.com<br><br>Counsel for Fletcher Income Arbitrage Fund<br>and FIA Leveraged Fund |

| |
|---|
| HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Barbra R. Parlin, Esq.<br>barbra.parlin@hklaw.com<br><br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue, 11th Floor<br>Boston MA 02116<br>John J. Monaghan, Esq.<br>bos-bankruptcy@hklaw.com<br><br>Attorneys for Fletcher Fixed Income Alpha Fund, Ltd. – In Official Liquidation, acting by its Joint Official Liquidators, Tammy Fu and Jenna Wise |
| DIAMOND MCCARTHY LLP<br>620 Eighth Avenue, 39th Floor<br>New York, NY 10018<br>Richard I. Janvey<br>rjanvey@diamondmccarthy.com<br><br>DIAMOND MCCARTHY LLP<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Kyung S. Lee<br>Charles M. Rubio<br>klee@diamondmccarthy.com<br>crubio@diamondmccarthy.com<br><br>Attorneys for The Firefighter's Retirement System, The New Orleans Fire Fighters' Pension & Relief Fund, and The Municipal Employees' Retirement System of Louisiana |

DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Michael P. Pompeo, Esq.
Brian P. Morgan, Esq.
michael.pompeo@dbr.com  brian.morgan@dbr.com

DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19103-6996
William M. Connolly, Esq.
william.connolly@dbr.com
Attorneys for EisnerAmper LLP

PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
David W. Dykhouse
Brian P. Guiney
dwdykhouse@pbwt.com
bguiney@pbwt.com

---

Jones Day
222 East 41st Street
New York, New York 10017
Veerle Roovers
Amy Edgy Ferber
Thomas F. Cullen, Jr.
Daniel T. Moss
vroovers@jonesday.com
aeferber@jonesday.com
tfcullen@jonesday.com
dtmoss@jonesday.com

Counsel to the Soundview Elite Ltd. et al. Trustee

| |
|---|
| Karen Ostad <br> Ostad PLLC <br> 185 Great Neck Road <br> Suite 330 <br> Great Neck, NY 11021 <br> kostad@ostadllc.com <br><br> Counsel to America Alternative Investments Inc. |
| PORZIO BROMBERG & NEWMAN, P.C. <br> 100 Southgate Parkway, P.O. Box 1997 <br> Morristown, NJ 07962-1997 <br> Warren J. Martin, Jr. <br> Mark J. Politan <br> Mathew D. Laskowski <br> Terri J. Freedman <br> Maria P. Dermatis <br> wjmartin@pbnlaw.com <br> mjpolitan@pbnlaw.com <br> mdlaskowski@pbnlaw.com <br> tjfreedman@pbnlaw.com <br> mpdermatis@pbnlaw.com <br><br> Attorneys for Soundview Elite, Ltd., et. al. <br> Debtors Out-Of-Possession |

Dated: April 23, 201

Respectfully Submitted,

ALPHONSE FLETCHER, JR.

By: _[signature]_

Alphonse Fletcher. Jr.
Address: 188 Minna Street
San Francisco, CA 94105
Phone: (415)702-0070
Email: AFletcher@Fletcher.com

6

# Exhibit A

# Exhibit B