**Objection Deadline: May 9, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:   (212) 597-8200
Facsimile:    (212) 974-3205

*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| FLETCHER INTERNATIONAL, LTD., | Case No. 12-12796 (REG) |
| Debtor. | |

**EIGHTEENTH MONTHLY STATEMENT OF LUSKIN, STERN & EISLER LLP,
AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE,
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM MARCH 1, 2014 THROUGH MARCH 31, 2014**

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Chapter 11 Trustee |
| Date of Retention: | Order entered November 12, 2012 [Docket No. 154] *nunc pro tunc* to September 25, 2012 |
| Period for Which Compensation and Reimbursement are Sought: | March 1, 2014 to March 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $363,642.30 |
| 66.67% of Compensation Sought as Actual, Reasonable and Necessary:[*] | $242,428.20 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $5,022.34 |

---

[*] Luskin, Stern & Eisler has agreed with the Trustee to increase the amount of its holdback to 33.33%.

**Time Summary for Professionals and Paraprofessionals**

| Timekeeper | Position and Year Admitted to Practice | | Rate ($)[*] | Hours | Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | 720.00 | 196.60 | 141,552.00 |
| Lucia Chapman | Associate | 1984 | 630.00 | 111.80 | 70,434.00 |
| Lucia Chapman | Associate | 1984 | 0.00 | 6.00 | 0.00 |
| Stephan Hornung | Associate | 2008 | 472.50 | 211.80 | 100,075.50 |
| Alex Talesnick | Associate | 2012 | 324.00 | 89.70 | 29,062.80 |
| Alex Talesnick | Associate | 2012 | 0.00 | 6.50 | 0.00 |
| Kristen Jensen | Associate | 2009** | 324.00 | 40.00 | 12,960.00 |
| Catherine Trieu | Paralegal | N/A | 202.50 | 47.20 | 8,558.00 |
| **TOTAL** | | | | **709.60** | **363,642.30** |

**\*\*Admitted California 2009**
   **Admitted New York 2013**

---

[*] These rates are reflective of a 10% discount from LSE's regular rates.

**Compensation by Matter**

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| General Administration | 6.30 | 1,761.75 |
| Retention & Fee Applications | 7.60 | 1,701.00 |
| Investigations | 8.40 | 5,636.25 |
| Litigation | 74.20 | 38,043.90 |
| Asset Analysis & Recovery | 74.00 | 39,299.85 |
| Claims Analysis | 45.80 | 24,808.05 |
| Plan Issues | 493.30 | 252,391.50 |
| **TOTAL** | **709.60** | **363,642.30** |

**Expense Summary**

| Disbursements | Amounts ($) |
|---|---|
| Copying Charges – In House | 509.80 |
| Copying Charges – Outside | 763.00 |
| Conference Call Service | 70.00 |
| Court Document Retrieval | 261.70 |
| Federal Express | 1,505.02 |
| Meals | 395.18 |
| Messenger Service | 524.30 |
| Online Research | 153.13 |
| Postage | 248.92 |
| Taxi and Local Transportation | 371.69 |
| Transcripts | 219.60 |
| **TOTAL** | **5,022.34** |

In accordance with this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 156] (the "**Compensation Order**"), Luskin, Stern & Eisler LLP ("**LSE**"), attorneys for the Chapter 11 Trustee, hereby submit this Eighteenth Monthly Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "**Monthly Fee Statement**") for the period from March 1, 2014 through March 31, 2014 (the "**Statement Period**").  In support of the Monthly Fee Statement, LSE respectfully represents as follows:

## Relief Requested

1.      LSE submits this Monthly Fee Statement in accordance with the Compensation Order.  All services for which LSE requests compensation were performed by LSE on behalf of the Trustee.

2.       LSE seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $363,642.30 |
| Total Expenses | $5,022.34 |
| Total | $368,664.64 |

3.      A detailed statement of hours spent by LSE rendering legal services to the Trustee and disbursements made by LSE during the Statement Period is attached hereto as Exhibit A.

4.      Pursuant to the Compensation Order, LSE seeks payment of $247,450.54 for the Statement Period, representing (a) two thirds (66.67%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

## Notice and Objection Procedures

5.      In accordance with the Compensation Order, notice of the Monthly Fee Statement has been served upon the following parties (together, as further defined in the Compensation Order, the "**Notice Parties**"): (a) Richard J. Davis, the Trustee and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard C. Morrissy, Esq.).

6.      Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including LSE, no later than May 9, 2014 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

7.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Trustee will pay to LSE the amounts of fees and expenses identified in the Monthly Fee Statement.

8.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Trustee will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      April 24, 2014

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

*Attorneys for the Chapter 11 Trustee*

## **EXHIBIT A**

Time and Expense Records

March 31, 2014

Invoice #    1922

Client/Matter #  0638-0001

Billed through   March 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  General Administration

## PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | Hours |
|---|---|---|---|---|---|
| 03/03/14 | SEH | telephone call and related emails re tax advice from Weiser Mazars | | | 0.80  hrs |
| 03/03/14 | CDT | review, compile and file Monthly Operating Report (.2); prepare and send MOR to US Trustee (.1) | | | 0.30  hrs |
| 03/18/14 | CDT | review, compile and catalog hard copy/electronic interview notes | | | 3.70  hrs |
| 03/19/14 | CDT | file periodic reporting for subsidiaries | | | 0.30  hrs |
| 03/25/14 | SEH | review emails from Weiser Mazars re tax implications | | | 0.20  hrs |
| 03/26/14 | CDT | file monthly operating report | | | 0.20  hrs |
| 03/28/14 | SEH | telephone call with Weiser Mazars and related preparation and follow up with G. Polkowitz re tax issues (.8) | | | 0.80  hrs |
| | | Trieu, Catherine D. | 4.50  hrs | 202.50  /hr | $911.25 |
| | | Hornung, Stephan E. | 1.80  hrs | 472.50  /hr | $850.50 |
| | | Total fees for this matter | 6.30  hrs | | $1,761.75 |

## DISBURSEMENTS

| | |
|---|---|
| Court Document Retrieval | $9.50 |
| Court Document Retrieval | $19.20 |
| Court Document Retrieval | $199.00 |
| Court Document Retrieval | $1.00 |
| Court Document Retrieval | $33.00 |
| Guy & Gallard; Invoice # 22814; Meals and Entertainment Cookie and fruit tray for meeting on 2/27/14 | $120.08 |
| Champion Courier, Inc; Invoice # 248093; Messenger Service | -$27.50 |
| Champion Courier, Inc; Invoice # 248093; Messenger Service 2/27/14 2369160 | $9.90 |
| Champion Courier, Inc; Invoice # 248093; | $9.90 |

R. Davis, Trustee/Fletcher Int                                    Invoice     1922
General Administration                                            Page        2

| | |
|---|---:|
| Messenger Service 2/7/14 2364015 | |
| Champion Courier, Inc; Invoice # 248093; | $13.20 |
| Messenger Service 2/12/14 2364781 | |
| Champion Courier, Inc; Invoice # 248093; | $13.20 |
| Messenger Service 2/20/14 2367000 | |
| Champion Courier, Inc; Invoice # 248093; | $18.30 |
| Messenger Service 2/20/14 2367007 | |
| Champion Courier, Inc; Invoice # 248093; | $13.20 |
| Messenger Service 2/21/14 2367434 | |
| Champion Courier, Inc; Invoice # 248093; | $13.20 |
| Messenger Service 2/24/14 2367905 | |
| Champion Courier, Inc; Invoice # 248093; | $14.30 |
| Messenger Service 2/24/14 2367907 | |
| Champion Courier, Inc; Invoice # 248093; | $17.20 |
| Messenger Service 2/24/14 2368942 | |
| Champion Courier, Inc; Invoice # 248093; | $9.90 |
| Messenger Service 2/4/14 2362969 | |
| LexisNexis; Invoice # 1402476551; Online | $124.50 |
| Research | |
| LexisNexis; Invoice # 1402476551; Online | $18.63 |
| Research | |
| LexisNexis; Invoice # 1402476551; Online | $10.00 |
| Research | |
| American Express; Invoice # 22014SEH; Taxi | $10.20 |
| and Local Transportation SEH taxi home | |
| (working late) | |
| Executive Charge Inc.; Invoice # 3602871; | $53.46 |
| Taxi and Local Transportation | |
| Executive Charge Inc.; Invoice # 3602871; | $54.01 |
| Taxi and Local Transportation | |
| Executive Charge Inc.; Invoice # 3602871; | $149.24 |
| Taxi and Local Transportation | |
| FedEx; Invoice # 257621762; Federal Express | $15.03 |
| 797997297740 | |
| Michael Luskin; Invoice # 22614; Taxi and | $7.00 |
| Local Transportation ML taxi home after late | |
| meeting with UCBI | |
| FedEx; Invoice # 128542888; Federal Express | $43.12 |
| 78016178890 | |
| FedEx; Invoice # 128542888; Federal Express | $43.12 |
| 798016338797 | |
| FedEx; Invoice # 128542888; Federal Express | $94.03 |
| 798052230552 | |
| FedEx; Invoice # 128806027; Federal Express | $43.12 |
| 798108890035 | |

