UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 11

FLETCHER INTERNATIONAL, LTD.,                               Case No. 12-12796 (REG)

                              Debtor.
-----------------------------------------------------------------x

**ORDER AUTHORIZING THE PLAN ADMINISTRATOR AND HIS
PROFESSIONALS TO FILE THEIR FINAL FEE APPLICATIONS UNDER SEAL**

Upon the *ex parte* motion (the "**Motion**") of Richard J. Davis, the Plan Administrator (the "**Plan Administrator**") and former Chapter 11 Trustee for Fletcher International, Ltd., for an order pursuant to Section 105(a) of the Bankruptcy Code, Rule 26(b)(3) of the Federal Rules of Civil Procedure, and Bankruptcy Rule 7026, and Local General Order M-447, (a) authorizing the Plan Administrator and his Professionals to file their Final Fee Applications (as defined in the Motion) under seal, with redacted copies publicly available, and (b) directing that the Final Fee Applications shall remain under seal, confidential and, except as otherwise expressly provided herein; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors and other parties-in-interest; and this Court having found that notice of the Motion was due and proper and that no other or further notice is required; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Subject to the terms and conditions of this Order, the Motion is granted.

2. Pursuant to Section 105(a) of the Bankruptcy Code, Rule 26 (b)(3) of the Federal Rules of Civil Procedure, Bankruptcy Rule 7026, and Local General Order M-447, the Plan Administrator and his professionals, Luskin, Stern & Eisler, LLP, Goldin Associates, LLC, and WeiserMazars LLP are authorized to file their Final Fee Applications under seal.

3. The unredacted Final Fee Applications shall remain under seal and confidential and shall not be made available to anyone without the consent of the Plan Administrator or further order from this Court (after notice and hearing); _provided_, _however_, that unredacted copies of the Final Fee Applications shall be provided on a strictly confidential basis, to the U.S. Trustee.

4. The Plan Administrator is authorized to file electronically redacted versions of the Final Fee Applications on the public docket.

5. This Order is without prejudice to right of the U.S. Trustee or any party in interest to seek to unseal the Final Fee Applications or any parts thereof.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. To the extent that the Motion is inconsistent with this Order, the terms of this Order shall govern.

8. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: New York, New York
     May 20, 2014                     _s/ Robert E. Gerber_
                                     HONORABLE ROBERT E. GERBER
                                     UNITED STATES BANKRUPTCY JUDGE