Presentment Date and Time: June 13, 2014 at 12:00 noon (ET)
Objection Deadline: June 12, 2014 at 4:00 p.m. (ET)

Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205

*Attorneys for the Plan Administrator and
Former Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
FLETCHER INTERNATIONAL, LTD.,                     :        Case No. 12-12796 (REG)
                                                  :
                    Debtor.                       :
                                                  :
---------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF STIPULATION AND ORDER WITHDRAWING THE PROOFS OF CLAIM FILED BY DENIS J. KIELY, THE LAW OFFICES OF <u>DENIS J. KIELY, AND DUHALLOW FINANCIAL SERVICES, LLC</u>

**PLEASE TAKE NOTICE** that the undersigned will present the attached Stipulation and Order Withdrawing the Proofs of Claim Filed by Denis J. Kiely, the Law Offices of Denis J. Kiely, and Duhallow Financial Services, LLC (the "**Stipulation**") to the Honorable Robert E. Gerber, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, at One Bowling Green, New York, New York 10004 for signature on **June 13, 2014 at 12:00 noon (ET)**.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Stipulation must be filed electronically with the Court on the docket of *In re Fletcher International, Ltd.*, Case No. 12-12796 (REG), pursuant to the Court's General Order M-399 (available at http://www.nysb.uscourts.gov/orders/m399.pdf), by registered users of the Court's

case filing system and by all other parties in interest on a 3.5 inch disc, preferably in portable document format, Microsoft Word or any other Windows-based word processing format with a hard copy directly to Chambers and served by U.S. mail, overnight delivery, hand delivery or, with the exception of the United States Trustee, facsimile upon each of the following: (a) attorneys to the Trustee, Luskin, Stern & Eisler LLP, Eleven Times Square, New York, New York 10036 (Attn: Michael Luskin, Esq.); (b) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Richard C. Morrissey, Esq.); (c) and all parties requesting notice in this Chapter 11 case pursuant to Bankruptcy Rule 2002, so as to be actually received no later than **June 12, 2014 at 4:00 p.m.** or there will not be a hearing and the Stipulation may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will schedule a hearing to consider the Stipulation and the objection, and the Trustee, by and through his attorneys, will notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

-3-

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

| | |
|---|---|
| Dated: New York, New York<br>June 6, 2014 | LUSKIN, STERN & EISLER LLP<br><br>By: /s/ Michael Luskin<br>       Michael Luskin<br>       Stephan E. Hornung<br><br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>Facsimile: (212) 974-3205<br><br>*Attorneys for the Plan Administrator and Former Chapter 11 Trustee* |