Alphonse Fletcher, Jr.
48 Wall Street, Fourth Floor
New York, NY 10005
(212) 284-4800

UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK

| In re:<br><br>FLETCHER INTERNATIONAL, LTD.,<br><br>Debtor. | Chapter 11<br>Case No. 12-12796 (REG) |
|---|---|

## JOINDER OF ALPHONSE FLETCHER, JR. IN STEWART TURNER'S OBJECTION TO APPLICATIONS OF RICHARD J. DAVIS AND GOLDIN ASSOCIATES

Alphonse Fletcher, Jr., a party-in-interest in this case, proceeding *pro se*[1] hereby joints the objection filed by Stewart Turner to compensation of Richard J. Davis (Docket No. 542) and the objection filed by Stewart Turner to the application of Goldin Associates, LLC (Docket No. 543), and maintains the objections included in his Disgorgement Motion (Docket No. 544).

Dated: San Francisco, CA
June 11, 2014

Alphonse Fletcher, Jr.
Party-in-Interest *pro se*
48 Wall Street, 4th Floor
New York, NY 10005
(212)284-4800

---

[1] I respectfully request that the Court accept these statements in spite of any procedural missteps including timing, structure, language, or other formalities. I will quickly address any shortcomings which I can as soon as I am aware.