Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:   (212) 974-3205

*Attorneys for the Plan Administrator and*
*Former Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
FLETCHER INTERNATIONAL, LTD.,                       :        Case No. 12-12796 (REG)
                                                    :
                    Debtor.                         :
                                                    :
-------------------------------------------------------------x

## Agenda for June 17, 2014

**Time and Date of**
**Hearing:**             June 17, 2014 at 9:45 a.m.

**Location of Hearing:**  United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 523, before the Honorable Robert E. Gerber,
United States Bankruptcy Judge

### CONTESTED MATTERS GOING FORWARD

1. Chapter 11 Trustee's Final Fee Application [Docket No. 522]

    Responses Filed

    a. Stewart Turner's Objection [Docket No. 542]

    b. U.S. Trustee's Response [Docket No. 556]

    c. Plan Administrator's Reply [Docket No. 561]

    d. Turner's Surreply [Docket No. 563]

    e. Alphonse Fletcher's Joinder [Docket No. 564]

2. Luskin, Stern & Eisler's Final Fee Application [Docket No. 523]

   Responses Filed

   a. U.S. Trustee's Response [Docket No. 556]

   b. Plan Administrator's Reply [Docket No. 561]

3. Goldin Associates' Final Fee Application [Docket No. 524]

   Responses Filed

   a. Stewart Turner's Objection [Docket No. 543]

   b. U.S. Trustee's Response [Docket No. 556]

   c. Plan Administrator's Reply [Docket No. 561]

   d. Turner's Surreply [Docket No. 563]

   e. Alphonse Fletcher's Joinder [Docket No. 564]

4. Alphonse Fletcher's Disgorgement Motion [Docket No. 544][1]

   Responses Filed

   a. Plan Administrator's Response [Docket No. 561]

   b. Alphonse Fletcher's Reply [Docket No. 566]

### UNCONTESTED MATTERS GOING FORWARD

5. WeiserMazars' Final Fee Application [Docket No. 525]

   Responses Filed

   a. U.S. Trustee's Response [Docket No. 556]

   b. Plan Administrator's Reply [Docket No. 561]

   Status: This matter will be going forward.

6. Abrams & Bayliss' Final Fee Application [Docket No. 526]

   Responses Filed

   a. U.S. Trustee's Response [Docket No. 556]

---

[1] Fletcher's Disgorgement Motion appears to have been submitted in opposition to the fee applications filed by the Trustee, Luskin Stern, and Goldin Associates. However, because Fletcher stylized it as a motion (as opposed to an objection), it is listed separately on the agenda.

    b. Plan Administrator's Reply [Docket No. 561]

Status: This matter will be going forward.

7. Trott & Duncan's Final Fee Application [Docket No. 527]

<u>Responses Filed</u>

    a. U.S. Trustee's Response [Docket No. 556]

    b. Plan Administrator's Reply [Docket No. 561]

Status: This matter will be going forward.

Dated: New York, New York  
        June 16, 2014

LUSKIN, STERN & EISLER LLP

By:   /s/ Michael Luskin  
       Michael Luskin  
       Lucia T. Chapman  
       Stephan E. Hornung

Eleven Times Square  
New York, New York 10036  
Telephone: (212) 597-8200  
Facsimile: (212) 974-3205

*Attorneys for the Plan Administrator and Former Chapter 11 Trustee*