IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:                                    )          CHAPTER 11
                                          )
FLETCHER INTERNATIONAL, Ltd.    )          CASE NO.  12-12796 (REG)
                                          )
                                          )
                                          )
                                          )

## NOTICE OF  WITHDRAWAL OF PROOF OF CLAIM

NOW INTO COURT,  through undersigned counsel, comes Jones Walker LLP, who

seeks to withdraw its Proof of Claim as filed on the Claims Register as Claim No. 2 filed on

August 23, 2013, in the amount of $17,327.40.

WHEREFORE,  Mover seeks an Order of this Court permitting the withdrawal of its

claim.

Respectfully submitted this 17th day of  June, 2014.


/s/   Mark Mintz

MARK A. MINTZ (La. Bar No. 31878)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: 504.582.8118
Facsimile: 504.589.8118

{N2835833.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served this 17th day of June, 2014 on those parties entitled to receive notice by this Court's CM/ECF system.

*/s/ Mark A. Mintz*