FILED
U.S. BANKRUPTCY COURT

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
| FLETCHER INTERNATIONAL, LTD. | SOUTHERN DISTRICT OF NEW YORK 10 ₽ 2:28 |
| Debtor | Chapter 11 |
| ALPHONSE FLETCHER, JR.,(pro se) | Case No. 12–12796 (REG) |
| Appellant, | |
| v. | **On Appeal from the United States** |
| | **Bankruptcy Court for the Southern District** |
| RICHARD J. DAVIS, ESQ. | **of New York (Hon. Robert E. Gerber)** |
| Appellee | |

## DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND A STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Alphonse Fletcher, Jr. (pro se) appellant in the above-captioned action appealed to the United States District Court for the Southern District of New York from the Bankruptcy Court's June 17, 2014 Decision found in the June 17, 2014 Hearing Transcript (p. 39:15-25, 40:1-25, 41:1-14 [Docket 577]) denying the Fletcher International Ltd. Disgorgement Motion and Disgorgement Motion Supplementary Information filed by Alphonse Fletcher Jr. [Dockets 544 and 566]. The Order Denying the Disgorgement Motion [Docket 578] was signed on June 24, 2014. In accordance with the requirements of Federal Rule of Bankruptcy Procedure 8006, the Appellant respectfully submits the following statement of issues to be presented, and designation of record items to be included, in the record on appeal in connection with the Notice of Appeal filed by the Appellant on the 27th day of June 2014.

## STATEMENT OF ISSUES ON APPEAL

Whether the Bankruptcy Court committed an error of law or an abuse of discretion when it failed to act upon information that the Trustee and professionals retained by the estate violated Bankruptcy Rule 2014 and 11 U.S. Code § 327(a) by not disclosing and initially denying connections to defendants and related parties in a state-court lawsuit in which a claim was successfully stated that those defendants unlawfully retaliated against that suit's plaintiffs, affiliates of the Debtor by, among other things, threatening to "destroy" those plaintiffs and their affiliates.

Whether the Bankruptcy Court committed an error of law or an abuse of discretion when it failed to act upon information that the Trustee and professionals retained by the estate violated Bankruptcy Rule 2014 and 11 U.S. Code § 327(a) by only partially disclosing connections to defendants in a pending material lawsuit brought by the debtor days prior to the chapter 11 filing.

Whether the Bankruptcy Court committed an error of law or an abuse of discretion when it failed to act upon information that the Trustee and professionals retained by the estate violated Bankruptcy Rule 2014 and 11 U.S. Code § 327(a) by not disclosing or only partially disclosing connections to likely defendants in potential litigation related to material claims held by the debtor.

