

In re Soundview Elite, Ltd., Corrine Ball v Soundview Composite Ltd.
[14-01923-REG]
Alphonse Fletcher   to: gerber.chambers                          09/02/2014 09:47 PM

1 attachment


Fletcher to Hon Gerber 9-2-2014.pdf

To the Chambers of the Honorable Robert E. Gerber,

Please share the attached letter with His Honor.  I have also shared it with
the four parties listed as courtesy copy recipients, Mr. Hine, Mr. Levine, Mr.
Luskin, and Mr. Morrissey.

Thank you,
Alphonse Fletcher, Jr.

Alphonse Fletcher, Jr.
48 Wall Street, 4th Floor
New York, NY 10005

September 2, 2014

Honorable Robert E. Gerber
United States Bankruptcy Judge
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

**Re:** *In re Soundview Elite, Ltd., Corrine Ball v Soundview Composite Ltd. [14-01923-REG]*

Dear Judge Gerber,

As a director of Soundview Composite Ltd. ("Composite"), I write in regard to a letter sent by email at 8:59 a.m August 26 by Mr. Peter M. Levine, counsel to Composite. The letter includes mischaracterizations that he previously exposed and seeks restraints that he previously opposed. Mr. Levine offers no justification for his shifting allegiance.

On Thursday, August 21, 2014, Composite "retained and delivered a retainer to SEC counsel" to address the. S.E.C. subpoena for additional information about the affairs of Composite and its affiliates. On that day Composite also wrote to Mr. Levine regarding his fees:

> *"I think it would be best to get clarification from the judge regarding his order. We should know if in fact the judge intends to require Soundview Capital Management to pay your fees incurred as a result of your legal services provided to Composite."*

And on Friday, August 22, 2014, Mr. Levine threatened to disparage his client to this Court:

> *"If by 9:00 a.m., New York time, on Tuesday, August 26, 2014, I have not been paid and have not received written confirmation that Soundview Capital Management Ltd. has retained and delivered a retainer to SEC counsel, this letter will be sent to Bankruptcy Judge Robert Gerber."*

Composite should be afforded the same substantive rights as all other property owners. Composite must defend itself from its adversaries' continuing interference with its regulatory, legal, and financial affairs and their ongoing coercion of its counsel and witnesses and deception of courts and government officials as has been recorded in these associated cases.

Respectfully submitted,

Alphonse Fletcher, Jr.
Director, Soundview Composite Ltd.

cc:   Mr. William Hine
      Mr. Peter Levine
      Mr. Michael Luskin
      Mr. Richard Morrissey