Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10010
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205

*Attorneys for the Plan Administrator and
Former Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
FLETCHER INTERNATIONAL, LTD.,                       :          Case No. 12-12796 (REG)
                                                    :
                        Debtor.                     :
                                                    :
------------------------------------------------------------x

### STIPULATION AND ORDER WITHDRAWING
### PROOFS OF CLAIM FILED BY STEWART TURNER

This Stipulation and Order is entered into between Richard J. Davis, the Plan Administrator and former Chapter 11 Trustee (the "**Plan Administrator**") of Fletcher International, Ltd. (the "**Debtor**"), and Stewart Turner (the "**Claimant**," and together with the Debtor, the "**Parties**").

### RECITALS

**WHEREAS**, on January 18, 2013, Claimant filed Proof of Claim No. 68, asserting claims in the amount of $33,502.76, including a priority claim in the amount of $11,725.00, and asserting certain unliquidated claims;

**WHEREAS**, on May 19, 2014, Claimant filed Proof of Claim No. 72, asserting an administrative claim in the amount of $10,000.00, and asserting certain unliquidated claims, and

purporting to reduce the amount of Claim No. 68 by $10,000 (together with Proof of Claim No. 68, the "**Proofs of Claim**");

**WHEREAS**, by Order dated June 11, 2014 [Docket No. 558], the Court ordered that Proof of Claim No. 68 be equitably subordinated and classified as a Class 5 Insider Claim;

**WHEREAS**, the Plan Administrator disputes that the Debtor's estate is liable for the amounts sought in the Proofs of Claim and believes that the Debtor has other claims against the Claimant; and

**WHEREAS**, the Parties have reached a settlement with respect to the Proofs of Claim and any claims the Debtor has against the Claimant.

**IT IS HERBY STIPULATED AND AGREED AS FOLLOWS:**

1. The following proofs of claim submitted by the Claimant are hereby withdrawn with prejudice:

- Proof of Claim No. 68 filed by Claimant in the amount of $33,502.76, including a priority claim in the amount of $11,725.00, and asserting certain unliquidated claims; and

- Proof of Claim No. 72 filed by Claimant asserting an administrative claim in the amount of $10,000.00, and asserting certain unliquidated claims.

2. The Parties hereby release all claims against each other.

3. The Clerk of this Court is authorized to update the official claims register accordingly.

[remainder of page intentionally left blank]

Dated: New York, New York
      November 3, 2014

                                        LUSKIN, STERN & EISLER LLP

/s/ Stewart Turner                  By:   Michael Luskin
   Stewart Turner                            Michael Luskin
                                             Stephan E. Hornung

200 East 71st Street, Apt. 5A
New York, New York 10021          Eleven Times Square
Telephone: (917) 763-3905           New York, New York 10010
                                             Telephone: (212) 597-8200
*Claimant, pro se*                         Facsimile: (212) 974-3205

                                             *Attorneys for the Plan Administrator and*
                                             *Former Chapter 11 Trustee*

**SO ORDERED:**

Dated: New York, New York
      November 13, 2014

                                             *s/ Robert E. Gerber*
                                             Honorable Robert E. Gerber
                                             United States Bankruptcy Judge