Alphonse Fletcher, Jr.
48 Wall Street, Fourth Floor
New York, NY 10005
(212) 284-4800
AFletcher@Fletcher.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| FLETCHER INTERNATIONAL, LTD. | Case No. 12-12796 (REG) |
| Debtor | |
| ALPHONSE FLETCHER, JR.,(*pro se*) Appellants, v. RICHARD J. DAVIS, ESQ. Appellees | **On Appeal from the United States Bankruptcy Court for the Southern District of New York (Hon. Robert E. Gerber)** |

**DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND A STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL FROM THE BANKRUPTCY COURT'S SETTLEMENT AGREEMENT BETWEEN FLETCHER INTERNATIONAL, LTD. AND CREDIT SUISSE**

In accordance with the requirements of Federal Rule of Bankruptcy Procedure 8006, Alphonse Fletcher, Jr., *pro se*,[1] respectfully submits the following statement of issues to be presented, and designation of record items to be included, in the record on appeal in connection with the Notice of Appeal filed on the 29th day of October, 2014 [Docket 655]. The Notice of Appeal was filed to appeal the Bankruptcy Court's October 16, 2014 Order Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse [Docket 648].

---

[1] I respectfully request the Court's permission to correct any errors, mistakes, or omissions.

1

## STATEMENT OF ISSUES ON APPEAL

Whether the Bankruptcy Court committed an error of law or an abuse of discretion in

- ruling that there existed "no disputed issues of material fact"

- denying the request for an evidentiary hearing, and

- ruling that the settlement "is in the best interests of the Debtor and its estate, creditors, investors and other parties-in-interest,"

given that the record of these proceedings and the entire record of the case detail

- material and irreconcilable contradictions between the Trustee's Report and the documentary evidence,

- a lack of the arms-length negotiations necessary for approval of the settlement,

- credible and supported allegations against and partial belated admissions by the Trustee and his advisors of undisclosed connections which violate of Federal Rules of Bankruptcy Rule 2014, and

- credible and supported allegations against the Trustee and his advisors of partially disclosed and undisclosed connections to parties directly involved in the disputes underlying this settlement.

## DESIGNATION OF RECORD ITEMS FOR APPEAL

The Appellant submits the following items, together with all exhibits, schedules and other attachments thereto (including but not limited to, the exhibits, schedules and other attachments specifically designated below), for inclusion in the record of the Appeal:

| Item No. | Docket No. | Date | Description |
|---|---|---|---|
| 1 | 80 | 8-31-2012 | Motion to Approve Use of Cash Collateral - Motion for Approval of Stipulation for the Use of Cash Collateral of Credit Suisse Entities filed by Daniel F.X. Geoghan |
| 2 | 143 | 11-7-2012 | Declaration of Stephan E. Hornung in Support of the Chapter 11 Trustee's Motion for Entry of an Order (i) Authorizing the Trustee to Issue Subpoenas for the Production of Documents and to Examine Persons and Entities |
| 3 | 149 | 11-9-2014 | Ordered Amended Stipulation And Final Order By And Between Chapter 11 Trustee And Credit Suisse Securities (USA) LLC (A) Authorizing The Use Of Cash Collateral |
| 4 | 617 | 8-26-2014 | Motion to Approve Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse filed by Michael Luskin |
| 5 | 618 | 8-26-2014 | Notice of Presentment of Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse filed by Michael Luskin |
| 6 | 630 | 9-12-2014 | Objection to Motion /Objection to Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse filed by Stewart Turner. |
| 7 | 631 | 9-12-2014 | Objection to Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse filed by Alphonse Fletcher Jr.. |

| Item No. | Docket No. | Date | Description |
|---|---|---|---|
| 8 | 640 | 10-10-2014 | Declaration of Richard J. Davis in Support of Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse filed by Michael Luskin |
| 9 | 641 | 10-10-2014 | Response Plan Administrator's Response to Objections of Alphonse Fletcher, Jr. and Stewart Turner to Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse filed by Michael Luskin |
| 10 | 645 | 10-14-2014 | Response Plan Administrator's Response to Objections of Alphonse Fletcher, Jr. and Stewart Turner to Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019(a) Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse (related document(s)641) filed by Stewart Turner |
| 11 | 649 | 10-16-2014 | Transcript regarding Hearing Held on October 15, 2014 RE: Motion Filed by the Plan Administrators for Entry of an Order Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse. |
| 12 | 648 | 10-16-2014 | Order Signed on 10/16/2014 Approving the Settlement Agreement Between Fletcher International, Ltd. and Credit Suisse. |
| 13 | 655 | 10-29-2014 | Notice of Appeal |

Dated: November 13, 2014

Respectfully Submitted,

ALPHONSE FLETCHER, JR.

By: _____

Alphonse Fletcher Jr.
Address: 188 Minna Street
San Francisco, CA 94105
Phone: (415)702-0070
Email: AFletcher@Fletcher.com

4

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2014, I served the foregoing motion via UPS Express, the CM/ECF Electronic Filing system, or electronic mail on the following:

| |
|---|
| Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Richard C. Morrissey, Esq.<br>Richard.Morrissey@usdoj.gov |
| Richard J. Davis, Esq.<br>415 Madison Ave.<br>11th Floor<br>New York, NY 10017<br>richard.davis@rjdavislaw.com<br>Chapter 11 Trustee |
| LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>8th Ave. & 41st St.<br>New York, NY 10036<br>Michael Luskin, Esq.<br>luskin@lsellp.com<br>Stephan Hornung<br>hornung@lsellp.com<br>Counsel to the Chapter 11 Trustee |

Dated: November 13, 2014

Respectfully Submitted,

ALPHONSE FLETCHER, JR.

By: _____

Alphonse Fletcher Jr.
Address: 188 Minna Street
San Francisco, CA 94105
Phone: (415)702-0070
Email: AFletcher@Fletcher.com

5