- FGIC - 10-14215
- Residual Mgmt

1) ~~confirm Capstone uc is being retained~~
   ~~- yes~~

2) ~~Services under order - yes~~

3) - letter of services comes out — want to shut other
   □ - we need to review —      ~~funds/sh/ps~~
   - "w/o limiting" - out       → Done confirmed w/
   - notice w/ court               Manzo

4) ~~Mark reporting package~~
   ~~- she wants to understand~~
   ~~- no issue~~

5) ~~drafted sheet added ??? names~~ ] slow process
   □ -

6) Capstone, non employee or "independent
   contractors"                          → not an independent
   □ - do we retain any contractors        contractor - possession
   □ - Capstone has to disclose -          of sensitive ??
   □ - include in conflict search           Look at 19 of ?
   □ - no markup on fees                    ???

7) "in the matter for which capstone is proposed
   to be retained"          ] P/18 - P.8 of Declaration
   - 327(a) does not       ] → last sentence pulled
   □ - take it

8) no overhead charges - ~~or~~ support staff.
   □ - D+T - Mesa - Supp - staff does not include
        clerical people → we will make change

Deloitte &
Touche

GSC-CAPSTONE 0003306

(OK?)

Discuss w/ DTN

- ☐ 9) No legal fees -
  - only in connection w/ indemnification
  - share -
  - what if ~~Bob~~ Bob deposed -
  - we can go back to UST and then get
  - court approval -

OK / D10) release against first ✓

○ D11) Indemnification Language - UST to send - MJM ✓
  to email -

12) but not in connection w/ these cases -
  ✓ - to extent Capstone reps any
     companies -
  D - no employees w/ rep + ethical
      wall -
      pg 3
  D - standard email on Wall

13) ~~———~~  (4) - (A)
? - thirds (4) -

14) Q 12 - Capstone → add to Q beyond just

15) Q 14 - same issues -

16) No reimbursement for typing – add to order

17) add to order – file application in accordance w/ 330 + 331 + Guidelines

18) Success fee –
   – in order – no success fee but come back to seek later –

19) Bk has jurisdiction – add to order

20) [scribbled out]
   P 3 of order – no 328

21) P 5 – and this court retains all right

22) and this court

23) solo success –

GSC-CAPSTONE 0003308

☑ 22 of 27 — Vincent Lee, Malinowski, Deblasio Tonner, Stanzlow
→ Allison Lofton, Lawrence Loeb
→ ash Zaidman — new on retaining
→ excluded people reported not to be there

✓ 100% of UK Employees
✓ Trigger bonus (newcomers) scheduled

☐ from beginning of year
  -2/-3 ] to 5 in last 60 days —
☐ -08 bonus - get info → Aug 19 —
☐ Peter + Frost - how paid - follow up w/ LD

- approved by the Bachs groups — b/f and after
  BD —

☐ Email to Manza —

→ ordinary course — in twister affidavit
1. permission — also use have info
2. 503(c)(1) - does it apply
3. remainder 503(c)(3) - Mesa
   - but we have to show —
   - Glenn - decision —
☐ show bonuses paid -

GSC-CAPSTONE 0003309