R. Davis, Trustee/Fletcher Int                                           Invoice      1922
General Administration                                                   Page         3

| | |
|---|---|
| FedEx; Invoice # 128806027; Federal Express 798110066197 | $45.54 |
| FedEx; Invoice # 128806027; Federal Express 798110513738 | $43.12 |
| FedEx; Invoice # 128806027; Federal Express 798110582782 | $43.12 |
| American Express; Invoice # 31314SEH; Taxi and Local Transportation SEH taxi home (working late) Fletcher | $8.30 |
| American Express; Invoice # 031614SEH; Taxi and Local Transportation SEH taxi home (working late) Fletcher | $17.38 |
| FedEx; Invoice # 259109316; Federal Express 798109402756 | $27.03 |
| FedEx; Invoice # 259109316; Federal Express 798109587368 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109666145 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109456962 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109716154 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109744030 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109790348 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109809924 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109828974 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109850244 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109877435 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798109906284 | $39.03 |
| FedEx; Invoice # 259109316; Federal Express 798109926481 | $27.03 |
| FedEx; Invoice # 259109316; Federal Express 798109943006 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110017317 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110085825 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express | $24.26 |

R. Davis, Trustee/Fletcher Int                                                    Invoice      1922
General Administration                                                            Page      4

|  |  |
|---|---|
| 798110140627 | |
| FedEx; Invoice # 259109316; Federal Express | $24.26 |
| 798110171177 | |
| FedEx; Invoice # 259109316; Federal Express | $24.26 |
| 798110154016 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110190172 | |
| FedEx; Invoice # 259109316; Federal Express | $24.13 |
| 798110210730 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110229886 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110257132 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110274000 | |
| FedEx; Invoice # 259109316; Federal Express | $33.26 |
| 798110286448 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110315849 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110327316 | |
| FedEx; Invoice # 259109316; Federal Express | $18.71 |
| 798110337980 | |
| FedEx; Invoice # 259109316; Federal Express | $18.71 |
| 798110347877 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110355544 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110361826 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110370669 | |
| FedEx; Invoice # 259109316; Federal Express | $17.95 |
| 798110377126 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110389689 | |
| FedEx; Invoice # 259109316; Federal Express | $24.26 |
| 798110396989 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110431160 | |
| FedEx; Invoice # 259109316; Federal Express | $24.26 |
| 798110439600 | |
| FedEx; Invoice # 259109316; Federal Express | $17.95 |
| 798110446510 | |
| FedEx; Invoice # 259109316; Federal Express | $15.03 |
| 798110459439 | |

R. Davis, Trustee/Fletcher Int                                          Invoice      1922
General Administration                                                  Page      5

| | |
|---|---|
| FedEx; Invoice # 259109316; Federal Express 798110468710 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110478879 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110486330 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110494360 | $27.82 |
| FedEx; Invoice # 259109316; Federal Express 798110499671 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110521427 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110532950 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110537930 | $18.71 |
| FedEx; Invoice # 259109316; Federal Express 798110544108 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110550191 | $17.95 |
| FedEx; Invoice # 259109316; Federal Express 798110556167 | $18.71 |
| FedEx; Invoice # 259109316; Federal Express 798110571969 | $27.03 |
| FedEx; Invoice # 259109316; Federal Express 798110588806 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110597351 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110602240 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110607220 | $18.71 |
| FedEx; Invoice # 259109316; Federal Express 798110612940 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110627358 | $17.95 |
| FedEx; Invoice # 259109316; Federal Express 798110636628 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110641009 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110644497 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express 798110651960 | $15.03 |
| FedEx; Invoice # 259109316; Federal Express | $26.61 |

R. Davis, Trustee/Fletcher Int                                    Invoice     1922
General Administration                                            Page        6

| | | |
|---|---|---:|
| | 798110690533 | |
| | FedEx; Invoice # 259109316; Federal Express 798121453004 | $15.03 |
| | American Express; Invoice # 03172014SEH; Taxi and Local Transportation SEH taxi home (working late) Fletcher | $8.40 |
| | American Express; Invoice # 03192014SEH; Taxi and Local Transportation SEH taxi home (working late) Fletcher | $11.25 |
| | Copying Charges - In House | $230.00 |
| | Copying Charges - In House | $158.60 |
| | American Express; Invoice # 32014SEH; Taxi and Local Transportation SEH taxi home- working late | $8.90 |
| | Postage | $207.27 |
| | Postage | $30.93 |
| | Postage | $10.72 |
| | American Express; Invoice # 32114SEH; Taxi and Local Transportation SEH taxi home- working late | $10.60 |
| | Copying Charges - In House | $27.60 |
| | American Express; Invoice # 032214SEH; Meals and Entertainment Saturday night dinner | $94.01 |
| | American Express; Invoice # 032214SEH; Taxi and Local Transportation SEH taxi home- working late | $6.00 |
| | Copying Charges - In House | $18.00 |
| | Michael Luskin; Invoice # 03232014; Meals and Entertainment Work Saturday- Lunch (Lenny's) | $10.66 |
| | American Express; Invoice # 032314SEH; Meals and Entertainment Sunday night dinner | $122.00 |
| | American Express; Invoice # 03232014SEH; Meals and Entertainment Sunday lunch | $48.43 |
| | MultiPoint Communications; Invoice # 674121998; Conference Call Service ML 3/20/14 | $18.24 |
| | MultiPoint Communications; Invoice # 674121998; Conference Call Service ML 3/21/14 | $8.46 |
| | MultiPoint Communications; Invoice # 674121998; Conference Call Service ML 3/22/14 | $4.50 |

R. Davis, Trustee/Fletcher Int                                    Invoice    1922
General Administration                                            Page        7

| | |
|---|---:|
| MultiPoint Communications; Invoice # 674121998; Conference Call Service SEH 3/22/14 | $8.58 |
| MultiPoint Communications; Invoice # 674121998; Conference Call Service SEH 3/22/14 | $10.02 |
| American Express; Invoice # 03232014SEH; Taxi and Local Transportation SEH taxi to work (Sunday) | $9.25 |
| American Express; Invoice # 32314SEH; Taxi and Local Transportation SEH taxi home (Sunday) | $7.20 |
| Ricoh USA, Inc.; Invoice # NYF14030306; Copying Charges - Outside | $763.00 |
| Copying Charges - In House | $10.00 |
| Copying Charges - In House | $47.60 |
| American Express; Invoice # 03262014SEH; Taxi and Local Transportation SEH car home (working late) | $10.50 |
| Copying Charges - In House | $10.70 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2375408 | $13.90 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2375560 | $9.90 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2370404 | $9.90 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2370777 | $13.20 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2370785 | $14.30 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2372115 | $13.90 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2372521 | $9.90 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2373014 | $13.90 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2373720 | $17.20 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2373723 | $18.30 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2374587 | $17.20 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2374719 | $37.50 |
| Champion Courier, Inc; Invoice # 248693; | $28.50 |