2

## DESIGNATION OF RECORD ITEMS FOR APPEAL

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 07/11/2012 | 8 | Application to Employ Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtor Nunc Pro Tunc to June 29, 2012 filed by David R. Hurst on behalf of Fletcher International, Ltd.. Responses due by 7/20/2012, with presentment to be held on 7/25/2012 at 12:00 PM at Courtroom 523 (REG) (Hurst, David) (Entered: 07/11/2012) |
| 07/11/2012 | 9 | Notice of Presentment regarding Application to Employ Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtor Nunc Pro Tunc to June 29, 2012 (related document(s)8) filed by David R. Hurst on behalf of Fletcher International, Ltd.. with presentment to be held on 7/25/2012 at 12:00 PM at Courtroom 523 (REG) Objections due by 7/20/2012, (Hurst, David) (Entered: 07/11/2012) |
| 08/31/2012 | 82 | Declaration – Supplemental Declaration of David R. Hurst in Support of the Debtor's Application to Employ Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtor Nunc Pro Tunc to June 29, 2012 (related document(s)8) filed by David R. Hurst on behalf of Fletcher International, Ltd.. (Hurst, David) (Entered: 08/31/2012) |
| 09/04/2012 | 89 | Response – Reply in Support of Application to Retain Young Conaway Stargatt & Taylor, LLP as Bankruptcy Counsel to the Debtor (related document(s)19, 73, 8) filed by David R. Hurst on behalf of Fletcher International, Ltd.. with hearing to be held on 9/5/2012 at 03:30 PM at Courtroom 523 (REG) (Hurst, David) (Entered: 09/04/2012) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 09/04/2012 | 91 | Declaration – Second Supplemental Declaration of David R. Hurst in Support of the Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtor Nunc Pro Tunc to June 29, 2012 (related document(s)89) filed by David R. Hurst on behalf of Fletcher International, Ltd.. (Hurst, David) (Entered: 09/04/2012) |
| 09/10/2012 | 97 | Order Granting Application to Employ Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtor Nunc Pro Tunc to June 29, 2012 (Related Doc # 8) signed on 9/10/2012. (Blum, Helene) (Entered: 09/10/2012) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 09/06/2012 | 99 | Transcript regarding Hearing Held on September 5, 2012 at 3:55 PM RE: Emergency Application for Appointment of Chapter 11 Trustee; Motion of The United States Trustee for Order Directing The Appointment of Chapter 11 Trustee; Hearing on Order to Show Cause Why an Injunction Should Not Issue Compelling Fletcher Asset Management Inc. to Grant the Debtor Access to Servers; Notice of Hearing regarding Application to Employ Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtor Nunc Pro Tunc to June 29, 2012; Notice ot Hearing regarding Application to Employ Trott & Duncan Limited as Special Bermuda Counsel to the Debtor Effective as of August 13, 2012. Remote electronic access to the transcript is restricted until 12/5/2012. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 52, 38, 51, 65, 64). Notice of Intent to Request Redaction Deadline Due By 9/13/2012. Statement of Redaction Request Due By 9/27/2012. Redacted Transcript Submission Due By 10/9/2012. Transcript access will be restricted through 12/5/2012. (Braithwaite, Kenishia) (Entered: 09/12/2012) |
| 09/25/2012 | 111 | Appointment of Chapter 11 Trustee filed by Elisabetta Gasparini on behalf of United States Trustee. (Gasparini, Elisabetta) (Entered: 09/25/2012) |
| 09/25/2012 | 112 | Application for Appointment of Chapter 11 Trustee filed by Elisabetta Gasparini on behalf of United States Trustee. (Attachments: # 1 Exhibit 1– Declaration of Ricahrd J. Davis# 2 Exhibit 2 – Order Appointing Trustee) (Gasparini, Elisabetta) (Entered: 09/25/2012) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 10/15/2012 | 120 | Application to Employ Luskin, Stern & Eisler LLP as Counsel to the Trustee Nunc Pro Tunc to September 25, 2012 filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 10/15/2012) |
| 10/18/2012 | 124 | Application to Employ Goldin Associates, LLC as Special Consultant to the Trustee Nunc Pro Tunc to October 5, 2012 filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 10/18/2012) |
| 10/25/2012 | 134 | Motion to Authorize The Trustee (I) to Sell the Debtors Beneficial Interest in 1,000 Shares of Helix Energy Solutions Group, Inc. Series A–1 Cumulative Convertible Preferred Stock, or (II) to Convert the Preferred Stock Into HLX Common Stock and Sell It filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 10/25/2012) |