R. Davis, Trustee/Fletcher Int                                          Invoice     1922
General Administration                                                  Page        8

| | |
|---|---|
| Messenger Service 2375466 | |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2375467 | $28.50 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2375468 | $42.00 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2375470 | $46.50 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2376059 | $17.20 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2376062 | $18.30 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2376495 | $13.90 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2376733 | $17.20 |
| Champion Courier, Inc; Invoice # 248693; Messenger Service 2376736 | $18.30 |
| MultiPoint Communications; Invoice # 683015383; Conference Call Service 505030457 | $1.24 |
| MultiPoint Communications; Invoice # 683015383; Conference Call Service 505030458 | $12.00 |
| MultiPoint Communications; Invoice # 683015383; Conference Call Service 505034902 | $6.96 |
| Copying Charges - In House | $7.30 |
| Transcripts | $219.60 |
| | ---------------- |
| Total disbursements for this matter | $5,022.34 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $1,761.75 |
| DISBURSEMENTS | $5,022.34 |
| | ---------------- |
| TOTAL CHARGES | $6,784.09 |
| | ---------------- |
| TOTAL BALANCE DUE | $6,784.09 |

March 31, 2014
Invoice #    1923
Client/Matter # 0638-0002
Billed through   March 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re: Retention & Fee Applications

PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|------|------|-------------|------|
| 03/04/14 | CDT | review LSE monthly fee statements and Trustee interim fee applications (.5); compile chart and calculate holdback amounts re: LSE & Trustee (.6) | 1.10 hrs |
| 03/12/14 | SEH | review monthly fees | 0.60 hrs |
| 03/19/14 | CDT | draft LSE monthly fee statement (.4) | 0.40 hrs |
| 03/20/14 | CDT | review, redact, compile and file monthly fee statement re: WeizerMasars (.5); review, revise, compile and file monthly fee statement re: Abrams & Bayliss (.5); office conference and correspondence with S. Hornung re: same (.1); draft, prepare and send cover letter and courtesy copies to US Trustee re: monthly fee statements (.4) | 1.50 hrs |
| 03/25/14 | CDT | review fee charts, S. Hornung edits and comments, and invoices re: LSE monthly fee statement (.4); draft LSE monthly fee statement (.3); redact exhibits and compile drafts re: same (1.4) | 2.10 hrs |
| 03/26/14 | CDT | review S. Hornung comments (.3); revise, prepare and compile redacted and unredacted copies re: LSE monthly fee statement (.5) | 0.80 hrs |
| 03/28/14 | CDT | revise, review, compile and file monthly fee statement re: LSE (.3); review and file monthly fee statement re: Goldin (.2); draft, review, revise, finalize and send cover letter and courtesy copy to US Trustee re: LSE and Goldin (.4); office conferences and correspondence with S. Hornung and A. Talesnick re: same (.2) | 1.10 hrs |

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 7.00 hrs | 202.50 /hr | $1,417.50 |
| Hornung, Stephan E. | 0.60 hrs | 472.50 /hr | $283.50 |
| | | | ---------------- |
| Total fees for this matter | 7.60 hrs | | $1,701.00 |

R. Davis, Trustee/Fletcher Int                          Invoice      1923
Retention & Fee Applications                              Page      2

BILLING SUMMARY

       FEES                                                $1,701.00

                                             ---------------
       TOTAL CHARGES                                       $1,701.00

                                             ---------------
       TOTAL BALANCE DUE                                   $1,701.00

March 31, 2014

Invoice #    1924

Client/Matter #  0638-0003

Billed through   March 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Investigations

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 03/05/14 | ML | review documents and prepare for interview of ███████ (2.0); telephone call and email with G. Petrillo re: D. Kiely documents and related litigation issues (0.3) | 2.30 | hrs |
| 03/05/14 | LTC | emails re: ██████ and reviewed documents re: same | 1.00 | hrs |
| 03/06/14 | ML | telephone conference call with R. Fleishman re: ██████ interview (0.4); prepare for and attend ██████ interview (3.0) | 3.40 | hrs |
| 03/07/14 | ML | telephone call with ██████ re: ███████████ and email with R. Davis re: same | 0.40 | hrs |
| 03/14/14 | SEH | telephone calls with J. Turner and R. Davis and meeting with L. Chapman re search terms | 1.10 | hrs |
| 03/20/14 | SEH | telephone call with J. Gross re research issues | 0.20 | hrs |

| | | | |
|---|---|---|---|
| Chapman, Lucia T. | 1.00  hrs | 630.00  /hr | $630.00 |
| Luskin, Michael | 6.10  hrs | 720.00  /hr | $4,392.00 |
| Hornung, Stephan E. | 1.30  hrs | 472.50  /hr | $614.25 |
| | | | ---------------- |
| Total fees for this matter | 8.40  hrs | | $5,636.25 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $5,636.25 |
| | ---------------- |
| TOTAL CHARGES | $5,636.25 |
| | ---------------- |
| TOTAL BALANCE DUE | $5,636.25 |

March 31, 2014

Invoice #   1925

Client/Matter #  0638-0004

Billed through   March 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Litigation

## PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 03/04/14 | ML | meeting with R. Davis re: litigation planning (0.7); prepare for and attend planning meeting with RCT team, and misc follow up (4.3); review and revise draft Skadden settlement documents and emails and telephone calls with R. Davis re: same (1.5) | 6.50 | hrs |
| 03/04/14 | SEH | meeting with Reid Collins re strategy and next steps | 2.50 | hrs |
| 03/04/14 | SEH | review and revise Skadden Settlement documents | 0.30 | hrs |
| 03/05/14 | ML | conference with R. Davis re: Skadden settlement (0.8); telephone call with P. Preis re: same (0.3); revise latest draft of Skadden documents and telephone call and email with R. Davis re: same (2.6) | 3.70 | hrs |
| 03/05/14 | SEH | review and revise Skadden settlement papers | 0.10 | hrs |
| 03/06/14 | ML | revise Skadden settlement agreement (0.5); telephone call with ▮ re: ▮ litigation issues (0.3) | 0.80 | hrs |
| 03/07/14 | ML | conference with Skadden and follow up re: same (2.3); research re: litigation issues ▮ (0.7) | 3.00 | hrs |
| 03/07/14 | CDT | review S. Hornung email and related filings re: Notice of Hearing (Turner Objections) and Notice of Adjournment (Soundview Objections) (1.1); draft notices re: same (2.9) | 4.00 | hrs |
| 03/09/14 | ML | review and revise Skadden's settlement papers, and emails re: same | 0.80 | hrs |
| 03/10/14 | ML | telephone calls with R. Davis and J. Turner re: Skadden settlement papers (0.3); review Skadden settlement papers and emails re: same (0.3); telephone call with ▮ (0.3); review 9019 motion papers re: Skadden settlement (0.5) | 1.40 | hrs |
| 03/10/14 | SEH | revisions to Skadden settlement documents (4.4); revisions to email to court re Richcourt Motion to compel (.2) | 4.60 | hrs |
| 03/10/14 | CDT | review S. Hornung comments and revise notices re: hearing (Soundview Obejctions) and adjournment (S. Turner Objections to Stipulations) | 0.90 | hrs |
| 03/11/14 | ML | review latest draft Skadden settlement papers, and emails re: same | 0.30 | hrs |
| 03/11/14 | SEH | email to chambers re Richcourt motion | 0.10 | hrs |
| 03/11/14 | SEH | revisions to Skadden settlement documents and related follow up | 0.50 | hrs |