| 10/25/2012 | 135 | Notice of Hearing of Chapter 11 Trustees Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 the Trustee (I) to Sell the Debtors Beneficial Interest in 1,000 Shares of Helix Energy Solutions Group, Inc. Series A–1 Cumulative Convertible Preferred Stock, or (II) to Convert the Preferred Stock Into HLX Common Stock and Sell It (related document(s)134) filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 11/15/2012 at 09:45 AM at Courtroom 523 (REG) Objections due by 11/8/2012, (Luskin, Michael) (Entered: 10/25/2012) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 10/25/2012 | 136 | Declaration of Marti P. Murray in Support of Chapter 11 Trustees Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 the Trustee (I) to Sell the Debtors Beneficial Interest in 1,000 Shares of Helix Energy Solutions Group, Inc. Series A–1 Cumulative Convertible Preferred Stock, or (II) to Convert the Preferred Stock Into HLX Common Stock and Sell It (related document(s)134) filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 10/25/2012) |
| 10/25/2012 | 137 | Declaration of Richard J. Davis in Support of Chapter 11 Trustees Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 the Trustee (I) to Sell the Debtors Beneficial Interest in 1,000 Shares of Helix Energy Solutions Group, Inc. Series A–1 Cumulative Convertible Preferred Stock, or (II) to Convert the Preferred Stock Into HLX Common Stock and Sell It (related document(s)134) filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 10/25/2012) |
| 11/12/2012 | 153 | Order Granting Application to Employ Employ Goldin Associates, LLC as Special Consultant to the Trustee Nunc Pro Tunc to October 5, 2012 (Related Doc # 124) |
| 11/12/2012 | 154 | Order Granting Application to Employ Luskin, Stern & Eisler LLP as Counsel to the Trustee Nunc Pro Tunc to September 25, 2012 (Related Doc # 120) signed on 11/09/2012. (Blum, Helene) (Entered: 11/12/2012) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 11/13/2012 | 157 | Notice of No Objection to Chapter 11 Trustee's Motion for an Order Authorizing the Trustee (i) to Sell the Debtor's Beneficial Interest in 1,000 Shares of Helix Energy Solutions Group, Inc. Series A–1 Cumulative Convertible Preferred Stock, or (ii) to Convert the Preferred Stock into HLX Common Stock and Sell It (related document(s)134) filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 11/13/2012) |
| 11/16/2012 | 161 | Order Granting Motion to Authorize the Trustee (I) to Sell the Debtors Beneficial Interest in 1,000 Shares of Helix Energy Solutions Group, Inc. Series A–1 Cumulative Convertible Preferred Stock, or (II) to Convert the Preferred Stock Into HLX Common Stock and Sell It(Related Doc # 134) signed on 11/16/2012. (Blum, Helene) (Entered: 11/16/2012) |
| 02/11/2013 | 188 | Motion to Approve Term Sheet Agreement Between the Trustee and Fletcher International, Inc. filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 02/11/2013) |
| 03/11/2013 | 197 | Motion to Approve the Release and Waiver between the Debtor and United Community Banks, Inc. filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 4/11/2013 at 09:45 AM at Courtroom 523 (REG) Responses due by 4/4/2013, (Luskin, Michael) (Entered: 03/11/2013) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 03/11/2013 | 199 | Trustee's Motion for Entry of an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Assumption of the Debtor's Pre- Petition Contract, as Modified by the Chapter 11 Trustee, with Trial Experts for the Ion Litigation, filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 4/11/2013 at 09:45 AM at Courtroom 523 (REG) Responses due by 4/4/2013, (Luskin, Michael) Modified on 3/12/2013 (Richards, Beverly). (Entered: 03/11/2013) |
| 04/05/2013 | 207 | Application for Final Professional Compensation for Young Conaway Stargatt & Taylor, LLP, Debtor's Attorney, period: 6/29/2012 to 10/31/2012, fee: $1,299,152.28, expenses: $55,805.34 filed by Young Conaway Stargatt & Taylor, LLP. with hearing to be held on 4/30/2013 at 09:45 AM at Courtroom 523 (REG) Responses due by 4/23/2013, (Attachments: # 1 Exhibit) (Geoghan, Daniel) (Entered: 04/05/2013) |
| 04/10/2013 | 219 | Statement of No Objection to Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Release and Waiver Between the Debto and United Community Banks, Inc. (related document(s)197) filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 04/10/2013) |
| 04/10/2013 | 220 | Order Granting Motion to Approve the Release and Waiver between the Debtor and United Community Banks, Inc.(Related Doc # 197) signed on 4/10/2013. (Blum, Helene) (Entered: 04/10/2013) |
| 04/10/2013 | 221 | Order Authorizing The Assumption Of The Debtors Pre–Petition Contract, As Modified By The Chapter 11 Trustee, With Trial Experts For The ION Litigation (Related Doc # 199) signed on 4/10/2013. (Blum, Helene) (Entered: 04/10/2013) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 04/10/2013 | 221 | Order Authorizing The Assumption Of The Debtors Pre–Petition Contract, As Modified By The Chapter 11 Trustee, With Trial Experts For The ION Litigation (Related Doc # 199) signed on 4/10/2013. (Blum, Helene) (Entered: 04/10/2013) |