R. Davis, Trustee/Fletcher Int                                     Invoice      1925
Litigation                                                        Page        2

| Date | Init. | Description | Hours |
|---|---|---|---|
| 03/11/14 | CDT | schedule court call re: Soundview Hearing | 0.20 hrs |
| 03/12/14 | ML | review ▮▮▮▮▮▮▮▮▮▮ and email re: same (1.0); review draft Skadden settlement papers, and telephone call and emails with R. Davis re: same (0.5); office conference with S. Hornung re: same (0.5) | 2.00 hrs |
| 03/12/14 | SEH | revisions to Skadden settlement documents and emails and telephone calls with J. Turner re same | 1.90 hrs |
| 03/13/14 | ML | preparation for meeting with RCT, attend same | 1.00 hrs |
| 03/13/14 | SEH | revisions to Skadden settlement (1.8); telephone call with J. Turner re same (.3) | 2.10 hrs |
| 03/16/14 | AST | Review all ▮▮▮▮▮▮▮▮▮▮ documents and begin to draft outline ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 5.10 hrs |
| 03/17/14 | ML | review Soundview court filings (0.3); email with K. Ostad re: ▮▮▮▮▮▮ revisions and other confirmation related issues (1.0); review Skadden settlement papers and emails re: same (0.5) | 1.80 hrs |
| 03/17/14 | AST | Continue to review ▮▮▮▮▮▮▮▮▮▮▮▮▮ and draft outline of ▮▮▮▮▮▮▮▮▮▮▮ | 3.50 hrs |
| 03/17/14 | SEH | review and revise Skadden Settlement documents and telephone calls with J. Turner re same, including follow up with R. Davis and M. Luskin | 3.20 hrs |
| 03/17/14 | CDT | review and compile Soundview docket and filings re: Pasig and Porzia retention/objection (.4); review docket and filings re: March 19 Hearing (1.1); review, draft and revise hearing agenda re: same (2.2); office conference and correspondence with S. Hornung (.1); review and file responses re: Turner objections (.5); review and reconcile email service list re: same (.6); draft, review and file certificates of service re: same (.6) | 5.50 hrs |
| 03/18/14 | ML | office conference with L. Chapman re: A. Fletcher motion for protective order (0.3); review Skadden settlement papers and emails re: same (0.3); review ▮▮▮▮▮▮▮▮▮ and emails re: same (0.3) | 0.90 hrs |
| 03/18/14 | SEH | revisions to Skadden settlement documents | 0.80 hrs |
| 03/18/14 | CDT | draft, revise, prepare and send cover letters to US Trustee and Court re: Turner objection responses (.8); office conference and correspondence with S. Hornung (.2); review docket and filings re: March 19 Hearing (.6); review, revise and compile draft hearing agenda re: March 19 Hearing (.9) | 2.50 hrs |
| 03/19/14 | LTC | reviewed ▮▮▮▮▮▮▮▮▮ and emails with team and telephone call with ▮▮▮▮▮▮▮ re: same | 0.30 hrs |
| 03/19/14 | ML | prepare for and attend hearing on A. Fletcher motion for protective order, and misc follow up re: same (0.3); office conference with S. Hornung and R. Davis re: Skadden settlement (0.1); review A. Fletcher letter to court and telephone conversation with R. Davis re: same (0.3); review A. Fletcher letter re: FII and telephone | 0.90 hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice    1925
Litigation                                                                  Page      3

| Date | | Description | Hours |
|---|---|---|---|
| | | conversation and email with R. Davis re: same (0.2) | |
| 03/19/14 | SEH | review and revise Skadden settlement documents and telephone call with J. Turner | 0.50  hrs |
| 03/21/14 | SEH | review, revise, finalize and serve Skadden motion | 2.50  hrs |
| 03/24/14 | ML | telephone call with P. Morgan re: AF motion re: conflicts (0.2); telephone call with Chambers re: same (0.3); telephone call with S. Pearson re: same (0.3) | 0.80  hrs |
| 03/25/14 | ML | letter to court re: AF motion re: conflicts and emails re: same | 1.00  hrs |
| 03/25/14 | CDT | review, revise and file certificates of service re: Skadden 9019 motion and Reply to Bar Date (.5); telephone call with Court Call and schedule hearing conference call (.2); office conference with S. Hornung re: same (.1) | 0.80  hrs |
| 03/26/14 | ML | prepare for and attend telephone conference call with Court re: AF motion re: conflicts and telephone call with R. Davis re: same | 1.20  hrs |
| 03/27/14 | ML | review emails re ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20  hrs |
| 03/27/14 | LTC | Review of interview notes and emails with R. Fleischman re: same | 0.30  hrs |
| 03/28/14 | ML | Emails re: ▓▓▓▓▓▓▓▓▓▓▓ (0.2). Review and revise draft complaint (1.0). | 1.20  hrs |
| 03/28/14 | ML | Review and revise NYS draft complaint and draft memo re: comments. | 2.00  hrs |
| 03/30/14 | ML | Review emails re: litigation issues and revisions to draft complaint. | 0.50  hrs |
| 03/31/14 | ML | Review final draft complaint and draft email comments re: same (1.3). Emails R. Davis re: complaint and open litigation issues. (0.7). | 2.00  hrs |

| | | | | |
|---|---|---|---|---|
| Talesnick, Alex S. | 8.60  hrs | 324.00  /hr | $2,786.40 |
| Trieu, Catherine D. | 13.90  hrs | 202.50  /hr | $2,814.75 |
| Chapman, Lucia T. | 0.60  hrs | 630.00  /hr | $378.00 |
| Luskin, Michael | 32.00  hrs | 720.00  /hr | $23,040.00 |
| Hornung, Stephan E. | 19.10  hrs | 472.50  /hr | $9,024.75 |
| | | | ---------------- |
| Total fees for this matter | 74.20  hrs | | $38,043.90 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $38,043.90 |
| | ---------------- |
| TOTAL CHARGES | $38,043.90 |
| | ---------------- |
| TOTAL BALANCE DUE | $38,043.90 |

March 31, 2014
Invoice #    1926
Client/Matter #  0638-0005
Billed through    March 31, 2014

Richard Davis, Chapter 11 Trustee                                   Tax ID 13-3524567
Fletcher International, Ltd.

Re:  Asset Analysis & Recovery

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | |
|------|------|-------------|-------|---|
| 03/01/14 | ML | revise UCBI agreement (0.8); telephone call with J. Rubinstein and emails with R. Davis re: same (0.2) | 1.00 | hrs |
| 03/02/14 | SEH | continue drafting UCBI settlement motion papers | 2.50 | hrs |
| 03/03/14 | AST | office conference with S. Hornung re: UCBI 9019 motion (0.1); finalize and draft notice of hearing for same (0.3) | 0.40 | hrs |
| 03/03/14 | ML | review and revise motion papers and order, and telephone call with R. Davis and J. Rubenstein re: same (4.7); prepare for and attend conference call with UCBI and follow up email with R. Davis (0.7); telephone call with J. Rubinstein and emails with R. Davis (0.3) | 5.70 | hrs |
| 03/03/14 | SEH | continue revising UCBI settlement motion papers and related emails and telephone calls and motion for short notice | 6.20 | hrs |
| 03/04/14 | ML | telephone call and emails with J. Rubenstein (0.3); office conference with R. Davis (0.1); and revise motion papers, all re: UCBI settlement (0.6) | 1.00 | hrs |
| 03/04/14 | SEH | revise UCBI settlement motion with comments from R. Davis | 2.30 | hrs |
| 03/05/14 | CDT | review documents, prepare and send service copies re: UCBI motion (2.4); draft certificate of service and cover letters re: same (1.2) | 3.60 | hrs |
| 03/05/14 | ML | emails re: UCBI settlement papers | 0.20 | hrs |
| 03/05/14 | SEH | review, revise, finalize and serve UCBI settlement motion | 4.20 | hrs |
| 03/06/14 | CDT | revise, finalize and file certificate of service re: UCBI Motion (.3); prepare and send cover letters and courtesy copies to US Trustee and Court re: same (.3) | 0.60 | hrs |
| 03/08/14 | SEH | review ███████████████████ | 0.10 | hrs |
| 03/10/14 | SEH | review documents re third-party discovery requests re UCBI solicitation documents | 0.40 | hrs |
| 03/11/14 | CDT | review, redact, finalize and compile materials for production re: UCBI Bidder Question (1.3); office conference with S. Hornung re: same (.1); prepare and file notices re: same (.5) | 1.90 | hrs |
| 03/11/14 | ML | Budget Travel: telephone call with Creditor committee counsel and debtor's counsel re: BRG claim and plan issues, and telephone | 0.50 | hrs |