| 04/25/2013 | 230 | Declaration –Supplemental Declaration of Daniel F.X. Geoghan in Support of First and Final Application of Young Conanway Stargatt & Taylor, LLP as Counsel for the Debtor for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from June 29, 2012 Through October 31, 2012 (related document(s)207) filed by Daniel F.X. Geoghan on behalf of Young Conaway Stargatt & Taylor, LLP. with hearing to be held on 4/30/2013 at 09:45 AM at Courtroom 523 (REG) (Geoghan, Daniel) (Entered: 04/25/2013) |
| 05/01/2013 | 234 | Order signed on 5/1/2013 Granting Re: Allowance First and Final Professional Compensation and Reimbursement of Expenses (Related Doc # 207)for Young Conaway Stargatt & Taylor, LLP, fees awarded: $1,100,000.00, expenses awarded: $0.00 . (Ho, Amanda) (Entered: 05/01/2013) |
| 07/24/2013 | 245 | Notice of Presentment of Trustee's Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bancruptcy Rule 2014, and Local Rule 2014–1 Approving the Amended and Restated Engagement Letter with Goldin Associates, LLC Nunc Pro Tunc to June 1, 2013 filed by Michael Luskin on behalf of Richard J. Davis. with presentment to be held on 8/12/2013 at 12:00 PM at Courtroom 523 (REG) (Luskin, Michael) (Entered: 07/24/2013) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 07/24/2013 | 246 | Application to Employ as Special Consultant Trustee's Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bancruptcy Rule 2014, and Local Rule 2014–1 Approving the Amended and Restated Engagement Letter with Goldin Associates, LLC Nunc Pro Tunc to June 1, 2013 filed by Michael Luskin on behalf of Richard J. Davis. Responses due by 8/8/2013, with presentment to be held on 8/12/2013 at 12:00 PM at Courtroom 523 (REG) (Luskin, Michael) (Entered: 07/24/2013) |
| 08/13/2013 | 257 | Order signed on 8/13/2013 Granting Re: Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014–1 Approving the Amended and Restated Engagement Letter with Goldin Associates, LLC Nunc Pro Tunc to June 1, 2013 (Related Doc # 246) . (Ho, Amanda) (Entered: 08/13/2013) |
| 09/25/2013 | 299 | Ex Parte Motion to File Under Seal Motion for an Order Authorizing the Trustee to File Under Seal Certain Documents in Connection with the Trustee's Retention of a Special Consultant filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 09/25/2013) |
| 09/26/2013 | 300 | Order Authorizing the Trustee to File Under Seal Certain Documents in Connection with the Trustee's Retention of a Special Consultant (Related Doc # 299) signed on 9/26/2013. (Blum, Helene) (Entered: 09/26/2013) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 09/27/2013 | 302 | Application to Employ Trustee's Application for Entry of an Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 Authorizing the Retention and Employment of a Special Consultant to the Trustee filed by Michael Luskin on behalf of Richard J. Davis. Responses due by 10/11/2013, with presentment to be held on 10/15/2013 at 12:00 PM at Courtroom 523 (REG) (Luskin, Michael) (Entered: 09/27/2013) |
| 09/30/2013 | 305 | Order signed on 9/30/2013 Approving Stipulation Governing Certain Shares of Fletcher International Partners, Ltd. (related document(s)291) (Blum, Helene) (Entered: 09/30/2013) |
| 10/07/2013 | 307 | Endorsed Order signed on 10/7/2013 "The attached email violates the letter, and submissions by other parties violate the spirit, of this Courts Endorsed Order, dated 10/1/13 (ECF #16), requiring service on counsel for the Fletcher International Trustee of all papers in this case. For the avoidance of doubt, all communications to the Courtof any nature, and by all partiesare to be served or copied on counsel for the Fletcher International Trustee". etc. (Blum, Helene) (Entered: 10/07/2013) |
| 10/16/2013 | 311 | Order Granting Trustee's Application for Entry of an Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 Authorizing the Retention and Employment of a Special Consultant to the Trustee (Related Doc # 302) signed on 10/16/2013. (Blum, Helene) (Entered: 10/16/2013) |
| 11/25/2013 | 327 | Trustee's Final Report And Disclosure Statement filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 11/25/2013) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 11/25/2013 | 328 | Trustee's Final Report Exhibits A–E to Trustee's Report and Disclosure Statement filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 11/25/2013) |
| 11/25/2013 | 330 | Chapter 11 Plan Chapter 11 Trustee's Plan filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 11/25/2013) |
| 12/06/2013 | 346 | Letter filed by Fletcher Asset Managment, Inc.. (Rodriguez, Willie) (Entered: 12/09/2013) |