R. Davis, Trustee/Fletcher Int                                                                                    Invoice    1926
Asset Analysis & Recovery                                                                                       Page      2

|  |  |  |  |
|---|---|---|---|
|  |  | conference call with R. Davis and G. Polkowtiz re: same |  |
| 03/11/14 | SEH | review UCBI documents re request from Stewart Turner (.1); office conference with M. Luskin re same (.2) | 0.30  hrs |
| 03/12/14 | SEH | emails re BRG/K&E settlement | 0.10  hrs |
| 03/12/14 | SEH | telephone call with J. Rubinstein re UCBI motion | 0.10  hrs |
| 03/14/14 | ML | UCBI: draft response to Turner objection to settlement and emails re: same (1.0); emails with Jones Day and with Goldin re: UCBI funds and claims (0.3); telephone call with V. Roovers re: same (0.2) | 1.50  hrs |
| 03/14/14 | SEH | telephone call re settlement with UCBI and related objection deadline issues and research re█████(2.6); drafting response to Turner objection (1.5) | 4.10  hrs |
| 03/15/14 | SEH | review and revise Lowercase sale agreement | 1.40  hrs |
| 03/15/14 | SEH | drafting response to Turner UCBI objection | 2.00  hrs |
| 03/16/14 | ML | UCBI: revise reply to Turner objection and hearing preparation | 1.30  hrs |
| 03/16/14 | SEH | review and revise response to UCBI objection | 1.30  hrs |
| 03/17/14 | ML | review emails re: Soundview trustee claim to UCBI settlement proceeds and draft response to Soundview (1.3); finalize response to S. Turner objection to UCBI settlement and revise Goldin chart re: same (1.5); draft response to Soundview and telephone call and emails with S. Pearson re: same (0.4); telephone call with R. Davis re: UCBI issues (0.2); review proposed order and emails re: same (0.5) | 3.90  hrs |
| 03/17/14 | SEH | review, revise, finalize and file reply to UCBI objection (4.5); revisions to UCBI order (.3) | 4.80  hrs |
| 03/18/14 | LTC | work on response to bar date motion | 7.30  hrs |
| 03/18/14 | ML | prepare for UCBI settlement hearing (2.0); telephone conversation with J. Monahan re:████████████(0.5) | 2.50  hrs |
| 03/18/14 | SEH | attention to issues with UCBI settlement (.3); telephone call with G. Polkowitz re same (.3) | 0.60  hrs |
| 03/19/14 | CDT | office conference and correspondence with L. Chapman re:████ (.2); review case dockets and research appearances by████in litigation (1.1); order hearing transcript re: March 19 hearing (.2) | 1.50  hrs |
| 03/19/14 | ML | prepare for and attend hearing on UCBI settlement | 3.50  hrs |
| 03/19/14 | SEH | prepare for and attend UCBI and claims objection hearing | 3.00  hrs |
| 03/19/14 | SEH | revise order approving UCBI settlement and emails re same | 2.20  hrs |
| 03/19/14 | SEH | revise claims objection order and meeting with A. Talesnick | 0.40  hrs |
| 03/27/14 | ML | telephone call and email with J. Rubenstein re: UCBI closing and misc. emails re: same | 0.30  hrs |
| 03/28/14 | SEH | revisions to████████████and emails re same | 1.00  hrs |
| 03/31/14 | SEH | review████████████and emails re same | 0.30  hrs |

| | | | | |
|---|---|---|---|---|
| Talesnick, Alex S. | 0.40  hrs | 324.00 | /hr | $129.60 |
| Trieu, Catherine D. | 7.60  hrs | 202.50 | /hr | $1,539.00 |
| Chapman, Lucia T. | 7.30  hrs | 630.00 | /hr | $4,599.00 |
| Luskin, Michael | 21.40  hrs | 720.00 | /hr | $15,408.00 |

R. Davis, Trustee/Fletcher Int                                          Invoice      1926
Asset Analysis & Recovery                                                   Page      3

|  | Hornung, Stephan E. | 37.30 hrs | 472.50 /hr | $17,624.25 |
|---|---|---|---|---|
|  |  |  |  | --------------- |
|  | Total fees for this matter | 74.00 hrs |  | $39,299.85 |

BILLING SUMMARY

|  |  |  |
|---|---|---|
| FEES |  | $39,299.85 |
|  |  | --------------- |
| TOTAL CHARGES |  | $39,299.85 |
|  |  | --------------- |
| TOTAL BALANCE DUE |  | $39,299.85 |

March 31, 2014

Invoice #    1927

Client/Matter #  0638-0006

Billed through   March 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Claims Analysis

## PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 03/07/14 | SEH | research re objections filed by Turner re Messer and Colon stipulations (.3); emails re same (.1); telephone calls with chambers and related follow up re notice of adjournment (.4) | 0.80 | hrs |
| 03/08/14 | SEH | review and revise notice of adjournment and notice of hearing re Messer stipulation and Soundview objections | 0.50 | hrs |
| 03/10/14 | SEH | revise notice of adjournments | 0.10 | hrs |
| 03/11/14 | SEH | revise notice of hearing and adjournment of hearing re claims objections and stipulations | 0.20 | hrs |
| 03/12/14 | SEH | research re███████████ | 0.20 | hrs |
| 03/13/14 | SEH | review Soundview Bar Date extension motion and cases cited (1.4); begin drafting response to Turner objection re Messer and Colon stipulations (.5) | 1.90 | hrs |
| 03/14/14 | ML | draft response to Soundview and Richcourt bar date motions, and emails with R. Davis re: same | 1.00 | hrs |
| 03/14/14 | SEH | drafting response to Turner objection to Messer and Colon stipulations | 0.50 | hrs |
| 03/15/14 | SEH | drafting reply to Turner's objection to Messer and Colon stipulations | 1.00 | hrs |
| 03/16/14 | ML | revise reply to Turner objection to claims stips | 0.30 | hrs |
| 03/16/14 | SEH | drafting revisions to Messer and Colon stipulation reply | 1.00 | hrs |
| 03/17/14 | SEH | review, revise, finalize and file reply to Turner opposition to Colon and Messer stipulations | 0.80 | hrs |
| 03/18/14 | SEH | preparation for March 19 hearing (4.3); prepare agenda re same (.4) | 4.70 | hrs |
| 03/18/14 | SEH | research re Bar Date motion and drafting same | 2.30 | hrs |
| 03/19/14 | ML | revise opposition to Soundview bar date motion | 1.50 | hrs |
| 03/19/14 | SEH | revise opposition to bar date motion | 1.00 | hrs |
| 03/19/14 | LTC | ████████████████████████ | 3.00 | hrs |
| 03/19/14 | AST | Draft order granting Trustee's claims objections | 0.50 | hrs |
| 03/20/14 | ML | emails re: Soundview bar date motion papers (0.2); review of reply papers re: bar date motion (1.0) | 1.20 | hrs |

R. Davis, Trustee/Fletcher Int                                  Invoice      1927
Claims Analysis                                                 Page        2

| | | | |
|---|---|---|---|
| 03/20/14 | LTC | work on opposition to bar date motion | 4.00  hrs |
| 03/20/14 | SEH | telephone call with chambers and emails re scheduling re bar date motion response (1.0); revisions to response to Bar Date motion (3.2) | 4.20  hrs |
| 03/20/14 | KMJ | research re: motion for relief from bar date (1.2); email to L. Chapman re: same (.2) | 1.40  hrs |
| 03/21/14 | ML | review and revise draft motion papers re: bar date relief motion and file same | 2.00  hrs |
| 03/21/14 | SEH | review, revise, finalize and serve response to bar date motion | 3.50  hrs |
| 03/21/14 | LTC | work on opposition to bar date motion | 6.70  hrs |
| 03/21/14 | AST | Research re: ███████████████████████████ ███████████████ and draft short summary to S. Hornung re: same | 1.30  hrs |
| 03/25/14 | SEH | revise claims objection order | 0.10  hrs |
| 03/25/14 | SEH | telephone call with ████ re claim | 0.10  hrs |

|  |  |  |  |  |
|---|---|---|---|---|
| Talesnick, Alex S. | 1.80  hrs | 324.00  /hr | $583.20 |
| Jensen, Kristen M. | 1.40  hrs | 324.00  /hr | $453.60 |
| Chapman, Lucia T. | 13.70  hrs | 630.00  /hr | $8,631.00 |
| Luskin, Michael | 6.00  hrs | 720.00  /hr | $4,320.00 |
| Hornung, Stephan E. | 22.90  hrs | 472.50  /hr | $10,820.25 |
|  |  |  | --------------- |
| Total fees for this matter | 45.80  hrs |  | $24,808.05 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $24,808.05 |
|  | --------------- |
| TOTAL CHARGES | $24,808.05 |
|  | --------------- |
| TOTAL BALANCE DUE | $24,808.05 |

March 31, 2014
Invoice #    1928
Client/Matter #  0638-0008
Billed through    March 31, 2014

Tax ID 13-3524567

Richard Davis, Chapter 11 Trustee
Fletcher International, Ltd.