| 01/03/2014 | 370 | Objection of Debtors–In–Possession Soundview Elite Ltd., et al., to Trustees Report and Disclosure Statement (related document(s)327) filed by Mark J. Politan on behalf of Affiliated Debtors–In–Possession, Soundview Elite Ltd., et al, In Cases Pending Before This Court and Jointly Administered Under Case No. 13–13098. (Attachments: # 1 Exhibit A) (Politan, Mark) (Entered: 01/03/2014) |
| 01/06/2014 | 371 | Objection to the Trustee and Discloure Statement filed by Stewart Turner. (Ho, Amanda) (Entered: 01/07/2014) |
| 01/06/2014 | 380 | Objection to the Trustee and DisclosureStatement (related document(s)327, 328) filed by Stewart Turner. (Ho, Amanda) (Entered: 01/16/2014) |
| 01/08/2014 | 374 | Transcript regarding Hearing Held on January 7, 2014 at 10:13 AM RE: Discovery Conference. (Braithwaite, Kenishia) (Entered: 01/13/2014) |
| 01/13/2014 | 375 | Amended Disclosure Statement Supplement to the Trustee's Report and Disclosure Statement filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 1/14/2014 at 09:45 AM at Courtroom 523 (REG) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (Luskin, Michael) (Entered: 01/13/2014) |
| 01/16/2014 | 382 | Transcript regarding Hearing Held on January 14, 2014 at 9:51 AM RE: Chapter 11 Trustees' Motion to Approve the Disclosure Statement. (Entered: 01/16/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 01/24/2014 | 393 | Amended Disclosure Statement Trustee's Report and Disclosure Statement filed by Michael Luskin on behalf of Richard J. Davis. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N)(Luskin, Michael) (Entered: 01/24/2014) |
| 01/24/2014 | 394 | Amended Plan Trustee's Amended Plan of Liquidation filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 01/24/2014) |
| 02/18/2014 | 417 | Objection to Confirmation of Plan filed by Stewart Turner. (Richards, Beverly) (Entered: 02/21/2014) |
| 02/19/2014 | 413 | Order Signed on 2/19/2014 Approving the Settlement Agreement Between Fletcher International, Ltd. and ION. (Related Doc # 390) (Nulty, Lynda) (Entered: |
| 02/26/2014 | 442 | Transcript regarding Hearing Held on February 25, 2014 at 9:54 AM RE: Status Conference. (Entered: 03/06/2014) |
| 03/05/2014 | 439 | Motion to Approve Compromise Trustee's Motion to Approve the Settlement Agreement Between Fletcher International, Ltd. and United Community Banks, Inc. filed by Michael Luskin on behalf of Richard J. Davis with hearing to be held on 3/19/2014 at 09:45 AM at Courtroom 523 (REG) Responses due by 3/12/2014,. (Luskin, Michael) (Entered: 03/05/2014) |
| 03/05/2014 | 440 | Declaration of Richard J. Davis in Support of Trustee's Motion to Approve the Settlement Agreement Between Fletcher International, Ltd. and United Community Banks, Inc. (related document(s)439) filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 03/05/2014) |
| 03/06/2014 | 448 | Objection to Stipulation and Order Temporarily Allowing Claim of Gregory Messer, Chapter 7 Trustee, For Plan Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018(A) filed by Stewart Turner. (Ho, Amanda) (Entered: 03/14/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 03/06/2014 | 449 | Objection to Stipulation and Order Resolving Proof of Claim Filed by Jeffrey M. Colon filed by Stewart Turner. (Ho, Amanda) (Entered: 03/14/2014) |
| 03/12/2014 | 452 | Objection to Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(A) Approving the Settlement Agreement between Fletcher International, Ltd and United Community Banks, Inc. filed by Stewart Turner. (Ho, Amanda) (Entered: 03/14/2014) |
| 03/17/2014 | 455 | Response to the Objections of Stewart Turner to the Stipulation and Order Temporarily Allowing the Claim of Gregory Messer, Chapter 7 Trustee, for Plan Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018(a), and the Stipulation and Order Resolving the Proof of Claim Filed by Jeffrey M. Colon (related document(s)448, 449) filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 3/19/2014 at 09:45 AM at Courtroom 523 (REG) (Luskin, Michael) (Entered: 03/17/2014) |
| 03/17/2014 | 456 | Response Chapter 11 Trustee's Response to the Objection of Stewart Turner to the Trustee's Motion for Entry of an Order Pursuant to a Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and United Community Banks, Inc. (related document(s)452) filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 3/19/2014 at 09:45 AM at Courtroom 523 (REG) (Luskin, Michael) (Entered: 03/17/2014) |
| 03/19/2014 | --- | Transcript regarding Hearing Held on March 19, 2014, at 9:57 AM |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 03/20/2014 | 462 | So Ordered Stipulation and Order Signed on 3/20/2014 Temporarily Allowing Claim of Gregory Messer, Chapter 7 Trustee, for Plan Voting Purposes. (related document(s)425, 424) (Nulty, Lynda) (Entered: 03/20/2014) |