Re:  Plan Issues

PROFESSIONAL SERVICES RENDERED

| 03/03/14 | ML | review and revise Jones day markup, emails and telephone call with R. Davis re: same | 2.00 | hrs |
|---|---|---|---|---|
| 03/03/14 | SEH | review and revise confirmation brief (.5); telephone call and related follow up with Jones Day re discovery (.4) | 0.90 | hrs |
| 03/04/14 | SEH | review and revise confirmation brief and voting certification (.6); telephone call with Jones Day re discovery and related follow up emails (1.0); emails with the Soundview Trustee's counsel and review of documents re ██████ and related (.8) review and collect emails re Soundview discovery requests (1.2) | 3.60 | hrs |
| 03/05/14 | ML | attention to plan issues in preparation for meeting with Soundview parties | 1.00 | hrs |
| 03/05/14 | SEH | review documents re discovery for Soundview Trustee, including telephone calls and related follow up emails (3.0); send notice emails re production of documents to third-parties (1.5) | 4.50 | hrs |
| 03/06/14 | ML | prepare for and attend meeting with Soundview trustee, advisors, etc. | 3.30 | hrs |
| 03/06/14 | SEH | review and revise confirmation brief and related planning for confirmation hearing (5.6); emails re Soundview discovery and Midanek discovery (.7) telephone call with Jones Day re same and follow up emails .(6); emails with  R. Davis and M. Luskin re same (.2) | 7.10 | hrs |
| 03/07/14 | ML | conference with P. Price and R. Davis re: plan issues (1.0); conference with R. Davis and S. Hornung re: Soundview, confirmation related issues, and follow up conference with S. Hornung re: Turner objections (1.0); Review Goldin Associates backup and telephone conversation with E. Polkowitz re: ██████ (0.5); markup proposed plan for Soundview, and email re: same (1.5) | 4.00 | hrs |
| 03/07/14 | AST | Begin drafting outline for confirmation order and researching precedent re: same for plans of liquidation | 3.30 | hrs |
| 03/07/14 | SEH | review documents re production to Soundview (2.7); meeting with | 7.30 | hrs |

R. Davis, Trustee/Fletcher Int                                                              Invoice      1928

Plan Issues                                                                                      Page      2

|  |  |  |  |
|---|---|---|---|
|  |  | M. Luskin and R. Davis re various confirmation issues (1.7); review and revise confirmation brief (2.3); telephone call with J. Rubinstein re document production (.3); telephone call with Jones Day re discovery (.3) |  |
| 03/08/14 | SEH | revise emails re third-party production notice for Soundview discovery (.7); review and revise confirmation brief (2.5) | 3.20 hrs |
| 03/10/14 | ML | revise plan markup and telephone call and emails with R. Davis and email to Jones Day re: same (1.5); office conference with S. Hornung and L. Chapman re:█████████████████(0.3); prepare for and attend conference call with JOL's et al. re: plan issues, and follow up re: same (1.3); office conference with S. Hornung and L. Chapman re: discovery, confirmation preparation and related (0.8); telephone call with G. Polkowitz re:██████ ██████review charts, and emails re: same (0.9) | 4.80 hrs |
| 03/10/14 | AST | Continue drafting proposed confirmation order and researching precedent re: same for plans of liquidation | 7.80 hrs |
| 03/10/14 | SEH | drafting letters re Soundview subpoenas (.3); continue revising confirmation brief (1.0); office conference with A. Talesnick re confirmation issues (.2); multiple meetings with R. Davis (1.0); revisions to letters re Jones Day (.4); attention to discovery issues (.8); meeting with L. Chapman re Midanek documents and emails re same including notice emails (1.2) | 4.90 hrs |
| 03/10/14 | LTC | reviewed emails re: document production and conference with S. Hornung re: same (.4); reviewed document request from BVI Funds and related emails (.7); drafted response to Ostad (1.0) | 2.10 hrs |
| 03/10/14 | LTC | conference M. Luskin, S. Hornung (.5); conference R. Davis, M. Luskin, S. Hornung (.6) | 1.10 hrs |
| 03/11/14 | CDT | compile documents and prepare disc re: Closing Package | 0.40 hrs |
| 03/11/14 | LTC | reviewed notes re:████ | 0.20 hrs |
| 03/11/14 | ML | emails re: confirmation hearing discovery (0.2); telephone calls with R. Davis re: Soundview objections and related (1.0); research re: same (2.0); telephone conference call with R. Davis and G. Polkowitz re:████████issues and related claims, and review of charts etc. (1.2); review documents and emails re: production of documents to BVI funds (0.4) | 4.80 hrs |
| 03/11/14 | AST | Continue researching, reviewing, and revising confirmation order | 4.40 hrs |
| 03/11/14 | SEH | review documents re Soundview discovery and Richcourt BVI Funds discovery, including telephone calls with document vendor and emails with L. Chapman (4.7) ; meeting with M. Luskin re confirmation issues (1.0); preparation re confirmation hearing (1.0); continue revisions to confirmation brief (2.8) | 9.50 hrs |
| 03/11/14 | LTC | work on responses to document requests | 3.20 hrs |
| 03/11/14 | KMJ | meeting with S. Hornung re: research██████████████████ | 0.20 hrs |
| 03/12/14 | ML | attend Soundview status conference (telephonic) and email re: same (1.0); review K. Ostad plan markup and emails re: same (0.8); telephone call with R. Davis re: Soundview issues and conference | 3.10 hrs |

R. Davis, Trustee/Fletcher Int                                                    Invoice    1928
Plan Issues                                                                      Page        3