| 03/20/2014 | 463 | So Ordered Stipulation and Order Signed on 3/20/2014 Resolving Proof of Claim Filed by Jeffrey M. Colon. (related document(s) 400, 426, 427) (Nulty, Lynda) (Entered: 03/20/2014) |
| 03/20/2014 | 465 | Order Signed on 3/20/2014 Approving the Settlement Agreement Between Fletcher International, Ltd. and United Community Banks, Inc. (Related Doc # 439) (Nulty, Lynda) (Entered: 03/20/2014) |
| 03/24/2014 | 472 | Amended Plan Notice of Filing of Trustee's Second Amended Plan of Liquidation filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 03/24/2014) |
| 03/24/2014 | 473 | Amended Plan Declaration of Stephan E. Hornung with Respect to the Tabulation of Votes on the Trustee's Second Amended Plan of Liquidation filed by Michael Luskin on behalf of Luskin, Stern & Eisler LLP. (Luskin, Michael) (Entered: 03/24/2014) |
| 03/24/2014 | 474 | Amended Plan Testimony of Richard J. Davis in Support of Confirmation of the Trustee's Second Amended Plan of Liquidation filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 3/27/2014 at 09:45 AM at Courtroom 523 (REG) (Luskin, Michael) (Entered: 03/24/2014) |
| 03/24/2014 | 475 | Memorandum of Law The Chapter 11 Trustee's Memorandum of Law in Support of Confirmation of the Trustee's Second Amended Plan of Liquidation (related document(s) 474, 473, 472) filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 03/24/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 03/27/2014 | 492 | Response /Reply to Trustee's Declaration, Second Amended Plan of Liquidation, and Soundview Repsonse and Alphonse Fletcher's Joinder with Stewart Turner's Objections filed by Alphonse Fletcher Jr.. (Ho, Amanda) (Entered: 03/28/2014) |
| 03/28/2014 | 486 | Transcript regarding Hearing Held on March 26, 2014 at 10:02 AM RE: Motion Filed by Alphonse Fletcher, Jr. to Compel Compliance with Bankruptcy Code and Rules In Re: Fletcher International, Ltd. and Associated Cases (Entered: 03/28/2014) |
| 03/28/2014 | 487 | Transcript regarding Hearing Held on March 27, 2014 at 9:50 AM RE: Confirmation Hearing. (Entered: 03/28/2014) |
| 03/28/2014 | 488 | Second Amended Plan Notice of Filing of Immaterial Modifications to the Trustee's Second Amended Plan of Liquidation filed by Michael Luskin on behalf of Richard J. Davis. (Luskin, Michael) (Entered: 03/28/2014) |
| 03/28/2014 | 490 | Findings of Fact, Conclusions of Law and Order Signed on 3/28/2014 Confirming the Trustee's Second Amended Plan of Liquidation. (related document(s)472) (Nulty, Lynda) (Entered: 03/28/2014) |
| 04/01/2014 | 493 | Letter Table of Fiduciary Connections in Fletcher International, Ltd. and Associated Cases filed by Alphonse Fletcher Jr.. (Nulty, Lynda) (Entered: 04/02/2014) |
| 04/03/2014 | 503 | Transcript regarding Hearing Held on April 2, 2014 at 9:51 AM RE: Status Conference Re: Motion Filed by Alphonse Fletcher, Jr. to Compel Compliance with Bankruptcy Code and Rules in Re Fletcher International Ltd. and Associated Cases. (Entered: 04/11/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 04/10/2014 | 498 | Response /Further Response of Stewart Turner as directed by Judge Gerber to paragraph 96 and 98-149 of the testimony of Richard J. Davis in support of confirmation of the Trustee's Second Amended Plan of Liquidation (Docket No. 474) filed by Stewart Turner. (Attachments: # 1 Table of Content # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8) (Ho, Amanda) (Entered: 04/11/2014) |
| 04/10/2014 | 499 | Exhibits 9-15 filed by Stewart Turner (related document(s)498). (Ho, Amanda) (Entered: 04/11/2014) |
| 04/10/2014 | 500 | Exhibits 16-23 filed by Stewart Turner (related document(s)499, 498). (Ho, Amanda). (Docket Text Modified on 4/14/2014) (Richards, Beverly). (Entered: 04/11/2014) |
| 04/10/2014 | 501 | Exhibits 24-30, 32 and 33 filed by Stewart Turner (related document(s)499, 500, 498). (Ho, Amanda) Additional attachment(s) added on 4/21/2014 (Bush, Brent). (Entered: 04/11/2014) |
| 04/11/2014 | 502 | Statement / Challenge to equity subordination filed by Alphonse Fletcher Jr.. (Ho, Amanda) (Entered: 04/11/2014) |
| 04/11/2014 | 505 | Affidavit Regarding my Further Response of Stewart Turner as directed by Judge Gerber to paragraph 96 and 98-149 of the testimony of Richard J. Davis in support of confirmation of the Trustee's Second Amended Plan of Liquidation (Docket No. 474) (related document(s)499, 501, 500, 498) filed by Stewart Turner. (Ho, Amanda) (Entered: 04/11/2014) |