| Date | Init. | Description | Hours |
|---|---|---|---|
| | | call with R. Davis and G. Polkowitz re: same (0.5); telephone call with J. Monaghan re: plan issues (0.5); telephone call with R. Davis re: plan issues (0.3) | |
| 03/12/14 | AST | Continue researching, reviewing, and revising confirmation order | 6.20 hrs |
| 03/12/14 | SEH | correspondence with Jones Day re discovery (.1); revisions to confirmation brief (.3); meeting with A. Talesnick re confirmation order (.2); continue drafting confirmation declaration (3.0); telephone call with JOLs re Soundview discovery and related follow up (1.5) | 5.10 hrs |
| 03/12/14 | LTC | emails re: various plan issues, including document production | 0.50 hrs |
| 03/12/14 | KMJ | research re: claims amendments; email to S. Hornung re: same | 1.00 hrs |
| 03/13/14 | ML | conference call with R. Davis and team re: confirmation hearing prep (0.5); prepare for and attend meeting with Soundview at Jones Day (2.3); telephone call and office conferences with R. Davis re: confirmation issues and plan revisions (1.0); revise plan and emails re: same (3.7) | 7.50 hrs |
| 03/13/14 | SEH | attention to outstanding Soundview discovery issues (.7); review and revise Trustee's confirmation declaration (1.1); all hands meeting re ▇▇▇▇ (2.0); meeting with R. Davis and M. Luskin re Soundview and confirmation issues (1.5); telephone call with counsel to JOLs re ▇▇▇▇▇ (.3); revise confirmation order (.3); revise confirmation brief (1.0) | 6.90 hrs |
| 03/13/14 | LTC | team meetings and conference call (2.0); work on document production and related plan issues (5.5) | 7.50 hrs |
| 03/14/14 | ML | emails to Jones Day re: plan issues (1.5); prepare for and attend conference call with JOL's etc. re: plan issues, and follow up emails re: same (1.3) | 2.80 hrs |
| 03/14/14 | AST | office conference with S. Hornung to discuss issues with confirmation order (0.4); continue drafting same (2.1) | 2.50 hrs |
| 03/14/14 | AST | Draft skeleton of reply to Turner objection | 0.30 hrs |
| 03/14/14 | SEH | telephone call with G. Polkowitz re plan issues (.4); meeting with A. Talesnick re plan issues (.2) | 0.60 hrs |
| 03/14/14 | SEH | telephone call with G. Polkowitz re plan issues (.4) | 0.00 hrs |
| 03/14/14 | LTC | work on plan related issues, including document production | 4.80 hrs |
| 03/15/14 | ML | emails re: plan issues (0.5); telephone call with R. Davis re: plan issues (0.3); email re: ▇▇▇ issues (1.0); revise confirmation brief (2.0) | 3.80 hrs |
| 03/15/14 | SEH | draft notice letter re ▇▇▇▇ and ▇▇▇▇ document production to the Soundview Trustee | 0.60 hrs |
| 03/15/14 | LTC | work on plan related issues, including document production | 1.40 hrs |
| 03/16/14 | ML | revise confirmation brief, and email re: same | 1.00 hrs |
| 03/16/14 | SEH | revisions to confirmation brief | 4.00 hrs |
| 03/16/14 | LTC | work on plan related issues, including document review | 4.80 hrs |
| 03/17/14 | ML | emails with R. Davis re: issues and telephone conversations with R. Davis re: same (0.2); office conference with S. Hornung re: | 7.50 hrs |

R. Davis, Trustee/Fletcher Int                                                          Invoice    1928
Plan Issues                                                                             Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | confirmation hearing preparation (0.5); plan markup (1.5); telephone conversation with K. Ostad, telephone conversation with S. Pearson, and emails with Jones Day re: meeting on plan issues (0.8); prepare for and attend meeting with Soundview trustee and counsel re: plan issues, and misc. follow up re: same (4.5) |  |
| 03/17/14 | LTC | work on plan related issues, including telephone calls and emails with court,, A. Fletcher, K. Ostad, S. Hornung (1.0); review of R. Davis emails and emails re: same (6.7) | 7.70  hrs |
| 03/18/14 | ML | plan markup, and emails with R. Davis and Jones Day re: same (2.5); prepare for and attend telephone conference call with JOL's and team (2.0); telephone conversation with K. Ostad and email re: same (0.5); telephone conversation with T. Brock re: plan issues and follow up research re: same (0.8) | 5.80  hrs |
| 03/18/14 | LTC | conferences with team (.5); reviewed documents (1.2) | 1.70  hrs |
| 03/18/14 | KMJ | review, analyze and cite check law in Motion of the Soundview Trustee for Relief from Bar Date | 3.80  hrs |
| 03/19/14 | ML | telephone conversation with K. Ostad re: confirmation issues (0.2); conference with R. Davis re: plan issues (1.3); emails re: plan (0.3); confirmation hearing prep (2.5) | 4.30  hrs |
| 03/19/14 | SEH | telephone call with G. Polkowitz re plan issues (.3); meeting with R. Davis, M. Luskin and L. Chapman re Soundview negotiations (1.0); revise confirmation declaration (2.2) | 3.50  hrs |
| 03/19/14 | LTC | research for hearing (1.3); review R. Davis emails (2.4); emails with team (.3) | 4.00  hrs |
| 03/20/14 | ML | emails with R. Davis re: plan proposal (0.3); review Jones Day plan markup and emails with Jones Day re: same (5.5); emails with JOLs re: plan issues (0.2); telephone call with V. Roovers and emails re: plan (0.3); telephone call with C. Ball re: same (0.2); telephone calls with R. Davis re: same (0.5); telephone call with T. Brock re: plan issues and email re: same (0.5); review R. Davis confirmation declaration (0.7); telephone call with R. Davis and telephone conference call with JOLs and team (0.8) | 9.00  hrs |
| 03/20/14 | AST | office conference with S. Hornung re: ███████████████ (0.3); research re: ███████████████ (3.5) | 3.80  hrs |
| 03/20/14 | SEH | revisions to plan support documents, including declaration and memorandum of law (1.9); meeting with A. Talesnick re work flow and assignments (.3); meeting with M. Luskin re various issues (.2); revise Trustee's declaration (1.0); meeting with A. Talesnick re same (.2) | 3.60  hrs |
| 03/20/14 | LTC | reviewed documents | 4.70  hrs |
| 03/21/14 | ML | emails re: plan issues (1.7); conferences with R. Davis re: plan issues (2.8); and telephone conference calls with Jones Day re: same (1.4); revise settlement plan (2.0); telephone conversations with C. Keeley re: plan settlement points (0.4) | 8.30  hrs |
| 03/21/14 | AST | Continue research re: the ███████████████ | 6.00  hrs |

R. Davis, Trustee/Fletcher Int                                              Invoice    1928
Plan Issues                                                                Page       5

|  |  |  |  |
|---|---|---|---|
|  |  | ███████████████████████ and applicable law and draft memo re: same |  |
| 03/21/14 | SEH | review and revise confirmation documents, including memo of law, exhibits and and declaration | 4.50 hrs |
| 03/21/14 | LTC | team meeting (.5); work on papers for confirmation (1.7) | 2.20 hrs |
| 03/22/14 | ML | emails with C. Keeley re: plan modifications (0.2); telephone call with S. Parson and telephone calls with V. Roovers re: plan modifications (0.4); conference call with Jones Day (0.5); conference calls with Goldin Associates re: Soundview claim issues (0.5) and response to Jones Day objection (0.5); review Jones Day draft objection and follow up re: same (2.3); conference with R. Davis re: plan issues (1.0); revise plan drafts and emails re: same (3.6) | 9.00 hrs |
| 03/22/14 | SEH | review and revise confirmation documents, including multiple meetings with M. Luskin, R. Davis and L. Chapman | 9.20 hrs |
| 03/22/14 | LTC | work on confirmation papers (4.5); team meetings and conference calls re: Soundview papers and reviewed same (2.2) | 6.70 hrs |
| 03/22/14 | KMJ | telephone call with M. Luskin, L. Chapman, S. Hornung and Goldin re: Soundview Objection (.6); research objection issue (5.5); review Soundview Objection (.4) | 6.50 hrs |
| 03/23/14 | ML | review Soundview objection and draft reply (2.0); telephone call with R. Davis re: same and plan issues (0.2); prepare for and attend conference call with Jones Day re: plan issues and follow up telephone call with R. Davis re: same (1.2); revise plan, confirmation brief, reply to Soundview objection, and Davis declaration with R. Davis (8.2); telephone calls with V. Roovers re: same (0.5); telephone call with P. Pries re: plan revisions (0.3); telephone conference call with R. McMahon and T. Brock re: plan issues (0.3) | 12.70 hrs |
| 03/23/14 | AST | Substantial revisions to confirmation order, plan of liquidation and Trustee's declaration in preparation of 3/24 filing and multiple office conferences and emails with LS&E team and Jones Day re: same | 12.80 hrs |
| 03/23/14 | SEH | review and revise confirmation support documents and response to potential Soundview objection, including multiple meetings with M. Luskin, R. Davis and L. Chapman | 14.00 hrs |
| 03/23/14 | LTC | work on response to Soundview objection (5.5); work on confirmation papers (8.6) | 14.10 hrs |
| 03/23/14 | KMJ | research ███████████ | 14.10 hrs |
| 03/24/14 | ML | revise and finalize plan, confirmation brief, and Davis declaration (5.7); telephone calls and office conferences with R. Davis re: same (1.5); emails and telephone calls with V. Roover re: same (0.6); team meeting re: confirmation hearing prep (0.8) | 8.60 hrs |
| 03/24/14 | AST | Substantial revisions to confirmation order, plan of liquidation and Trustee's declaration in preparation for filing and multiple office conferences and emails with LS&E team and Jones Day re: same | 12.70 hrs |
| 03/24/14 | SEH | review, revise, finalize and serve confirmation support documents including, exhibit binders, Trustee's declaration and memo of law | 9.00 hrs |