| 04/23/2014 | 515 | Notice of Appeal (related document(s) 465) filed by Alphonse Fletcher Jr. Filing Fee Filed. Receipt #193874. (Rouzeau, Anatin) Modified to Add Additional Attachment(s) to Appeal added on 5/6/2014 (Rouzeau, Anatin). (Entered: 04/24/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 05/02/2014 | 522 | Application for Final Professional Compensation Chapter 11 Trustee's Fifth and Final Application for Compensation for Services Performed and Reimbursement of Actual and Necessary Expenses Incurred during (i) the Fifth Interim Period from November 1, 2014 to April 6, 2014, and (ii) the Retention Period from September 25, 2012, to April 6, 2014 for Richard J. Davis, Trustee Chapter 11, period: 11/1/2013 to 4/6/2014, fee:$276,165.00, expenses: $0.00 filed by Michael Luskin. (Luskin, Michael) (Entered: 05/02/2014) |
| 05/02/2014 | 523 | Application for Final Professional Compensation Third Interim and Final Application of Luskin, Stern & Eisler LLP, as Attorneys for the Chapter 11 Trustee, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During (i) the Third Interim Period from July 1, 2013 to April 6, 2014, and (ii) the Retention Period from September 25, 2012 to April 6, 2014 for Luskin, Stern & Eisler LLP, Debtor's Attorney, period: 7/1/2013 to 4/6/2014, fee:$2,332,986.75, expenses: $41,755.23 filed by Michael Luskin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C (Part 1) # 4 Exhibit C (Part 2) # 5 Exhibit C (Part 3)) (Luskin, Michael) (Entered: 05/02/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 05/02/2014 | 524 | Application for Final Professional Compensation Third and Final Application of Goldin Associates, LLC, as Special Consultant to the Chapter 11 Trustee, for the Interim and Final Allowance of Compensation for Services, and Reimbursement of Expenses Incurred During (i) the Third Interim Period from July 1, 2013 to April 6, 2014, and (ii) the Retention Period from October 5, 2012 to April 6, 2014 for Goldin Associates, LLC, Consultant, period: 7/1/2013 to 4/6/2014, fee: $1,961,946.36, expenses: $918,230.81 filed by Michael Luskin. (Luskin, Michael) (Entered: 05/02/2014) |
| 05/21/2014 | 542 | Objection to the Chapter 11 Trustee's Fifth and Final Application for Compensation for Services Performed and Reimbursement of Actual and Necessary Expenses Incurred During (I) The Fifth Interim Period from November 1, 2013 to April 6, 2014 and (II) The Retention Period From September 25, 2012 through April 6, 2014 (related document(s)522) filed by Stewart Turner. (Ho, Amanda) (Entered: 05/23/2014) |
| 05/21/2014 | 543 | Objection to the Third and Final Application of Goldin Associates, LLC, Special Consultant to the Trustee for Interim and Final Allowance of Compensation for Services Rendered for the Period October 5, 2012 Through April 6, 2014 and for Reimbursement of Expenses (related document(s)524) filed by Stewart Turner. (Ho, Amanda) (Entered: 05/23/2014) |
| 05/21/2014 | 544 | Motion to Approve /Fletcher International Ltd. Disgorgement Motion filed by Alphonse Fletcher Jr.. (Ho, Amanda) (Entered: 05/23/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 06/11/2014 | 561 | Declaration of Richard J. Davis in Further Support of Interim and Final Fee Applications and in Response to the Objections of Stewart Turner and the "Disgorgement Motion" of Alphonse Fletcher, Jr. (related document(s)524, 523, 526, 527, 525, 543, 522, 542, 556) filed by Michael Luskin on behalf of Richard J. Davis. with hearing to be held on 6/17/2014 at 09:45 AM at Courtroom 523 (REG) (Luskin, Michael) (Entered: 06/11/2014) |
| 06/11/2014 | 563 | Objection /Supplement to the Objection of Stewart Turner to the Chapter 11 Trustee's Fifth and Final Application for Compensation for Services Performed and Reimbursements of Actual and Necessary Expenses Incurred During (I) the Fifth Interim Period from November 1, 2013 to April 6, 2014 and (II) the Retention Period from September 25, 2012 through April 6, 2014 filed by Stewart Turner. (Ho, Amanda) (Entered: 06/12/2014) |
| 06/11/2014 | 564 | Objection /Joiner of Alphonse Fletcher, Jr. in Stewart Turner's Objection to Applications of Richard J. Davis and Goldin Associates filed by Alphonse Fletcher Jr.. (Ho, Amanda) (Entered: 06/12/2014) |
| 06/12/2014 | 566 | Motion to Allow/Disgorgement Motion Supplementary Information filed by Alphonse Fletcher Jr.. (Ho, Amanda) (Entered: 06/13/2014) |
| 06/13/2014 | 568 | Response of Stewart Turner to the Declaration of Richard J. Davis in further support of Interim and Final application and in response to the objections of Stewart Turner and the "Disgorgement Motion" of Alphonse Fletcher, Jr. filed by Stewart Turner. (Ho, Amanda) (Entered: 06/16/2014) |
| 06/18/2014 | 577 | Transcript regarding Hearing Held on June 17, 2014 at 10:09 AM RE: Motion Filed by Alphonse Fletcher, Jr. for Disgorgement; Applications for Allowance of Compensation and Reimbursement of Expenses. (Braithwaite, Kenishia) (Entered: 06/23/2014) |