R. Davis, Trustee/Fletcher Int                                           Invoice      1928
Plan Issues                                                              Page          6

| | | | |
|---|---|---|---|
| 03/24/14 | CDT | office conferences and correspondence with L. Chapman and S. Hornung re: Second Amended Plan (.4); review RJD declaration re: same (.7); review, revise and finalize RJD Exhibit binders re: same (.9); draft, revise and finalize index to exhibits re: same (1.6); review, prepare and compile electronic exhibits re: same (1.2); prepare and file materials re: same (.7); team office conference with M. Luskin, S. Hornung, L. Chapman, A. Talesnick and K. Jensen re: Plan Confirmation and Hearing prep (.3); compile materials re: same (.2); coordinate and prepare re: exhibit binders and messenger delivery of Exhibit binders to Court (.7) | 6.70  hrs |
| 03/24/14 | LTC | work on confirmation papers (8.1); team meeting re: confirmation (.3) | 8.40  hrs |
| 03/24/14 | KMJ | revise Notice of Filing Second Amended Plan of Liquidation | 0.20  hrs |
| 03/24/14 | KMJ | cite check Table of Authorities | 2.40  hrs |
| 03/24/14 | KMJ | meeting with M. Luskin, S. Hornung, L. Chapman, A. Talesnick and C. Trieu re: Plan confirmation | 0.30  hrs |
| 03/25/14 | ML | draft and revise proposed confirmation order, research re: ███████████issues (2.0); draft hearing outline, confirmation prep (7.9); emails and telephone call with V. Roovers re: plan and order (0.4) | 10.30  hrs |
| 03/25/14 | AST | Research re:████████████████████████████and revise Plan and Confirmation Order to confirm (3.0); review and revise Plan and Confirmation Order to incorporate comments received from Jones Day and other parties in interest (1.0) | 4.00  hrs |
| 03/25/14 | SEH | review Turner objection re preparation for confirmation hearing and other miscellaneous preparation for confirmation hearing | 6.00  hrs |
| 03/25/14 | CDT | review docket and related filings re: March 27 Hearing (.4); draft, review and revise hearing agenda re: same (.9); office conference and correspondence with S. Hornung and L. Chapman re: same (.3); draft, revise and review certificate of service re: plan confirmation (.5); file Second Amended Plan with Corrected Blackline (.2); draft cover letters to US Trustee and Court re: same (.4); compile and prepare materials re: Plan Confirmation prep (.5) | 3.20  hrs |
| 03/25/14 | LTC | preparation for confirmation hearing (6.4); telephone call and email with███████(.1) | 6.40  hrs |
| 03/25/14 | KMJ | review injunction research to report to L. Chapman (.7); meet with L. Chapman (.3); research███████████(1); email re: same (.4) | 2.40  hrs |
| 03/26/14 | ML | revise proposed order, review research re: plan injunction and email to Jones Day re: same (1.5); review Soundview Trustee plan revisions and conference with A. Talesnick re: same (0.8); confirmation hearing prep with S. Hornung and L. Chapman (2.8); conference with R. Davis re: hearing prep (3.5) | 8.60  hrs |
| 03/26/14 | AST | Finalize Plan and Confirmation Order in advance of 3/27 confirmation hearing (5.4); multiple office conferences with S. | 8.70  hrs |

R. Davis, Trustee/Fletcher Int                                                    Invoice    1928
Plan Issues                                                                       Page       7

|  |  |  |  |
|---|---|---|---|
|  | Hornung and M. Luskin re: same (0.3); research re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (3.0) |  |  |
| 03/26/14 SEH | preparation for confirmation hearing, including drafting of outlines and multiple meetings | 12.00 | hrs |
| 03/26/14 CDT | review, compile and prepare discs re: RJD declaration supporting documents (.5); file notices re: Hearing Agenda and Proposed Confirmation Order (.5); revise cover letters to US Trustee and Court re: same (.3); prepare, compile and send cover letters and courtesy copies to US Trustee and Court re: same (.6); compile and prepare materials re: Hearing prep (1.0); office conference and correspondence with S. Hornung re: same (.2) | 3.10 | hrs |
| 03/26/14 LTC | preparation for confirmation hearing | 7.50 | hrs |
| 03/26/14 KMJ | research meaning of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (2.2); draft memorandum re: same (4.3); mutliple revisions (.7) | 7.70 | hrs |
| 03/27/14 ML | prepare for and attend confirmation hearing (6.2); review AF objection (0.2); revise proposed confirmation order and plan, and telephone call with R. Davis re: same (1.1) | 7.50 | hrs |
| 03/27/14 AST | Travel to/from and attend plan confirmation hearing [NOT BILLED] | 6.50 | hrs |
| 03/27/14 AST | revise Plan and Confirmation Order to incorporate Judge' Gerber's comments made on the record as well as comments received from other parties in interest (2.8) | 2.80 | hrs |
| 03/27/14 SEH | prepare for and attend confirmation hearing (6.0); miscellaneous follow up emails related to plan (.5) | 6.50 | hrs |
| 03/27/14 CDT | compile documents re: Plan Confirmation Hearing (.1); telephone call and correspondence with eScribers for hearing transcript order re: same (.3); correspondence with S. Hornung re: same (.1); | 0.50 | hrs |
| 03/27/14 LTC | confirmation hearing [NOT BILLED] | 6.00 | hrs |
| 03/28/14 ML | Emails re: plan and confirmation order changes (0.5). Office conference with A. Talesnick and letter to court re: same (0.5). Email to R. Morrissey and emails to R. Davis re: litigation counsel (0.4). | 1.40 | hrs |
| 03/28/14 AST | Continue revising Plan and Confirmation Order to incorporate Judge' Gerber's comments made on the record as well as comments received from other parties in interest | 3.60 | hrs |
| 03/28/14 SEH | review and revise confirmation and order and related meetings with A. Talesnick, including communications with the Court | 1.40 | hrs |
| 03/28/14 CDT | file Notice of Filing of Immaterial Modifications to Second Amended Plan and prepare courtesy copy for US Trustee | 0.30 | hrs |
| 03/29/14 LTC | reviewed confirmation order and emails re: same | 0.20 | hrs |
| 03/31/14 SEH | review confirmation notice and plan for relevant dates and calendar the same | 0.90 | hrs |

| | | | | |
|---|---|---|---|---|
| Talesnick, Alex S. | 6.50 hrs | 0.00 /hr | | $0.00 |
| Talesnick, Alex S. | 78.90 hrs | 324.00 /hr | | $25,563.60 |

R. Davis, Trustee/Fletcher Int                                          Invoice      1928
Plan Issues                                                              Page        8

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 14.20 hrs | 202.50 /hr | $2,875.50 |
| Jensen, Kristen M. | 38.60 hrs | 324.00 /hr | $12,506.40 |
| Chapman, Lucia T. | 6.00 hrs | 0.00 /hr | $0.00 |
| Chapman, Lucia T. | 89.20 hrs | 630.00 /hr | $56,196.00 |
| Luskin, Michael | 131.10 hrs | 720.00 /hr | $94,392.00 |
| Hornung, Stephan E. | 128.80 hrs | 472.50 /hr | $60,858.00 |
| | | | --------------- |
| Total fees for this matter | 493.30 hrs | | $252,391.50 |

BILLING SUMMARY

FEES                                                                    $252,391.50

                                                                       ---------------
TOTAL CHARGES                                                           $252,391.50

                                                                       ---------------
TOTAL BALANCE DUE                                                       $252,391.50