| DATE ENTERED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 06/24/2014 | 578 | Order Signed on 6/24/2014 Denying the Disgorgement Motion Filed by Alphonse Fletcher, Jr. (Related Doc # 544(Nulty, Lynda) (Entered: 06/24/2014), 566) |
| 06/24/2014 | 581 | Order signed on 6/24/2014 Granting Re: Allowance of Interim and Final Professional Compensation and Reimbursement of Expenses (Related Doc 523)for Luskin, Stern & Eisler LLP, fees awarded: $2,615,930.19, expenses awarded: $41,755.23, (Related Doc # 524)for Goldin Associates, LLC, fees awarded: $2,482,183.09, expenses awarded: $26,783.32, (Related Doc # 525)for WeiserMazars, LLP, fees awarded: $35,980.70, expenses awarded: $39.80, (Related Doc # 526)for Abrams & Bayliss LLP, fees awarded: $115,000.00, expenses awarded: $25,311.34,(Related Doc # 527)for Trott & Duncan Limited, fees awarded: $17,008.50, expense awarded: $0.00. (Ho, Amanda) (Entered: 06/24/2014) |

Date: July 10, 2014

Respectfully Submitted,

ALPHONSE FLETCHER, JR.

By: _~Alan Fletcher~_

Alphonse Fletcher Jr.
Address:      188 Minna Street
              San Francisco, CA 94105
Phone:        (415)702-0070
Email:        AFletcher@Fletcher.com

FILED
U.S. BANKRUPTCY COURT

2014 JUL 10 P 2: 28

S.D. OF N.Y.

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2014, I served the Designation of the Items and Statement of Issues via UPS Express, the CM/ECF Electronic Filing system, or electronic mail on the following:

| |
|---|
| Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY  10014<br>Richard C. Morrissey, Esq.<br>Richard.Morrissey@usdoj.gov |
| Richard J. Davis, Esq.<br>415 Madison Ave.<br>11th Floor<br>New York, NY 10017<br>richard.davis@rjdavislaw.com<br><br>Chapter 11 Trustee |
| LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>8th Ave. & 41st St.<br>New York, NY 10036<br>Michael Luskin, Esq.<br>luskin@lsellp.com<br>Stephan Hornung<br>hornung@lsellp.com<br><br>Counsel to the Chapter 11 Trustee |
| COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>Daniel H. Tabak<br>dtabak@cohengresser.com<br><br>Attorneys for Defendants Fletcher Income<br>Arbitrage Fund in Voluntary Liquidation, acting by its Joint Official Liquidators Robin Lee McMahon and Roy Bailey and FIA Leveraged Fund In Official Liquidation, acting by its Joint Official Liquidators Robin Lee McMahon and Roy Bailey |

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, New York 10169
Justin E. Klein, Esq.
Timothy T. Brock, Esq.
David R. Lurie, Esq.
Mario Aieta, Esq.
jklein@ssbb.com
tbrock@ssbb.com
dlurie@ssbb.com
maieta@ssbb.com


Counsel for Fletcher Income Arbitrage Fund
and FIA Leveraged Fund

HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Barbra R. Parlin, Esq.
barbra.parlin@hklaw.com

HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston MA 02116
John J. Monaghan, Esq.
bos-bankruptcy@hklaw.com

Attorneys for Fletcher Fixed Income Alpha Fund, Ltd. - In Official Liquidation, acting
by its Joint Official Liquidators, Tammy Fu and Jenna Wise

DIAMOND MCCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, NY 10018
Richard I. Janvey
rjanvey@diamondmccarthy.com

DIAMOND MCCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas 77010
Kyung S. Lee
Charles M. Rubio
klee@diamondmccarthy.com
crubio@diamondmccarthy.com

Attorneys for The Firefighter's Retirement System, The New Orleans Fire Fighters'
Pension & Relief Fund, and The Municipal Employees' Retirement System of
Louisiana

DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Michael P. Pompeo, Esq.
Brian P. Morgan, Esq.
michael.pompeo@dbr.com   brian.morgan@dbr.com

DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19103-6996
William M. Connolly, Esq.
william.connolly@dbr.com

Attorneys for EisnerAmper LLP

PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
David W. Dykhouse
Brian P. Guiney
dwdykhouse@pbwt.com
bguiney@pbwt.com

---

Jones Day
222 East 41st Street
New York, New York 10017
Veerle Roovers
Amy Edgy Ferber
vroovers@jonesday.com
aeferber@jonesday.com

Counsel to the Soundview Elite Ltd. et al. Trustee

Karen Ostad
Ostad PLLC
185 Great Neck Road
Suite 330
Great Neck, NY 11021
kostad@ostadllc.com

Counsel to America Alternative Investments Inc.

PORZIO BROMBERG & NEWMAN, P.C.
100 Southgate Parkway, P.O. Box 1997
Morristown, NJ 07962-1997
Warren J. Martin, Jr.
wjmartin@pbnlaw.com

Attorneys for Soundview Elite, Ltd., et. al.
Debtors Out-Of-Possession

Dated: July 10, 2014

Respectfully Submitted,

ALPHONSE FLETCHER, JR.

By:_____
Alphonse Fletcher Jr.
Address: 188 Minna Street
          San Francisco, CA 94105
Phone: (415)702-0070
Email: AFletcher@Fletcher.com